UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
ERIC A. BECKSTROM,
Plaintiff,

FILED 07 MAY '26 14:56 USDC-ORE

v.
ROD ALLEN BECKSTROM;
CATHERINE LEE DUBRIDGE;
MICHELE C. BECKSTROM;
PATRICE V. BECKSTROM;
DEAN ROSSI;
RONALD ROSSI; BRUCE WESTPHAL
TIM BERTHOLD;
TWIN LAKES CHURCH;
THE CLUB AT LOS GATOS;
COLDWELL BANKER-LOS GATOS;
CHRISTIES'S INTERNATIONAL REALTY SERENO-LOS GATOS, ETC.; EXIHIBIT 'A' et al.,
Defendants.

6:26-cv-00920-AA

**CASE NO:**
May 7, 2026

---

**CONSOLIDATED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**
**JURY TRIAL DEMANDED**

## I. JURISDICTION AND VENUE

1.This action arises under the laws of the United States, specifically the **Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. §§ 1961–1968**, and the **William Wilberforce Trafficking Victims Protection Reauthorization Act (TVPRA), 18 U.S.C. §§ 1591 and 1595**.

2.This Court has federal question jurisdiction pursuant to **28 U.S.C. § 1331**.

3.Venue is proper in the District of Oregon under **18 U.S.C. § 1965** and **28 U.S.C. § 1391(b)** because a substantial part of the events giving rise to the claim occurred while Plaintiff was in transit through this district and because Defendants' racketeering activities involve interstate commerce. The State of California is tainted due to the massive racketeering network.

## II. THE PARTIES

4.**Plaintiff: Eric A. Beckstrom,** a victim of 15 years of engineered surveillance and domestic sabotage.

5.**Defendant Rod Beckstrom:** Former Director of NCSC/DHS; the primary architect of the "Beckstrom Enterprise" and its technical surveillance architecture.

6.**Defendant Catherine DuBridge:** The "Managed Asset" used for sexual compromise and witness intimidation.

7.**Defendant Michele Beckstrom:** Co-conspirator and "local node" in Maine responsible for the isolation of the Beckstrom children.

8.**Defendant Patrice Beckstrom:** Co-conspirator and "local node" in Maine responsible for the isolation of the Beckstrom children.

9.**Defendant Ron Rossi:** Co-conspirator and "local node" in Los Gatos involved in sexual compromise and witness intimidation/conflict of interest.

10.**Defendant Dean Rossi:** Co-conspirator and "local node" in Los Gatos involved in sexual compromise and witness intimidation/conflict of interest.

pd 15959

11.**Institutional Defendants:** Twin Lakes Church and The Club at Los Gatos, Coldwell Banker-Los Gatos, Christie's International Real Estate Sereno-Los Gatos, Identified as "Operational Sensors" used to monitor Plaintiff's movements. See Exhibit 'A' for the first part of 4 lists.

## III. STATEMENT OF FACTS

9.**The Inception (2011):** Plaintiff alleges that in 2011, Defendant Rod Beckstrom utilized his government-level expertise to install a "Ghost User" protocol and forensic tools (**MFCMAPI.exe, HxD**) on Plaintiff's hardware (Exhibit 1, 30).

10.**The Enterprise:** Defendants operated a 33-year institutionalized syndicate utilizing sexual entrapment and cyber-espionage to harvest Plaintiff's intellectual capital and blackmail high-value targets.

11.**The Managed Asset:** Defendant DuBridge utilized a "Vulnerability Mask" to bait high-empathy targets, while operating as a hostile actor for the Enterprise (Exhibit 29).

12.**The Wrongful Death of Iris Beckstrom:** In 2018, Iris Beckstrom was sexually assaulted by Defendant DuBridge to silence her as a "truth-seer." This led to her total isolation and eventual death in Maine on 08/08/21 (Exhibit 31).

13.**Institutional Complicity:** Twin Lakes Church and The Club at Los Gatos facilitated the Enterprise by providing "operational windows" for illicit activity and monitoring Plaintiff's physical location.

## IV. CAUSES OF ACTION

### COUNT I: CIVIL RICO (18 U.S.C. § 1962)

14. Defendants conducted the affairs of an enterprise through a pattern of racketeering activity, including wire fraud, extortion, and interstate stalking, resulting in the destruction of Plaintiff's business and family.

### COUNT II: CIVIL SEX TRAFFICKING (18 U.S.C. § 1591 & § 1595)

15. Defendants knowingly recruited, enticed, and harbored individuals—specifically Iris Beckstrom and Catherine DuBridge—for commercial sex acts through force, fraud, and coercion.

### COUNT III: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

16. Defendants' conduct, including the "Scorched Earth" policy and the sadistic withholding of the death notice for Iris Beckstrom, exceeds all bounds of human decency.

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court:

1.Award **Treble Damages** in the amount of **$150,000,000** under RICO;

2.Issue a **Permanent Injunction** halting the sale of 102 Alta Heights Court, Los Gatos, CA 95030;

3.Order the **Forensic Seizure** of all digital devices belonging to the Defendants.

**Respectfully Submitted,**

**Eric A. Beckstrom, Pro Se**
**Date: May 7, 2026**

PO Box 1317
Los Gatos, CA 95030

Lind36ram@proton.me