Written February 5, 2026

*Hi*

*This message brings clarity to the events of massive betrayal against my family and the subject/target who had diminished faculties it is beyond morally repugnant.*

*This info is out to many people, it will go out to many more. They abused a people that I cherished, loved and adored deeply. Who does this?*

*I know far more than you think. It is much bigger than anyone has admitted, more info keeps coming. Many people have been compromised and both sexes involved in individual and torrid group events in our house and other places which is abhorrent and abusive.*

*My children paid the price - Soren was 15. Iris is dead and gone.*

*Iris sees everything from heaven. Iris died for other's sins.*

*DOB 10/29/2000;* ***Died by hanging 8/8/2021 in a garden /prison shed***

**"Iris sees everything from heaven. Iris died for other's sins. DOB 10/29/2000; Died 8/8/2021."**







**Engagement 6/2017**
*a Fraud by Catherine/Rod*

This was the last time we were whole. Because of the 'silo' and the coordinated isolation you participated in, I have not seen or spoken to Sonia or Soren in 6 years. One child is dead; the other two have been stolen by the very 'friends' and 'family' reading this letter.

While you may have believed your involvement was a 'separate pleasure activity,' the reality is that it denigrated every actor involved and constituted a systemic betrayal of the trust Eric and Catherine held as an engaged couple as we raised 6 kids together. T**hese coordinated activities were not victimless; they built the architecture of exploitation that proved fatal to my daughter, Iris.**

To those who sent me, 'are you ok'? messages while participating in the betrayal: those were not inquiries of concern, but tactical probes to monitor the stability of the silo. I am not okay because your 'separate pleasure' was the poison that destroyed my family and led to my cherished daughter's death who was Catherine's step daughter!

MASTER INDEX OF EXHIBITS/Partial: THE BECKSTROM ENTERPRISE FILING

•FBI Intake: Friday, April 17, 2026 (Ref: Agent Strubler), Previous Submission: Saturday, April 11, 2026 (Ref: Agent Tomeno)
•Certified Tracking: [RF842301989US] | [9589071052702589767616]

•Exhibit 0: Notice of Irreconciliable Conflict & Attempted Legal Infiltration
•Exhibit 00: Historical Pedigree & The National Security Nexus
•Exhibit 000: High-Value Target (HVT) Index
•Exhibit 0000: Psychological Profile of the Asset (Catherine/Maylynn)
•Exhibit 1: Subject Profile – Rod Allen Beckstrom (The Technical Hub)
•Exhibit 2: Death Report: Iris Mari Beckstrom(C21-3610: Documented Suppression & Evidence Recovery
•Exhibit 3: The 2030 East Cliff Drive Transaction
•Exhibit 4: The Visionary Network Exhibit (The Silicon Valley Nexus)
•Exhibit 5: Tactical Proximity & Surveillance Analysis (Santa Cruz/Capitola)
•Exhibit 6: Forensic Chain of Custody & Persistent Cyber-Physical Tracking
•Exhibit 7: Witness & Subject Identification (Operational Context)
•Exhibit 7B: 'Witness' Protection & 'Subject/Tool' ProtectionProtection Photos
•Exhibit 8: 'Witness' Protection & 'Subject/Tool' ProtectionProtection Photos
•Exhibit 9: Counter-Surveillance & Neutralization of State Assets
•Exhibit 10: Documented Deception & Social Engineering
•Exhibit 11: Documented Tactical Coordination & Physical Surveillance
•Exhibit 12: Charitable Fraud & International Infiltration
•Exhibit 12B: Eric Beckstrom's Charitable Work – Manila
•Exhibit 13: Professional Breach & The "Spiritual" Guard Network
•Exhibit 14: Strategic Displacement & Familial Destruction
•Exhibit 15: International Asset Grooming & IP Extraction
•Exhibit 16: Strategic Infiltration & The Stanford/CNNIC Nexus
•Exhibit 17: The Swiss Re / Stanford Funding Maneuver
•Exhibit 18: The Brunnshög Masterplan & Municipal Exploita
•Exhibit 19: Beckstrom Family Design Work & Architectural Fiduciary
•Exhibit 20: The Manila Slum Redevelopment & Policy Influence
•Exhibit 21: Camden, Maine – Witness Isolation & Enforcement Map
•Exhibit 22: OSU Campus Fire Station Proposal (The Salvage Operation)
•Exhibit 22B: (Addendum): The Extraction Interface & Copyright Evasion
•Exhibit 23: The Los Gatos Operational Hub & "The Club" Nexus
•Exhibit 24: Judicial & Digital Engineering (Systemic Obstruction)
•Exhibit 24B: Professional Sabotage & The "Institutional Shield"
•Exhibit 25: The Saratoga/Los Gatos "Silo" & Command & Control (C2)
•Exhibit 26: The Palo Alto Origins & High-Level State Infiltration
•Exhibit 27: (Addendum): The "Midas List" Fiduciary
•Exhibit 27B: The Gast Architects Network & Elite Extractio
•Exhibit 28: NOTICE OF ESCALATION – PHYSICAL INFILTRATION THREAT
•Exhibit 29: Financial Coercion & Social Engineering(the 'Managed Asset' Framework)

•Exhibit 30: Forensic Point of Origin – the September 2011 Berlin Intercept
•Exhibit 31: The Casualty List and Psycholgical Attrition
•Exhibit 32: Chain of Custody & Forensic Integrity Log
•Exhibit 33: Forensic Point of Origin – The September 2011 Berlin Intercept
•Exhibit 34: Primary Partner/Forensic Reconstruction of the Mexico City Staging (Nov. 2025)
•Exhibit 35: Predatory Financing & The Holiday Party Felony
•Exhibit 36: "Pattern of Practice" Summary of Professional Code Violations & Coordinated Messaging
•Exhibit 36B: Timeline of Coordinated Surveillance & Professional Breach (2011–2026)
•Exhibit 37: Social Engineering & Surveillance Assets (The "Baiting" Protocol)
•Exhibit 38: INTELLECTUAL CAPITAL & GLOBAL INTERFACE (THE "GORILLA" ROLE)
•
•Exhibit 40: Institutional Compromise & Mobile Operations
•Exhibit 41: THE MAINE NEXUS & ADOLESCENT COMPROMISE
•Exhibit 42: Supplemental - The Parental Enforcement Nodes
•Exhibit 43: Tactical Use of Defamation as a Social Air-Gap
•Exhibit 44: TACTICAL PROXIMITY & SURVEILLANCE INFRASTRUCTURE

THE "500-FOOT MESH": COMMAND & CONTROL ARCHITECTURE

•Exhibit 45: Ghost User-2
•Exhibit 46: FORMAL NOTICE OF LIABILITY – FACILITATING A NATIONAL SECURITY BREACH
•Exhibit 47: ERIC BECKSTROM RESUME

**EXHIBIT 0: NOTICE OF IRRECONCILABLE CONFLICT & ATTEMPTED LEGAL INFILTRATION**
**SUBJECT:** Disqualification of Counsel, Ronald R. Rossi, and the Partition Team
**DATE:** May 4, 2026
**CLAIMANT:** Eric A. Beckstrom (Pro Se)

**I. THE "TROJAN HORSE" DEFENSE (March 2026)**

In early March 2026, the son of the Plaintiff's lead counsel, Dean Rossi, approached the Claimant (Eric Beckstrom) with an offer to represent him against his own father in the partition action.

- **The Conflict:** This is a per se violation of the **Rules of Professional Conduct (Rule 1.7)**. A son cannot represent the opposition of his father in a matter involving the same asset and the same parties.

**The Intent:** This was not a legitimate offer of counsel. It was an **Infiltration Operation** designed to gain access to the Claimant's evidence under the veil of "Attorney-Client Privilege," effectively allowing the Syndicate to monitor the "Discovery" process from both sides.

**II. CRIMINAL COMPROMISE OF COUNSEL'S FAMILY**

The son of the Plaintiff's counsel, Dean Rossi, is identified as a participant in the felony "Holiday Party" assault at 102 Alta Heights Court.

- **The Motivation:** The father (Plaintiff's Counsel), Ronald R. Rossi, is now acting as a **"Cleaner."** His push for a rapid partition and sale of the property is not a financial move; it is a desperate attempt to **liquidate a crime scene** and silence the investigation to protect his son from felony prosecution.

**The Compromise:** It is further alleged that the lead counsel himself has been sexually compromised by the Managed Asset (Catherine DuBridge). His "smirk" in proceedings is the signature of his own bondage to the Rod Beckstrom extortion network.

**III. MANDATORY DISQUALIFICATION**

A lawyer cannot represent a party when their own family members are **Material Witnesses** to the underlying crimes (18 U.S.C. § 1591 & RICO). The transition of this case from a "civil partition" to a "criminal enterprise investigation" makes their continued participation a direct **Obstruction of Justice**.

**EXHIBIT 00: HISTORICAL PEDIGREE & THE NATIONAL SECURITY NEXUS**
**SUBJECT:** The DuBridge-Caltech Legacy as an Extortion Shield
May 5 2026, 2026
**TIMELINE:** 1940 – 2026
**NEXUS:** Lee Alvin DuBridge, Richard DuBridge, Catherine DuBridge, Rod Beckstrom

## I. THE ARCHITECT OF THE "ELITE SILO" (LEE ALVIN DUBRIDGE)

**1. The Power Base:** As the Director of the **MIT Radiation Lab** (WWII) and President of **Caltech** (1946–1969), Lee Alvin DuBridge was the "Godfather" of the U.S. scientific-military complex. He managed the most sensitive intelligence in human history (Oppenheimer, Einstein, The Manhattan Project).

**2. The Legacy of Secrecy:** This era established the "Departmentalized Silence" protocol. The DuBridge name carries a pedigree that discourages local judicial scrutiny, providing a "halo of immunity" that the Syndicate utilizes to this day.

## II. THE INTERGENERATIONAL "DARK SECRET" (RICHARD DUBRIDGE)

**1. Domestic Fallout:** Despite the global status of Lee Alvin, the domestic reality for his son, Richard, was one of neglect and reported abuse.
**2. The Financial Anomaly:** Richard's career trajectory—from mediocre mid-level roles to a sudden, inexplicable **Vice-Chair position at TeleVideo**—mirrors the "Managed Asset" protocol. The Claimant asserts that Catherine's sexual labor was the "currency" used to secure her father's corporate elevation.
**3. Generation-Skipping Trusts:** The use of **Fidelity-managed trusts** to bypass Catherine ensures her permanent financial indenture to the male "nodes" of the family (Rod and Richard).

## III. THE "MANAGED ASSET" EVOLUTION (CATHERINE DUBRIDGE)

**1. Weaponized Pedigree:** Rod Beckstrom did not merely find Catherine; he **industrialized her.** By taking a woman with a high-status name and deep-seated familial trauma, he created the perfect "Honey-Pot."
**2. The CASA Infiltration:** The syndicate leveraged the "**DuBridge**" name to install a high-volume sex predator into the **Court Appointed Special Advocate (CASA)** program. This allowed the enterprise to gain proximity to vulnerable children & adolescents under a judicial veneer.

## IV. THE ROD BECKSTROM OVERLAY (THE "GHOST USER")

**1. Technical systematization:** Rod Beckstrom (Former Director, NCSC/DHS) applied modern cyber-surveillance to this legacy network. He utilized the DuBridge "Silo of Silence" to mask his use of state-level tools (mfcmapi.exe, HxD) for private extortion.

**2. The DHS-Homeland Security/Cyber Czar, Swiss Re, Zurich Ins., Peking University, Lund University, PWC, Davos, Stanford Cyber Board, Marsh McClellan, Chinese-CINNIC, ICANN, FBI, EDF, PopTech, TED, Ayala, VC, Hollywood Links:** The Claimant alleges that his own intellectual capital was harvested through this nexus to build Rod's professional victories, while the "Managed Asset" kept the social and legal perimeter secure.

## V. INVESTIGATIVE CONCLUSION FOR D.C. OFFICIALS

The **Lee Alvin DuBridge** pedigree is the reason the FBI San Francisco field office is "paralysed." The Syndicate is not just a group of neighbors; it is a protected cell of the Silicon Valley elite whose roots go back to the dawn of the National Security State.
**This binder asserts that the 102 Alta Heights "Partition Suit" is a tactical move to bury this 80-year historical forensic trail.**

**EXHIBIT 000: HIGH-VALUE TARGET (HVT) INDEX**
**SUBJECT:** Systemic Compromise of Global Tech Leaders, Financial Executives, and State Actors
**CLASSIFICATION:** Human Intelligence (HUMINT) / Racketeering (RICO)
**NEXUS:** Rod Beckstrom (NCSC/DHS) \(\rightarrow \) Catherine DuBridge (Managed Asset)

## I. SILICON VALLEY CORPORATE & VENTURE CAPITAL NODES

1. **Chris Malachowsky (Co-Founder, NVIDIA):**
2. **Strategic Role:** Primary Lead for Asset Laundering / Extortion Payoff.
3. **The Nexus:** Reported 2000 transaction for the Santa Cruz "Beach House" (2030 East Cliff Drive) at double market value. This served as an early-stage financial anchor for the Beckstrom Syndicate.
4. **John Doerr (Chairman, Kleiner Perkins):**
5. **Strategic Role:** Targeted for Green-Tech Policy Influence and Global Legitimacy.
6. **The Nexus:** Rod Beckstrom utilized the Claimant's social and architectural capital to gain proximity to Doerr. The Claimant asserts Catherine was utilized as a "listening post" within this elite VC circle.

**Peter Wendell (Sierra Ventures / Stanford):**

1. **Strategic Role:** Financial Network Bridge.
2. **The Nexus:** Targeted to facilitate the Syndicate's infiltration into the Stanford Cyber Board and high-tier investment groups.

## II. FINANCIAL & JUDICIAL "CLEANER" NODES

1. **Gary Rodrigues (Retired CEO, Star One Credit Union):**
2. **Strategic Role:** Institutional Surveillance & Historical Group Participant.
3. **The Nexus:** Retired Feb 2, 2026. A member of the 43-year "High School Legacy" group. Allegedly utilized bank resources (Assistant Manager Tina Howard) to monitor the Claimant during the 2026 "Scorched Earth" phase.

**Mark Duffy (Former Santa Clara Deputy DA):**
1. **Strategic Role:** Judicial "Shield" / Conflict of Interest.
**The Nexus:** Proximity to the core operational group (16505 Apple Blossom Lane) creates a "halo of immunity," paralyzing local law enforcement response to felony reports.

**Ronald & Dean Rossi (Rossi Law Firm):**
2. **Strategic Role:** Evidence Sanitization via Forced Liquidation.
**The Nexus:** Utilizing the partition suit of 102 Alta Heights Court to destroy the primary crime scene of the "Holiday Party" felony assault.

## III. GLOBAL INTELLIGENCE & HISTORICAL NODES

**Xiaodong Lee (CNNIC, China):**
1. **Strategic Role:** Foreign Intelligence Interface / IP Poaching.
**The Nexus:** Rod Beckstrom utilized the Claimant's intellectual labor during high-level China meetings while leveraging Catherine DuBridge for social entrapment of international state actors.
2. **The Williams Family (Robin & Marcia Williams):**
**Strategic Role:** Historical Relational Destruction (1992-1995).
**The Nexus:** Early operational window proving the 33-year legacy of using Catherine DuBridge as a "plant" to infiltrate and destabilize high-profile domestic silos.

## IV. MOBILE & LOCAL OPERATIONAL HUBS

1. **The Carroll/Escobar Motorhome:** $85,000 mobile "black site" for "dark" group sex events used to create a bond of mutual blackmail among the Silicon Valley elite: Gary Rodrigues, Mark Duffy, Kevin Ruf, etc.
2. **The ClubLG (Katrina Stratford):** Professional surveillance perimeter used to monitor the Claimant's schedule while the primary residence was utilized as an commercial sex venue.

**EXHIBIT 0000: PSYCHOLOGICAL PROFILE OF THE ASSET (CATHERINE/MAYLYNN)**
**SUBJECT:** Modus Operandi of "Vulnerable NPD" as a Weapon of Extortion
**PURPOSE:** To address the "Plausibility Gap" and the Scale of Industrialized Entrapment.

**I. THE "VULNERABILITY" MASK (THE HOOK)**

The Asset utilizes a "Vulnerable Narcissist" persona to trigger the "Protector Instinct" in high-status, high-empathy men, women and couples.

**1. The Smear Campaign:** She frames herself as "abused" or "unhappy" to recruit protectors who then unwittingly shield her double life.
**2. The Silence of the Protector:** The target's focus on "saving" her allows the asset to operate a massive extortion network in plain sight.

**II. THE "CONTEMPT" PROTOCOL & INDUSTRIAL SCALE**

The Asset's hyper-sexuality is rooted in **Hostile Contempt** for men and a psychological drive for **Mass Entrapment**.

**1. The Volume of Thousands:** While the Claimant identified 700 partners in six weeks, the actual volume is estimated in the **thousands**.
**2. Professional Pre-Warning (Jill Wise):** During a therapy session, **Jill Wise** (NPD Podcast Therapist) explicitly warned the Claimant to be prepared for numbers "100x higher." This admission proves that those in the Syndicate's "Silo of Silence" possessed prior knowledge of the staggering scale of the operation.
**3. Performative Mockery:** Sexual acts are not for pleasure, but for the **mockery of the participants**. The Asset views compromised men particularly as "marks" whose integrity has been harvested.

**III. THE "FRAGMENTED BRAIN" AS A DEFENSE**

The Asset exhibits a total lack of **Object Constancy**, allowing for a "Clean Slate" deception.

**1. Selective Amnesia:** She "forgets" acts of goodwill or abuse immediately, allowing her to lie with a sincerity that baffles investigators.
**2. Weaponized Inconsistency:** Rod Beckstrom utilizes this fragmentation to make the Claimant's (true) reports of "thousands of partners" sound like a delusion to lawyers (The "Coughing Lawyer" effect).

**IV. THE EXTORTION SYNERGY (ROD & CATHERINE)**

**1. The Pimp/Asset Dynamic:** Rod Beckstrom provides the **Cyber-Intelligence** (mfcmapi.exe/HxD); Catherine provides the **Human Compromise**.
**2. Complicity Mesh:** By compromising thousands of "nodes" (neighbors, clients, construction crews, legal elite), Catherine ensures that the entire community is incentivized to protect the Syndicate to hide their own shame.

•Intense Inner Shame drives Rod's Manic Destruction of his own family! His family and especially me is closest to him. None of you know a thing about him and never will. His fear-we see through the fog to a very very weak soul. Rod is terrified for anyone to see the Real Rod as his limitations threaten the outer picture he has constructed. Iris knew his weaknesses best as a child and Iris had care for him because of it. Would any of you mind if your daughter was killed by Rod? No? Yes? Who cares?? Rod chose to extinguish Iris rather than face his own emotional demons. Not one of you can act like emotions are not driving all of this. There is no rational reason for all of you to lay naked with my fiance. It is grotesque and short sighted. Rod relied on that emotional weakness to trap all of you! Catherine is mocking all of you! She is mocking you as your are just one of thousands! You are blind. Catherine has deep Inner Shame, why else would a 64 year old mother

act like this? Do you do this to all your other neighbors and friend's moms? You mistook Catherine's wanton disregard for her own body as a Thrill. It is not! Thrill only exists if I am in the picture as a stable, supportive and empathy. Empathy is rooted in the strongest steel ever made. A steel with an Elephants memory of all the cheap self serving lies you told me. You were telling lies to your own soul, not me. All 700-7,000 of you are betraying yourselves and your own families. Get mad, but not at me, at yourselves, at Rod, at Catherine. I have no interest in knowing any of you ever again. You get to live with yourselves, not me.

## V. CONCLUSION FOR LEGAL COUNSEL & INVESTIGATORS

The volume is not a sexual statistic; it is an **Intelligence Ledger**. Every partner represents a compromised individual who is now a silent defender of the **Beckstrom Enterprise**. The transition to "hostile contempt" signals that the Asset is no longer "grooming" the Claimant but is actively participating in his **Scorched Earth**displacement.

## VI. PREDATORY ASSESSMENT: THE SADISTIC UTILITY OF THE ASSET

**SUBJECT:** Shift from "Vulnerable Victim" to "Active Predatory Operative"

**1. The Enjoyment of Abuse:** Contrary to the "Vulnerability Mask," forensic observation confirms that Catherine DuBridge derives psychological satisfaction—**pleasure and power**—from the systemic abuse and sexual entrapment of her targets. She is not a "suffering addict"; she is a conscious participant in the destruction of the men and women she compromises.
**2. The Mockery of Empathy:** The Asset views the Claimant's (and others') "Protector Instinct" as a weakness to be exploited. Her actions are not a cry for help, but a **deliberate act of contempt**. She enjoys the "game" of the "Silicon Valley Omerta," knowing that she has compromised entire professional tiers who are now too ashamed to speak. She despises your weaknesses!'

**3. Active Operative:** This proves she is an **Active Predatory Operative** who derives power from destroying the most sacred boundaries of those who love her.

**4. The Silence of the Grave:** My own family and Rod's syndicate waited until our mother was dead to push the final "liquidation" of the assets because she was a witness to the ultimate betrayal. Rod subjected our mother to sexual abuse 8 years ago so that our mother shutdown completely from an articulate healthy woman to a walking Ghost. She was victimized by Catherine's unbridled, psychotic addiction which people in Los Gatos belief is a 'thrill'. It decimated my mother and my daughter.

**5. CASA Network**: Catherine became certified as a CASA to help young children in the court system. Catherine hates children. This was just another prey network. Catherine quit after only one month with the complaint, "the little 11-year old girl won't obey me and keeps running away". Those words take a sinister meaning now. No one is safe around Rod's 'tool' who appears demure but is a rapacious predator.

**Hostile Intent:** The "thousands of partners" are trophies of her dominance. She utilizes her somatic state and "dancer's body" as a predatory lure to harvest the integrity and intellectual capital of the target.

**Judicial Warning:** Any attempt by investigators or legal counsel to apply leniency based on her "demure" appearance is a failure to recognize her **Malignant Sadism**. She is an active co-architect of the "Scorched Earth" policy and the intergenerational destruction of the Beckstrom family including his elderly mother and young son.

**EXHIBIT 1: Subject Profile – Rod Allen Beckstrom (The Technical Hub)**

# "SUBJECT POSSESSES ADVANCED BYPASS CAPABILITIES. LOCAL FBI FIELD OFFICE NOT EQUIPPED TO SECURE COMPROMISED HARDWARE."

**Subject:** Rod Allen Beckstrom (Former Director, NCSC/DHS; Former CEO, ICANN)
**Date:** April 20, 2026
**Prepared by:** Eric A. Beckstrom
1. Professional Capacity & Weaponized Expertise (**Resulting in Wrongful Death of Iris Beckstrom**)

•**The Subject:** As a former high-level government official (NCSC/DHS) and global infrastructure head (ICANN), Rod Beckstrom possesses military-grade expertise in cybersecurity, monitoring, and data forensic tools.
•**The Breach (Berlin 2011):** Forensic evidence suggests the Subject utilized an ICANN meeting in Berlin (2011) to physically or remotely install government-level stalking and monitoring software on the claimant's (Eric's) hardware.
•**Operational Intent:** For 15 years, the Subject utilized this access to maintain 24/7 digital control over his brother's family, shielding a **33-year commercial pimp/racketeering operation** involving his primary "tool," Catherine DuBridge, see below.




Rod Beckstrom
Uncle to Iris



Rod's niece, Iris Beckstrom
(DOD) 8/8/2021 by hanging



Eric Beckstrom and
Rod's 'tool': Catherine DuBridge




Laptop Ghost User installed by Rod, discovered April, 16, 2026

# Rod Beckstrom

Add languages

Article Talk | Read Edit View history Tools

From Wikipedia, the free encyclopedia

**Rod Beckstrom** (born February 1961) is an American author, high-tech entrepreneur, and former CEO and President of ICANN. He previously served as Director of the National Cybersecurity Center.

| Rod Beckstrom | |
|---|---|
| **Born** | February 1961 (age 65) |
| **Alma mater** | Stanford University, M.B.A. |
| **Occupations** | American author<br>high-tech entrepreneur |
| **Website** | beckstrom.com |




## Education and early work [edit]

Beckstrom received his BA with Honors and Distinction and an MBA from Stanford University, where he served as the Chairman of the Council of Presidents of the Associated Students of Stanford University.[citation needed]

In August 2007, Beckstrom and Peter Thoeny, author of TWiki co-launched TWIKI.NET, a Web 2.0 company that supports TWiki, an open source wiki. Beckstrom became Chairman and Chief Catalyst. He was also co-founder, Chairman and CEO of CATS Software Inc., a derivatives and risk management software company which went public on NASDAQ and later was sold to Misys PLC.[citation needed]

## Author [edit]

He is co-author of the best-selling book *The Starfish and the Spider,* which lays out a new organizational theory for considering all organizations as existing on a continuum between centralized to decentralized, with different implications and strategies for each firm based upon their position on that axis. In interviews with *The Washington Post*[1] and *USA Today*,[2] Beckstrom explains how, using the 'Starfish' concept illustrated in *The Starfish and the Spider*, the U.S. Government can take a different approach in their dealings with Al-Qaeda. Beckstrom is also the formulator of an economic model for valuing networks, Beckstrom's law, which was presented at BlackHat 2009 and

2. Digital Forensic Inventory (The "Agent_Beckstrom" Archive)The following tools were recovered from a hidden directory within an ArchiCAD library on the claimant's laptop (identified April 2, 2026):

•**MFCMAPI (x64/zip):** A low-level MAPI editor used to manipulate Exchange/Outlook mailboxes, hide folders, and export "deleted" metadata without user detection.
•**Stellar Converter for OST (Corporate Edition):** Professional software used to convert and harvest offline email data for unmonitored review.
•**AGENT_BECKSTROM_ARCH...ZIP:** A likely customized logging agent or archival script designed for persistent data exfiltration.
•**Puran File Recovery & Remo Repair:** Forensic tools used to recover previously deleted or wiped communications.
3. Human & National Security Impact

•**Wrongful Death of Iris Beckstrom:** The Subject utilized technical and physical isolation to silence his niece, Iris Beckstrom, following her 2018 sexual assault by Catherine DuBridge. This "Scorched Earth" policy led directly to Iris's death in Maine (08/08/2021).
•**National Security Risk:** If a former DHS Cyber Head is willing to deploy state-level cyber weapons to facilitate a blackmail syndicate and sacrifice his own family members, his proximity to high-value national assets (DNS, Nvidia IP) constitutes an **active and urgent National Security threat**.
4. Evidence Preserved

•**Forensic Images:** Photos of the "Ghost User" activity and the hidden file directories.
•**Chain of Custody:** The laptop and iPhone containing these files are currently **Air-Gapped and Faraday-shielded** awaiting Federal Cyber Review.

Incident Number: C21-3610
Nature: Dead Body Case Numbers:

Addr: 88 Washington St Area: CAM CAM
City: Camden St: ME Zip: 04843 Contact: Ofc Paul Thompson

Complainant: 10189

Lst: Camden Police Department Fst: Mid:
DOB: **/**/** Adr: 31 Washington St; Camden PD
Rac: Sx: Tel: (207)236-7953 Cty: Camden St: ME Zip: 04843

Reported: DBOD Dead Body
Observed:
Offense
Codes: DBOD Dead Body

Circumstances:

Responding Officers: Paul Thompson C306
Curt Andrick C302
Rspnsbl Officer: Paul Thompson Agency: 0701
Received By: Robin Boardman Last RadLog: 09:13:25 08/08/21 CMPLT
How Received: R Radio Clearance: SGT Sergeant Approved

When Reported: 07:30:28 08/08/21 Disposition: CLR Disp Date: 08/08/21

curred between: 07:30:28 08/08/21 Judicial Sts:
and: 07:30:28 08/08/21 Misc Entry:

Modus Operandi:

| Factor | Description | Method |
|---|---|---|

INVOLVEMENTS:

| Date | Description | Relationship |
|---|---|---|

NOTE: CAMDEN POLICE NEVER INFORMED ERIC BECKSTROM OF HIS DAUGHTER'S DEATH
THIS REPORT WAS MADE BECAUSE ERIC BECKSTROM HAD TO REQUEST IT, OTHERWISE CAMDEN POLIE WOULD NOT HAVE COMMUNICATED ANYTHING, REFLECTING A PATTERN SINCE 2014
PLEASE ALSO NOTE: IN 2014, CAMDEN POLICE CALLED ERIC IN CA TO ISSUE 2 TRESPASSING WARNINGS AGAINST IRIS-14, SONIA-18 WHILE THEY WERE ATTENDING SCHOOLS IN PALO ALTO, CA - A FORM OF INTIMIDATION BY ALL PARTIES; NO CAUSE.
SOREN WAS BEING HELD IN JACK CHURCHILL'S HOME IN CAMDEN WIHT HIS MOTHER, JACK-62 AT THE TIME FILED THE REPORT, NOTE: JACK'S IDENTICAL TWIN WAS A FELON-CHILD ABUSER' JACK ALSO TESTIFIED AT THE DIVORCE TRIAL SAYING HOW DANGEROUS AND AFRAID HE WAS OF SONIA AND IRIS? OUR FAMILIES HAD MANY DINNERS TOGETHER. HIS DAUGHTER LIVED IN OUR BARN APT. ONE SUMMER. JACK HAS EXTENSIVE TIES WITH THE CAMDEN, POLICE DEPT AND ALSO TEACHES PHOTOGRAPHY AT THE LOCAL HIGH SCHOOL.
PLEASE ALSO NOTE BETWEEN 2014-2015, MICHELE BECKSTROM REPEATEDLY CALLED THE POLICD ON HER OWN 3 CHILDREN MULTIPLE TIMES IN MAINE AND CALIFORNIA, GIVEN THE RECENT KNOWLEDGE THAT ROD BECKSTOM HAS BEEN ENGINEERING' ERIC BECKSTROM'S FAMILY, IT IS LIKELY HE INSTRUCTED MICHELE BECKSTROM TO DO THIS AS PART OF HIS 15 YEAR DESTABLIZATION CAMPAIGN TO PROTECT HIS LICIT BUSINESS. MY CHILDREN HAVE SUFFERED SO MUCH INSTITUTIONALLIZED ABISE BY THEIR MOTHER'S CLUSTER B PARANOIZ AND THE RESULTS HAVE BEEN TRAGIC, ROD BECKSROM HAS ADVERSELY AFFECTED MY FAMILY SINCE 2011, THIS HAS TO STOP SOON, NOW THAT WE HAVE THE PROOF. I AM A DEDICATED FATHER AND CITIZEN.

Narrative Section

---

Dead Body Investigation Narrative

1. Date, time, location, circumstances, by whom body was discovered:

8/8/2021 the body of Iris Beckstrom 10/29/2000 was found by her Mother, Michelle Beckstrom 3/4/1964. Body was found hanging from the neck from a rafter in the shed out behind the house at 88 Washington St. The Shed had been converted into a living area for the Deceased. Michelle screamed, which alerted the other children. Michelle ran to the house to grab scissors. Michelle returned and cut the strap that the Deceased was hanging from, and she was laid on the floor. Sonia Beckstrom 8/1/1996, the Deceased's sister, called 911 and the Deceased's brother, Soren Beckstrom 8/11/2004, started CPR. It was reported as a suicide attempt. I arrived and took over compressions until I found that there was no pulse, which I had Ofc. Ford confirm. The Deceased's hands had started turning blue and she was cold to the touch, and I could hear fluid in the lungs.

2. Date, time victim last seen alive; by whom:

The Deceased's sister, Sonia, stated that they all saw the Deceased around 2200 hrs the night before 8/7/2021.

3. Position of the body when discovered:

Hanging from the neck from a rafter by means of a Atlas Chroma spension strap, used in camping/hiking/climbing. The Deceased was supine on my arrival.

4. Unusual marks on the body:

Ligature marks around the neck appeared to be consistent with a suicide by hanging. No unusual marks.

5. Medical aid given prior to death; by whom:

Death had occurred before the body was found but CPR had been started by the brother, Soren Beckstrom. I took over for the Soren, until I realized death had clearly occurred.

6. Apparent cause of death determined at scene by investigation officer:

Asphyxiation due to hanging/strangulation.

7. Time medical examiner notified; his actions:

Medical Examiner Office was notified at approximately 0730 on 8/8/21. At 0752 hrs, Cindy from the ME's Officer told to have the funeral home secure the body for an investigator to come out either today or tomorrow 8/9/21.

8. Autopsy information:

None.

Physician in attendance:

No

10. Evidence obtained:

Two notes that appear to have been written by the Deceased, one on the door to the shed and one on the bedside table. An I phone with a light blue case was recovered. The strap that was used was also recovered if needed for the ME Officer investigator.

11. Disposition of personal effects:

In a plastic bag in the evidence room.

12. Death notification:

Mother, Brother, and Sister of the Deceased had made the discovery. The Mother, Michelle, decided they would wait to inform the Father, Eric Beckstrom 7/19/1963

13. Ambulance attendants' names:

North East Mobile Health Service attendants present: [redacted], [redacted]

14. Additional information:

Supervisor Detective Andrick was notified at 0714 8/8/21. Long's Funeral Services was notified at approximately 0745. I spoke with Julie, from Long's, at 0802. A File 14 was created for Unattended Death.
The family members reported that the Deceased had been dealing with depression, and had been counseling.

15. Date, time, reporting officer:

8/8/2021 1040 hrs, Ofc. Paul Thompson

--------------------------------------------
Responsible LEO:

--------------------------------------------
Approved by:

--------------------------
Date

**Exhibit 3:** The 2030 East Cliff Drive Transaction (July 2020), April 20, 2026

**Context:** This exhibit details the $15.7M sale of the Santa Cruz property to **Chris Malakowsky**. It focuses on the role of his long-term Los Altos realtor (likely **Kathy Bridgman** or **Lynn North**), who has managed Malakowsky's real estate portfolio for three decades.
**Key Evidence:**

•**Fiduciary Vetting:** The realtor, acting as Malakowsky's 30-year protector, bypassed standard industry boundaries by vetting me personally. Her statement that she "knew I was a good guy" indicates she was looking for a **moral warranty** on the house that Rod Beckstrom could not provide.
**The 4-Hour "Sanity Check":** The fact that Malakowsky—a sophisticated high-net-worth buyer—stayed on the phone with me for four hours proves he was sensing a deep incongruity in the deal. He wasn't talking about the architecture; he was talking to the only person who could "cleanse" the property of the 19 years of YPO events and Rod's shadow operations.

•**Agent-Sanctioned Protocol Breach:** In a $15M+ transaction, realtors typically block direct communication to avoid liability. This realtor's decision to encourage the call proves she recognized me as the **true intellectual and social anchor** of the family, whereas Rod was merely the transactional shell she had to navigate.

Legal Argument:
This interaction serves as third-party professional acknowledgment of Rod Beckstrom's lack of moral authority. The buyer's most trusted advisor (his 30-year realtor) identified that the only way to "safe-guard" her client's $15.7M investment was to have him speak directly to me, effectively using my integrity to de-risk a "tainted" asset. In 2020 I had no idea ofRod's use of the house for illicit and illegal uses. I would have encouraged Chris to halt the deal. I have assisted clients in the past, one client received a $12M settlement from AIG for a mold issue. The lawyers in NYC for a South Carolina, Kiawah Island, project used my letter to topple a 3-year legal blockage from AIG to cover the damages. The NYC lawyers asked if I could add to my findings, I said 'yes' but I will only write what I understand to be true, nothing else. That is how I work.

# Chris Malachowsky

10 languages

Article Talk | Read Edit View history Tools

From Wikipedia, the free encyclopedia

**Chris Malachowsky** (born May 2, 1959) is an American electrical engineer and business executive who is a cofounder, along with Jensen Huang and Curtis Priem, of the American technology company Nvidia.[1] Malachowsky has worked for Nvidia since its founding in 1993 and is a senior vice president for engineering and operations.

**Chris Malachowsky**



Malachowsky in 2025

| | |
|---|---|
| Born | May 2, 1959 (age 66) |
| Alma mater | University of Florida (BS)<br>Santa Clara University (MS) |
| Known for | Co-founding Nvidia |
| | **Scientific career** |

## Early life [edit]

Raised in the Oakhurst section of Ocean Township, Monmouth County, New Jersey, Malachowsky graduated from Ocean Township High School in 1976.[2] He received a B.S. degree in 1983, in electrical engineering from the University of Florida and an M.S. degree in 1986 from Santa Clara University.[3][4][5]

## Career [edit]

Early in his career, Malachowsky worked for Hewlett-Packard and Sun Microsystems.[3][6][7] While working at Sun Microsystems, he became coworkers with Jensen Huang and Curtis Priem. In April 1993, the three conceived of Nvidia during a meeting at Denny's.[8] Malachowsky went on to become a Senior Vice President for Engineering and Operations at Nvidia.[3][6][7]







**EXHIBIT 4:** The Visionary Network Exhibit (The Silicon Valley Nexus)

**Subject:** Targets: Silicon Valley VC's, LA Events, YPO, TED, WEF, Stanford Cyber Board, Govt.
**Date:** April 20, 2026
**Prepared by:** Eric A. Beckstrom (note: majority connected to Rod & Eric in separate ways)

This exhibit uses the 1985 NeXT/Kleiner Perkins era photograph to establish the professional and social context of the high-value network Rod Beckstrom sought to control.

•**Context**: The image features **John Doerr**, **Steve Jobs**, **Andy Bechtolsheim**, **Scott Cook**, and **Peter Wendell**. Many are past clients, I had the honor to work with on their homes at David Gast Architects.

•**Legal Argument**: CORE INVESTIGATIVE ARGUMENT: The subject (Rod Beckstrom) utilized the claimant's (Eric's) organic, high-trust relationships with Silicon Valley's elite to identify targets for sexual compromise and subsequent digital extortion. This was not 'networking'; it was 'social engineering' for the purpose of long-term leverage and institutional compromise.

<u>Partial List of Architecture Clients</u>
SF-David S. Gast & Associates
Peter & Lynne Wendell – Sierra Ventures & Stanford; Scott Cook's college roommate/friend
John and & Anne Doerr - KP
Alan Davis - Conservatree
Robin & Marcia Williams - Film
Doug & Kaatri Boies Grigg Tech-Private Wealth
Andy Bechtolsheim – Sun Microsystems
Vinod Khosla - VC
<u>Cushman + Beckstrom - Vermont</u>
Gosnell Family (Margaret, Jamie, Annette, Gretchen) – Lawyers Publishing Co.
John Sullivan, CEO/Owner CommutAir
<u>Beckstrom Architecture – Maine, Sweden</u>
Laura Wack (daughter of John Scully-Apple CEO)
Ken Sawyer Pharma CEO
David McCullough - author (daughter was neighbor)
James Lawrence – (ancestor founded KU, Lawrence KS)
Alex Lawrence (Dodge-shovels)
Henri Lipmanowicz – Merck Pharma Chair
Henry Kennedy – Camp Kieve/Wavus; alumni across the USA




Catherine's Grandfather
Caltech Pres - 25 yrs

# John Doerr

11 languages

Article Talk    Read Edit View history Tools

From Wikipedia, the free encyclopedia

*Not to be confused with John Doar.*

**Louis John Doerr** (born June 29, 1951) is an American investor and venture capitalist at Kleiner Perkins in Menlo Park, California. In February 2009, Doerr was appointed a member of the President's Economic Recovery Advisory Board to provide the President and his administration with advice and counsel in trying to fix America's economic downturn.[1] Doerr is the author of *Measure What Matters*, a book about goal-setting, and *Speed & Scale: An Action Plan for Solving Our Climate Crisis Now*.[2][3]

In 2022, John and his wife Ann collaborated with Stanford University to launch its first new school in about 70 years: Stanford Doerr School of Sustainability.[4] *Forbes* ranked Doerr as the 40th wealthiest person in tech in 2017,[5] and as of August 1, 2023, as the 146th wealthiest person in the world, with a net worth of US$11.9 billion.[6]

**John Doerr**



Doerr at Techcrunch Disrupt 2013, in San Francisco

| | |
|---|---|
| Born | Louis John Doerr<br>June 29, 1951 (age 74)<br>St. Louis, Missouri, U.S. |
| Education | Rice University (BS, MEng)<br>Harvard University (MBA) |
| Political party | Democratic |

## Early life [edit]

Louis John Doerr was born in St. Louis, Missouri, United States on June 29, 1951. One of five siblings, Doerr graduated from Chaminade College Preparatory School in St. Louis. Doerr obtained a B.S. and an M.E.E. degree in electrical engineering from Rice University and an MBA from Harvard Business School in 1976.[7]

## Career [edit]

Doerr joined Intel Corporation in 1974 just as the firm was developing the 8080 8-bit microprocessor. He eventually became one of Intel's most successful salespeople. He also holds several patents for memory devices.[8][9] In 1980, Doerr was offered a job


SFGATE



Robin Williams' wife files for divorce after...

Bezoe


# Steve Jobs

171 languages

Article Talk    Read View source View history Tools

From Wikipedia, the free encyclopedia

*For other uses, see Steve Jobs (disambiguation).*

**Steven Paul Jobs** (February 24, 1955 – October 5, 2011) was an American businessman, inventor,[2] and investor. A pioneer of the personal computer revolution of the 1970s and 1980s, Jobs co-founded Apple Inc. with his early business partner Steve Wozniak as Apple Computer Company in 1976. After the company's board of directors fired him in 1985, he founded NeXT the same year and purchased Pixar in 1986, becoming its chairman and majority shareholder until 2007. Jobs returned to Apple in 1997 as CEO, where he was closely involved with the creation and promotion of many of the company's most influential products until his resignation in 2011.

**Steve Jobs**



Jobs introducing the iPhone 4 in 2010

| | |
|---|---|
| Born | February 24, 1955<br>San Francisco, California, U.S. |
| Died | October 5, 2011 (aged 56)<br>Palo Alto, California, U.S. |
| Resting place | Alta Mesa Memorial Park |
| Education | Reed College (dropped out) |
| Years active | 1971–2011 |

Jobs was born in San Francisco in



## Peter Wendell

FOUNDER

Peter Wendell founded Sierra Ventures after ten years in sales and marketing at IBM, growing the firm from a single California-based partner to over a dozen investing professionals, nine funds, and $1.5 billion in committed capital. Peter co-teaches Stanford University's Graduate School of Business, "Entrepreneurship and Venture Capital" with Google CEO, Eric Schmidt. Peter holds a BA from Princeton University and an MBA from Harvard. In addition to his venture capital activities at Sierra Ventures, Peter serves on the board of directors of Merck & Co., Inc. (NYSE:MRK), as one of the three officers of Princeton University's 40-member board of trustees, and recently completed an extended term as a member of the board of the Princeton University Investment Company (PRINCO), including six years as chairman during which time PRINCO's professional managers doubled the University's endowment. In recognition of his work at Stanford and Princeton, Peter was awarded the National Venture Capital Association's American Spirit Award.

# Scott Cook

Add languages

Article Talk Read Edit View history Tools

From Wikipedia, the free encyclopedia

*For the American soccer player, see Scott Cook (soccer).*

**This article has multiple issues.** Please help **improve it** or discuss these issues on the **talk page**. *(Learn how and when to remove these messages)* [hide]

- This biography of a living person **needs additional citations for verification**. *(August 2010)*
- This article includes a list of general references, but **it lacks sufficient corresponding inline citations**. *(August 2010)*

**Scott Cook**



Cook in 2017

| | |
|---|---|
| **Born** | Scott David Cook<br>1952 (age 73–74) |

**Scott David Cook** (born 1952) is an American billionaire businessman who co-founded Intuit. Cook is also a director of eBay and Procter & Gamble.

## Early life [edit]

Cook holds a bachelor's degree in economics and mathematics from the University of Southern California and an MBA from Harvard Business School (1976),[1][2] where he serves on the dean's advisory board.[citation needed]

## Career [edit]

Cook started his career at Procter & Gamble in Cincinnati, Ohio, where he learned about product development, market research, and marketing. He then took a job in strategic consulting at Bain & Company in Menlo Park, California. Cook soon began using the insights he was learning there to look for an idea for a company of his own. That idea came to him one day when his wife was complaining about paying the bills.



Carl Berg's next act: Curing cancer?

# Andy Bechtolsheim

17 languages

Article Talk | Read Edit View history Tools

From Wikipedia, the free encyclopedia

**Andreas Maria Maximilian** Freiherr **von Mauchenheim genannt Bechtolsheim** (born 30 September 1955[1]) is a German electrical engineer, entrepreneur and investor. He co-founded Sun Microsystems in 1982 and was its chief hardware designer. As of 2025, he's 68th wealthiest according to Bloomberg Billionaires Index and *Forbes* with an estimated net worth of US$28.9 billion.[2]

**Andy Bechtolsheim**



Bechtolsheim in 2012

| | |
|---|---|
| **Born** | 30 September 1955 (age 70)<br>Hängeberg am Ammersee<br>Finning, Landsberg, Bavaria, West Germany |
| **Education** | Technical University of Munich (BEng)<br>Carnegie Mellon University (MS) Stanford University (Unfinished PhD) |
| **Known for** | Co-founder Sun Microsystems<br>Arista Networks |

## Early life and education [ edit ]

Bechtolsheim was born at Hängeberg am Ammersee, located in Finning, Landsberg, Bavaria,[3] the second of four children. The isolated house had no television or close neighbors, so he experimented with electronics as a child. His family moved to Rome in 1963. Five years later, in 1968, the family relocated again, to Nonnenhorn on Lake Constance in Germany. At age 16, he designed an industrial controller for a nearby company based on the Intel 8008, which he then programmed in binary code as he had no access to assemblers. Royalties from the product supported much of his education.[4]

Bechtolsheim participated in the Jugend forscht competition for young researchers three times and won the physics prize in 1974. He began studying electrical engineering with a focus on data processing at the Technical University of Munich, supported by the German Academic Scholarship Foundation, and graduated with an engineering degree.[5] Frustrated by the limited access to computers and dissatisfied with his studies, he moved to the United States in 1975 with the help of a Fulbright scholarship[6] and earned a master's degree in computer engineering from Carnegie Mellon University in 1976.

# John Sculley

21 language

Article Talk | Read Edit View history Tool

From Wikipedia, the free encyclopedia

*"Sculley" redirects here. For others with the surname, see Sculley (surname). For other uses, see Scully and Skully.*
*For other people with similar names, see John Scully (disambiguation).*

**John Sculley**



**John Sculley III** (born April 6, 1939) is an American businessman, entrepreneur, and investor in high-tech startups. Sculley was vice-president (1970–1977) and president of PepsiCo (1977–1983), until he became chief executive officer (CEO) of Apple Inc. in April 1983, a position he held until October 1993. In 1987, Sculley was named Silicon Valley's top-paid executive, with an annual salary of US$10.2 million.[3]:412

During Sculley's tenure at Apple, the company's sales increased tenfold from $800 million to $8 billion, while the period between 1989 and 1991 was regarded as the "first golden age" of Macintosh. Some attribute his success to the fact that he joined the company just when co-founders Steve Jobs's visions and Steve Wozniak's creations had become highly lucrative.[4] Jobs and Sculley "clashed over management styles and priorities, Jobs focusing on future innovation and Sculley more on current product lines and profitability".[5] Sculley won a power struggle leading to Jobs's ousting, and departed from Jobs's sales structure, instead deciding to compete with IBM in selling computers to the same types of customers.[6] This strategy was initially successful due to the launch of fresh new Macintosh models for different segments which generated increasing profits. By the early 1990s, profits declined due to increasing competition from less expensive IBM PC compatibles running Windows 3.0. Sculley was




**WITNESS STATEMENT: Michael Danaher (Partner, Wilson Sonsini)**

•**Event:** Environmental Defense Fund (EDF) Fundraiser (Attendees: Elon Musk, Scott Cook, et al.)
•**Interaction:** Danaher intercepted me, physically moved me to a private area (restroom), and pleaded: *"Eric, get Rod off that damn fishing boat, you have to do something now... it makes no sense!"*
•**Operational Context:** The "fishing boat" was anchored 500 yards from Catherine DuBridge's Santa Cruz beach house.
•**Significance:** Danaher, a top tech attorney with deep ties to the Subject's boards (ICANN, Cyber Board), recognized the "fishing boat" isolation as an irrational or operational anomaly. This confirms that third-party stakeholders were aware of the Subject's erratic/controlled behavior but lacked the context of the nearby "tool" (DuBridge).

# Scott Kriens

Add languages

Article Talk Read Edit View history Tools

From Wikipedia, the free encyclopedia

**Scott Kriens** is an American businessman. He is chairman and former CEO of Juniper Networks.[1]

| Scott Kriens | |
|---|---|
| **Alma mater** | California State University, East Bay |
| **Title** | Chairman, Juniper Networks |

## Early life and education

[ edit ]

Kriens received his Bachelor of Arts in Economics from California State University, East Bay, in Hayward, California, in 1979.[2] A collector of European sports cars, Kriens, as an undergraduate, had repaired cars to meet expenses.[3]



This CEO of a Billion-Dollar Tech Company Built a Retre...

Bezoeken ›

Afbeeldingen kunnen auteursrechtelijk beschermd zijn. Meer informatie



## In conversation with Alan Davis

Leader Voices

*Alan Davis has been a travel writer, a tax policy expert, founder of a recycled paper company, and chair of the foundation started by his parents, the Leonard and Sophie Davis Fund. He's now challenging the philanthropy status quo by launching the Crisis Charitable Commitment, a call for ultra-high-net-worth individuals, donor advised fund holders, and private foundations to commit to give a minimum level of charitable*

COMMUTEAIR



**JOHN SULLIVAN**

Executive Chairman

John Sullivan is one of CommuteAir's founders. Serving as Executive Chairman, he has led its rise to new altitudes and now oversees the

**OPERATIONAL LOG: LA Event Coordination & Narcotics Supply**

- **Key Facilitators:** Bill Bouchey (NYC Associate) and **Dr. Bernie Bierman**.
- **Criminal Nexus:** Dr. Bierman is identified as the **primary supplier of illicit drug prescriptions** for Catherine DuBridge to facilitate her "performances" and group events.
- **High-Value Target Access:** Bouchey and Bierman coordinated logistics for events such as the birthday party for **Stewart Resnick**, attended by **LA Mayor Karen Bass**.
- **Investigative Significance:** This demonstrates the syndicate's ability to leverage medical professionals for narcotics supply while maintaining deep social penetration into the highest levels of California's political and financial infrastructure.

# Stewart Resnick

2 languages

Article Talk Read Edit View history Tools

From Wikipedia, the free encyclopedia

**Stewart Allen Resnick**[1] (born December 24, 1936) is an American billionaire businessman and philanthropist. He is the president and chairman of The Wonderful Company, a privately held company he owns with his wife Lynda Resnick.

**Stewart Resnick**



| | |
|---|---|
| **Born** | December 24, 1936 (age 89) New Jersey, US |
| **Education** | University of California, Los Angeles (BA, JD) |
| **Occupations** | Businessman and philanthropist |
| **Spouse(s)** | Sandra Frazin (divorced) Lynda Rae Harris (1972–present) |
| **Children** | 5: 3 with Frazin, and 2 stepchildren with Harris |

## Early life and education

[ edit ]

Resnick was born in 1936,[2] and raised in a middle-class Jewish family[3] in New Jersey and later moved to California with his family in the 1950s.[2] His grandfather had immigrated from Ukraine when his father was 3.[4] In 1959, he graduated with a BS from the University of California, Los Angeles and then a JD from the UCLA School of Law.[5][6][7] While in law school, he founded his first business, a janitorial services company, which he sold in

# Karen Bass

31 languages

Article Talk Read Edit View history Tools

From Wikipedia, the free encyclopedia

*For the Canadian writer, see Karen Bass (writer).*

**Karen Ruth Bass** (/bæs/; born October 3, 1953) is an American politician who has served as the 43rd mayor of Los Angeles since 2022. A member of the Democratic Party, Bass previously served in the U.S. House of Representatives from 2011 to 2022 and in the California State Assembly from 2004 to 2010, serving as speaker during her final term.

After attending San Diego State University and California State University, Dominguez Hills, Bass worked as a physician assistant and community organizer, before being elected to represent California's 47th State Assembly district in 2004. In 2008, she was elected to serve as the 67th speaker of the California State Assembly, becoming the first African-

**Karen Bass**



Official portrait, 2023

**43rd Mayor of Los Angeles**

**Incumbent**

**Assumed office**
December 12, 2022

**Preceded by** Eric Garcetti

**Chair of the Congressional Black Caucus**

**Bernard M. Bierman**

**Background and Training**

Undergraduate Degree: BA English 1989, Haverford College

Post-Graduate Degree: MD 1993, NYU

Psychiatric Residency Training: UCLA NPI

Other Professional Training: Fellowship in Community Psychiatry, 1997-1998, Los Angeles County Department of Mental Health

**Practice Information**

Practice Style: Private Practice

Theoretical Orientation: Primarily Psychopharmacology

Type of Patients: Individuals, Adults

**Participation in Residency Education**

Dr. Bierman supervises residents in the Affective Disorders Clinic.

Dr. Bierman is also on the Board of the Psychiatric Clinical Faculty Association

Hours of availability to supervise a resident at this time: 7:30 am-6:00 pm, Monday through Thursday. Dr. Bierman has flexibility c evening.

**Contact Information:**
bernard@biermanmd.com

http://www.biermanmd.com

Primary Office
10323 Santa Monica Blvd. Suite 101
Los Angeles, CA 90025

Phone: (310) 360-0802



On the Move: Bill Bouchey Named Design Director of...

Bezo

Stanford Cyber Board: Rod Beckstrom-Chair, Eric Beckstrom (full member)



# Amy Zegart

2 languages

Article Talk Read Edit View history Tools

From Wikipedia, the free encyclopedia

> This article **relies excessively on references to primary sources**. Please improve this article by adding secondary or tertiary sources.
> *Find sources: "Amy Zegart" – news · newspapers · books · scholar · JSTOR (August 2025) (Learn how and when to remove this message)*

**Amy Zegart** (born 1967) is an American political scientist currently serving as the Morris Arnold and Nona Jean Cox Senior Fellow at the Hoover Institution, a senior fellow at the Freeman Spogli Institute of International Studies (FSI), and professor of political science (by courtesy) at Stanford University. She is also a contributing writer to *The Atlantic*. From 2013 to 2018, she served as co-director of FSI's Center for International Security and Cooperation (CISAC) and founder and co-director of the Stanford Cyber Policy Program.

**Amy Zegart**



Secretary of Defense Ash Carter receives a Stanford sweater from Dr. Amy Zegart at the Drell Lecture at Stanford University on April 23, 2015.

| | |
|---|---|
| Born | 1967 (age 58–59) Louisville, Kentucky, U.S. |
| Occupation | Professor |
| Board member of | *Council on Foreign Relations* Kratos Defense & Security Solutions |
| Parent | Shelly Zegart |

## Early life and education [edit]

Zegart was born in 1967 in Louisville, Kentucky,[1] to Kenneth and Shelly Zegart.[2] She received an A.B. in East Asian Studies *magna cum laude* from Harvard University then earned a Ph.D. in Political Science at Stanford University, where she studied under Condoleezza Rice.[3] While in graduate school, she spent time on President Bill Clinton's National Security Council staff.[3]

## Career [edit]

Shortly after graduating from Harvard, Zegart moved to Hong Kong, where she continued studying East Asia for a year on a Fulbright Scholarship. Following this, she

**All CISAC People /** Institute Faculty



# Herbert Lin

- Senior Research Scholar at the Center for International Security and Cooperation
- Hank J. Holland Fellow in Cyber Policy and Security, Hoover Institution

CISAC
Stanford University
Encina Hall, C236
Stanford, CA 94305-6165

herbert.s.lin@stanford.edu
650-497-8600 (voice)

# Siegfried S. Hecker

8 languages

Article Talk Read Edit View history Tools

From Wikipedia, the free encyclopedia

**Siegfried S. Hecker** (born October 2, 1943) is an American metallurgist and nuclear scientist. He served as Director of Los Alamos National Laboratory[1] from 1986 to 1997 and is now affiliated with Stanford University, where he is research professor emeritus in the Department of Management Science and Engineering in the School of Engineering, and senior fellow emeritus at the Freeman Spogli Institute for International Studies.[2] During this time, he was also elected a member of the National Academy of Engineering (1988) for outstanding research on plutonium and the forming of materials, and for leadership in developing energy and weapons systems.

**Siegfried S. Hecker**



Siegfried Hecker in 2011

| | |
|---|---|
| Born | October 2, 1943 (age 82) Tomaszew, Poland |
| Alma mater | Case Western Reserve University (B.Sc.), (M.Sc.), (Ph.D.) |
| Known for | Nuclear weapons, Nuclear proliferation, Nuclear strategy |
| Awards | Enrico Fermi Award, Seaborg Medal USDOE Distinguished Associate Award, Ernest Orlando Lawrence Award |

## Biography [edit]

### Early life [edit]

Hecker's parents came from Sarajevo, Bosnia, and were moved during World War II to Tomaszew, Poland, where Hecker was born.[3] When his father had not returned from the war at the Eastern Front, his mother remarried and settled in Rottenmann, Austria.[3] The family emigrated from Styria to the US in 1956.

### Education [edit]

Hecker completed his Bachelor of Science in Metallurgy in 1965, his Master of Science in Metallurgy in 1967, and his Doctor of Philosophy in Metallurgical Engineering in 1968, all from Case Western Reserve University.[4] He then spent two years as a postdoctoral appointee at the Los Alamos National Laboratory.

# Alex Stamos

1 language

Article Talk Read Edit View history Tools

From Wikipedia, the free encyclopedia

**Alex Stamos** (born 1979) is a Greek-American[1] cybersecurity expert and business executive who works on improving the security and safety of the Internet.[2]

He is the chief security officer at Corridor[3] and a lecturer at Stanford University.[2] Prior to this, he was the chief security officer at Facebook and Yahoo, the co-founder of iSEC Partners, and the founder of the Stanford Internet Observatory.[2]

He departed from Facebook following disagreement with other executives about how to address the Russian government's use of its platform to spread disinformation during the 2016 U.S. presidential election.[4]

**Alex Stamos**



Stamos in 2018

| | |
|---|---|
| Born | 1979 (age 46–47) Los Angeles County, California[citation needed] |
| Occupation | Chief security officer |
| Spouse | Katie Stamos |
| Children | 3 |

## Stanford Cyber Board

### Kevin Mandia

CEO of Mandiant

Overview | Podcasts




LinkedIn · Kevin Mandia
6.4K+ followers

**Kevin Mandia - CEO Armadin, Partner Ballistic Ventures**

CEO Armadin, Partner Ballistic Ventures · Experience: Armadin · Education: Lafayett
Location: Redwood City · 500+ connections on LinkedIn.



### Rick Howard

— BIOGRAPHY —

Rick is the CSO for Palo Alto Networks where he is responsible for the company's internal security program, the oversight of the Palo Alto Networks Threat Intelligence Team and the development of thought leadership for the cyber security community. His prior jobs include the CISO for TASC, the GM of iDefense and the SOC Director at Counterpane. He served in the U.S. Army for 23 years and spent the last 2 years of his career running the Army's CERT. Rick holds a Master of Computer Science degree from the Naval Postgraduate School and an engineering degree from the U.S. Military Academy. He taught computer science at the Military Academy and contributed as an executive editor to two books: "Cyber Fraud: Tactics, Techniques and Procedures" and "Cyber Security



**Matthias Weber**

Group Chief Underwriting Officer

Former Member of the Group Executive Committee

Matthias Weber was a member of the Group Executive Committee of Swiss Re Ltd from 1 April 2012 to 30 June 2017.

**Professional experience**

Matthias Weber started his career at Swiss Re in Zurich in 1992 as an expert for natural perils. He moved to the Swiss Re Americas Division in 1998 and in 2000 became Regional Executive for the Western Region of the United States located in San Francisco. From 2001, he was responsible for property underwriting in the US Direct Business Unit, and in 2005 was named Head of the Americas Property Hub in Armonk. From 2008, Matthias Weber served as Division Head of Property & Specialty.

Matthias Weber was appointed Group Chief Underwriting Officer and member of the Group Executive Committee in April 2012.

Matthias Weber, born 1961, is a Swiss and American citizen.

Rod Beckstrom: Target Networks (WEF, TED, YPO, etc.)

Rod and Patrice hosted retreats at his Santa Cruz Beach house, Catherine has a house 700' away.

Homeland Security

Topics | News | In Focus | How Do I? | Get Involved | About DHS

# Cybersecurity

**Topics**

- Border Security
- Citizenship and Immigration
- **Cybersecurity**

The Department of Homeland Security and its components play a lead role in strengthening cybersecurity resilience across the nation and sectors, investigating malicious cyber activity, and advancing cybersecurity alongside our democratic values and principles.

TED

## World Economic Forum

76 languages

Article Talk | Read Edit View history Tools

From Wikipedia, the free encyclopedia

*"WEF" redirects here. For other uses, see WEF (disambiguation).*

**World Economic Forum**

WORLD ECONOMIC FORUM



Headquarters in Cologny, Switzerland

The **World Economic Forum** (**WEF**) is an international advocacy non-governmental organization and think tank, based in Cologny, canton of Geneva, Switzerland. It was founded on 24 January 1971 by German engineer Klaus Schwab. The foundation's stated mission is "improving the state of the world by engaging business, political, academic, and other leaders of society to shape global, regional, and industry agendas".[1]

The WEF is mostly known for its annual meeting at the end of January in Davos, ...

YPO | WHAT IS YPO? | THE YPO EXPERIENCE | BECOME A MEMBER

**THE WORLD NEEDS BETTER LEADERS.**

## Chris Anderson (entrepreneur)

16 languages

Article Talk | Read Edit View history Tools

From Wikipedia, the free encyclopedia

*For the former editor of Wired magazine, see Chris Anderson (writer).*

**Chris Anderson**



Anderson in 2013

| | |
|---|---|
| **Born** | 1957 (age 68–69) Pakistan |
| **Education** | Woodstock School<br>Monkton Combe School |
| **Alma mater** | University of Oxford |
| **Occupations** | Journalist, publisher |
| **Known for** | Curator of TED Talks<br>Future Publishing |
| **Spouses** | Lucy Evans (divorced)<br>Jacqueline Novogratz (m. 2008) |
| **Children** | 3 (1 deceased) |

**Chris Anderson** (born 1957) is a British-American businessman who is the head of TED, a non-profit organization that provides idea-based talks and hosts an annual conference in Vancouver, British Columbia, Canada.[1] He is also the founder of video game journalism website IGN.[2]

### Early life and education

[ edit ]

Anderson was born to British parents in Pakistan in 1957.[3] His father was "an eye surgeon and evangelical Christian" and ran a mobile hospital in rural Pakistan.[4] He has two sisters, and is the middle child.[4]

studied at Woodstock School in the ...

## Fred Krupp

Add languages

Article Talk | Read Edit View history Tools

From Wikipedia, the free encyclopedia

**Fred Krupp**



Krupp at the World Economic Forum Annual Meeting in 2012

| | |
|---|---|
| **Education** | Yale University (BA)<br>University of Michigan (JD) |
| **Occupations** | President, Environmental Defense Fund |

**Fred Krupp** has been the president of Environmental Defense Fund, a U.S.-based nonprofit environmental advocacy group since 1984. He has worked towards convincing corporations of the benefits of environmentalism.[1] This has included convincing McDonald's and Duke Energy to make environmentally conscious business decisions. Krupp is also an advocate for legislative action on environmental issues; he successfully advocated for passage of the acid rain reduction plan in the 1990 Clean Air Act and the 2022 Inflation Reduction Act.

# Rod Beckstrom: Target People & Networks

## Condoleezza Rice

89 languages

Article Talk — Read View source View history Tools

From Wikipedia, the free encyclopedia

**Condoleezza "Condi" Rice** (/ˌkɒndəˈliːzə/ *KON-də-LEE-zə*; born November 14, 1954) is an American diplomat and political scientist who served as the 66th United States secretary of state from 2005 to 2009 and as the 19th U.S. national security advisor from 2001 to 2005. Since 2020, she has served as the 8th director of Stanford University's Hoover Institution. A member of the Republican Party, Rice was the first female African-American secretary of state and the first woman to serve as national security advisor. Until the election of Barack Obama as president in 2008, Rice and her predecessor, Colin Powell, were the highest-ranking African Americans in the history of the federal executive branch (by virtue of the secretary of state standing fourth in the presidential line of succession). At the time of her appointment as Secretary of State, Rice

**Condoleezza Rice**



Official portrait, 2005

**8th Director of the Hoover Institution**

**Incumbent**

**Assumed office**
September 1, 2020

**Preceded by** Thomas W. Gilligan

**66th United States Secretary of State**

**In office**
January 26, 2005 – January 20, 2009

## Karen Bass

31 languages

Article Talk — Read Edit View history Tools

From Wikipedia, the free encyclopedia

*For the Canadian writer, see Karen Bass (writer).*

**Karen Ruth Bass** (/bæs/; born October 3, 1953) is an American politician who has served as the 43rd mayor of Los Angeles since 2022. A member of the Democratic Party, Bass previously served in the U.S. House of Representatives from 2011 to 2022 and in the California State Assembly from 2004 to 2010, serving as speaker during her final term.

After attending San Diego State University and California State University, Dominguez Hills, Bass worked as a physician assistant and community organizer, before being elected to represent California's 47th State Assembly district in 2004. In 2008, she was elected to serve as the 67th speaker of the California State Assembly, becoming the first African-

**Karen Bass**



Official portrait, 2023

**43rd Mayor of Los Angeles**

**Incumbent**

**Assumed office**
December 12, 2022

**Preceded by** Eric Garcetti

**Chair of the Congressional Black Caucus**

## Former Apple executive to talk on working in 'while, male-centric culture' during Saratoga book appearance

Denise Young, Apple's first Black chief of human resources, will discuss her book, 'When We Are Seen'





MOST POPULAR

1. San Jose hotel may head for sales block after major sports events end
2. Meet the soul-food chef singing the praises of Oakland, top food city
3. Tesla widens regional footprint with deals in San Jose, Fremont
4. Bay Area construction company illegally polluted river, lawsuit allege
5. Bay Area adds jobs in February as California sheds thousands of positions
6. San Jose looks for new ways to pay for affordable housing
7. What does Coke think of your state? The icons on all the America250 can






## Håkan Saltin

Board Member

BAY ALARM — What We Protect · Services · Resources · Locations · Residential · 1 (800) 610- · CONT



Pacheco, CA. April 6, 2016 – Two of Bay Alarm's leading executives have been inducted into the Security Sales & Integration (SSI) Industry Hall of Fame. Bay Alarm CEO Roger Westphal and retired President and Chairman Bruce Westphal received the prestigious honor, which recognizes individuals who have contributed to advancements in the security industry through remarkable achievement and professionalism.

MONARQ | A WESTPHAL COMPANY



Team - MONARQ - A WESTPHAL COMPANY

## William S Mckiernan

Founder of CyberSource



Bill McKiernan is president of WSM Capital, LLC, a private equity firm he founded to invest in payment and other technology companies. Prior to founding WSM Capital, Bill founded CyberSource Corporation in 1994.



Carl Page - ecoAmerica



Robert Leaf, international PR pioneer, dies at 89 | PR Week

Visit ›



WSJ

In Brooklyn Heights, a Consuming Wine ...

Stuart Leaf



Rocky Pimentel - Afero, Inc. | LinkedIn

RodBeckstrom: Cybersecurity / Speaker / Advisory / Starfish and Spider



Seven Lessons I learned from Richard Branson - RodBeckstrom: Cybersecurity / Speaker / Advisory / Starfish and Spider

Catherine's UCLA Tri-Delta Sorority Sisters (learned group event tactics)

LA/Monte Sereno Events coordinated by Connie Harding



David Harding | Experts | Colliers






Dave and Connie Harding (LA events)

Crunchbase



Peter Lamm - Co-founder and Managing Director @ Fenway ...




23 Deborah Lamm Stock Photos, Visit >

Peter and Deborah Lamm (NYC/RI events)



Kristin Sennett, Real Estate Agent - Compass Visit

Sorority Sister, Northern CA events



Lucy Wedemeyer | Los Gatos Real Estate Agent | Christie's Internation

Eric/Catherine's realtor, runs ALS non-profit/network. Witness to 102 Alta Heights Court, LG, Holiday group party gone nuclear, Catherine was 'main' event

**EXHIBIT 4 SUPPLEMENT: Institutional Impact – Twin Lakes Church (Aptos, CA)**

•**Philanthropic Context:** Claimant (Eric) donated **$250,000+** over 11 years (Hope Center, Food Banks).
•**The Breakdown (2020):** Following the initial breakup, **Head Pastor Rene Schlaepfer**physically recoiled ("turned white and gasped") upon seeing the claimant—a physiological response indicating prior knowledge of the syndicate's operations or the subject's (Catherine's) true nature.
•**Operational Anomaly: Pastor Mark Spurlock** was observed by the claimant exiting the backyard of the **Santa Cruz Beach House** (2030 East Cliff Dr) under suspicious circumstances.
•**Investigative Significance:** The church, a primary financial and spiritual anchor, was utilized by Catherine DuBridge as a "shield" for her public persona while she remained "uncomfortable" with in-person scrutiny. The reactions of leadership suggest a "Contagion of Compromise" within the claimant's inner circle.




















**FIELD OBSERVATION: Forbes Mill & Albanese Nexus (Los Gatos, CA)**

•**The Subject Venue:** Forbes Mill (Owner: Darin Devincenzi). Identified as a hub for private-room "performances" and swinger activity utilized by Catherine DuBridge.
•**The Phil Albanese Incident:** Phil Albanese (President, Albanese Concrete—$150M revenue) was observed entering a private area with 15 associates in a highly "spun up" (manic/agitated) state.
•**The Reaction:** Upon approach for a standard greeting, Albanese turned **"sheet white"**and nearly fainted.
•**Investigative Significance:** Albanese's physiological collapse is a classic **guilt-response**. It indicates prior participation in or knowledge of DuBridge's "performances" and a sudden realization that the claimant (Eric) was physically present at the operational hub. n late 2025, DuBridge insisted on visiting Forbes Mill and Parkside for the first time in 11 years—a move now identified as 'Duper's Delight,' intended to flaunt her proximity to these operational hubs and test the claimant's awareness in front of compromised staff and owners."









LinkedIn
Phillip Albanese - Presiden...



Phil Albanese, President Albanese Concrete, San Jose






Parkside/Club Owners - Catherine Events with clients/groups
Meaghan and Alex Anderson

**EXHIBIT 5:** Tactical Proximity & Surveillance Analysis (Santa Cruz/Capitola)

**Prepared by:** Eric Beckstrom (Designer of 5 SeaBright residences)
I. The Command & Control Layout (The "500-Foot Mesh")

- **The Surveillance Vessel:** 1985 40' Viking Fishing Boat (Rod Beckstrom's residence).
- **The Proxy Residence:** 224 4th Avenue (Catherine DuBridge's residence).
- **Operational Connectivity:** The physical distance (approx. 500 feet) allows for a **Private Encrypted Mesh Network**. This enables the Suspect (Rod) to monitor and exfiltrate data from the Proxy (Cathy) via short-range wireless exploitation (Wi-Fi/Bluetooth) that bypasses standard cellular and ISP monitoring.
- **Visual Line-of-Sight:** The Suspect's vessel is positioned exactly where it can be monitored from the Proxy's dining room. The urgency expressed by **Mike Danaher (Wilson Sonsini)** to remove Rod from this boat suggests professional awareness of the vessel's role as a "dark" operational hub.

II. The 2030 East Cliff "Cleansing" (Nvidia Transaction)

- **Legacy Usage:** This $16M property (sold to **Chris Malachowsky**) served as the primary hub for illicit activities and "social engineering" for 20 years.
- **The Liaison Role:** The claimant (Eric) acted as a moral bridge for the buyer's agent, assuring them the "house was clean" based on information now known to be false. This transaction effectively "washed" the asset's history using the claimant's reputation.

III. The "Honey Trap" Infrastructure: 224 4th Avenue

- **The Ingress/Egress Route:** The backyard/hill entrance connected to the public parking lot provides a "blind spot" for illicit guests.
- **Documented Encounter:** July 3, 2023 – Claimant witnessed **Pastor Mark Spurlock** utilizing this "back-door" route. His reaction (gruff/stiff) and subsequent cover story align with the behavioral patterns of individuals compromised by the operation.

IV. Generational Grooming: The DuBridge/TeleVideo Link

- **The Origin Story:** Evidence suggests **Richard DuBridge** used his daughter, Catherine, as a tool to compromise **TeleVideo** leadership in the 1980s, resulting in his Vice-Chair position and sudden wealth.
- **Hand-off to Rod Beckstrom:** This exhibit asserts that Rod Beckstrom adopted this established "tool" (Catherine) and has utilized her for **33 years** for extortion and influence peddling within Silicon Valley.
- **Trust Fund Irregularities:** Fidelity's 2024 assessment of the trust as the "worst managed in history" supports the theory that these assets were not managed for growth, but were depleted or redirected to fund the "Commercial Pimp Operation."

<u>Santa Cruz and Capitola</u>






Catherine DuBridge-current residence: 224 4th Avenue, Santa Cruz




2030 East Cliff(old Res.) Rod Beckstrom - primary residence: '2020-present' 1985-40' Viking Fishing Boat

Rod Beckstrom-primary residence:'2020-present' 1985-40' Viking Fishing Boat (white)




Catherine DuBridge-current residence: 224 4th Avenue, Santa Cruz
500'



Rod Beckstrom-primary residence:'2020-present' 1985-40' Viking Fishing Boat (white)
Summary for Legal Counsel:

The proximity shown in these maps is not coincidental. It represents a **stabilized surveillance environment** where the Suspect maintains physical and digital control over his primary tool (DuBridge) and his secondary shell assets (Capitola).

x1985-40' Viking Fishing Boat (white)









Catherine DuBridge-current residence: 224 4th Avenue, Santa Cruz







Back side of 224 4th Avenue, Santa Cruz, back yard/hill entrance from public parking lot used for illicit guests. I caught Pastor, Mark Spurlock, leaving a session, the morning of July 3, 2023. Surprised to see him there, Mark was very gruff, white and stiff. I did not understand what he was doing on the back yard by the parking lot alone, he made up a story which I believed as I trusted him as my Pastor.

x

Rod Beckstrom – 'Shell' residence: 911 Capitola Ave. Capitola, CA (unused spa facility)

Back parking lot, Rod has Tesla S (white)






**EXHIBIT 6**: Forensic Chain of Custody & Persistent Cyber-Physical Tracking

**SUBJECT:** Steganographic Payload (2011), Remote Spoliation (2026), and Rivian Telemetry Override
**PREPARED BY:** Eric A. Beckstrom | **DATE:** April 23, 2026

**I. THE BERLIN INTERCEPT (ICANN 2011)**

•**Origin of Breach:** Unauthorized hardware access by **Rod A. Beckstrom** during the 2011 ICANN meeting (Hotel Adlon Kempinski, Berlin).
•**Concealment Method:** Advanced toolkit embedded within the **"ArchiCAD Library 10"**folder to bypass antivirus and masquerade as architectural metadata.
•**Recovered Forensic Assets (April 3, 2026):**

•AGENT_BECKSTROM_ARCH….ALIFORNIA_V10_12_6_RW.ZIP
•HxDSetup.exe (Hex Editor/Metadata alteration)
•MFCMAPI.x64.exe.22.0.22216.01 (Low-level Exchange/MAPI manipulation)
•StellarConverterforOST-Corporate.exe (Mass exfiltration of encrypted data)
•PuranFileRecoveryX64.zip (Monitoring of "wiped" disk sectors)

**II. ACTIVE SPOLIATION & INSTITUTIONAL COMPROMISE (APRIL 14-16, 2026)**
•**"Ghost User" Detection:** Discovery of a secondary, unauthorized Administrative User Profile.
•**Real-Time Data Purge:** Claimant witnessed the automated, remote deletion of files for a 10-minute duration. This confirms an active **Remote Access Trojan (RAT)** used to destroy evidence as it is discovered.
•**Compromised IT Infrastructure:** High-probability concern that **Harbor Digital (Brunswick, ME)** is facilitating backdoor access.
•**Persons of Interest:** Brandon Cameron (Owner), Jason Gindel (Tech).
•**Location:** 74 Orion St., Brunswick, ME 04011 | 207-236-9097.

**III. VEHICLE TELEMETRY OVERRIDE (VIN: 7PDSGBBA8SN055557)**

•**Hardware Intrusion:** A "Shadow Phone" (unauthorized mobile device) is hard-synced to the **2025 Rivian R1S** dash.
•**Command & Control:** Bluetooth and Location Services are being **remotely toggled "ON"** via external command, overriding manual privacy settings. This ensures the vehicle functions as a persistent tracking beacon for the Subject's stalking syndicate.



**EXHIBIT 7: Witness & Subject Identification (Operational Context)**

**Subject:** Identification of Victims and the "Family Front" Strategy
**Date:** April 20, 2026
**Prepared by:** Eric A. Beckstrom
**1. PROTECTED WITNESS IDENTIFICATION:**

•**Witness 1:** Sonia Rose Beckstrom (DOB 08/01/1996). Location: San Francisco, CA. Status: High Risk / Target of Engineered Isolation.
•**Witness 2:** Soren August Beckstrom (DOB 08/11/2004). Location: Middlebury, VT. Status: High Risk / Target of Engineered Isolation.
•**Subject/Tool:** Catherine Lee Dubidge (DOB 6/12/1962), Location: Santa Cruz, CA
•**Note:** Both witnesses are biological children of Eric Beckstrom and were primary targets of the psychological "surround" managed by Rod Beckstrom and Catherine DuBridge.

**2. EVIDENCE OF THE "SOULMATE" RUSE (Photos A & B):**
•**Context:** The included photographs of Eric Beckstrom and Catherine DuBridge "hugging" were curated to project a "soulmate" dynamic to the public, family, and neighbors.
•**Forensic Reality:** These images document the **"Somatic Narcissism"** lure. DuBridge was acting as a physical proxy/asset for Rod Beckstrom. This "Front" was essential to maintain Eric's **Trauma Bond**, preventing him from discovering the technical compromise (Berlin-ICANN 2011) and the illicit sexual activities occurring within the home.
**3. THE "THANKSGIVING FRONT" (Photo C - 2019):**

•**Image Analysis:** This group photo of all six children represents the "Peak Ruse." To an external observer (and to Eric at the time), this depicts a healthy, high-functioning blended family.
•**The Subtext:** Behind this image, Rod Beckstrom was utilizing the **"Ghost User" (MFCMAPI / HxD)** to monitor the children's communications. Within this environment, Iris Beckstrom was being subjected to the stressors and assaults that led to her **Wrongful Death on 08/08/2021**.
**4. TECHNICAL NEXUS:**
The "Family" infrastructure provided the Human Intelligence (HUMINT) necessary to supplement the Technical Intelligence (SIGINT) installed by Rod Beckstrom in Berlin, 2011. Cathy provided the "insider access" required to manage the children's schedules, psychological states, and physical locations, ensuring they remained within the "Blackmail Factory" mesh.





Sonia Rose Beckstrom



Soren August Beckstrom

Thanksgiving 2019 -Jack, Rick, Brent, Catherine, Eric, Sonia, Iris, Soren 'Normal, Blended Family'

Catherine told Eric all she wanted was a large family 'gaslighting'
Catherine said her sons needed a 'real' father. Eric needed a mother for his 3 children
**Rod's campaign of abuse and manipulation of his own 'blood' family**

**EXHIBIT 7B: 'Witness' Protection & 'Subject/Tool' ProtectionProtection Photos**

*April 20, 2026, Confidential*
*prepared by Eric Beckstrom*







*Witness: Sonia Rose Beckstrom (DOB 8/1/1996)*

*Witness: Soren August Beckstrom (DOB 8/11/2004)*



*Eric Beckstrom, Subject/Tool:Catherine DuBridge(DOB 6/12/1962)*



*Beckstrom/DuBridge Family Thanksgiving 2019*

This photo depicts a "fiancé" relationship, Cathy was acting as a proxy for Rod Beckstrom. This explains the 360 degree monitoring of my family since 2011. The "Ghost User" files (MFCMAPI, HxD, etc.) were physically introduced to my laptop by Rod Beckstrom at an ICANN meeting he and I attended in Berlin, Fall 2011
Cathy provided real time "insider access" needed for the technical compromise and surveillance of my family which led to the abuse and Wrongful Death of Iris Beckstrom on 8/8/2021.

**EXHIBIT 8**: Counter-Surveillance & Neutralization of State Assets

**Subject:** Proactive Defense Against Weaponized Law Enforcement
**Location:** Los Gatos-Monte Sereno PD; SFPD Northern Station
**Date:** March 26–27, 2026
**Prepared by:** Eric A. Beckstrom

1. Proactive Notification of Harassment (03/26/2026)

•**The Intent:** Recognizing the Syndicate's pattern of using "welfare checks" as a tactical "location ping," the Claimant proactively notified the **Los Gatos-Monte Sereno Police Department** of his safety.

•**The Communication:** The Claimant explicitly warned that any "missing persons" report would be a false filing intended to circumvent his privacy and ascertain his private location during a high-conflict property dispute.

2. SFPD Identity Verification (03/27/2026)

•**The Incident:** As predicted, a "missing persons" report was initiated by Catherine DuBridge and processed by **Officer Demont (#S109)** in Los Gatos.

•**The Resolution:** On March 27, 2026, the Claimant appeared in person at the **SFPD Northern Station** (1125 Fillmore St) to verify his identity and status.

•**The Record:** SFPD Incident Report **#260173346** was generated by **PSA Wong (#4798)**, officially closing the missing persons case and establishing a legal firewall against further location tracking via public resources.

3. Strategic Conclusion: Prevention of State Asset Weaponization

•**Operational Success:** By self-reporting to SFPD, the Claimant neutralized the Syndicate's attempt to use local law enforcement as an involuntary tracking service.

•**Legal Protections:** The Claimant invoked California privacy rights to ensure his specific location remained confidential from the reporting party, framing DuBridge not as a "concerned partner" but as a **harasser** leveraging state resources to bypass his physical "air-gap."

•**Institutional Shielding:** This exhibit proves the Syndicate's willingness to manipulate local police departments (LGPD) to re-establish control over an escaped target.

3/26/2026
To: police@losgatosca.gov
Subject: Formal Notification of Safety / Prevention of Harassment - Eric Beckstrom

To the Los Gatos-Monte Sereno Police Department, My name is Eric Beckstrom. I am a resident of Los Gatos (102 Alta Heights Court) and have been a local business owner (residential architect) since 2015..I am writing to formally notify the department that I am safe, well, and currently working remotely from the Bay Area/San Francisco. I am in the midst of a high-conflict civil and property dispute involving the co-owner of my residence. I am providing this notice proactively because I have reason to believe that a "missing persons" report or a "welfare check" may be filed by the co-owner or her associates as a tactic of harassment or to ascertain my private location. Please note: I am in regular contact with my legal and business associates. Any report suggesting I am "missing" or "in danger" is false and is being used to circumvent my privacy during this legal dispute. I request that this notification be attached to my name/address in your CAD (Computer Aided Dispatch) system. If you require any further verification, please reply to this email. I would appreciate a confirmation of receipt or a reference number for my records. Respectfully, Eric Beckstrom

3/27/2026
Hi Eric,

It’s officer Demont with Los Gatos Monte Serrano Police. I saw your email and am hoping we can either contact via telephone or in person so I can verify you’re okay to take you out of the missing persons database. If I could also contact your business associates who have been in contact to verify communication. We unfortunately can’t go based off email communication.
Thank you,
OFC. DEMONT #S109
**(408) 354-8600**
**SFPD Northern Station**
1125 Fillmore St | **(415) 614-3400**
I am Eric Beckstrom. I sent this email to Los Gatos PD days ago because I knew my ex-partner would weaponize a missing persons report to harass me. It turns out I was right. I am here in person to verify my identity so you can tell Officer Demont (#S109) in Los Gatos to close the file immediately.
I am an adult and I am safe. Under California law, I am requesting that my specific location and the fact that I am in San Francisco be kept **strictly confidential** from the reporting party.
https://www.sanfranciscopolice.org/get-service
SFPD **PSA Wong 4798**
**C 260173346**

**EXHIBIT 9: Memorial Exclusion & Active Alienation**

**Subject:** Suppression of Family Contact / Post-Death Isolation Strategy
**Date:** April 20, 2026; Memorial August 11, 2021 (Memorial Timeline)
**Prepared by:** Eric A. Beckstrom

1. The Memorial Embargo (August 11, 2021)

•**The Threat Mechanism:** Rod Beckstrom issued an explicit written warning to the claimant (Eric) forbidding attendance at Iris's memorial service. Rod utilized **Michele Beckstrom** as the "threat vector," claiming she would initiate police intervention/arrest if Eric appeared.
•**Pattern of Weaponized Law Enforcement:** This is consistent with the August 2017 incident where Michele, coordinated by Catherine DuBridge and attorney Tristan Aeschelman, utilized a Los Gatos Police officer to forcibly disrupt a private family therapy session with Soren.
•**Tactical Purpose:** This is identified as **Active Alienation**. By manufacturing a threat of arrest, Rod ensured the claimant remained isolated from his surviving children (Sonia and Soren) during a period of peak vulnerability, allowing Rod and Michele to maintain a monopoly on the narrative surrounding Iris's death.

**2. CATHY'S ROLE AS THE "STABILIZER":**

•**The Stick (Rod/Michele):** Threats of criminalization and physical exclusion from family events in Maine.
•**The Carrot (Cathy):** Acting as the "stabilizer" and emotional support in California.
•**The Analysis:** This was a coordinated effort to keep the claimant in a state of **Trauma-Bonded isolation.** Cathy's role was to monitor the claimant's reactions in real-time and relay data back to Rod, ensuring the "mesh network" of control remained unbroken.

**3. LEGAL IMPLICATION FOR THE U.S. ATTORNEY:**

•**Obstruction:** Rod's email is a written record of an attempt to prevent a victim/witness (Eric) from communicating with other potential witnesses (the children).
•**Cyber-Security Note:** The claimant's primary hardware (iPhone, Laptop, Rivian) is currently **Air-Gapped and Faraday-shielded** following the detection of a "Ghost User" on April 16. These devices contain the original email evidence and are awaiting **Federal Cyber Review.** The "Ghost User" activity, persisting even with Wi-Fi/Bluetooth disabled, suggests a kernel-level or state-level persistent threat (APT) consistent with Rod's professional background.

*Note: Eric's Iphone is powered down, covered in Foil and in a Faraday bag since April 16. His laptop has been similarly protected since detecting the ghost user on April 16. The ghost user was working in the background even though wifi and bluetooth were off on the main user. These emails are not accessible until the FBI or US Atty's office provides Cyber Review and takes in the Laptop, Iphone and Rivian. Eric cannot check emails or his primary phone due to the commerical/state level 360 degree-monitoring efforts by Rod Beckstrom.*

**EXHIBIT 10**: Documented Deception & Social Engineering

**Subject:** Dr. Maylynn Lily Tam (Podiatrist, Kaiser Permanente)
**License:** **California Podiatric Medical License E5114**
**Date:** April 20, 2026

1. Psychological Mirroring: The "Birthday" Deception

•**The Claim:** Dr. Tam repeatedly asserted that her birthday was **July 19**, matching your own, to create an artificial "soulmate" or "twin" bond.
•**The Fact:** Independent verification of public and professional records indicates her birth year is in the early 1980s, and her actual birth date is **March 26**.
•**Conclusion:** This is a standard "Mirroring" tactic. In intelligence and social engineering, fabricating shared milestones is used to bypass critical thinking and accelerate intimacy.

2. Professional Fabrication: The "Wrist Surgery" Script

•**The Claim:** Dr. Tam detailed accounts of performing complex "wrist surgeries" in Sausalito to explain away hours of unaccounted-time and build a narrative of high-level medical prestige.
•**The Fact:** Dr. Tam is a **DPM (Doctor of Podiatric Medicine)**. Her scope of practice is strictly limited by California law to the **diagnosis and surgical treatment of the human foot, ankle, and related structures**.
•**Legal Implication:** A DPM claiming to perform wrist surgery is either reporting a criminal violation of the **California Medical Practice Act** or—more likely—is utilizing a scripted persona. This proves her interactions were **Information Operations** designed to create "Forced Teaming" through false professional parity.
**Kaiser Permanente +1**

3. Staging & "Honeypot" Tactical Deployment

•**The Driveway Staging:** Her vehicle was repeatedly parked at your residence during Catherine DuBridge's absences. This created a visible "Infidelity Record" for the mesh network's physical sensors (neighbors/cameras) to support future extortion claims by Rod Beckstrom.
•**The February "Honeypot" Attempt:** Following a mid-February event, her arrival in provocative attire was a synchronized attempt to sexually compromise you while you were in a state of mourning. This is the hallmark of a **"Honeypot Trap"**—using sexual vulnerability to gain leverage or final control over a target.

**4. Operational Proximity**

Dr. Tam's primary practice locations in Scotts Valley and San Jose place her in constant, direct proximity to both Cathy's residence and Rod's surveillance vessel. She served as the "Human Sensor" inside the 500-foot mesh network.
**Kaiser Permanente**

**EXHIBIT 11**: Documented Tactical Coordination & Physical Surveillance



•**Subject:** Jeremy Hull (Physical Asset) / Command and Control (C2) Synchronization
**Date:** April 20, 2026
**Prepared by:** Eric A. Beckstrom
1. The Asset Profile: Jeremy Hull

•**Recruitment & Placement:** Hull was "planted" by **Karina Stratford** (Part-owner/Trainer), an individual the claimant initially trusted. Hull is identified as a "Low-Intellect Handler" (formerly a paint clerk) tasked with daily, high-intensity contact to monitor the claimant's psychological state.
•**Behavioral "Tell":** Hull utilized **Sexual Baiting**—sharing graphic narratives and highlighting the "hugging" routines of young club workers (e.g., Lynlley)—to normalize a hyper-sexualized environment. This mirrors Catherine DuBridge's compulsions and was designed to bait the claimant into a reciprocal "confession" or a staged infidelity record.

2. The Command Center: The Club as a "Panopticon"

•**Observation Post: Cynthia Hsieh** utilized a second-floor glass studio to monitor the claimant's interactions with "Flying Monkeys" (Hull, Sergei, etc.) in real-time.
•**Social Enforcers:** Individuals like "Ragu" (neighbor) and **Chris Stott** (Hull's trainer) acted as "interrupters," physically stepping in to break up conversations that became too transparent or deviated from the script.
•**The Sex Party Infrastructure:** The claimant now identifies a coordinated effort between **Karina Stratford** and **Catherine DuBridge** to use the club as a recruitment hub for group sex events. The claimant's home was likely utilized for these activities under the guise of "friendship" or "social events," damaging his reputation with staff (e.g., Lynlley and Coral) to ensure his social isolation.

3. The "Synchronized Swarm" (March 11–12, 2026)

•This 90-second window constitutes forensic proof of a **Command and Control (C2)**alert:

•**8:00:00 PM:** Phone call with Realtor **Collette D'Amico** (Interference detected).
•**8:00:30 PM:** Jeremy Hull initiates 3 rapid-fire texts to confirm location.
•**8:01:30 PM:** Ines (Domestic Staff) breaks protocol to text a 9:00 AM "confirmation."
•**Conclusion:** This pattern verifies that the Suspect (Rod) triggered a "Swarm" of human assets to physically verify the claimant's location the moment a sensitive phone call was detected.
•4. Physical Tracking & "Dark Protocol"

•**Stalking Admission:** On March 12, Hull admitted in writing to unauthorized physical surveillance: "*Stopped by your house a few times today.*"
•**Hardware Recovery:** On March 13, a physical **AirTag (I-tag)** was discovered concealed in the **Rivian R1S** center console. The device was placed via "Internal Access," likely during a "Welfare Check" performed by either DuBridge or Hull.
**Section 5: Institutional Damage Control & Gaslighting (The Baker Email)**

•**The Ruse:** General Manager David Baker utilizes "Concern Trolling" (Email received [Date]) to invalidate the Claimant's reports of Hull's stalking.
•**The Shield:** By framing the conflict as a "mental health" byproduct of a traumatic breakup, Baker attempts to neutralize the **CFAA/Stalking** allegations against Club staff.
•**The C2 Continuity:** Baker's insistence on coordinating a replacement trainer via **Karina Stratford** (the original "planter") confirms the Syndicate's intent to maintain persistent surveillance of the Claimant.

Mr. Beckstrom,

Please forgive Coral for escalating this situation to me; but due to the serious nature of the alleged situation, I needed to take over here. I am David Baker, General Manager for The Club at Los Gatos.

First of all, I am sorry for the emotional burden and hardship you are facing at the moment. I, and the rest of the staff at The Club, am always here to help.

It is my duty to investigate this situation - as the allegations towards Jeremy are very serious; and certainly very out of character for him. At this point I have paused your training package with no expiration. I will be happy to work with Karina to assign you another trainer if necessary. However, before I do so, I believe it may be beneficial for you and I to meet and talk through the situation. The situation with your ex-girlfriend sounds very traumatic to your general mental health and well being. While physical exercise can certainly help with peace of mind, it appears your feelings regarding Jeremy are making it difficult to get that peace of mind here at The Club.

What day is best for you to meet with me? I am happy to meet with you outside of The Club if that helps.

Best Regards,
**David Baker**
General Manager, The Club at Los Gatos
408.354.5808
david.baker@theclublg.com
285 E. Main St. Los Gatos, CA 95030
theclubg.com

**EXHIBIT 12**: Charitable Fraud & International Infiltration

**Subject:** Catherine DuBridge / Coral Tree Education Foundation
**Statutes:** 18 U.S.C. § 1343 (Wire/Charitable Fraud); 18 U.S.C. § 2421 (Mann Act/Trafficking Oversight)
**Date:** April 20, 2026
**Prepared by:** Eric A. Beckstrom
1. Charitable Fraud & Asset Diversion (18 U.S.C. § 1343)

•**The Transaction:** In 2025, the claimant donated **$50,000** to the **Coral Tree Education Foundation**. These funds were diverted by Catherine DuBridge to purchase a seat on the Board of Directors; DuBridge contributed $0 of her own capital.
•**The Nexus:** DuBridge utilized these "pay-to-play" funds to embed herself in an international non-profit focused on **adolescent girls in Cambodia**. Given her documented sexual compulsions, this board seat is identified as a tactical "node" for international influence peddling and potential predatory access.

2. Identity Masking & AI-Generated Deception

•**Evidence:** The Coral Tree Board Page features **heavily modified, de-aged, and AI-generated imagery** of Catherine DuBridge.
•**Analysis:** Synthetic de-aging is a major "Red Flag" for identity masking. It suggests a deliberate effort to present a curated "predatory lure" while remaining unrecognizable to past victims or investigators.
3. The "Blackmail Factory" Operational Model

•**Institutional Infiltration:** DuBridge has a documented pattern of securing gatekeeper roles (Saratoga High Board, CASA Advocate, Pastor Search Committee).
•**Asset Creation:** Any high-value individual entering the Beckstrom residence who was "serviced" by DuBridge became a permanent asset for **Rod Beckstrom's extortion enterprise**.
**The Case of Iris Beckstrom:** The claimant asserts the wrongful death of Iris Beckstrom is the direct result of this environment. Iris was sexually assaulted by DuBridge; Rod Beckstrom utilized technical surveillance to monitor the fallout, choosing to protect his "Tool" (Cathy) over his niece's life.

4. National Security Implication: The Subject (Rod Beckstrom)

•**Profile:** As former Director of the **NCSC** and CEO of **ICANN**, Rod Beckstrom has deployed **commercial-grade cyber weapons** against his own family to shield this syndicate.
•**The Threat:** His proximity to critical infrastructure (DNS) and high-value Silicon Valley IP (Nvidia) constitutes an **active National Security risk**. If he is willing to sacrifice his family (Iris, Jack, Eric) to protect a blackmail factory, he is fundamentally compromised.
5. Behavioral Profile: Discrete Duality

•**The Ruse:** DuBridge maintained a "Swiss flight attendant" persona—calm and church-going—to front a reality of +650 sexual partners.
•**The Victimology:** Her son, **Jack**, attempted suicide twice witnessing these activities; her step-daughter, **Iris**, was silenced; and the claimant was used as a "Stable Mate" to provide the appearance of a legitimate domestic life.

https://www.coraltreeeducation.org/team/chenda-chhi/

Home | Who We Are | What We Do | What You Can Do | News & Events | Contact Us

- WHO WE ARE
- ABOUT OUR NAME
- HISTORY
- OUR MISSION
- OUR TEAM
- SUPPORTERS & FRIENDS
- VIDEO
- MEDIA

Donate Now

## Catherine DuBridge



**Catherine DuBridge – Member of Board of Directors**

Catherine was born and raised in Silicon Valley, CA. She earned a B.A. at UCLA and an M.A. at Santa Clara University. She began her career in high tech sales and marketing. After earning her masters degree, she consulted for corporations and non-profits as an Executive Coach, helping clients master the skills of communications, team building and personal growth. Since 2015, Catherine has worked as an interior designer for a Silicon Valley-based architecture firm. She has also held many community volunteer positions at her local schools, church and non-profits. She has raised three sons and currently resides in Los Gatos.

Catherine DuBridge,

*Heavily modified AI picture (not our house)*

*We engaged in 2017, Iris Beckstrom was her Step Daughter. We reveled at having 6 kids between us.*

***All 8 of us spent every holiday together for 5 years.** We always hosted her Brother and his 3 daughters and Cathy's parents. In a recurring pattern, Eric paid for all the meals despite her parents and brother's wealth. Sharing and generosity was a not value in their family.*



*Chenda Chii, Heavily modified AI picture*

Cathy's real face, Idaho Wedding 2024



close up





Mallorca 2025

**EXHIBIT 12B**: Eric Beckstrom's Charitable Work – Manila

**Date:** April 20, 2026
**Prepared by:** Eric A. Beckstrom
1. Legitimacy of Professional Output

•**The Project:** Documentation of architectural design for a new housing project in Manila, initiated through the **SMDS Microfinance Cooperative**.
•**High-Level Strategic Partnership:** The project was launched by **Norberto "Boy" Nazareno**, who served as the President of the **Philippine Deposit Insurance Corporation (PDIC)**. As the head of the Philippine equivalent to the **FDIC**, Nazareno's collaboration with the claimant (Eric) confirms that my work was vetted by top-tier international financial regulators.
**Tactical Distinction:** Unlike DuBridge's board seat—which was purchased using **$50,000** of my diverted capital—your Manila presence was built on **intellectual and professional merit**. You provided the architectural solutions for urban housing, a fact that Rod Beckstrom exploited to maintain his "global visionary" facade. Catherine has never accepted that his goddaughter, Agatha, in Manila is not his own child.

2. The Identity Mirroring Analysis

•**The Ruse:** Rod and Cathy's recent pivot into Southeast Asian "charities" (Cambodia) is identified as a **Mirroring Operation**. By adopting my legitimate history in the Philippines, they created a "masking" narrative to explain their own movements and the use of the "Blackmail Factory" abroad.
•**Operational Conclusion:** This exhibit proves that the claimant (Eric) was the **originator** of the international credibility that Rod Beckstrom laundered. Rod and Cathy utilized my genuine track record to provide "cover" for their own suspicious activities in the region.
3. Institutional Validation

•**The PDIC Link:** The involvement of **Boy Nazareno** provides institutional weight to my testimony. It shows I was working at the highest levels of the Philippine financial infrastructure on sustainable housing, establishing a clear professional standard that is absent in the fraudulent Coral Tree AI-masked board involvement.
I also worked with Joy Belamonte, the Vice-Mayor and Tadeo Santes, the Mayor's secretary, of Quezon City, and Beth Regala, a former manager at NHA, National Housing Authority; Asian Development Bank reps too who told me, make a team and we will write a program to finance and support it, bypassing normal and tedious grant applications. To be honest somehow the offers kept coming and Rod was desperate to come to Manila to be with me and become the 'CEO' of whatever venture I started.

Eric's Slum Movie Projects
https://vimeo.com/69486314

password: manila0

https://vimeo.com/68090316

password: manila

**EXHIBIT 13:** Professional Breach & The "Spiritual" Guard Network

**Subject:** Fiduciary Misconduct, Psychological Manipulation, and Silo Defense
**Principal Subjects:** Michael Riese; Collette D'Amico (Coldwell Banker Realty)

•**Tactical Delay:** Agents utilized "Concern Trolling" (3/18–3/20) to delay the formal cancellation of the listing, coinciding with the weaponized "Welfare Check" [Exhibit 8].
•**Spiritual Gaslighting:** Subject Riese utilized religious manipulation to pathologize the Claimant, attempting to invalidate a formal contract termination by framing the Claimant as "trauma-filled" and "scared."
•**Operational Conclusion:** These realtors functioned as **Enablers for the Syndicate**, refusing to release the Claimant from a contract to ensure the property remained under the Syndicate's "Marketing Control" during the Claimant's displacement.

Eric Alfred Beckstrom
102 Alta Heights Court
Los Gatos, CA
March 17, 2025

Email sent 3/17/2026 3:32pm

**Subject: IMMEDIATE TERMINATION of Listing Agreement – 102 Alta Heights Court, Los Gatos, CA 95030**

To Michael Riese and Doug Evans,

Effective immediately, I am terminating the Listing Agreement for 102 Alta Heights Court, Los Gatos, CA signed on 3/9/2026

I am withdrawing my consent for you to market, show, or represent this property. This decision is based on a **clear conflict of interest** and a **breach of fiduciary duty** regarding undisclosed prior relationships with the co-owner and a lack of transparency regarding the marketing strategy.

Do not enter the property. Do not communicate with potential buyers regarding my interest in this asset. I am requesting a formal **C.A.R. Form COL (Cancellation of Listing)** be sent to me for signature by the end of business today.

Regards,
Eric Alfred Beckstrom

Email received 3/20/2026 12.33pm
Hi Eric,
I really hope you are doing ok. This has been incredibly stressful not knowing where you are or if you're ok. If you can just let me know your ok. You are my friend and I care about your well being.
Collette

Email received 3/19/2026 7:16am
Eric,
I'm truly concerned about you. If you can just let anyone know where you are or that you are simply ok it is the least you can do.
I'm feeling very uneasy about this. Please just respond and say you are ok

Email received 3/18/2026 9:43am
Hi Eric,
Is there anything I can do for you right now? I k ow your going through a lot and I want to support you as best I can as your friend.
Let me know your ok. Please
**Collette D'Amico, Real Estate Expert**

Email received 3/17/2026 5:46pm
Hi all!
We are going to put planning of the sale of your home on hold for a bit. Let’s reconvene in a couple days. For now let’s all get some rest and let the dust settle.
Best,
Collette
**Collette D'Amico, Real Estate Expert**
Sales Associate
Coldwell Banker Realty

Email sent 3/17/2026 6:41pm
RE: IMMEDIATE TERMINATION of Listing Agreement – 102 Alta Heights Court
Collette, Michael, and Doug,
To clarify, my previous communication was not a request for a "pause" or a "rest period." It was a formal and immediate termination of the Listing Agreement and a revocation of your authority to represent me or this property.
I do not consent to "reconvene" in a couple of days. My decision is final. Any further attempts to market the property or communicate with potential buyers on my behalf will be considered a violation of my directive.
Please provide the signed C.A.R. Form COL (Cancellation of Listing) by the end of business today as previously requested.
Regards,Eric Alfred Beckstrom

Email received 3/17/2026 7:09 pm
Eric,
I recognize but cannot comprehend the pain you are in. I forgive you for the baseless accusations you aim at me. I have four of my own children, and would be absolutely devastated to lose any of them, for any reason. You have my heartfelt sympathy and I feel I only truly met you last week. I have never met Catherine.
I was baptised last year with all of my children in Lexington Reservoir. Sine then I have encountered so many trauma-filled people. I believe I have been tasked in some way to bring healing, but I am new to this. I am starting a horseback program with a friend of mine who has worked for over a decade using mustangs to drive self healing. You can look ut up - mustangmedicine.com - my offer to you was a feeble attempt to offer you something I may not be capable or qualified to do. But my sincerity in trying to be a friend to you has been real.
Satan wants you to be alone, scared and angry. Christ wants you to feel loved and supported. It would be easy for me to turn away. But in following Jesus I must tell you the truth. Not everyone you accuse is guilty. You have friends, support and are loved.

This was given to me today. It's relevant for me, perhaps for you as well.

**Michael Riese**
COLDWELL BANKER REALTY
408.781.7692 (cell)
michael.riese@cbnorcal.com
410 N. Santa Cruz Avenue
Los Gatos, CA 95030

**EXHIBIT 14**: Strategic Displacement & Familial Destruction

**Subject:** Coordinated Eviction and Witness Isolation (2019–2021)
**Involved Parties:** Rod Beckstrom, Catherine DuBridge, Michele Beckstrom, Lucy Wedemeyer (Realtor)
**Date:** April 20, 2026
1. The Collapse of the "Family Front" (Fall 2019)

•**The Ruse:** Attached photographs (Thanksgiving 2019, Europe, 49ers game) document a high-functioning family unit. This "Stable Mate" image was required to maintain Rod Beckstrom's global standing.
•**The Catalyst:** In Fall 2019, Rod Beckstrom was removed from the **Stanford Cyber Board**. This professional failure triggered a "Scorched Earth" campaign against the claimant (Eric), who maintained his own board seat and intellectual independence.
2. The Targeting and Wrongful Death of Iris Beckstrom

•**The Assault:** In 2018, Catherine DuBridge sexually assaulted **Iris Beckstrom**. Rod Beckstrom utilized technical surveillance to monitor the fallout.
•**Strategic Silence:** Recognizing Iris as a high-functioning "Truth Seeker," Rod, Cathy, and Michele Beckstrom conspired to isolate her to prevent the exposure of the assault and the 33-year syndicate.
•**Fatal Result:** This coordinated abuse led directly to the **Wrongful Death of Iris Beckstrom on August 8, 2021**. To date, Michele Beckstrom has suppressed this information from the biological father (Eric), constituting extreme psychological warfare and witness suppression.
3. Coordinated Eviction & Financial Sabotage (Feb–April 2020)

•**The Las Vegas "Ambush":** In Feb 2020, while the claimant was at a trade show, DuBridge (per Rod's directive) issued a 1:30 AM eviction notice via text, demanding the claimant and his son Soren (15) vacate within four weeks.
•**Liquidity Trap:** The timing was engineered to coincide with the claimant's exhaustion of liquid assets ($100k college fund deposit and IRS payments). Simultaneously, Rod reneged on long-standing tuition agreements for the children.
•**The "Enforcer":** Realtor **Lucy Wedemeyer** utilized "Shelter in Place" COVID protocols to force the immediate removal of belongings, physically displacing the family and forcing the children back into a controlled, malignant environment in Maine.
4. Witness Isolation (2020–Present)

•**Engineered Alienation:** Since April 2020, the claimant has been systematically prevented from contacting **Sonia and Soren**. They are currently held in a state of "Witness Isolation" to protect Rod's corporate and personal interests.
•**The "Blackmail Factory" Relaunch:** This displacement was a tactical necessity to clear the Los Gatos residence of "Truth Seekers," allowing the "Blackmail Factory" to continue operations without internal oversight.












Thanksgiving 2019 -Jack, Rick, Brent, Catherine, Eric, Sonia, Iris, Soren

Engagement



June 13, 2017-Present


















Eric, Brent, Rick, Cathy, Iris, Sonia, Jack, Soren

**Rod's Birthday at our house, 249 San Mateo Ave, Los Gatos, Feb. 16, 2019**
**Jack, Patrice, Soren, Sonia, Iris next to Rod**





`San Luis Obispo



House Winery-Saratoga



Iris Birthday, Oct, 29, 2019 'Bojo' theme



Tahoe



Hawaii



Pho, Soren, Jack, Cathy




Vintage BMW Motorcycle

**EXHIBIT 15**: International Asset Grooming & IP Extraction

**Subject:** High-Level Academic & Governmental Infiltration (Beijing/Sweden)
**Location:** CNNIC (Beijing), Peking University, Lund University (Sweden)
**Date:** April 20, 2026
**Prepared by:** Eric A. Beckstrom
1. Beijing: The "Museum Exhibit" Cover (CNNIC)

•**The Operation:** While ostensibly consulting on a historic maps/photography exhibit for the **Chaoyang Museum**, the claimant was targeted by **CNNIC** (China's Internet Network Information Center), managed by **Dr. Song**.
•**HUMINT Surveillance:** Despite the claimant's self-deprecating status, he was hosted by five "Head Guys" and assigned a dedicated Human Intelligence (HUMINT) asset, **Lemei**, for constant psychological mapping and monitoring.
•**The Karaoke Stage Bind:** During a 150-person CNNIC event, the claimant was choreographed into a public display of status alongside Rod Beckstrom and Dr. Song. This served as a visible "binding" of the claimant to Rod's technical and social exchanges with Chinese state interests.
2. Peking University: The Academic Hijack

•**The Encounter:** Following a high-level lecture at **Lund University**, the claimant's strategic questioning led **Kongjian Yu** (Dean of Landscape Architecture at Peking University) to bypass all academic protocols and issue an immediate invitation to teach at Peking University.
•**Intellectual Extraction:** Rod Beckstrom recognized that the claimant possessed "Intellectual Capital" (e.g., the consulting offer for the **"8th Wonder of the World"** with Government Antiquities) that Rod lacked.
•**The "Rod Interface" Theory:** This exhibit asserts that Rod Beckstrom utilized the claimant as a "Social/Intellectual Interface" to open doors at the highest levels of the Chinese government. Rod effectively traded the claimant's creative and strategic insights for his own personal and technical leverage in Silicon Valley.

3. Institutional Poisoning (Sweden)

•**Academic Sabotage:** The unexplained hostility from Swedish professors at Lund University suggests Rod utilized his **NCSC/ICANN influence** to "pre-poison" the claimant's academic environment. This ensured the claimant remained dependent on Rod's network while Rod continued to harvest his intellectual output for global gain.









JUNE 2015, BEIJING, CINNIC VISIT: ROD BECKSTROM AND ERIC BECKSTROM

ERIC-KINGOLD

EXHIBIT 16: Strategic Infiltration & The Stanford/CNNIC Nexus

**Subject:** The "Xiaodong Lee" Operation and Stanford Cyber Board Strategy
**Involved Parties:** **Dr. Xiaodong Lee** (CNNIC/ICANN), **Amy Zegart** (Stanford Hoover Institution), Rod Beckstrom
**Date:** April 20, 2026
**Prepared by:** Eric A. Beckstrom

**1. THE "XIAODONG LEE" TARGETING:**

•**The Target:** **Dr. Xiaodong Lee**, former CEO of **CNNIC** and VP of **ICANN**. He was a member of the elite "Young Global Leaders" group in China.
•**The Infiltration:** While Rod Beckstrom focused on technical hierarchy, Eric Beckstrom built the critical social and strategic bridge to Xiaodong Lee. Eric successfully persuaded Xiaodong to engage with the **Stanford Cyber Board** initiatives.
•**The Mercedes-Benz Nexus:** Xiaodong's wife was a high-level executive at **Mercedes-Benz China**. This connection provided an additional layer of corporate and social access that was otherwise impenetrable to Rod's purely technical approach.

**2. THE STANFORD STRATEGY (Amy Zegart):**

•**Intellectual Capital:** Eric Beckstrom designed the specific recruitment and engagement strategy for the **Stanford Cyber Board**. He provided this strategic blueprint directly to Amy Zegart, Senior Fellow at the **Hoover Institution**.
•**Rod's Reliance:** Rod acted as the "face" of this information, but he was entirely dependent on Eric's intuitive ability to read the geopolitical landscape and the psychological motivations of these top-tier officials.

**3. RECURRING OPERATIONAL PATTERN:**
This confirms the 33-year pattern:

1. **Eric** identifies human drivers and builds the necessary bridges (Beijing/Stanford).
2. **Rod** utilizes these openings to deploy his technical and surveillance infrastructure (e.g., the 2011 Berlin-ICANN tools).
3. **The Theft:** Rod secures the political/technical power while erasing or claiming Eric's strategic contributions as his own.

GLOBAL COMMISSION ON THE STABILITY OF CYBERSPACE | FULL REPORT | ABOUT | RESEARCH | COMMISSIONERS | NEWS | NORMS | CONTACT



## XIAODONG LEE

Prof. Dr. Xiaodong LEE is the Founder and President of the Fuxi Institution on Internet Innovation and Development, Vice Chairman of Internet Society of China, Professor of Chinese Academy of Sciences, Professor of Tsinghua University, the former CEO of CNNIC, the former VP for Asia of ICANN. He led the construction of many critical projects for China's Internet infrastructure. He has also led the development of several international technology standards in the fields of domain names and email. He is the founder of China Internet Museum. Commissioner LEE has been honored as with the "Ten Outstanding Youth" award in China's software industry and with the prestigious "Outstanding Youth Medal of China", and Young Global Leader of World Economic Forum.

Dr. LEE is member of the Global Future Council of World Economic Forum and the Security and Stability Advisory Committee of ICANN.

## EXHIBIT 17: The Swiss Re / Stanford Funding Maneuver

**Subject:** Extraction of Intellectual Capital for Institutional Funding ($500k)
**Involved Parties:** Swiss Re C-Suite, Jocelyn (Rod's Chief of Staff), Amy Zegart (Stanford), Rod Beckstrom
**Date:** April 20, 2026
**Prepared by:** Eric A. Beckstrom
**1. THE OPERATION:**

- **The Assignment:** Swiss Re requested a high-level briefing during their Silicon Valley tour. **Jocelyn**, Rod's Chief of Staff, explicitly deferred the leadership of the meeting to Eric Beckstrom, acknowledging Rod's lack of necessary social and psychological skills to manage a C-Suite group.
•**The Methodology:** Utilizing "Biographic Workshop" techniques refined at **Lund University**, Eric shifted the meeting from a standard tech pitch to a deep organizational diagnostic. He challenged the Swiss Re executives on their internal culture and their ability to translate Silicon Valley insights into actionable leadership for their employees.

**2. THE OUTCOME:**

•**The Extension:** The Swiss Re C-Suite was so impacted by Eric's leadership that they cancelled their remaining Silicon Valley appointments to secure four additional hours of his time.
•**The $500,000 Negotiated Seat:** During this extended session, Eric successfully negotiated a **$500,000 donation** from Swiss Re to the **Stanford Cyber Board** in exchange for a board seat.
•**The Transfer of Credit:** As per the established 33-year pattern, Rod Beckstrom was brought in at the final stage to "close" and claim the victory, while Eric's role was suppressed.

**3. STRATEGIC IMPLICATIONS:**

•**Proof of Capability:** This event demonstrates that Eric Beckstrom is a master-level strategist capable of influencing global financial institutions. This directly refutes Rod Beckstrom's "unstable" narrative.
•**The "Jocelyn" Link:** Jocelyn acts as the operational manager for Rod's "social face." Her reliance on Eric confirms that Rod's high-level professional success is a **facade** built on Eric's uncredited work.

# Swiss Re

28 languages

Article Talk | Read Edit View history Tools

From Wikipedia, the free encyclopedia

**Swiss Re Ltd** is a Swiss reinsurance company founded in 1863 and headquartered in Zürich, Switzerland. It is one of the world's largest reinsurers, as measured by gross premiums written.[4] Swiss Re operates through around 80 offices in 29 countries and employs over 14,000 people. It was ranked 519th on the *Forbes* Global 2000 list[5] and ranked 316th on the *Fortune* Global 500 in 2023.[6] Swiss Re is listed on the SIX Swiss Exchange.

**Swiss Re Ltd**

Swiss Re



Headquarters at Mythenquai

| | |
|---|---|
| Trade name | Swiss Re |
| Company type | *Aktiengesellschaft* |
| Traded as | SIX: SREN<br>Swiss Market Index component |
| ISIN | CH0126881561 |

## History [edit]

On 10–11 May 1861, more than 500 houses went up in flames in the town of Glarus, Switzerland. Two-thirds of the town was reduced to rubble and ashes and around 3,000 inhabitants were made homeless. The damage to Glarus exceeded the reserves of the cantonal fire insurance, which had underinsured many cantonal buildings: the resulting loss was covered by donations, as well as a bond issue by the cantonal government. Similarly to the fire of Hamburg in 1842, which led to the foundation of the first professional reinsurers in Germany, the fire of Glarus made Swiss insurers demand more reinsurance coverage against catastrophic loss. As a result, Swiss Re was founded in Zürich as the first Swiss reinsurance company in 1863.[7][8][9]

Swiss Re was a lead insurer of the World Trade Center at the time of the September 11

**EXHIBIT 18**: The Brunnshög Masterplan & Municipal Exploitation

**Subject:** High-Level Urban Design & Unauthorized Intellectual Property Use
**Location:** **Brunnshög District**, **Lund**, Sweden
**Date:** April 20, 2026 (2013 Design/Briefing)
**Prepared by:** Eric A. Beckstrom

**1. THE OPERATION:**

•**The Project:** Eric Beckstrom designed a comprehensive masterplan for Brunnshög, a new district intended to house **40,000 residents**. Unlike standard academic exercises, the plan included detailed, "real-life" designs for housing, offices, streets, and social infrastructure.

•**The Interface:** The plan was formally presented to the **Lund Planning Authority**. Eric engaged in multiple high-level meetings with city planners, who reportedly exhibited intense interest in the specific design solutions he developed.

**2. THE "STEAL" ATTEMPT & MUNICIPAL MISCONDUCT:**

•**Institutional Reaction:** A lead planner famously "stared and stared" at the plans, unable to reconcile the advanced nature of the work with its source.

•**Unauthorized Exploitation:** Despite Eric's status as a master's student at **Lund University**, the authority sought to incorporate his unique architectural and urban design strategies without formal credit or compensation. This mirrors the pattern of **Intellectual Capital Extraction** later perfected by Rod Beckstrom.

**3. STRATEGIC IMPLICATIONS FOR THE U.S. ATTORNEY:**

•**Proof of Design Capacity:** Designing a sustainable city for 40,000 people requires a level of cognitive and professional integration that is entirely inconsistent with the "unstable" narrative.

•**Pattern of Predation:** This event establishes that both foreign governments (Sweden/China) and domestic actors (Rod Beckstrom) have historically targeted Eric's "Intellectual Capital" for unauthorized use.



**EXHIBIT 19**: Beckstrom Family Design Work & Architectural Fiduciary

**Subject:** Professional Design Services for Family Estates (1998–2021)
**Prepared & Designed by:** Eric A. Beckstrom
1. The Santa Cruz Hub: 2030 East Cliff Drive

**Clients:** Rod & Patrice Beckstrom.**Timeline:** 1998 (Original) / 2000–2019 (New Estate).





**Architectural Legacy:** The claimant designed this iconic oceanfront residence, which later soldm for **$16M**.

•**Operational Context:** As documented in **Exhibit 4**, while the claimant was providing the professional design and legitimacy for this home, Rod Beckstrom and Catherine DuBridge were utilizing the structure as a primary venue for a 20-year **racketeering and extortion business**.



2. The Oklahoma Estate: 32926 S Skyline Ct, Cookson










**Clients:** David & Suzanne Beckstrom.
•**Timeline:** 2021.
•**Professional Resilience:** This project was designed and delivered in 2021—the same year as Iris's wrongful death and the height of Rod's "Scorched Earth" campaign. It proves the claimant maintained elite-level professional output even while being targeted by the suspect.
3. Strategic Legal Argument: "The Architect vs. The Syndicate"

•**Moral Contrast:** This exhibit establishes that the claimant provided his brothers with high-value tangible assets (their homes) while they were engaged in the **coordinated sexual compromise** of his fiancée, Catherine DuBridge.
•**The Utility Trap:** It demonstrates that the Beckstrom brothers "kept Eric in the loop" through architectural work to continue harvesting his intellectual and professional capital, even as they worked to destroy his personal life.
•**Refutation of "Unstable" Narrative:** The successful completion of these complex, high-stakes projects serves as forensic proof of the claimant's mental clarity and professional competence, directly contradicting Rod Beckstrom's gaslighting effo

**EXHIBIT 20**: The Manila Slum Redevelopment & Policy Influence




Jaime Augusto Zobel de Ayala - Wikipedia

**Subject:** High-Level Social Engineering & Policy Reform (Manila/Quezon City)
**Involved Parties:** Jaime Augusto Zobel de Ayala (JAZA), Art Corpuz (Ayala Land), Bimbo Fernandez (Deputy Interior Secretary)
**Date:** April 20, 2026
**Prepared by:** Eric A. Beckstrom

1. The Ayala Group Nexus (2012)

•**The JAZA Engagement:** The claimant established an immediate high-level rapport with **Jaime Augusto Zobel de Ayala**, Chairman of the **Ayala Corporation**. This resulted in a pledge of full support from the Philippines' largest conglomerate for the claimant's urban design initiatives.
•**Strategic Advisory:** The claimant maintained a long-term relationship with **Dr. Arturo Corpuz** (Board Director, Ayala Land). Corpuz utilized the claimant's intuitive insights to navigate the complex social and structural requirements of Ayala's urban developments.

2. Legislative Achievement: Quezon City Housing Reform

•**The Policy Shift:** The claimant successfully lobbied the **Quezon City Mayor's Office**to increase the per-unit slum housing allotment from **$5,500 to $6,800**.
•**Macro Impact:** This change in law addressed the actual costs of socialized housing, impacting the lives of **millions** and transitioning the city to a sustainable **Direct Purchase/Direct Sale** model for informal settlers.

3. Stakeholder Management & Financial Validation

•**Conflict Resolution:** At the request of **Bimbo Fernandez** (former Deputy Interior Secretary), the claimant broke a deadlock between census and disability advocacy groups, designing a new, inclusive methodology for the **Housing & Resettlement Department**.
•**Fiduciary Apology:** The claimant's work was eventually validated by a former head of Philippine banking (the equivalent of the **FDIC**). After initially suspecting a financial scam, the official issued a formal apology, acknowledging the claimant was operating from a rare position of **altruistic Christian service**, providing value that Rod Beckstrom later repurposed as his own "social capital."









**EXHIBIT 21**: Camden, Maine – Witness Isolation & Enforcement Map

**Subject:** Site for Judicial Intervention and Witness Recovery
**Location:** 88 Washington Street, Camden, ME 04843
**Date:** April 20, 2026




Michele Beckstrom residence: 88 Washington Street, Camden, ME 04843
Soren Beckstrom
**Prepared by:** Eric A. Beckstrom

1.




The Primary Target: 88 Washington Street

•**Resident:** Michele Beckstrom.
•**Inhabitants:** Michele Beckstrom and witness **Soren Beckstrom**.
•**Status:** This location is the terminus of the "Maine-California Pincer" operation. While Rod Beckstrom manages technical surveillance from Silicon Valley, Michele Beckstrom enforces the physical isolation of the children in Maine to prevent them from communicating with the claimant.
2. Grounds for Enforcement (18 U.S.C. § 1512)

•**Witness Tampering:** Michele Beckstrom is the physical custodian in a coordinated conspiracy to prevent **Sonia and Soren Beckstrom** from testifying regarding the systemic abuse, technical surveillance, and the circumstances leading to the **wrongful death of Iris Beckstrom**.
•**Suppression of Death Record:** The deliberate withholding of information regarding Iris's death from her biological father for nearly five years constitutes extreme psychological warfare and "misleading conduct" designed to obstruct justice.
•**Weaponization of Local Law Enforcement:** As documented in the 2017 "Therapy Ambush," Michele has a history of using local police to forcibly silence the claimant and his children. This map is provided to ensure Federal authorities (FBI/U.S. Marshals) can bypass compromised local channels if necessary.
3. Immediate Safety Concerns

•**Extraction of Soren Beckstrom:** Given the documented history of trauma in the household and the unexplained loss of Iris, the safety of Soren Beckstrom is the highest priority. He is currently a high-value witness being held in a "dark" environment to shield Rod Beckstrom from criminal exposure.

**EXHIBIT 22**: OSU Campus Fire Station Proposal (The Salvage Operation)

•**Subject:** Emergency Institutional Strategy & Architectural Programming
**Location:** Oklahoma State University (OSU), Stillwater, OK
**Date:** Prepared January 2026; Accepted March 2026
**Prepared by:** Eric A. Beckstrom (Uncredited Lead Strategist)
•1. The Institutional Salvage (January 2026)

•**The Crisis:** An institutional proposal for the OSU Music Industry program had stalled for six months with zero progress. The claimant was brought in four days prior to the deadline to prevent project failure.
•**The Output:** Working in a high-pressure environment, the claimant authored 80% of the technical text, developed the 3D architectural visualizations, and engineered the **financial revenue models** (projecting **$399,900/month**).
•**The Result:** The proposal was formally **accepted by Oklahoma State University** in March 2026, securing the future of the Bachelor of Science in Music Industry program.
•2. The "Jim" Nexus & Coordinated Entrapment

•**The Proxy:** "Jim" (the faculty lead) acted as the public face but provided zero intellectual input. The claimant now identifies Jim as a node in the **"Sextortion/Group" network** managed by Catherine DuBridge.
•**The Colorado Reunion Trap:** The subsequent pressure for the claimant to attend a family reunion in Colorado was not a familial gesture, but a **Coordinated Entrapment Operation**. The goal was to bring the claimant—the high-value "Prize"—into a controlled environment to be compromised by the group.

3. Forensic Proof of High-Functioning Capability

•**Refutation of "Instability":** Rod Beckstrom's narrative that the claimant is "unstable" is mathematically and professionally impossible. The complexity of this 7-page document—covering historic preservation, acoustics, and multi-level urban planning—serves as **exculpatory evidence**.
•**Economic Theft:** This exhibit proves that even while under extreme duress from Rod's "Swarm" (Exhibit 10), the claimant was designing economic engines for major American universities. Rod's strategy is to suppress the claimant's agency to continue harvesting this level of uncompensated intellectual capital.
•



**EXHIBIT 22B** (Addendum): The Extraction Interface & Copyright Evasion

**Subject:** Behavioral Analysis of the OSU Salvage Operation
**Date:** April 20, 2026
**Prepared by:** Eric A. Beckstrom
1. The Extraction Protocol

•**The "Jim" Encounter:** Following the 72-hour sprint, "Jim" exhibited signs of extreme psychological distress and communicative paralysis. His aimless driving around Stillwater was a stalling tactic, likely waiting for instructions from the "Command and Control" center (Rod/Cathy).
•**The Redundant Goodbye:** The appearance of Jim's wife, Nancy, at the charging station—hours after the initial farewell—is identified as a **Physical Location Verification**. This was a "Final Check" to ensure the claimant had physically exited the Stillwater area after the intellectual assets had been harvested.
2. Intellectual Property Theft & Historic Pattern

•**The Copyright Inquiry:** Jim's query regarding "copyright" for the 5-story building redesign was a "pre-emptive strike." He was gauging the claimant's(my) willingness to legally defend his work.
•**The BP/Egyptian Oil Precedent:** This is a recurring 15-year pattern. In 2011, the claimant modeled a complex **Egyptian oil facility for Jim (BP contract)**. Upon delivery of the high-value 3D model, Jim engaged in "Ghosting"—disappearing without payment or professional acknowledgment.
•**Legal Conclusion:** Jim serves as a **"Low-Level Extractor"** for the Beckstrom syndicate. He utilizes the claimant's altruistic "Christian Service" mindset to obtain multi-million dollar institutional assets for $0, then returns to the "Sextortion" circle once the task is complete. Jim was adamant I come to a family reunion the Summer of 2025, I told him I get worn out and without my children it is too much. He pushed for me to come for just a few days...Now I realize, all my siblings have known Catherine in one of her sessions way before I met her. Jim wanted me to bring Catherine, not me. I also tragicaly believe they may have subjected my mother to a show years ago. 8 years ago all of a sudden she was shutdown and closed down in her house. Physically she was healthy but she lost her way. I believe that Rod subjected her to Catherine and she shutdown as the behavior was so similar to when Iris shutdown, one is so embarrassed they just shutdown. This might explain why I was the one to put her ashes in the lake, none of my siblings could help or even talk about my mom... They literally walked away and shutdown too, guilt reflexes on their part.



**EXHIBIT 23:** The Los Gatos Operational Hub & "The Club" Nexus
**Subject:** Commercial Sex Racketeering, Victim Objectification, and Witness Complicity
**Primary Location:** 102 Alta Heights Court, Los Gatos, CA
**Secondary Locations:** The Club (290 E. Main St); 40 Hernandez Ave, Los Gatos
**Date:** May 3, 2026
**Prepared by:** Eric A. Beckstrom

1. The Operational Hub: 102 Alta Heights Court
**The Venue:** 102 Alta Heights Court functioned as a commercial site for paid group events. These events were strategically scheduled by Rod Beckstrom using real-time surveillance of the Claimant's (Eric A. Beckstrom) location and communication with "Chief of Staff" Jocelyn.

**2, Subject 112 ("Superman"):** Tim Berthold, ex-Navy veteran, residing at 112 Alta Heights. Evidence includes SMS admissions ("my wife only knows surface events") confirming a layered conspiracy of silence among neighborhood participants.

**3. The "Holiday Event" (Criminal Abuse):** Documentation establishes a group event where Catherine DuBridge, in a dissociative or unconscious state, was subjected to multiple penetrations by paying clients.
**The Neighborhood "Silo":** Residents at **104, 106, 108, 110, 112, and 116** are identified as an insulated cell of participants, witnesses, or clients who facilitated the commercialization of the residence.

**3. Professional Enablers & The Infrastructure of Silence**
**Real Estate Complicity:** Realtors **Lucy Wedemeyer** and **Collette D'Amico** are identified as key witnesses/particpants within this circle. In February 2026, Wedemeyer demonstrated extreme physical distress and a "flight response" upon entering the residence, indicating specific knowledge of the illicit activities occurring on-site.

**4. Domestic Intelligence:** The cleaner, **Ines**, acted as a "Flying Monkey" (third-party proxy), coordinating maintenance and sanitization schedules around illicit events to ensure no physical evidence remained prior to the Claimant's return.

**5. "The Club" and The Atwood Nexus**
**Institutional Front:** Owners **Meaghan and Alex Anderson**, and Manager **David Baker**, utilized "The Club" gym facilities to recruit and vet clients for sexual events performed by DuBridge.
**Information Draftees:** Part-owner/Event Planner **Karina Stratford** managed trainers (e.g., **Jeremy Hull**), who were reportedly compensated with sexual favors to monitor and report on the Claimant's movements.

**6. The Atwood Site:** The residence of **Stanford Atwood** (40 Hernandez Ave) served as a secondary operational site. Atwood has recently attempted to initiate "mitigation dialogue" with the Claimant, suggesting a high level of legal anxiety regarding his exposure.

**7. The Architect: Rod Beckstrom's 33-Year Racketeering Enterprise**

**The "Tool" Deployment:** Rod Beckstrom exploited Catherine DuBridge's intergenerational trauma and dissociative disorders to maintain her as a controlled asset for 33 years. He "placed" her in the Claimant's life in 2015 to synchronize with the Claimant's divorce, which Rod facilitated via illegal email surveillance active since 2011.

**8. Litigation Interference:** Rod monitored the Claimant's legal strategy at every critical juncture (CA/ME Jurisdictional hearings, Divorce trial, Reunification hearings). The suspicious suicides of two of the Claimant's former attorneys, and the deathbed apology from a third-party's mother regarding "collusion and abduction," point to a lethal level of interference.

**9. Financial Coercion (The Loan Shark Model):** Rod weaponized DuBridge's $60k–$120k debt (2025) to force her into high-frequency, high-risk "paid group events." By acting as a financial "loan shark," Rod maintained total control over the "Tool."

**10. The Elimination of Iris:** To protect the enterprise, Rod orchestrated the total isolation of the Claimant's daughter, Iris. This was a preemptive strike to prevent Iris—noted by Rod for her "strategic mind"—from disclosing Catherine's sexual abuse of her.

•**Enterprise Protection:** In the six weeks preceding this report, Rod has moved to destroy the Claimant's 42-year business to prevent the discovery of this pimping and extortion racket.




Club/Gym

102 Alta Heights Court




102 Alta Heights Court



Dining Room Table for group events



Primary Bed









**11. Subject 112 (Tim Berthold)** Identified as a primary material witness. SMS records capture a "tiered confession" regarding events occurring on the premises, specifically referencing activities on the dining table.

**12. Subject 116 (Ev MacLean)** Identified as a participant in "Psychological Vetting." Documentation from Summer 2025 shows 116 utilized "mirroring" anecdotes of public sexual abuse to test the Claimant's awareness of the active racketeering operation at 102 Alta Heights.

Alta Heights Court, Los Gatos, CA




102 Alta Heights Court, Los Gatos, CA Dining Rm Table and Master Bedroom
There are 4 available bedrooms

102 Alta Heights Court, Cul De Sac Neighbors



Tim Berthold - Strategic Risk Advisor...



Raghuvir Ramachandran



Munir Bandukwala



Rajiv Parihar - Director Of Hardware...

104 AHC 112 AHC 108 AHC 110 AHC

Subject 112 (Tim Berthold) acknowledges a tiered knowledge of the events at 102 Alta Heights. This corroborates the location-specific activities occurring on the 'Dining Room Stage' identified in Exhibit 23

Los Gatos/Saratoga Network-Partial (Friends, Clients, Realtors), surveillance and more



Karen Boncher - Immanuel House...



Steve Bamberger of Fountain On Five...



Clay Wayman

Bezoeken



Tami Shepherd, MBA - Lucira Health | LinkedIn



Michael Riese, Real Estate Agent - Los...



Collette D'Amico - Real Estate Agent in Los...



Doug Evans, Real Estate Agent - Los...



Bert Clement - Tahoe-Truckee Sanitation...

Client, surveillance and more

Maine Network, surveillance and more

Henry Kennedy




Family, surveillance and more



Dr. Guy P. Chamberlin, MD | ROCKPORT, ME ...





The Club, Los Gatos, 290 E Main St., Los Gatos, CA – Karina Stratford has an office here










Club

Management uses these rooms for paid for illicit group events performed by Catherine.

**The Club, Los Gatos; Owners, Management, Staff**



Club Owners
Meaghan and Alex Anderson



Owner, CD Event Planner
Meaghan Anderson, Karina Stradford



Club Manager
David Baker



Karina's BF: Chris Stott



Coral Lloyd



Eric's trainer
Cathy's info source,
Physical with Catherine daily
Jeremy Hull



Chris Eagen




Justin Bruce

**Subject:** Tactical Testing & Exploitation of Domestic Infrastructure
**Location:** 40 Hernandez Ave, Los Gatos, CA
**Prepared by:** Eric A. Beckstrom

**13.** The manufactured professional crisis at 40 Hernandez ($60k pool finish) mirrors the manufactured personal debt ($60k line of credit), suggesting a synchronized financial extraction strategy used by Rod Beckstrom to force asset compliance."

**14. Domestic Exploitation:** The Claimant identifies a pattern of potential **sexual exploitation of household staff** (e.g., Lupita). Evidence suggests Catherine DuBridge utilized her "Service Persona" to compromise staff members, ensuring they remained compliant and served as additional sensors for the Syndicate.

**15. The "Look" of the Compromised:** The behavioral cues from staff members (Lupita) are identified as the "silent witness" effect. This corroborates the **"Blackmail Factory"**model where every person on the property—from the Architect to the Maid—is being evaluated, compromised, or monitored by Rod and Cathy.





Stanford Atwood, Lawyer (86)

**16. Stanford & Pamel Atwood Res.**: 40 Hernandez Ave., Los Gatos, CA
site of numerous paid events. Note: Stan Atwood has reached out to 'talk'

3/14/2026 5:52pm

Eric,

When will it be convenient for us to talk?

Best,
Stan

*Stanford H. Atwood, Jr.*
*Atwood & Associates*
*40 Hernandez Ave.*
*Los Gatos, California 95030*
*Tel: 408-395-5503*
*Email: Stanford@atwoodlaw.net*






## EXHIBIT 23B: Judicial & Digital Engineering (Systemic Obstruction)

•**Operational Mechanism:** The Subject (Rod Beckstrom) utilized 360-degree, 24/7 digital access—derived from state-level "Cyber Czar" tradecraft—to intercept confidential legal communications and circumvent the "normal and rational" judicial process in CA and ME.
•**The "Soren" Incident:** Documentation of how intercepted communications led to the 2011 abduction of Soren Beckstrom (age 10) to Maine, facilitated by accomplice **Bruce Westphal**.
•**Equity Evisceration:** Evidence of tactical financial warfare, including a **2020 Lis Pendens** filed for a negligible sum ($342) while the child was already residing in CA. This was a calculated move to trigger a default, eviscerate the claimant's home equity, and force a state of near-bankruptcy to prevent legal defense.

**Commercial Sabotage:** A 6-week "Scorched Earth" campaign that has paused or destroyed every active architectural project via digital smearing and direct interference with compromised clients.

•**The Ultimate Motive:** These actions were designed to create a "noise floor" of financial and emotional chaos, specifically intended to prevent the claimant from discovering the link between the Subject's surveillance and the **wrongful death of Iris Beckstrom**.

California Lawers/Judges (partial)







MaineLawers/Judges (partial)




Maine Lawers (partial)












**EXHIBIT 24**: The Los Gatos-Blossom Hill/ Saratoga Nexus & Judicial Infiltration

**Subject:** High-Level Social Networks, Mobile Operational Hubs, and Judicial Compromise
**Locations:** Los Gatos, Saratoga, and Campbell, CA
**Date:** April 20, 2026
**Prepared by:** Eric A. Beckstrom
1. The Mobile Operational Hub: The Carroll/Escobar Motorhome

•**The Asset:** A motorhome co-owned by **Joe Carroll** and **Mark Escobar**.
•**Tactical Usage:** This vehicle is identified as a dedicated venue for illicit group events. The mobile nature of this hub allowed the syndicate to bypass fixed residential surveillance and maintain "dark" operations across county lines.
•**The Carroll Link:** The 45-year 'High School Legacy Group' functions as a closed-loop blackmail network. Participation in illicit activities since adolescence ensures lifelong 'omertà' (silence) among Silicon Valley's professional elite








Motorhome used for illicit events

2. Institutional Compromise: The Mark Duffy Connection

•**The Subject: Mark Duffy** (16505 Apple Blossom Lane), former **Santa Clara County Deputy District Attorney**.
•**The "Shield" Effect:** The proximity of a former high-ranking prosecutor to this circle provides a plausible explanation for the syndicate's perceived immunity. For the U.S. Attorney, this highlights a significant **Conflict of Interest** for local law enforcement, necessitating Federal intervention to bypass a compromised local judicial web.



3. The Commercial Front: Escobar Diamonds

•**The Subjects:** Mark and Marianne Escobar (12684 Indio Ct, Saratoga).

•**Business Nexus: Escobar Diamonds** (Hamilton Ave, Campbell).

•**Operational Context:** High-end commercial entities within the group provide the "Social Veneer" required to launder the reputation of the racketeering ring. These businesses facilitate the "pay-to-play" environment where high-net-worth individuals are recruited into the syndicate.

4. Historical "Grooming" vs. Industrialized Extortion. *Question:* Was the debt "manufactured" through these specific financial entities to ensure Catherine remained "indebted" to the very people who were using her?










Mark and Marianne Escobar, 12684 Indio Ct, Saratoga, CA






Kevin Ruf Ojai School Board Member (@ruf4schoolboard) • Facebook

Kevin Ruf (JFK Jr's Best Man)

**The Evolution:** This exhibit asserts that Rod Beckstrom did not invent Catherine DuBridge's behavioral patterns; he **systematized** them. He took a localized high school "sharing" culture and, using his DHS/ICANN-level technical capabilities, turned it into a sophisticated Silicon Valley **Extortion Machine** that has operated for over three decades.




FEB 28, 2025

## Star One Credit Union's CEO, Gary Rodrigues Announces Retirement in 2026



•14098 Loma Rio Dr, Saratoga, CA 95070

•**The Model:** This syndicate operates as a "Gangbang" network where Catherine is the "Prize." High-status men are lured in, compromised through participation, and then held in place by the shared secret. They use the motorhome which Joe Carrol proudly showed to Eric at a Stanford tailgate party. Joe Carrol and Mark Escobar bought the $85K motorhome. Joe volunteered "they have no real use for the Motorhome". An all-male dinner at the Carroll residence (in Year 1) is now identified as a tactical 'Social Dominance Test,' where the syndicate established their collective 'ownership' of the asset (DuBridge) in the presence of the unaware Claimant.

•

•**National Security Risk:** The fact that, Gary Rogrigues, the former CEO of **Star One Credit Union** is part of this 43-year "sharing" ring constitutes a massive financial security vulnerability.

**Subject:** Chris Mogensen (Realtor, Menlo Park) – Replacement Profiling
**Tactical Role:** "The Stable Mate Replacement"

•**The Infiltration (2019):** Documentation indicates that Catherine DuBridge successfully compromised **Chris Mogensen** in 2019, leading to the dissolution of his marriage. This occurred while DuBridge was still in a committed engagement with the Claimant (Eric).

•**Professional Profile: Chris Mogensen** is a veteran real estate advisor based in **Menlo Park** with a background in **law enforcement** and city management in Palo Alto. His 18-year career in municipal government provides the Syndicate with deep "fly-on-the-wall" insight into local agencies, planning, and redevelopment—key assets for high-level property racketeering.

•**Operational Conclusion:** This demonstrates a pattern of **"Silo Pre-Loading."** Rod and Cathy ensure that a "dull, compliant" replacement is always groomed before displacing a "Truth Seeker" like the Claimant. This keeps the social veneer of the business uninterrupted while adding new geographic hubs (Menlo Park/Palo Alto) to the network

**EXHIBIT 24B**: Professional Sabotage & The "Institutional Shield"

**Subject:** Industrial-Scale Interference, Financial Fraud, and Tactical Intimidation
**Location:** Los Gatos / Silicon Valley / Carmel, CA
**Principal Subjects:** Joe Carroll (2811 Forest Lodge Rd); Mark Duffy (Former Deputy D.A.)
1. The "Partitioning" Ruse & Tax Evasion

•**The Admission:** Joe Carroll (Parking Lot Mogul) explicitly confessed to the Claimant during a 30-minute "mentoring" session that he pays **zero taxes** by utilizing "partitioning" legal maneuvers on real estate deals.
•**The Scheme:** Carroll splits large assets (parking lots) into smaller units to bypass federal/state tax thresholds. This unreported income is suspected to fund the acquisition of "dark venues" (e.g., the Carmel property) for the syndicate's trafficking activities.
**The IRS Lever:** While the syndicate relies on local judicial influence, Carroll's open admission of **felony tax evasion** provides a direct path for Federal **IRS-CI**intervention.

2. Tactical Intimidation: The Mark Duffy "Shield"

•**The Threat Signaling:** When the Claimant requested contact info for **Mark Duffy**(former Santa Clara Co. Deputy D.A.), Joe Carroll used the referral as a psychological weapon. Carroll warned that Duffy "doesn't always respond because he deals with gangs," a clear attempt to associate the "Silo" with high-level criminal enforcement to intimidate the Claimant.
•**The "Gut" Vetting:** The Claimant identifies this as a **"Vetting Exercise."** Carroll was monitoring the Claimant's awareness. When the Claimant told Carroll, "I figured it all out on my own," it was an acknowledgment of the **"Web of Guilt"**—the realization that the "Legacy Group" husbands were unified by their shared exploitation of the Asset (DuBridge).
3. Professional Sabotage (The 650+ List)

•**Economic Hijacking:** The syndicate systematically compromised the Claimant's professional network (contractors, vendors, clients). By engaging them in sexual transactions with DuBridge, Rod and Joe Carroll converted the Claimant's peers into **"Managed Assets"** who were forced to sabotage the Claimant's projects to protect their own reputations.
•**The "Wimp" Mechanic:** These high-status men act as "wimps" because they are trapped in a blackmail loop. They allow the "Forensic Pimp" (Rod) to control the environment because they fear their participation in the **"Legacy" sharing ring** will be exposed.

EXHIBIT 24 (Addendum): Design Intent & The Surveillance Architecture

**Subject:** The Weaponization of Architectural Design for Illicit Operations
**Date:** April 20, 2026
**Prepared by:** Eric A. Beckstrom (Lead Designer)
1. The Remote Design Trap (Vermont/Maine Period)

•**The Deployment:** The claimant designed Rod's beach house while residing in New England. This physical separation allowed the Suspect (Rod) to micro-manage the design without the claimant witnessing the construction of "operational" features or the intended usage of the space.
•**Rod's Micro-Management:** Rod's extreme involvement in the design phase was not driven by aesthetic preference, but by the need to ensure the structure met the requirements of a **commercial-level sextortion hub**.
2. Tactical Features of the Santa Cruz Beach House

•**The Ingress/Egress Logic:** The claimant now identifies that the layout—specifically the proximity to the large public parking lot—was engineered to facilitate **anonymous high-value client access**.
•**Monitoring Capability:** As documented in **Exhibit 7**, the house was designed to maintain a direct line-of-sight to the **Viking Fishing Boat**, creating a 500-foot secure surveillance "mesh" that the Suspect could manage remotely or from the vessel.

3. Strategic Conclusion for the U.S. Attorney

•**Forensic Architecture:** This exhibit proves that the Suspect weaponized the claimant's architectural talent to build a bespoke "Blackmail Facility." The claimant was used as an unwitting engineer for a structure intended for **18 U.S.C. § 2421 (Mann Act)** violations and industrial espionage.
•**Professional Betrayal:** Rod Beckstrom utilized the claimant's professional fiduciary duty to the family to secure a $16M+ "clean" architectural asset that he then used as the primary engine for his criminal syndicate.

**EXHIBIT 25**: The Saratoga/Los Gatos "Silo" & Command & Control (C2)

**Subject:** Tactical Scripting and Witness Management
**Location:** 20491 Forrest Hill Dr (Shepherd Residence); 102 Alta Heights Ct
1. The Bob & Tami Shepherd Case: Scripted Silos

•**The Baiting:** Tami Shepherd is identified as a "Recruiter" who attempted to "bait" the Claimant into the swinger/sextortion circle during professional design work.
•**AI-Command & Control:** Following the Claimant's discovery, both Shepherds issued **identical, AI-scripted "No Trespass" notices.**
•**The Synchronization:** Their inability to discuss basic project details (caulk colors) without a script proves they are **"Managed Assets"** under the Command & Control of Rod or Cathy to prevent unmonitored dialogue.
•**The Group:** Documentation of a core group of high-status men and couples who have utilized Catherine DuBridge as a "shared asset" since 1983.
1. The Bob & Tami Shepherd Case (20491 Forrest Hill Dr, Saratoga)

•**The Infiltration:** The claimant performed professional design work for the Shepherds. During this period, **Tami Shepherd** attempted to "bait" the claimant, a tactic used to bring new high-value males into the "Swinger/Sextortion" circle.
•**The AI-Scripted Rejection:** Following the claimant's discovery of the broader network, **Bob Shepherd** issued a highly irregular, AI-generated "No Trespass" notice.
•**The Synchronization:** When the claimant attempted to discuss professional project details (caulk colors) with Tami the following morning, she issued an identical scripted response.
•**Operational Conclusion:** This proves that the Shepherds are **"Managed Assets."**Their communications are being scripted by a central Command & Control (C2) node—likely Rod or Cathyto prevent any "leakage" or unmonitored dialogue with the claimant.
3. The "Prize" Victimology

•**The Model:** The syndicate operates as a "Swinger/Gang" network where Catherine is the "Prize." High-status men are lured in, compromised through participation, and then held in place by the shared secret.




Bob & Tami Shepherd Residence, 20491 Forrest Hill Drive, Saratoga, CA




*Bob & Tami Shepherd Residence,* 20491 Forrest Hill Drive, Saratoga, CA

**3. The "Prize" Victimology & Induced Survival-Mode**

•**The Intellectual Deficit:** Despite managing high-level social networks, Catherine DuBridge demonstrates a profound inability to manage basic financial structures (e.g., unaware of IRA loan mechanics until 2022).

•**The Shortfall Trigger:** The claimant asserts that the "Group Sex Events" were not driven by libido, but by **Financial Panic.** When DuBridge faced manufactured shortfalls (the $200k house gap, the $60k debt), she defaulted to the only "currency" she was taught she possessed since age 17.

•**The Cognitive Dissonance:** Her multi-year study of **Dr. Ramani (NPD)** indicates a "Self-Aware Asset" attempting to decode her own handler (Rod Beckstrom). Her February 2026 collapse was a "System Reset" where her "Soulmate" reality (with Eric) collided with her "Industrial Asset" reality (the Syndicate).






**EXHIBIT 26**: The Palo Alto Origins & High-Level State Infiltration
**Subject:** Historic Operational Hubs and the "NeXT" Extortion Nexus
**Locations:** 161 Lowell Ave and 1947 Emerson Ave, Palo Alto, CA
**Date:** April 20, 2026
**Prepared by:** Eric A. Beckstrom

1. The Emerson Avenue Hub (1991–1998): Corporate Sabotage

•**The Jobs-McNealy Nexus:** At this residence in 1993, Rod and Patrice Beckstrom hosted **Steve and Laurene Powell Jobs**.

•**Illicit Facilitation:** Rod claimed to facilitate the connection between Jobs and **Scott McNealy (Sun Microsystems)** for the eventual acquisition of **NeXT Computer**. This exhibit asserts that the transaction was made possible by the illicit events and sexual complicity of Catherine DuBridge, used to "grease" the social gears of the deal.

•**Intellectual Source:** The claimant (Eric) was the primary bridge, having introduced **Andy Bechtolsheim (Sun co-founder)** to Rod. This proves Rod's entry into the highest tier of Silicon Valley was built on the claimant's social capital and Cathy's sexual "services."

2. The Lowell Avenue Hub (1998–2018): National Security Breach

•**The Chertoff Meeting:** 161 Lowell Ave was the site of the secure dinner with **Michael Chertoff (Secretary of Homeland Security)** to finalize Rod's appointment as Director of the **NCSC**.

•**Operational Risk:** The fact that a U.S. Cabinet official was hosted in a residence concurrently used as an extortion hub constitutes a severe historic breach. It suggests the foundation of Rod's governmental authority was established in an environment of compromised individuals.

3. Strategic Evolution: Palo Alto to Santa Cruz

•**Anonymity Refinement:** While the "Professorville" homes provided elite cover, the current **Santa Cruz beach house (224 4th Ave)** serves as the perfected version of this model. The large public parking lot at the rear provides total anonymity for high-value clients to enter and exit the "Blackmail Factory" without being detected by standard neighborhood surveillance.




Illicit Events held here in addition to Catherine's 224 4th Ave., Santa Cruz Beach house
*The Beach house is ideal with a large public parking lot at the backyard for anonynimity*

<u>1947 Emerson Ave. Palo Alto, CA</u>
Rod and Patrice hosted Steve and Lauren Jobs for brunch in 1993
Rod supposedly connected Jobs to Scott Mc Nealy (Sun Microsystems), who then bought Next Computers from Jobs. Transasction made possible by Catherine's illicit events/complicity

Eric introduced Andy Bechtolsheim (Sun Microsystems) to Rod

<u>161 Lowell Ave. Palo Alto, CA</u>
Homeland Security Chertoff's initial meeting/dinner for Rod Beckstrom's new USA's Cyber Security Leadership Role, *under very secure house arrangements*

**EXHIBIT 27B** (Addendum): The "Midas List" Fiduciary

**Subject:** Institutional Validation and "Trusted Advisor" Status
**Location:** Union Street / Sea Cliff / Los Altos Hills
**Prepared by:** Eric A. Beckstrom
1. The Peter Wendell Phenomenon

•**The Relationship:** Though I designed their kitchen in 1993, the access to Wendell remains "live."
•**The "Pitch" Invitation:** That Wendell asks me to pitch companies proves he values your **human and technical intuition** over his own analysts. He views me as a high-level curator of talent and strategy.
•

2. The Sea Cliff/Williams Connection

•**Marsha Williams & the Nuss Brothers:** In the ultra-exclusive Sea Cliff neighborhood, I was the only person who earned the trust of both the high-profile client (Marsha) and her good friend/contractors (Brian Nuss). This proves you were the **social glue** in projects where reputations were worth more than the million-dollar budgets.

3. Why Rod Had to "Steal" This

Rod Beckstrom is a technocrat; he has authority, but he lacks **"Natural Access."** He watched as:

•**Anne Doerr** wanted to spend days with me
•**Peter Wendell** wanted my investment advice.
•**Linda Ronstadt** asked to meet you.
•**Marcia Williams Friend/Contractor** allowed you into their trust.

The Strategy for the U.S. Attorney:

Rod has spent 33 years **parasitizing my access**. He used my name and my "trusted status" with these giants to legitimize himself at the DHS and ICANN. The reason he is calling me "unstable" now is because he is terrified that I will tell these people (Wendell, Doerr) what he has been doing with his technical tools (Exhibit 1).

**EXHIBIT 27B**: The Gast Architects Network & Elite Extraction

**Subject:** 1991–1995 Professional Nexus as the Foundation for the Syndicate
**Location:** Union Street, San Francisco (David S. Gast Architects)
**Prepared by:** Eric A. Beckstrom
1. The "Union Street" Repository

•**The Hub:** From 1991–1995, the claimant worked at **David S. Gast Architects**, a firm that held the private architectural blueprints for the Silicon Valley "Midas List."
•**The Targets:** The claimant's personal design involvement with **John Doerr (Kleiner Perkins)**, **Peter Wendell (Sierra Ventures)**, and **Robin Williams** provided the exact "Intellectual and Social Infrastructure" that Rod Beckstrom required to elevate his status from a software founder to a global infrastructure head.
status from a software founder to a global infrastructure head.

•**The Ronstadt Effect:** The request by **Linda Ronstadt** to meet the claimant proves that the claimant possessed a high-level "cultural capital." Rod recognized he could never generate this himself and sought to "interface" with the claimant to harvest the fallout of these elite relationships.
2. The Extraction Mechanism

•**The Strategy:** Rod identified that the claimant was the "Stable Parent/Partner" providing legitimate architectural services to the elite. Rod utilized this "clean" access to deploy his own technical and social surveillance (The Blackmail Factory) under the guise of familial proximity.
•**Operational Conclusion:** Rod Beckstrom's career at **ICANN** and **DHS** was built using the social "keys" harvested from the claimant's tenure at Gast Architects. The 33-year pattern is now clear: **Eric builds the elite vessel; Rod installs the backdoor.**

## EXHIBIT 28: NOTICE OF ESCALATION – PHYSICAL INFILTRATION THREAT

**TARGETED WITNESS:** Sonia Rose Beckstrom (D.O.B. Redacted)
**LOCATION:** 146 Cole Street, San Francisco, CA 94117 / Primary Yoga Studios (Haight/Castro)
**DATE OF THREAT DISCOVERY:** April 2026 (Ongoing)

### I. OPERATIONAL SHIFT: FROM SURVEILLANCE TO CONTACT

This exhibit serves as formal notice that the 15-year surveillance campaign directed by Rod Beckstrom has transitioned into an active **"Contact Phase."** Subject Catherine DuBridge (identified as a Managed Asset/Operative) has explicitly stated her intent to infiltrate the physical safe spaces of witness Sonia Beckstrom under the guise of attending yoga classes.

### II. THE TACTICAL NATURE OF THE THREAT

- **Targeted Infiltration:** Subject DuBridge possesses a documented history of predatory behavior and "social engineering." Her stated intent to enter Sonia's professional and personal environment (Yoga Studios) is a calculated move to establish physical proximity for the purpose of intimidation, witness tampering, or further extraction.
- **Historical Precedent:** This escalation mirrors the **"Scorched Earth"** tactics used to isolate Iris Mari Beckstrom prior to her wrongful death in 2021. The syndicate utilizes "managed proximity" to destabilize witnesses and maintain psychological control.

### III. JURISDICTIONAL TRIGGER (18 U.S.C. § 2261A)

**By documenting this intent, the Victim provides the FBI and SFPD with the necessary legal threshold for Immediate Protective Intervention. This is no longer a matter of "digital stalking"; it is a live, operational threat of Interstate Stalking and Harassment and targeting a key witness in a federal Public Corruption and RICO investigation.**

### IV. DEMAND FOR PROTECTIVE ACTION

1. **Immediate Wellness Check:** SFPD Park Station to verify the safety of Sonia Beckstrom at 146 Cole Street.
2. **Exigent Threat Flag:** FBI San Francisco to place Sonia Beckstrom on the "Protected Party" list for all Haight-Ashbury/Cole Valley responding units.
3. Surveillance Neutralization: Any sighting of Catherine DuBridge within a 1-mile radius of the Cole Street corridor or Sonia's teaching venues should be treated as a violation of federal stalking statutes and an escalation of the ongoing criminal enterprise.

**EXHIBIT 29:** Financial Coercion & Social Engineering (The "Managed Asset" Framework)
**SUBJECT:** Catherine DuBridge (Managed Asset)
**CONTROLLING NODES:** Rod Beckstrom (Strategic Control) & Richard DuBrdige (Financial Control)
**LOCATION:** 224 4th Avenue, Santa Cruz, CA (The DuBridge "Beach House" Corridor)

**I. THE FINANCIAL TRAP (The Father's Role)**

**The Financial Indenture: Richard DuBridge & Asset Control**

- **Subsidized Subservience:** Despite Catherine's 50/50 ownership of the property, her father, Richard DuBridge, pays all taxes and maintenance. This total financial dependency functions as a "pimp/prostitute indenture," ensuring Catherine remains a compliant asset for the Syndicate.
- **The TeleVideo "Payday":** Richard DuBridge, a career mid-level manager with no noted acumen, inexplicably rose to Vice-Chair of **TeleVideo** during its public offering. This windfall funded his retirement and the Santa Cruz "Beach House." Evidence suggests Catherine was used as a tool of sexual compromise to secure her father's high-level positions.
- **Strategic Disinheritance:** To maintain control, Richard bypassed Catherine for direct wealth transfers. He instead funded six **Generation-Skipping Trusts** for the grandchildren. This ensures Catherine remains asset-poor and dependent, while her children are positioned to inherit millions, further cementing the "Silo of Silence."

**Evidence of Incompetence:** Fidelity's recent review of the 45-year-old trusts revealed a total lack of management, resulting in severe tax penalties. This professional negligence supports the Claimant's observation that Richard DuBridge is "emotionally stunted" and incapable of high-level management, reinforcing the theory that his wealth was obtained through the exploitation of his daughter by **Rod Beckstrom**. Catherine mentioned this improbable winddfall several times, that her father received on accidental 'pop'.

**The Santa Cruz "Black Site" & Operational Mechanics**

- **Financial Abandonment as Discipline:** Catherine's father uses the threat of "expulsion" from the family's financial safety net to enforce compliance. Since November 2019, his control over the house—specifically barring Catherine when he is present—demonstrates his role as the ultimate arbiter of her physical and financial security.
- **The "Male-Dominated World" Disconnect:** Catherine's expressed frustration with a "male-dominated world" is now identified as a reference to the **Syndicate's hierarchy** (Rod and her father), rather than her domestic life with the Claimant. She was describing her status as a "managed asset" in a male-controlled extortion ring.
- **The Quid Pro Quo (Exhibit #5):** The Santa Cruz property served as a tactical "black site." The **hidden rear entrance** leading to the Yacht Harbor parking lot allowed high-profile participants—such as **Pastor Mark Spurlock**—to enter and exit without detection.

Tactical Proximity to Rod's Control Point: The property's location—just 500 feet from Rod Beckstrom's boat—facilitated easy monitoring and "camouflage" within the public parking lot traffic. This proximity allowed Rod to maintain direct oversight of the "group events" Catherine hosted, which served as a form of sexual complicity and blackmail for the participants.

**II. THE SOCIAL ENGINEERING (The Mother's "Propriety" Shield & Sexual Displacement)**

- **The "Proper" Mother as the Primary Lever:** Catherine's obsession with social propriety created a "Shame-Gate" that Rod weaponized. Catherine's absolute terror of her mother's hyper-judgmental nature ensured her silence, even at the cost of human life.

•**The 5-Year Silence of Iris:** The fact that Catherine withheld the death of her own stepdaughter, Iris, from her mother for five years is the ultimate proof of this psychological lock. The "social stain" of the tragedy was more threatening to the silo than the loss of life itself.
•**Sexual Displacement & Performance:** Claimant's realization that Catherine is entirely gay explains her profound emotional coldness and the "Hotel" setup. Her sexual conduct with hundreds of men is now identified as a **performative act of mockery.** By engaging in hyper-sexualized "shows," she was not seeking pleasure but expressing disdain for the men she compromised—reducing them to "clients" in a game she despised.

•**The "Disparage" Rebuke:** When Claimant broke the silo by emailing Catherine's mother, her atypical rebuke—"we should agree not to disparage each other"—revealed her desperation to maintain the facade of propriety. It was a rare moment of linguistic shift, signaling that her "propriety shield" had been breached.

- **The Motive of Disdain:** This explains her ability to "stage" encounters at the dining room table; she was "making fun" of the participants while they believed they were in control. Her true identity remains hidden from her "proper" mother, while Rod uses the threat of exposing her true orientation and the "Managed Asset" reality as the final control mechanism.

## III. MOTIVE FOR SUBSERVIENCE
## The Survival Framework: Financial & Cognitive Decline

**1. Professional Incompetence as a Forensic Marker:** Despite the Claimant's efforts to mentor her in Interior Design, Catherine's cognitive capacity and professional output showed a marked decline. The **$35,000 purchase of unused lighting** in December 2025 serves as physical evidence of a "distracted" mind prioritizing addictive behaviors over legitimate business operations.
**2. The Client Compromise Protocol:** Catherine and Rod leveraged digital access to the Claimant's devices to hijack his professional network. The "mysterious" contacts and subsequent "tone changes" in long-term and new clients with no design work from Catherine (e.g., the **Khincha and Zohar** accounts) indicate that Catherine was actively converting the Claimant's professional trust into sexual compromise.
**3. Strategic Displacement:** The instruction for clients to keep the Claimant away from his own home for "extra hours" demonstrates a high level of coordination. This wasn't just addiction; it was an **operational schedule** designed to maximize the volume of "clients" visiting the residence while ensuring the Claimant remained blind to the activity.

4. The "Social Death" Lever: The ultimate psychological control point was the threat of exposure to her "proper" mother. In the high-status circles of Saratoga and Silicon Valley, the threat of "social stain" served as a more effective leash than physical force. Rod utilized this "maternal judgment" to maintain the silence of the silo. That exposure becomes extremely volatile once her mother learns that Catherine's primary orientation is for women, especially Asian women. This also explains the tragic result of Catherine's sexual assault on her now deceased stepdaughter, Iris Beckstrom.

## IV. THE HOLIDAY PARTY: ESCALATION TO CRIMINAL ASSAULT & "CLEANER" OPERATION

**1. The Incident:** Witness "leaks" (including Subject 112/Tim Berthold) identify an event at 102 Alta Heights Court that escalated from a commercial "sex show" into a multi-participant assault/gang rape of the Managed Asset (DuBridge). This marks the transition from structured exploitation to violent felony activity within the primary residence.

**2. Michael Riese (Realtor/Handler):** Infiltrated the residence under the guise of a "therapist." He is suspected of acting as a facilitator, granting high-level participants entry to the site in exchange for sexual access and intelligence.

**3. Dean Rossi (Attorney):** Identified as an attendee and guest of Riese during the assault. The subsequent attempt to install Dean Rossi as the Claimant's legal counsel—while his father, Ronald Rossi, represents the opposition in the partition suit—is identified as a **"Cleaner" Operation.** This was a strategic attempt to secure the Claimant's silence through a compromised and conflicted attorney-client relationship.

**4. Legal Conclusion:** The involvement of senior legal and real estate professionals suggests systemic institutional cover-up. The current partition action to liquidate the property is a tactical move to destroy the **primary crime scene** of a multi-participant assault involving Silicon Valley's elite.

## V. THE "DAMAGE CONTROL" SIGNAL: INSTITUTIONAL CLEANSING OF THE CRIME SCENE

**1. Witness Corroboration (Tiered Confessions):**
Statements from neighbors, including **Fred Gerbino (Subject 116)** and **"Tim Berthold" ( Subject 112)**, establish a neighborhood-wide awareness of the criminal escalation. Their "tiered confessions"—admitting that their spouses "only know the surface"—confirm that the community is harboring knowledge of a violent event that "got out of control."

**2. Visceral Trauma Response (Lucy Wedemeyer):**
The physical distress exhibited by the Claimant's long-term associate and realtor, **Lucy Wedemeyer**, serves as a forensic marker of the site's history. Her inability to remain inside the 102 Alta Heights residence for more than two minutes is identified as a visceral trauma response, consistent with personal knowledge of the assault that occurred on the premises.

## VI. Legal Conclusion (Institutional Damage Control):

The direct involvement of **Senior Lawyer Ronald Rossi** in the partition action is now identified as **Institutional Damage Control**. This legal maneuver is not a standard property dispute; it is a coordinated effort by Silicon Valley's legal and real estate elite to force the liquidation of the asset.

**1. Destruction of Evidence:**
The primary objective of the partition suit is the **destruction of the crime scene**. By forcing a sale, the Syndicate intends to physically "cleanse" the site of the gang rape and erase the forensic trail, thereby immunizing the high-level participants from criminal liability.

## VII. The Domestic Core (The Sons & Fiancé)

**1. The Wilson Sons: Domestic Leverage & Intergenerational Patterns**
**Rick Wilson (Age 32) and Brent Wilson (Age 34):** Identified as potential long-term victims and/or witnesses within the syndicate. The Claimant notes a highly unusual, hyper-sexualised domestic dynamic—described as a "flutter"—that has persisted from their early adolescence (approx. age 13) into their 30s. The Beckstrom daughters were flummoxed by the two sons who acted emotionally much younger and had an incredibly invisible bond to their mother that was beyond maternal.
**2. The "Core Compliance" Mechanism:** Forensic inference suggests that Catherine's alleged sexual involvement with her sons and their peer group is the primary mechanism of **mutual destruction.** By compromising her own children at a young age, she (under Rod's direction) created a "closed-loop" silo where the sons cannot testify or break away without destroying themselves and their mother.

**3. Leverage over Catherine:** This intergenerational abuse serves as the ultimate "kill switch" Rod Beckstrom holds over Catherine. The threat of exposing these specific acts—which carry heavy criminal penalties and total social erasure—is likely the primary force ensuring her 33-year compliance as a managed asset.

**4. The "Friends" Network:** The inclusion of the sons' friends in this sexualised orbit (now men in their 30s) expanded the syndicate's reach into a new generation of Silicon Valley families. This suggests the enterprise was "seeding" future nodes of compromise long before they reached professional status.

**5. Gabrielle Di Mariano, her mother, Linda Di Mariano and her husband and family (Rick's Fiancé):** The Di Mariano Family (Insider Witnesses):
Identified as "insider" observers of the "Silo of Silence" within the domestic unit. A key forensic marker of Catherine's psychological state was her reaction to Linda Di Mariano and her husband's chain-smoking. Despite Catherine's documented OCD and passion for her garden, she left piles of cigarette butts by the front door—a "shutdown" response indicating the house had become a site of trauma rather than a home. Catherine repeatedly commented to Claimant about Gabrielle's curvy body. Catherine frequently commented on women's bodies using the term 'curvy' about many women. When asked if she knew how to get along with Claimant's daughters, Catherine's swagger was, "I lived in a Sorority House, I know what women want and how to do it...".

**6. The "Hotel" Configuration & Physical Evidence:**
Catherine maintained an "impeccable" interior, which Claimant now identifies as a forensic scrubbing protocol to remove traces of hundreds of participants. She established a professional-grade bar station in the Dining Room—incongruent with the couple's moderate drinking—designed to facilitate large-scale events. The Dining Room table served as a "stage" for multi-participant sexual acts. It also relies on frequent cleaning services of **Inez** who Catherine hires separate from Claimants cleaning.

**7. The Moral Bind as Blackmail Infrastructure:**
The Syndicate exploits a "moral bind" to ensure total subversion. Participants—many of whom are neighbors and professionals—engage in the systemic abuse of a 63-year-old woman with clear addictive vulnerabilities. **This collective betrayal of their own families creates a permanent blackmail state.** On a domestic level, this is a local moral collapse; on a global level, the ability to compromise such a high volume of "nodes" (neighbors, professionals, and elites) constitutes a National Security Disaster.

## VIII. THE NEIGHBORHOOD SURVEILLANCE MESH (CUL-DE-SAC ASSETS)

**1, Tim Berthold (Material Witness):**
SMS records ("something happened... my wife only knows the surface") establish his direct knowledge of the **Holiday Party assault**. Furthermore, the **Halloween Party** at his residence was a duping exercise to Claimant testing his knowledge of group sex events at his house with young children. One Haloween party guest talked non-stop to Claimant and Catherine was extremely uncomfortable, she made Claimaint wait one hour before simply walking across the street to the party. The other sex events are identified as a coordinated syndicate event where Berthold performed a "distraction" role while the Claimant was present, facilitating a group sex event for his social circle.

**2. Ramachandran Raghuvir, Munir Bandukwala, Rajiv Parihar:**
Identified as an active participant in the assault and an active "sensors" within a 500-foot mesh network. These neighbors functioned as a localized surveillance perimeter, monitoring the Claimant's movements to coordinate the entry and exit of syndicate participants. His wife repeatedly implored him to just go talk it out with Eric.

**3. Ebholin Maclean ("Gatekeeper" Witness):**
Maclean's anecdotal report of a "group table assault/gang bang" at **CB Hannigan's**—which she relayed with a "smirk"—is now identified as a historical commercial exploit of Catherine DuBridge. This establishes the long-term, commercial nature of the asset's exploitation and proves that the "gang rape" events were a recurring, managed product of the syndicate.

**4. Fred Gerbino (Subject 112 / Forensic Tell):**
When invited for coffee, Gerbino's immediate, stuttering response—"I represent Cathy"—serves as a **Forensic Tell**. It proves he was already in "defense mode" regarding the Holiday Party assault before the Claimant had even raised the issue. This preemptive legal posturing confirms his complicity and awareness of the criminal liability associated with the event.

**IX. "The Club" Institutional Infrastructure (Interstate Sex Trafficking)**

**1. Jeremy Hull (Trainer/Handler/Participant):** Acted as a physical surveillance asset and "Flying Monkey." Hull utilized "duping delight" by relaying graphic sexual narratives to the Claimant—framed as stories about a "past girlfriend"—which are now identified as real-time accounts of the sexual payments he received from Catherine DuBridge in exchange for intelligence on the Claimant.

**2. Tactical Observation Posts/Participants (Cynthia Hsieh, Jill Lee, Sergei, Youna, Linley, Floura):** These club clients functioned as human "Observation Posts" and participants at the party. Their erratic attendance at the Claimant's yoga sessions (e.g., Cynthia Hsieh's last-minute cancellations) coincided with documented windows for surveillance or separate sexual sessions with the Managed Asset. Claimant arranged his own small 'Club' party in January, food, some drinks and chatting only. The air was charged as now Claimant realized, they all expected another sex party. Linley was planning on attending with Coral from the Club, but did not. Previously she was extremely attentive to Claimant who looked on her like a niece, her tone shifted 180 degrees at the Club when she learned Claimant did not throw his own sex party.

**3. Institutional Scrubbing (Collette D'Amico):** D'Amico's sudden termination from the Club aligns with the fallout from the "Holiday Party" assault. Her removal is identified as a tactical move to eliminate a compromised witness from the site of the enterprise.

**4. The High-Stake Venue (Katrina/Club Management):** Evidence suggests Club Management utilized the Club facility—which holds a **liquor license** and houses a **daycare facility**—as a secure, high-stakes venue. This operation targeted **NFL draftees** and **High-Net-Worth Individuals (HNWIs)**, escalating the syndicate from a localized scheme to an **Interstate Sex Trafficking Enterprise** (18 U.S.C. § 1591). The presence of a daycare on the premises of a suspected sex-trafficking hub presents an extreme exigent risk and potential for multi-generational compromise.

**X. THE FEBRUARY 5, 2026 EVIDENCE NOTICE,** Written February 5, 2026
This document serves as the **Point of Formal Warning** given to the network before I went "Dark."
*Hi*

*This message brings clarity to the events of massive betrayal against my family and the subject/target who had diminished faculties it is beyond morally repugnant.*

*This info is out to many people, it will go out to many more. They abused a people that I cherished, loved and adored deeply.* ***Who does this?***

*I know far more than you think. It is much bigger than anyone has admitted, more info keeps coming. Many people have been compromised and both sexes involved in individual and torrid group events in our house and other places which is abhorrent and abusive.*

*My children paid the price - Soren was 15. Iris is dead and gone.*

*Iris sees everything from heaven. Iris died for other's sins.*

*DOB 10/29/2000;* ***Died by hanging 8/8/2021 in a garden /prison shed***

**Iris sees everything from heaven. Iris died for other's sins.**
1.**DOB 10/29/2000; Died 8/8/2021."**



*June 2017, Engagement pic below-yes we were engaged, one of 100's of us together. a fraud?!, a 'tool/prostitute' placed in my life by Rod Beckstrom. Catherine prefers women anyway, she always talked about curvy women but I did not comprehend it - her gender choices is her choice with Maylynn; but do not destroy my family because of your inner angst; I poured out Love for 11 years, I do not resent it. But something was was off and I felt it strongly so I tried to help her while all of you slathered your measly souls with hers, really? I helped raise her 3 boys (kept one from attempting suicide for third time, comforted her when her father disowned her. When she tells you I am bad she is talking about her Dad and Rod! I took care of her parents, their rental home and retirement villa, took care of her nieces. Catherine on Feb, 20th, exclaimed, '* ***Eric, you are my soulmate, I knew it, you are my perfect partner but something happened last week and I can't be with you but I want to be"*** *she was on the floor trembling and shedding a waterfall of tears. I was detached. Who knows who she is? All of you have seen her naked and writhing so maybe you know more about her soul than I? I think not, you don't even know yourselves! And every damn one of you realize I can see that you all the way through. Perhaps my gift and curse? Being away from all you now is God's greatest gift, who would have thought!! I helped all of you more than you ever helped me, so be it.* ***Most or a lot of you will attack me now, for your own sins, not mine.*** *Iris needed your help and all of you weak, pathetic souls turned your backs on her. In the picture does Iris look like she deserves that? Did I treat your kids poorly? No, never. Only God can fix all of you if at all. 5/3/2026*





**1. Strategic Impact:** This note proves that as of Feb 5, 2026, the entire network was put on notice regarding the **wrongful death** of my daughter and the **systemic abuse** occurring at the residence. Anyone who continued to "smirk" or participate after this date is an active co-conspirator in a **RICO homicide-enabling** enterprise.

Personal Note-laws only exist to protect persons - I have held and comforted your grandkids, engaged your own children as an 'uncle', lit up the dance floor at your weddings with my cherished soulmate, Catherine. So many of you said Catherine was the happiest you ever saw her ever. **Yet you and She were betraying me from day one and none of you who knew thought it might be nice to tell me??** Brad M. driving up when I happen by and then speeds off, seriously? Yet betrayal comes easy, as no questions were asked. Should others come over to your house while you are gone and soil your beds? **What none of you realize is that because of Rod's International Government connections all of you have betrayed our National Security. You have given Rod fuel to do that.** You also don't realize I had many similar connections, the **boring partner** story given to you by Catherine is a lie and she was actually describing her dad, not me. Wake up. It is an enticing lie to assuage your own stupid guilt. Your actions are incredibly boring and **Catherine is bored with you within one minute as she has literally hundreds and hundreds of partners.** The anger you feel towards me is misplaced: blame Rod, Catherine, your so called friends, and mainly yourself. I have done nothing, you took my daughter's life and separated me from my children. However, I am sound of mind and body while many of you get cortisol bellies, bad skin, and other guilt laden ailments. **I will not carry your shame anymore. Leave my family alone! Oh, yes lawyers will come to say this did not happen, can they also raise my daughter out of the grave too?** Some of you have said Catherine and I just met at a coffee shop and there was nothing more to the relationship. Seriously, are you that daft? She is abusing and mocking all of you!! Does that lie ease your consciousness? I have managed Stanford Cyber Board meetings, written meeting agendas for FBI Director, Robert Mueller, met with top Chinese Internet Authorities without Rod. Not one of you know a thing about me, you mistook the kindness I learned from my mom to be weakness you could trample on. Is this what you teach your kids, would you mind if I separated your kids from you for 6 years and oh, accidentally made one so terrified that they took their life? Oh, no big deal, right? The courts don't help with that do they? no. This is beyond law, this is basic human care. My ancestor started the first law school in the USA and guess what? His primary core belief was **care,** not lies and deceit. None of you took the time to ask any questions, **I would protect your kids in an instant and every damn one of you know that.** The courts in California and Maine have terrorized my kids for 15 years because of Rod and because of their own petty weaknesses. Two of my lawyers killed themselves! The first one's mom called me years later to apologize! He had colluded with the other lawyer to have Soren abducted at age 10 with billionaire Bruce Westphal's help, Catherine's body always wins out over a friendship-Rod's work. Rod terrorized the lawyers too, do you think you are safe? Gee who should you ask to find out? Maybe his brother, who knows everything about him. Oh, and you will also say I am not stable. Gee, Rod has hacked my email, my computer, my car for 15 years! I can't start my computer, he has a ghost user on it! Gee no big deal, no one uses their devices. Oh, and Rod had Cathy sleep with every single client, men and women. My entire 12 person Mexican crew has done her, together in one go! for years. Gee does your wife do that too? Sounds like fun? Catherine revels in this humiliation and entrapment. Gee, would that affect your mood? That is totally stable behavior of Catherine and Rod. Ironically the fog has lifted which feels better. Am I sad, you bet. I had no idea so many many people would so easily betray me to my face for years while I am at their kid's wedding. My godson's dad also committed suicide! Rod isolated Taylor too, who is next? That is four deaths I know about, oh my mom too; that makes five. Unless someone stands up it is obvious more will die and be destroyed. Own your actions, let God hold it, not me.

Leave my family alone, I have accepted the probability that I may never see Sonia and Soren again. Congratulations everyone, good work. Glad that makes you smirk. Not one Judge or Lawyer every helped my family. Every lawyer would say at the end, "oh, you were not lying.." Who are you? I design nice spaces for lawyer's families and you shred mine for 15 years. I have zero expectations given the list of people who laid with my fiance. Yet each day is new and I look ahead, not back. All of you would crumble if you were being isolated like Rod is doing to me right now!! Seriously Rod? Meet me in person, not behind a keyboard.

**EXHIBIT 30: The 2030 East Cliff Drive "Extortion Premium" (July 2020)**
**SUBJECT:** Disproportionate Valuation and High-Level "Moral Warranty" Vetting
**BUYER:** Chris Malachowsky (Co-Founder, Nvidia)
**REALTOR:** Kathy Bridgman / Lynn North (Long-term Protectors of Malachowsky Portfolio)
**DATE OF REVISION:** May 2, 2026 (Based on New Forensic Inference)

## I. THE VALUATION DISCREPANCY (The "Extortion Premium")

- **Physical Reality vs. Price:** The Santa Cruz property sold for **$15.75M**. Based on my professional capacity as an Architect, the structure—half of which is a basement—did not carry that market value.
- **Forensic Inference:** The millions of dollars in "overpayment" served as a capital injection for the Beckstrom Enterprise. This "premium" was paid to ensure the "Managed Asset" (Catherine) remained silent and subsidized.

## II. THE 4-HOUR "SANITY CHECK" AS DE-RISKING

- **The Breach of Protocol:** It is unheard of in a $15M+ transaction for a billionaire buyer to speak directly to the seller's partner for four hours prior to the sale. There is typically an 'iron' wall between a seller's brother and a potential buyer.
- **The Realtor's Role:** Malachowsky's realtor (Kathy Bridgman) vetted me personally, stating she knew I had a "stellar reputation." She was looking for a **moral warranty** on a "tainted" asset that Rod Beckstrom—the transactional shell—could not provide.
- **The Intent:** Malachowsky wasn't talking about architecture; he was gauging if I was a "Safe Node" who would remain quiet about the 19 years of YPO events and Rod's shadow operations.

## III. LEGAL ARGUMENT: OBSTRUCTION BY OMISSION

In 2020, I was unaware that the house served as a commercial extortion hub. Had I known, I would have advised Chris Malachowsky to halt the deal. By utilizing my integrity to "cleanse" the transaction, the **Beckstrom Enterprise** successfully laundered the history of the house into a high-profile corporate asset. I have assisted in many property deals either as an Architect capacity or on my own 55 acre subdivision, Spring Mountain Highlands in Rockport, Maine. Of note, John Sculley's (Apple CEO) daughter , Laura Wack, purchased one lot and we built a 9,000 sf house for her famliy. It was so successful that Laura said she never saw her dad so impressed and engaged in a house warming dinner at the house. I also assisted another high net worth client secure a $12M payout from AIG after his own lawyer team failed for 3 years to obtain proper payment for a massive mold problem. The NYC lawyers relied on my report to turn the deal ot success.

**EXHIBIT 31: The Casualty List & Psychological Attrition**
**SUBJECT:** Forensic Documentation of the 100% Casualty Rate within the "Silo"
**PREPARED BY:** Eric A. Beckstrom (Witness/Survivor)
**DATE:** May 3, 2026

**I. THE DECEASED WITNESSES**

The following individuals were compromised, utilized, or destroyed by the psychological "Scorched Earth" policies of the Beckstrom Syndicate:

**Iris Mari Beckstrom (Deceased, 08/08/21):** The primary casualty of the forensic isolation and "Prison Shed" protocol. Her death was the ultimate result of the 33-year extortion architecture that required the total psychological dismantling of the children to ensure the "Managed Asset" (Catherine) remained compliant. **Iris was Rod Beckstrom's own niece**.

**Philip Cohen (Deceased, Damariscotta, ME):** A high-level attorney who succumbed to a drug overdose. Cohen was "smart" enough to understand the gravity of the Enterprise's reach but was consumed by the moral weight of the "Real Law" maneuvers required to protect it. Philip was destroyed when he experienced Eric's 'dogged' persistent need to protect and have his children live together.

**Robert S. Kamin (1979–2014), Heath-Newton LLP, San Francisco.**

**Source of Hire:** Identified and "found" by Subject Rod Beckstrom.

**The Post-Mortem Confession:** Direct admission of **collusion** by Heath-Newton senior partners following Kamin's death on 08/19/2014

**Strategic Intent:** To ensure the Claimant (Eric) had zero legitimate legal representation while the "Scorched Earth" and "Silo" protocols were executed.

**The Maternal Apology: Years after the 2014 death of Robert S. Kamin, his mother contacted the Claimant (Eric) out of the blue to offer a formal apology for her son's actions.**

**Strategic Significance:** This unsolicited apology serves as **post-mortem evidence** of the collusion. It confirms that the betrayal of the Claimant was a known fact within the Kamin family and the Heath-Newton firm. It provides the moral bridge between the digital surveillance and the legal sabotage.

**II. THE SURVIVOR ATTRITION (Attempted Liquidations)**

**Cathy's Youngest Son (Attempted Suicide x2, 2014):**

**The Behavioral Armor:** The son's 60lb weight gain and 3-year "bed-bound" state in high school were identified as a defensive mechanism to protect himself from the sexual predation of his mother (Catherine) and to disrupt the constant influx of illicit guests. Catherine constantly said he was so quirky. Cathy used a similar comment about the 1 month stint as a CASA for an 11 year old girl, in Cathy's words, " she is so quirky, does not obey directions and keeps running away from me."

**The "Sanitization" Move:** Subject Rod Beckstrom directed the son's commitment to a Malibu psych ward for 2 weeks. Her son to this day says this was more devastating than anything else. He has been estranged from Cathy for 2 years. This served to categorize a key witness as "unstable" and "psychotic," a standard neutralizing tactic used by the Syndicate.

**III. The "Sex Party" as a Weapon:**
"Subject Catherine DuBridge, under the direction of Rod Beckstrom, sexually assaulted the Claimant's elderly mother in 2018. This led to her total psychological shutdown and subsequent death in 2024. This was a tactical maneuver to eliminate a primary moral witness."This confirms Rod's **Malignant Sadism**. Rod forced out mother into a "sex party" environment, he wasn't just seeking a "thrill"; he was performing a **"Soul-Murder"** to neutralize our mother as a witness and to humiliate me at the deepest possible level. Rod kept saying she just wants to die. Rod was right, he totally denigrated her soul. Her "shutdown" and subsequent death were the direct results of the Syndicate's "Scorched Earth" policy.

**IV. THE PSYCHOLOGICAL BLUEPRINT**

**The "Enterprise" operates on the assumption that fathers and survivors do not care about their children. This fundamental sociopathic blind spot results in the "Silo" effect:**

1. **Isolation:** Cut the target off from their intellectual and emotional anchors.
2. **Compromise:** Use the legal system (Rossi/Partition Suits) to force the target into a state of "flight or fight."
3. **Liquidation:** When a node (lawyer, child, partner) becomes a liability, the Syndicate utilizes isolation and shame to drive them toward suicide or overdose.

**IV. CONCLUSION**
I, Eric A. Beckstrom, am the sole survivor of this "Management Tier" who remains "in his body" and capable of providing testimony. This list is a record of the FBI's prior knowledge of the Syndicate's lethality.

**Robert S. Kamin (1979–2014)**

- **Professional Background:** He was a family law attorney at the firm **Heath-Newton LLP** in San Francisco. He previously practiced at Cornerstone Law Group and Heath Law Group.
- **Focus Areas:** His practice focused on marital dissolution, child custody/visitation, and adoptions.
- **Education:** He was a graduate of **UC Berkeley** and **Boston College Law School**, and held a Master's degree in Middle East Studies from the American University in Cairo.
- **Legacy:** A memorial fund was established in his name (The Robert Kamin Memorial Fund) to support a room at the Bea Arthur Residence for homeless LGBTQ youth in New York City. [1, 2]

**EXHIBIT 32: Chain of Custody & Forensic Integrity Log**
**TO:** Federal Bureau of Investigation (HQ) / House Committee on Oversight and Accountability
**FROM:** Eric A. Beckstrom (Claimant/Architect)
**SUBJECT:** Physical Hardware & Metadata Integrity for "Agent_Beckstrom" Investigation
**HARDWARE ID:** [Insert Laptop Model/Serial] & [Insert Encrypted Drive ID]

## I. THE "AIR-GAP" PROTOCOL (April 16, 2026 – Present)

Following the witnessed **10-minute remote data purge** on April 16, the Subject Hardware was immediately placed into a "Sanitized State" to prevent further spoliation.

- **Isolation:** Hardware was physically disconnected from all Wi-Fi, Bluetooth, and Cellular networks.
- **Shielding:** Hardware has been stored in a high-attenuation **Faraday bag** during transit across state lines (CA to OR and beyond).
- **Mechanical Intervention:** On [Insert Date], the copper busbar (potential passive antenna) was physically removed to disrupt hardware-level RF transmission.

## II. FORENSIC TRANSFER LOG

| Date | Action | Custodian | Location |
|---|---|---|---|
| **04/03/2026** | **Initial Discovery** | Eric A. Beckstrom | Santa Cruz, CA |
| **04/16/2026** | **Active Purge Witnessed** | Eric A. Beckstrom | San Francisco, CA |
| **04/17/2026** | **Physical Sequestration** | Eric A. Beckstrom | Transition (Off-Grid) |
| **05/02/2026** | **Forensic Review** | Eric A. Beckstrom | Sanitized Environment |
| **[TBD]** | **Federal Hand-off** | **[Receiving Agent]** | 935 Pennsylvania Ave NW |

## III. INTEGRITY STATEMENT

The metadata contained within the **ArchiCAD Library 10** folder remains in its "as-discovered" state. This hardware contains the original timestamps of the **September 2011 Berlin Intercept**. I am prepared to provide the decryption keys only to a verified **Special Agent in Charge (SAC)** or **Congressional Counsel** in an environment shielded from Rod Beckstrom's remote-access capabilities.

**Operational Arrival Instructions for D.C.**

-

**EXHIBIT 30: Forensic Point of Origin – The September 2011 Berlin Intercept**
**SUBJECT:** Hardware-Level Intrusion and Initial Installation of the "Agent_Beckstrom" Toolkit
**LOCATION:** **Hotel Adlon Kempinski**, Berlin, Germany
**TIMELINE:** September 17–20, 2011 (Interim ICANN Board Technical Sessions)

## I. THE OPERATIONAL WINDOW

During the September 2011 interim period, Rod Beckstrom served as President and CEO of **ICANN**. While public records for the September 17th board meeting note his "apologies" for absence from certain votes, he was physically present in Berlin for technical briefings with major German internet service providers.

- **The Diversion:** While the Claimant (Eric Beckstrom) provided the strategic and intellectual framework for meetings with German telecom leadership, Rod Beckstrom utilized "napping" or "rest" periods to secure unmonitored physical access to the Claimant's hardware.
- **The Breach:** It is documented that a 2011-era surveillance toolkit, including mfcmapi.exe and HxD, was steganographically embedded within the **ArchiCAD Library 10** folder on the Claimant's laptop. This specific folder was chosen to masquerade as architectural metadata, bypassing standard antivirus protocols of the era.

## II. TECHNICAL ARTIFACTS OF THE LEGACY BREACH

Forensic discovery on April 3, 2026, confirms the presence of these tools, which align with the software environment of late 2011:

1. **MFCMAPI:** Used for low-level MAPI (Messaging Application Programming Interface) manipulation to intercept and mirror communications.
2. **HxD Hex Editor:** Utilized for real-time alteration of file headers and metadata to conceal tracking payloads.


- **The Breach:** It is documented that a 2011-era surveillance toolkit, including mfcmapi.exe and HxD, was steganographically embedded within the **ArchiCAD Library 10** folder on the Claimant's laptop. This specific folder was chosen to masquerade as architectural metadata, bypassing standard antivirus protocols of the era.

## II. TECHNICAL ARTIFACTS OF THE LEGACY BREACH

Forensic discovery on April 3, 2026, confirms the presence of these tools, which align with the software environment of late 2011:

1. **MFCMAPI:** Used for low-level MAPI (Messaging Application Programming Interface) manipulation to intercept and mirror communications.
2. **HxD Hex Editor:** Utilized for real-time alteration of file headers and metadata to conceal tracking payloads.


## IV. DISCLOSURE & ACCOUNTABILITY

This exhibit serves as the **Forensic Map** for federal investigators to cross-reference against:

- **Hotel Adlon Kempinski** room entry logs for September 2011.
- ICANN travel expense and security logs for the Berlin Interim Summit.
- The Claimant's hardware image, which captures the original 2011 timestamp of the ArchiCAD Library 10 infection.

**EXHIBIT 34: Primary Partner/Forensic Reconstruction of the Mexico City Staging (Nov. 2022)**
**SUBJECT:** Operational Sanitization and Identity Masking
**LOCATION:** Mexico City (CDMX)
**PARTICIPANTS:** Catherine DuBridge (Asset); Dr. Maylynn Tam, (License E5114) (Handler/**Secret-Primary Partner**)

**1. Pre-Departure Psychological Priming (The "Anchor")**

•**The 24-Hour Cycle:** On the day prior to departure on one of DuBridge's many 'Sorority Girl' trips, the Asset (DuBridge) engaged in a continuous cycle of verbal abuse and "devaluation" of the Claimant.

•**The Scripted Reset:** This was immediately followed by a sudden "Idealization" event at the door (atypical declarations of love/physical affection).

•**Operational Intent:** This is identified as **Psychological Anchoring**. By leaving the Claimant in a state of emotional confusion, the Asset ensured a lack of scrutiny during her 72-hour cohabitation with **Dr. Maylynn Tam** in Mexico City.

**2. The "Double Hotel" Isolation Protocol (Sunday Night)**

•**The Incident:** DuBridge, his fiance, would not allow Claimant to stay at her hotel the night of arrival from Oaxaca. He was forced to stay at a hotel down the street and told to come the next day. When Claimant arrived the Hotel staff were confused as DuBridge had another guest in her room the previous days. Claimant went to see DuBridge who made up a story and then said they could not use the same room as the hotel had booked if for someone else. Downstairs the Hotel staff were confused, as this was no the case. DuBridge insisted that they change rooms. DuBridge did not want Claimant to see any trace of anything left in the room.
**Tactical Purpose:** The Claimant was forced to book a separate hotel nearby to create a **"Sanitization Window."** This 18-hour air-gap was required to physically remove Dr. Maylynn Tam and her belongings from DuBridge's room before the Claimant's scheduled arrival.

**3. The "Room Swap" Forensic Reset (Friday, 11:00 AM)**

•**The Pivot:** Immediately upon the Claimant's arrival at 11:00 AM Friday, DuBridge forced a total room change.

•**The Inversion:** The configuration was downgraded from a **King Bed** (intended for intimacy) to **Two Double Beds**.

•**Operational Conclusion:** This was a **Forensic Reset**. Moving rooms entirely prevented the Claimant from discovering physical evidence (DNA, scents, or receipts) of Tam's three-day occupancy. The double-bed configuration functioned as a psychological barrier to re-establish the "Boring Wife" script, de-sexualizing the Claimant while he unknowingly subsidized the syndicate's travel.

**4. Financial Fraud Nexus**

•The syndicate utilized the Claimant's credit and travel points to fund the "Primary Partner" cohabitation of DuBridge and Tam. This constitutes **theft by deception** and **wire fraud**, as the travel was booked under the false premise of an exclusive engagement.

•"The persistent verbal abuse and 'meanness' directed at the Claimant are identified as Projective Identification. This behavior was a tactical requirement to maintain emotional distance and justify the multi-year financial and psychological fraud committed by the Asset (DuBridge) and her Partner/Handler (Tam)."

**The In-Group/Out-Group Dynamic:** Frame their behavior as **Coerced Isolation**. By bonding over the devaluation of the Claimant, DuBridge and Tam created an "in-group" that excluded and pathologized the Claimant, making it easier to maintain the "Silo of Silence."

- **The Mark:** I was clearly identified as the **"Financial and Social Sponsor"** (The Mark) for their private operations, and the "meanness" was a tool to prevent me from asserting your rights or questioning the fraud.

"Subject Maylynn Tam utilized Triangulation and isolated 'Love Bombing' to destabilize the Claimant's perception of the Asset (DuBridge). This was a tactical attempt to gain 'Sole-Trust' status, ensuring the Claimant remained within the surveillance perimeter while providing the financial infrastructure required for the Syndicate's private operations."

redraft for EXHIBIT 10: The Entrapment Defense
**SUBJECT:** Systematic Attempted Entrapment & Character Sabotage
**AGENT:** Dr. Maylynn Tam (License E5114)

- **The Mechanism:** Subject Maylynn Tam engaged in repeated, documented attempts at **Sexual Entrapment** through unsolicited "Love Bombing" and declarations of the Claimant's superiority.
- **Tactical Intent:** These attempts were not personal; they were **Information Operations** designed to manufacture a record of "Infidelity." This record was intended for use by **Rod Beckstrom** and **Ronald Rossi** to discredit the Claimant during the 102 Alta Heights property dispute.
- **The Outcome:** The Claimant's consistent refusal to engage in this "Baiting" is a testament to his character and integrity. This failure forced the Syndicate to pivot from **Character Assassination** to the more aggressive **Physical Displacement** and **Scorched Earth** financial tactics documented in later exhibits.

**EXHIBIT 35: PREDATORY FINANCING & THE HOLIDAY PARTY FELONY**
**SUBJECT:** Coordinated Financial Entrapment and Evidence Suppression
**LOCATION:** 102 Alta Heights Court & Star One Credit Union
**DATE:** April 2026

**I. PREDATORY FINANCING & WITNESS NEUTRALIZATION**

The Syndicate attempted to force the Claimant into a non-traditional "Entrepreneur Loan" to secure his financial entrapment and ensure his silence regarding the December 2025 assault.

- **The Star One Connection (Gary Rodrigues / Tina Howard):** Despite a 6-year relationship, the bank bypassed standard protocols. Assistant Manager **Tina Howard** acted as a "psychological probe," utilizing intelligence from **CEO Gary Rodrigues** (identified as part of the historical "gangbang" group).

**2. The "Hug" Protocol (Monique Stanford):** Realtor **Lucy Wedemeyer** directed the Claimant toward **Monique Stanford (New American Funding)**. The unprofessional physical intimacy ("the huge hug") is identified as a **"Love-Bombing" tactic** to facilitate the predatory loan.

- **Loan Fraud (Bank Statement Loan):** The loan was engineered to be **unsustainable**, based on inflated pass-through funds rather than actual income, designed to lead to the Claimant's financial collapse.

**II. THE "HOLIDAY PARTY" AS A FELONY EVENT**

The residence at 102 Alta Heights Court is formally identified as an active **Crime Scene**.

1. **Escalation to Gang Rape:** The commercial event transitioned into a violent felony when neighbors and professionals (including **Michael Riese, Realtor** and **Dean Rossi, Lawyer**) allegedly continued to assault Catherine DuBridge while she was unconscious or in physical agony.
2. **The "Surface" Confession:** The text from **Tim Berthold** ("My wife only knows the surface") is a direct admission of a criminal cover-up.
3. **Institutional Witness: Lucy Wedemeyer's** visceral physical distress and refusal to enter the home are documented markers of her knowledge of the assault.

**III. THE "GHOST USER" & PSYCHOLOGICAL WARFARE**

**Rod Beckstrom** utilized the "Agent_Beckstrom" protocol to monitor the Claimant in real-time, weaponizing Catherine's addiction to induce a controlled breakdown.

1. **Targeting of Truth-Seekers:** A systemic pattern of marginalizing and tracking "Truth Seekers" is identified, resulting in the deaths of **Iris Beckstrom** (2021) and **Taylor Ungaro** (2024).

2, **Financial Disempowerment:** Rod Beckstrom's "Pimp-style" management ensures Catherine remains financially dependent and unable to break the cycle of intergenerational abuse.

**Exhibit 36: "Pattern of Practice" Summary of Professional Code Violations & Coordinated Messaging**

**I. COHORT MESSAGING: THE "ATTRACTIVENESS SCRIPT"**
The most significant forensic marker of the Syndicate's reach is the **identical phrasing** used by unrelated professionals to minimize the trauma of Catherine's 700+ partner addiction.

**1. The Script:** "Can I see a picture of her? Oh, she is very attractive."
•**The Purpose:** To gaslight the victim, normalize the asset's behavior based on appearance, and report the victim's psychological reaction back to the "Ghost User."
•**Nodes Identified: Tina** (Starone Credit Union, Assistant Bank Manager) and **Jill Wise** (NPD Therapist).

**II. THE BANK: TINA & GARY (Starone Credit Union, Saratoga)**

**1. Violation 1: Gramm-Leach-Bliley Act (GLBA).** Unauthorized use of a customer's "non-public personal information" for non-banking purposes. Tina used her position to monitor your social life ("I saw you dancing") and provide surveillance for a third party (Rod/Gary).
**2. Violation 2: Fiduciary Breach.** Utilizing a professional meeting to execute a psychological probe rather than managing the loan/financial account.
**3. The "Gary" Connection: Starone Credit Union retired CEO,** Gary Rodrigues's, identified participation in the 43-year "gangbang" group from Catherine's Saratoga High School constitutes a total compromise of the bank's local integrity.

**III. THE THERAPIST: JILL WISE (NPD Specialist/Podcaster)**

**1. Violation 1: HIPAA & Patient Confidentiality.** Suspected "Coordinated Briefing." The use of the identical "Attractiveness Script" indicates she received outside information from your abusers prior to your session.
**2. Violation 2: California Board of Behavioral Sciences (BBS) Ethics.** Engaging in "Dual Relationships" or collusion with a patient's abuser. Her "boredom" and "yawning" are documented behavioral markers of a "Flying Monkey" who is present only to harvest intelligence, not to provide care.

**IV. THE "HAPPY HOUR" YOGA GROUP (Collette, Cynthia, Jill)**

**1. Coordinated Messaging:** The "baiting" comments (e.g., Jill's "marriage shouldn't last more than 10 years") and Collette's "hot tub" approach. Jill's introduction of her Asian hairdresser to go dancing with just the two of them. Jill was both baiting Claimant directly and with the hairdresser who supposedly just lost a husband recently.
**2. Role:** Social Surveillance. They functioned as a "soft perimeter" to monitor your stability after the trauma of Iris's death and Soren's isolation.

## EXHIBIT 36B: Timeline of Coordinated Surveillance & Professional Breach (2011–2026)

| Date / Time | Category | Observation & Forensic Impact |
|---|---|---|
| Sept 2011 | Initial Infection | **Berlin Intercept:** Hardware-level intrusion at Hotel Adlon. Installation of surveillance tools (`mfcmapi.exe`, `HxD`) hidden in ArchiCAD libraries. |
| 2011 – 2025 | Passive Siphoning | **Intellectual Poaching:** Mirroring of strategic correspondence to facilitate Rod Beckstrom's global PWC reports and Swiss Re victories. |
| Jan – Feb 2026 | Social Baiting | **The Happy Hour Activation:** Coordinated invitations by "plants" (Collette, Cynthia, Jill) used to monitor Claimant's psychological state and physical movements. |
| Feb 10, 2026 | Finance Breach | **Bank "Flying Monkey" (Tina):** Asst. Manager Tina monitors Claimant's social life ("I saw you dancing") and executes the "Attractiveness Script" to gaslight the victim. |
| Feb 15, 2026 | Clinical Breach | **Therapeutic In4ltration (Jill Wise):** During a session, Wise repeats the identical bank script ("Can I see a photo? She's attractive"). Con0rms a coordinated brie0ng by the Syndicate. |
| April 3, 2026 | Discovery | **Technical Recognition:** Claimant identi0es the hidden toolkit. Protocol shifts from passive monitoring to active destruction (spoliation). |
| April 16, 2026 | Active Spoliation | **The 10-Minute Purge:** Claimant witnesses "Ghost User" executing a real-time, remote deletion of sensitive 0les via a Remote Access Trojan (RAT). |
| April 23, 2026 | Network Flush | **Burner Phone Dumps:** Claimant discards 6 compromised devices. Syndicate response includes "Clocking" and the "Motel Knock" tactic in Oregon. |

**Exhibit 37: Social Engineering & Surveillance Assets (The "Baiting" Protocol)**

**1. Social Infiltration (Collette, Cynthia, Jill):**
The sudden, coordinated invitations for "Happy Hours" in January 2026—after years of distance—are identified as a **tactical activation**. Collette (yoga teacher) and Cynthia (yoga client) functioned as "Observation Posts" disguised as peers. Collette's "baiting" behavior and her strategic appearance at the hot tub five years ago suggest she was "planted" as a supportive asset during your peak vulnerability (months within Iris's death) to ensure you remained within the silo.

**2. The "Attractiveness Script" (Tina & Jill Wise):**
The discovery that both **Tina (Assistant Bank Manager)** and **Jill Wise (NPD Therapist/Podcaster)** asked the identical question ("Can I see a picture of her?") and gave the identical response ("Oh, she is very attractive") confirms a **predetermined script**. This is a psychological "gaslighting" technique designed to minimize the victim's reality of the sex addiction by refocusing on the asset's physical appearance.

**3. Baiting & Psychological Probes:**
Jill Lee's comment that "marriage shouldn't last more than 10 years" is identified as a Directed Probe. These assets were tasked with testing your stability and plant seeds of doubt to prepare you for the final displacement from the Los Gatos property.

**Institutional Monitoring (Finance & Therapy):**

**3. The Bank (Tina/Gary):** Tina's monitoring of your social activities ("I saw you dancing") and her connection to her boss, Gary (identified as part of the historical "gangbang" group), proves that your financial environment was compromised to serve as a surveillance perimeter.

**Therapeutic Abuse (Jill Wise):** The use of a national NPD podcaster as a therapist allowed the Syndicate to infiltrate your psychological recovery. Her disengaged behavior and use of the "Attractiveness Script" indicate she was functioning as a "Flying Monkey" to feed intelligence back to the "Ghost User."

**1. The "Los Gatos" Code & Managed Group Sex:**
One night when Claimant joined Jill, her husband Steven (who would not look at Claimant or make eye contact the entire night) Lori, Yolanda. Lori engaged in a provocative dance pose with Yolanda where she was down on her knees with her face in Yolanda's crotch and said "What happens in Los Altos stays in Los Altos," delivered during public sexual displays (Lori/Yolanda), confirms a localized **Omerta (Code of Silence)**. It proves that Catherine's social circle—including the "Happy Hour" group—participates in and protects the group-sex extortion architecture, utilizing it as a bond of mutual complicity.

**2. Claimant's House Party:**
Claimant hosted a small party from the Happy Hour and now he realizes, everyone was nervous as they had anticipated a sex party too. Their eyes kept dashing around, at the table and Claimant. Jeremy the constant monitor of Claimant stayed after repeatedly asked, "are you OK, are you OK?" it was extremely weird and and Claimant wanted him to go. During the evening, Cynthia acted like the main host and gave tours. In the Claimant's eyes she had never been to the house before yet she knew all about it.

3. Cathy used to lament that no friends came over which was true. Almost none of her friends ever dropped by in the past 11 years including her mother who only lived 15 minutes away. Her mother made one visit to the previous house at 249 San Mateo Ave. This surprised the Claimant as Cathy had spent 59 years in this immediate area. Claimant threw a small party of drinks, food and talking around the island. Ragu, 108 neighbor, came over as did Jeremy, the trainer. Both seemed to be scanning the room and both seemed to be very familiar with the layout, both kept looking at the Dining Rm table. At this point Claimant had no idea of this torrid second life of Catherine. Literally hundreds of people had used the house and all its beds for a

sex hotel. Catherine made a point of having all 5 bed area spotless and ready for guests. By the end of the Claimaparty

**EXHIBIT 38: INTELLECTUAL CAPITAL & GLOBAL INTERFACE (THE "GORILLA" ROLE)**
The Claimant's participation in high-level leadership meetings (CNNIC in China, Stanford Cyber Board) proves his exposure to sensitive geopolitical intelligence.

1. **The Devaluation Tactic:** Rod Beckstrom utilized a lifelong psychological campaign to frame the Claimant as an "idiot" or "secretary" while harvesting his social and intellectual capital to secure positions with individuals like **Sig Hecker (Los Alamos)** and **Alex Stamos**.
2. **The China Infiltration:** The presence of specific minders (e.g., "Lemeui") during solo meetings in China suggests that the Claimant was a high-value target for foreign intelligence, likely facilitated by Rod's DHS-level oversight.

**II. THE DUBRIDGE LEGACY: INTERGENERATIONAL COERCION**
The "Managed Asset" (Catherine) is not merely an addict; she is a byproduct of a high-status family silo with deep historical ties to the **Manhattan Project** (Lee Alvin DuBridge).

1. **The Caltech/Oppenheimer Connection:** The legacy of management over figures like Oppenheimer and Einstein provided the "veneer of elite status" used to mask a domestic "dark secret."
2. **The CASA Infiltration:** The fact that an active, high-volume sex addict—suspected of intergenerational and adolescent abuse—was installed as a **CASA (Court Appointed Special Advocate)** for vulnerable children represents an explosive failure of the Santa Clara County judicial vetting process.

**III. OPERATIONAL "SCORCHED EARTH" (THE PARTITION SUIT)**
The partition lawsuit filed by **Attorney Ronald Rossi** is identified as a tactical **Evidence Sanitization**maneuver.

1. **The Crime Scene:** 102 Alta Heights Court is not just a property; it is a **National Security Crime Scene**. It contains hardware and physical evidence of Rod's 33-year cyber-extortion machine.
2. **The "Cleaner" Conflict:** The presence of the lawyer's son at the "Holiday Party" assault renders the Rossi law firm legally conflicted. The partition is a desperate attempt to liquidate the asset and destroy the site of a violent felony involving Silicon Valley's elite.

**IV. SOCIAL PERIMETER & ENTRAPMENT (CLUBLG & CONSTRUCTION)**
The Syndicate utilized the construction and maintenance of the residence to establish a "complicity mesh."

1. **Labor Exploitation:** Catherine allegedly used sexual favors to compromise the construction crews (HVAC, cabinetry), ensuring their silence and flipping their loyalty away from the Architect/Claimant.
2. **The ClubLG "Schedule":** The gym membership and training schedule (managed by **Katrina Stratford**) were operational "windows" designed to remove the Claimant from the house to facilitate high-volume "hotel-style" sex events.

**Exhibit 40: Institutional Compromise & Mobile Operations**

**1. The Carroll/Escobar Motorhome (Mobile Hub):**
Co-owned by **Joe Carroll** and **Mark Escobar**, this $85,000 vehicle functions as a "Dark" operational hub. Its mobile nature allowed the syndicate to conduct illicit group events across county lines, bypassing residential surveillance and traditional search warrants. Carroll's admission that they "have no real use" for the vehicle supports the theory that it serves a purely tactical, non-recreational purpose for the 43-year "sharing" ring.

**2. Judicial Infiltration (The Mark Duffy Shield):**
The involvement of **Mark Duffy**, a former **Santa Clara County Deputy District Attorney**, provides the syndicate with a "legal shield." This explains why local law enforcement has been unresponsive; you are alleging a **Conflict of Interest** where the local judicial web is actively protecting its own. This necessitates immediate **Federal Intervention** (FBI Headquarters/DOJ) to bypass the compromised regional structure.

2. **Commercial Laundering (Escobar Diamonds):**
**Mark Escobar's** high-end business in Campbell provides the "Social Veneer" required to mask the racketeering. These luxury entities facilitate a "pay-to-play" environment, recruiting and compromising high-net-worth individuals into the syndicate under the guise of high-society networking.

**3. The "Scorched Earth" Timeline (Feb 2026 – April 2026)**
•**February 19, 2026:** Exhibit 24 was formally submitted to the FBI. No action was taken, allowing the "Scorched Earth" policy to proceed.
•**February – April 2026:** You were displaced through 30 hotels, a tactical move by **Rod Beckstrom** to induce physical and financial exhaustion while he sanitized the primary crime scene (102 Alta Heights Court).
•**April 3, 2026:** The "Point of Discovery." You realized Rod Beckstrom was the architect of the displacement, not just a bystander.
•**Replacement Profiling (Chris Mogensen):** The syndicate has already "pre-loaded" your replacement in the silo. Mogensen, a Menlo Park realtor, with **law enforcement and Palo Alto municipal experience**, provides Rod with new "fly-on-the-wall" access to city management and redevelopment agencies.

**EXHIBIT 41: THE MAINE NEXUS & ADOLESCENT COMPROMISE**
**TO:** House Judiciary Committee / Office of Rep. Jamie Raskin
**SUBJECT:** Interstate Travel for Witness Neutralization (July 2025)
**CLAIMANT:** Eric A. Beckstrom
**TARGETED INDIVIDUAL:** Soren Beckstrom (Age 20 at time of incident)

**I. THE JULY 2025 INTERSTATE INTERCEPT**

**1. The Tactical Departure:** In mid-July 2025, Catherine DuBridge executed an "off-the-books" trip to Maine under the cover of visiting Boston and Rhode Island.
•**Targeting an Adult Witness:** Soren Beckstrom, then 20 years old and a potential witness to the "Beckstrom Enterprise," was targeted during this window. The Claimant identifies this as a deliberate act of **Interstate Stalking (18 U.S.C. § 2261A)** and **Witness Intimidation**.

**2. Forensic Evidence of Trauma:** The Claimant identifies a "Forensic Shift" in Soren's recent physical appearance (photographic evidence attached)—a loss of facial "light" and a shift in expression consistent with a significant trauma event or sexual boundary violation.
**3. The Guilt Signal:** In January 2026, when confronted with the Maine trip, Catherine DuBridge exhibited a rare, non-performative emotional breakdown. The Claimant identifies this as a **Spontaneous Admission of Guilt** regarding her unauthorized contact with Soren.

**II. THE "MAINE SENSOR MESH" (SOCIAL NETTING)**
The Syndicate pre-emptively compromised the Claimant's East Coast support network to ensure Soren remained isolated.

**1. Seduced Witnesses (Annette Gosnell, Age 76):** A long-term family friend who became hostile upon disclosure. The Claimant asserts Annette was sexually compromised by the Asset to ensure her loyalty and her denial of the 2014/2015 Palo Alto records.
**2. Operational Sensors (Sondra Hamilton / Zoot's Coffee):** Identified as a compromised "Lookout." Hamilton utilized a "renovation bait" to monitor the Claimant's proximity to Soren in Maine.
**3. Strategic Baiting (Parker & Beth Chambelin):** Neighbors in the Maine nexus utilized as "Baiting Assets" to isolate the Claimant from his godchildren and monitor his movements for the "Ghost User."

**III. THE 2014 PALO ALTO PRECEDENT (IRIS BECKSTROM)**
**1. Institutional Shielding:** The 2014 sexual assault of Iris in Palo Alto was documented by school officials but kept from police records via confidentiality protocols.
**2. Weaponized Gaslighting:** Rod Beckstrom utilized this lack of public record during the 2015 trial to discredit Iris and the Claimant. This established the "Blue-Print" for the July 2025 targeting of Soren: **Isolate the witness, commit the act, and rely on the "Silo of Silence" to prevent legal standing.**

**IV. INVESTIGATIVE CONCLUSION**
1. At age 20, Soren Beckstrom represents the final "Truth Seeker" of the Beckstrom children.The Syndicate's July 2025 operation in Maine was a high-stakes attempt to neutralize an adult witness through sexual and psychological compromise. The Committee must recognize this as a **National Security Breach** involving the interstate exploitation of a whistleblower's family.





**EXHIBIT 42: Supplemental - The Parental Enforcement Nodes**
**TARGET INDIVIDUALS:** Patricia DuBridge (Mother) & Richard DuBridge (Father)
**PRIMARY PROPERTY:** 2030 East Cliff Drive, Santa Cruz, CA 95062 (**APN: 028-111-45**)
**1. Richard DuBridge: Financial Control & Asset Shielding**

- **Role:** The "Financial Engine." Despite Catherine's 50% ownership, Richard pays all taxes, utilities, and maintenance costs for the Santa Cruz "Beach House."
- **Strategic Displacement:** In November 2019, Richard utilized his financial leverage to "expel" Catherine, establishing a precedent for **financial abandonment** as a disciplinary tool.
- **The "Mouse" Factor:** Describe him as a passive enabler who funded the "Safe House" corridor to protect his own social status, effectively subsidizing the site for the Enterprise's activities.

- **FBI Directive:** Cross-reference bank records for **Richard DuBridge** specifically regarding utility payments and maintenance for the East Cliff Drive property to map the funding of the "Blackmail Site."

**2. Patricia DuBridge: Social Engineering & The "Proper" Facade**

- **Role:** The "Social Anchor." Patricia's obsession with propriety and a "proper" 90-year-old public image served as the source of Catherine's deepest **narcistic wounding** and fear of exposure.
- **The Silence of Iris:** Catherine's years-long suppression of the news regarding **Iris Beckstrom's death**(August 2021) was a direct result of Patricia's judgmental influence. Catherine feared that the "stain" of a family suicide would lead to a final social and financial expulsion.
- **Operational Use:** Present Patricia as the "Shame Node." Rod Beckstrom used Catherine's terror of her mother's judgment to ensure Catherine remained a silent, managed asset.

**EXHIBIT 43: SUBJECT: Tactical Use of Defamation as a Social Air-Gap**

**DATE:** May 5, 2026

1. **The Deception:** Catherine DuBridge systematically informed the "Club" social circle and neighbors that the Claimant was "asexual" or "gay."
2. **Operational Intent:** This lie functioned as a **social firewall**, preventing participants from ever discussing their sexual involvement with Catherine with the Claimant. It ensured the Claimant remained isolated within the "Silo of Silence."
3. **The Fraudulent Construct:** By maintaining a "boring partner" narrative, the Syndicate utilized the Claimant as a financial and social sponsor for an industrialized sex-racketeering hub, while simultaneously character-assassinating him to his own peers.

1. The "Gay/Asexual" Narrative as Counter-Intelligence

- **The Mask:** This lie was a professional-grade **information operation**. It was designed to make me appear "safe" and "non-threatening" to the participants, while simultaneously pathologizing me as the "boring partner" who didn't want her.
- **The Silo:** By telling the Club friends this, she ensured that they viewed their interactions with her as a "separate pleasure" that didn't hurt me. This is how the "Silo of Silence" was maintained—they weren't betraying a friend; they were "servicing" a woman whose partner was supposedly unavailable.

2. The "2% Normal" & Her Lack of Clue

- **Fragmented Reality:** My assessment that she loves me in her "2% normal person" capacity while having "no clue what is happening" suggests **high-level dissociation**, however, see below.
- **The Managed Asset:** If she is unaware of the scale of Rod's technical monitoring or the Federal implications of the "HVT Index," she is a **pawn**, not a queen. However given her family's deep history in government secrets, the 'bar' is far higher for Catherine as she grew up appreciating the enormous responsibility and she is **not a pawn?** Her rampant behavior reveals an 'entitlement' to destroy thousands of people's lives because she feels above the fray and above them. This further supports **Exhibit 0** regarding her "**Fragmented Brain**". However her unrelenting sexual predation speaks of active choices too? Mocking everyone even though they themselves believe that are the '**special' ones**? How can one be special when there are hundreds and hundreds of other partners? Her ruse only works if she is connected to a perceived stable and safe partner. The duping creates the 'thrill' for her and her prey. Catherine has no allegiance to anyone but herself despite her words otherwise. **Iris's physical death proves that**. Rod weaponized her abilities which is her sense of strength! Rod converting these socially warped behaviors into industrial scale. Not one being is safe, my elderly mother to Iris to her CASA ward who at ten years old, "who would not obey Catherine and kept running away". Every child, couple and the elderly are prey.
- **The Tragedy:** It allowed me to maintain my "Empathy" for the 2% I loved and cherished while remaining "Steel" against the 98% that is being used as a weapon to destroy my family and **severely compromise National Security beyond anyone's imagination.**

- **Social Engineering:** The "asexual/gay" lie is evidence of **premeditated fraud**. It was the psychological lubricant used to coordinate the entry/exit of hundreds of partners into your home without anyone "leaking" the truth to you.
- **Asset Incapacity:** If Catherine "has no clue," she cannot be a reliable party in the partition suit. This justifies my request for a **Guardian Ad Litem** or a federal stay to protect her and the assets from Rod's "Manic Destruction."

## EXHIBIT 44: TACTICAL PROXIMITY & SURVEILLANCE INFRASTRUCTURE

### I. THE "500-FOOT MESH": COMMAND & CONTROL ARCHITECTURE

The physical positioning of Subject **Rod Beckstrom** in relation to Managed Asset **Catherine DuBridge** constitutes a stabilized surveillance environment designed for data exfiltration and physical oversight.

- **Mobile Command Hub:** Rod Beckstrom maintains residency on a white **1985 40' Viking Fishing Boat**, moored in the Santa Cruz Small Craft Harbor.
- **Operational Proxy Residence:** Catherine DuBridge resides at **224 4th Avenue**, Santa Cruz.
- **Encrypted Mesh Connectivity:** The physical distance of approximately **500 feet** allows for a **Private Encrypted Mesh Network**. This enables Rod Beckstrom to monitor and exfiltrate data from the proxy residence via short-range wireless exploitation (Wi-Fi/Bluetooth), effectively bypassing standard cellular and ISP monitoring.
- **Visual Line-of-Sight:** The surveillance vessel is positioned to maintain a direct line-of-sight from the proxy's dining room, facilitating constant human and technical observation.

### II. THE "HONEY TRAP" INFRASTRUCTURE & ILLEGAL ACCESS

The residence at 224 4th Avenue is architecturally utilized to facilitate the movement of "compromised nodes" without detection out the back:

- **Ingress/Egress Blind Spot:** A backyard/hill entrance connected to the public parking lot provides a discrete access point for illicit guests.
- **Documented Infiltration:** On the morning of **July 3, 2023**, the Claimant witnessed **Pastor Mark Spurlock** utilizing this "back-door" route. Spurlock's immediate physical reaction—described as "gruff, white, and stiff"—is identified as a somatic admission of guilt consistent with individuals compromised by the operation (p. 4).

### III. ASSET SANITIZATION & FORENSIC "CLEANSING"

The Syndicate utilizes high-value real estate transactions to "wash" the history of their operational hubs (p. 1):

- **2030 East Cliff Drive (Nvidia Transaction):** This $16M property, sold to **Chris Malachowsky**, served as the primary hub for social engineering for 20 years. The transaction effectively "cleansed" the asset's history by utilizing the Claimant's (Eric Beckstrom) reputation as a "moral bridge" to assure the buyer of the property's integrity while the sales price was more than twice its true valuation.

### IV. SECONDARY SHELL ASSETS (CAPITOLA)

The Syndicate maintains a secondary "shell" facility at **(REDACTED) Capitola Ave, Capitola, CA** (a former spa facility). This location is part of the decentralized Command & Control network used to maintain physical and digital dominance over the operational area.

**EXHIBIT 45: Ghost User-2**

**SUBJECT:** Ghost 'Guest User' Discovered on new, second Mac Laptop (air gapped)
**PREPARED BY:** Eric A. Beckstrom
**DATE: May 6, 2026**

"I have evidence of a firmware-level 'Ghost User' performing remote spoliation of my files, while preparing legal documents at Elmer's Restaurant, Eugene, OR 9:31am. This computer is 3 weeks old, does not use bluetooth and does not have Apple ID. These measures are in place to prevent tracking which just occurred 2 hours ago. The wifi is only on a few hours a day. Previously a Proton VPN could be used to protect incursions, however a few days ago that measure would not work. It can be ascertained that my brother, Rod Beckstrom, and or his team were responsible. Furthermore I encounter a few to several 'spies and goons' every day. Either women spotting me and monitoring me such that I walk around a small block and they do the same..Yesterday a goon was at the bookstore. It is relentless. I am using my 8th phone, although it is only for emergencies. I abandoned my electric car in San Francisco in a public parking garage. Does anyone else have a brother who monitors them 24/7 and 360? It is all intimidation tactics to a father who lost one daughter to this isolation abuse, the father to my godson and others. Abusers abuse, my daughter is dead, my other children are isolated and tracked too. THEY ARE BLOCKING MY PRINTER WHILE I TRY TO PRINT THIS OUT!
I have witnessed 7 spies/trackers in 4 days her in Eugene, OR. I have seen about 20-30 since being 'gray', either English mature, very attracive woman, super young punker, medium people, I chased one thug into a conveniece store and out up the block, he looked like he was from Oklahoma too! Guys with super big dogs just wating.. if I am so unstable and have issues, why is the Rod Beckstrom Syndicate spending so much money trying to 'wig me out'? Rod has operated in the shadows his entire life. He gave a girld $1 to be his girlfriend in 6th grade, it did not go well, she said no and the entire school found out. He could have just talked to her…These are his issues not mine. Why would a man employ commerical/industrial tracking on his brother?? There are many many reasons.






**EXHIBIT 47: FORMAL NOTICE OF LIABILITY – FACILITATING A NATIONAL SECURITY BREACH**

Richard & Patricia DuBridge
6118 W Cottages Ln
Saratoga, CA 95070

May 4, 2026

## **ATTN:** Richard and Patricia DuBridge

**SUBJECT:** FORMAL NOTICE OF LIABILITY – FACILITATING A NATIONAL SECURITY BREACH
"You are hereby formally notified that your daughter, Catherine DuBridge, is an active Subject in a Federal RICO and National Security investigation involving **18 U.S.C. § 1591 (Sex Trafficking)** and the **wrongful death of Iris Mari Beckstrom**.

As of the notice sent to 350 individuals last week, you are officially on notice of the criminal enterprise being operated by Catherine DuBridge and Rod Beckstrom. By continuing to provide exclusive financial support, housing, and access to properties (such as 224 4th Avenue, Santa Cruz), you are no longer acting as 'parents' but as **Financial Facilitators** of a blackmail syndicate.

The Santa Cruz property is identified as a 'Black Site' used for the sexual compromise of Silicon Valley executives. If you continue to shield Catherine DuBridge from federal inquiry or provide her sanctuary to evade the 'Discovery' of these crimes, you will be named as co-defendants in the upcoming racketeering litigation. Your 'proper' social standing is not a defense against **Obstruction of Justice**."

"You are protecting a woman who targeted and broke the spirit of another mother—my own. This is not about a 'relationship'; it is about a predatory pattern that ends in the grave."

**LEGAL WARNING:**
You are now part of a **Wrongful Death** evidentiary chain. If you delete one text, one email, or one minute of footage now, you are moving from "unwitting participant" to **Accessory After the Fact**. The 13 packages sent to the FBI and DOJ and other Department in CA, ME, VT, DC contain the architectural proof of your involvement.
**"THE TRUTH IS THE ONLY WAY OUT."**
Respectfully,

**Eric A. Beckstrom** (Dark due 15 years of cyber stalking by Rod Beckstrom)
PO BOX 1317, Los Gatos, CA 95030 (Off-Grid / Faraday-Shielded)
**CC: Ronald R. Rossi, Esq.**
**Rossi, Hamerslough, Reischl & Chuck**
**1960 The Alameda, Suite 200**
**San Jose, CA 95126**

**EXHIBIT 48:** ERIC A. BECKSTROM, Architect Resume 2026

Beckstrom Architecture + Interiors, Los Gatos, CA Licensed: CA C25632, NCARB #46,854
www.BeckstromArchitecture.com; email- Eric@BeckstromArchitecture.com

**EDUCATION**

| | |
|---|---|
| 2010-2014 | **Lund University,** Lund, Sweden, Masters Studies-Sustainable Urban Design-SUDES/HDM |
| 2002-2004 | **Waldorf Foundation Studies** (Pedagogical/Teacher training), 2-year program. |
| 1987-88 | **Pratt Institute**, Brooklyn, New York, **Bachelor of Architecture** (5-year Professional degree) |
| 1986-87 | **The Architectural Association**, School of Architecture, London, England |
| 1984 | **San Francisco Center for Architecture and Urban Studies,** San Francisco Art Inst., CA |

**Oklahoma State University,** Mechanical Engineering & Philosophy; Architecture

**EMPLOYMENT HISTORY**

| | |
|---|---|
| 2014 - present | **Architect,** Beckstrom Architecture + Interiors, Los Gatos, CA |
| 2011 - 2013 | **JEG Consulting-Principal,** Lund, Sweden; Slum Upgrading: zoning/economic advisor ADB/QC |
| 2003 - 2014 | **Developer Partner,** Spring Mountain Highlands Subdivision (55 acres), Rockport, ME |
| 2003 - 2014 | **Architect/Principal,** Beckstrom Architecture & Planning, Rockport, ME |
| 2000 - 2003 | **Architect/Principal** Cushman + Beckstrom, Inc. Architecture & Planning, Stowe, VT |
| 1995 - 2000 | **Associate Partner/Architect A.I.A.,** M. B. Cushman Design, Inc., Stowe, VT |
| 1991 - 1995 | **Architect,** David S. Gast & Associates, San Francisco, CA |
| 1990 - 1991 | **Arkitekt**, Rosenbergs Arkitektkontor AB, Stockholm, Sweden |
| 1990 | **Arkitekt**, Can Arkitektkontor AB, Stockholm, Sweden |
| 1988 - 1990 | **Intern Architect**, Pei, Cobb, Freed & Partners, New York, New York |
| 1988 | **Intern Architect**, HOK-Hellmuth, Obata, and Kassabaum, New York, New York |
| 1985 - 1988 | **Intern Architect,** Omrania U.K. Ltd., London, England. |
| 1987 | **Historical Researcher**, Waterfront Development Corporation, London, England. |
| 1985 | **Intern Architect**, Lister, Drew & Associates, Walton-on-Thames, England |
| 1982, 1983 | **Stonemason**, Mike Shelton Construction, Tulsa, Oklahoma |
| 1981 | **Actor/Biker #2**, Walt Disney Movie 'Tex', HYPERLINK "http://www.imdb.com/title/tt0084783/" http://www.imdb.com/title/tt0084783/; Screen Test for major part, 'The Outsiders', Francis Ford Coppola |
| 1980 | **House Framer-wood**, Doug Lee Construction, Tulsa, Oklahoma |
| 1979 | **Motorcycle/Bicycle Mechanic**, Cyle Kart Racers, Tulsa, Oklahoma |

**ACTIVITIES**

| | |
|---|---|
| 2024 | Baja offroad race training, KTM 500 |
| 2016 - 2019 | Advisory Bd Member, HitCheck startup, https://www.hitcheck.com/ |
| 2016 - 2019 | Bd Member, Stanford Cyber Policy Program (SCPP), Stanford CISAC/ HYPERLINK "https://weebly.us11.list-manage.com/track/click?u=e50e23a0e229223ba998bf779&id=4c63344d76&e=39fab5ba8f" \t " blank" Hoover Institution |
| 2018 | Innovation Workshop Leader, Swiss RE:C-Suite, Mountain View, CA |
| 2015 - 2016 | Advisory Bd Member, BE SAFE Startup, Norwegian security app, Palo Alto |
| 2014 | Innovation Workshop Leader, VINNOVA/Swedish Foretagarna Business Association, SF |
| 2014 | Innovation Workshop Leader, Lund University Business School Lund, Sweden |
| 2014 | Guest Lecturer, Lund University Industrial Design/Mech. Eng., Lund, Sweden |
| 2013 | Guest Lecturer/Reviewer, Lund University Architecture Dept., Lund, Sweden |
| 2011 - 2013 | Document Movie-Slum City-Filming in Manila, Philippines and Ecuador |
| 2011 | Guest Lecture/Graduate project Jurist, Peking University, Beijing, CN |
| 2003 - 2013 | Board Trustee/Incorporator, Bay Chamber Concerts, Rockport, ME. |
| 2002 - 2005 | President/Board Member, Ashwood Waldorf School, Rockport, ME |
| 1999 - 2002 | Expert Witness, Vermont Environmental Board, Cell tower relocation |
| 1998 - 2002 | Garfield Hyde Park Neighbors Alliance, GHNA, Neighborhood Advocacy Group,VT |
| 1997 - 1999 | Mountain Choraliers Choir, Lamoille County, VT |
| 1995 | Board Member, Good Samaritan Family Resource Center, SF, CA |
| 1993 - 1995 | Member, Precita Valley Neighbors, SF, CA. Neighborhood relations, park renovations. |
| 1993 - 1994 | Board Member, Mission Neighborhood Inner City tuition free Waldorf School, SF, CA. |
| 1994 | Board Member, Precita Valley Community Center, Youth/Gang Prevention Center, SF, CA |
| 1995 | Organizer, Friends of the Urban Forest, SF, CA. – street planting- 60 street/40 houses. |
| 1991 - 1995 | Member, A.I.A. Task Force on the Environment, San Francisco, CA |
| 1976 - 1982 | Taekwondo Competitor-OSU heavy weight class |
| 1976 - 1982 | Motocross Racer, 250cc and 125cc, Intermediate class |
| 1975 - 1981 | Eagle Scout |
| 1981 | Graduate-Booker T. Washington High School, Tulsa, OK; first voluntarily integrated HS in US |