# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
**ERIC A. BECKSTROM,**
**May 7, 2026**
Plaintiff/Petitioner,
v.
**CATHERINE LEE DUBRIDGE; et al.,**
Defendants/Respondents.
**CASE NO:**

FILED 07 MAY '26 14:56 USDC-ORE

6:26-CV-00920-AA

# NOTICE OF PENDENCY OF ACTION (LIS PENDENS)
**(California Code of Civil Procedure § 405.21)**
**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
Commenced by Plaintiff Eric A. Beckstrom (50% Owner of Record) against Defendant Catherine Lee DuBridge(50% Owner of Record). Defendant Rod Allen Beckstrom is a named party to the underlying Federal action which alleges the property was used as an instrument of a racketeering enterprise.

> SUBJECT PROPERTY:
> 102 ALTA HEIGHTS COURT
> LOS GATOS, CA 95030
>
> "LOT 45, AS SHOWN UPON THAT CERTAIN MAP ENTITLED, 'TRACT NO. 4503, ALTA HEIGHTS', WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, ON JULY 23, 1968 IN BOOK 241 OF MAPS, AT PAGE 32."
> APN: 532-29-045

**BASIS FOR ACTION:**
Plaintiff, as a 50% title holder, alleges that the subject property has been utilized as a primary asset of an enterprise engaged in a pattern of racketeering activity under **18 U.S.C. § 1962 (RICO)** and is a documented crime scene for violations of **18 U.S.C. § 1591 (Sex Trafficking)**. Plaintiff seeks to halt the fraudulent liquidation of the asset initiated by Defendant DuBridge via a partition suit, which Plaintiff alleges is a tactical move to destroy forensic evidence and sanitize criminal proceeds.

**Signed,**

**Eric A. Beckstrom**    *(Dark due 15 years of cyber stalking by Rod Beckstrom)*
PO BOX 1317, Los Gatos, CA 95030  (Off-Grid / Faraday-Shielded)
**CC: Ronald R. Rossi, Esq.**
**Rossi, Hamerslough, Reischl & Chuck**
**1960 The Alameda, Suite 200**
**San Jose, CA 95126**