**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**ERIC A. BECKSTROM,**
**May 7, 2026**
Plaintiff/Petitioner,

v.

**CATHERINE LEE DUBRIDGE; et al.,**
Defendants/Respondents.
**CASE NO:**

RECVD 07 MAY '26 15:09 USDC-ORE

6:26-CV-00920-AA

# NOTICE OF PENDENCY OF ACTION (LIS PENDENS)
**(California Code of Civil Procedure § 405.21)**
**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
Commenced by Plaintiff Eric A. Beckstrom (50% Owner of Record) against Defendant Catherine Lee DuBridge(50% Owner of Record). Defendant Rod Allen Beckstrom is a named party to the underlying Federal action which alleges the property was used as an instrument of a racketeering enterprise.

SUBJECT PROPERTY:
102 ALTA HEIGHTS COURT
LOS GATOS, CA 95030

"LOT 45, AS SHOWN UPON THAT CERTAIN MAP ENTITLED, 'TRACT NO. 4503, ALTA HEIGHTS', WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, ON JULY 23, 1968 IN BOOK 241 OF MAPS, AT PAGE 32."
APN: 532-29-045

**BASIS FOR ACTION:**
Plaintiff, as a 50% title holder, alleges that the subject property has been utilized as a primary asset of an enterprise engaged in a pattern of racketeering activity under **18 U.S.C. § 1962 (RICO)** and is a documented crime scene for violations of **18 U.S.C. § 1591 (Sex Trafficking)**. Plaintiff seeks to halt the fraudulent liquidation of the asset initiated by Defendant DuBridge via a partition suit, which Plaintiff alleges is a tactical move to destroy forensic evidence and sanitize criminal proceeds.

**Signed,**

**Eric A. Beckstrom**    *(Dark due 15 years of cyber stalking by Rod Beckstrom)*
PO BOX 1317, Los Gatos, CA 95030  (Off-Grid / Faraday-Shielded)
**CC: Ronald R. Rossi, Esq.**
**Rossi, Hamerslough, Reischl & Chuck**
**1960 The Alameda, Suite 200**
**San Jose, CA 95126**

**EXECUTIVE SUMMARY: THE BECKSTROM ENTERPRISE SYNDICATE    CASE NO: 6:26-cv-00920-AA**
"ATTACHMENT A TO CONSOLIDATED CIVIL RICO COMPLAINT."
**May 7, 2026**
**SUBMITTED BY:** Eric A. Beckstrom (Whistleblower / Victim)
**CORE SUBJECT:** Rod Beckstrom (Former Director, NCSC/DHS)
**JURISDICTION:** National Security / RICO / 18 U.S.C. § 1591 (Sex Trafficking)
**OVERVIEW**

This binder documents a 33-year institutionalized extortion syndicate orchestrated by former DHS official Rod Beckstrom. The enterprise utilizes a "Managed Asset" (Catherine DuBridge) to sexually compromise and blackmail high-net-worth individuals, Doctors, Legal Professionals, International Business Leaders, Foreign Government Officials and Silicon Valley elites. This operation has resulted in the wrongful death of Iris Beckstrom (08/08/21), the isolation of two surviving children, Sonia Beckstrom and Soren Beckstrom, and a massive breach of U.S. National Security.

**I. THE TECHNICAL "SMOKING GUN" (EXHIBITS 1 & 31)**
On April 2, 2026, the Plaintiff discovered a hidden forensic toolkit (mfcmapi.exe, HxD) embedded in an ArchiCAD library on his hardware, dating back to a 2011 Berlin intercept. This "Ghost User" protocol allowed the Subject to mirror strategic communications and remotely delete evidence in real-time (witnessed on April 16, 2026). ***May 6, 2026: 9:31 am., at Elmer's Restaurant-Eugene, OR-Plaintiff discovered a second "Ghost User" protocol on a new 'air-locked' Mac Neo laptop while preparing this Legal Document. I noticed what looked another 'spy', attractive, 50ish Asian Executive woman, not typical clientele here. She was one booth away and she 'bolted' when it was detected. Ghost User was editing documents in real time. Every device and vehicle the Plaintiff owns is hacked.***

**II. THE "MANAGED ASSET" ARCHITECTURE (EXHIBIT 29)**
The syndicate maintains control over Catherine DuBridge through:

- **Financial Indenture:** Total dependency on subsidized assets (Santa Cruz/Los Gatos) provided by her father, Richard DuBridge.
- **Social Engineering:** Weaponization of maternal "propriety" and the threat of exposing her true orientation and 650-partner addiction.
- **Operational Sites:** Use of the Santa Cruz "Black Site" (proximity to Rod Beckstrom's surveillance boat) and the Los Gatos residence as commercial sex-extortion hubs.

**III. INSTITUTIONAL CORRUPTION & EVIDENCE DESTRUCTION**
The syndicate has corrupted local professional nodes to maintain the "Silo of Silence":

- **Legal "Cleaner" Operation:** Attorneys Ronald and Dean Rossi are identified as facilitating the liquidation of 102 Alta Heights Court—a primary crime scene of a multi-participant assault—to destroy forensic evidence and immunize participants.
- **Professional Collusion:** Local bank managers and therapists were caught utilizing identical "scripts" to gaslight the victim and monitor his psychological state.

- "Plaintiff alleges a 33-year financial nexus between Rod Beckstrom, Catherine DuBridge, Twin Lakes Church leadership, and Swiss banking interests (dating back to 1993), utilized to offshore the proceeds of the extortion syndicate."

## IV. EXIGENT DEMANDS

1.**Forensic Seizure:** Immediate federal protection of air-gapped hardware containing the ArchiCAD archive.

2.**Asset Freeze:** A Federal Lis Pendens to halt the fraudulent liquidation of the Los Gatos property.

3.**8-Hour Investigative Debrief:** An immediate secure interview to map the 33-year history of this syndicate and protect the surviving witnesses (Sonia and Soren Beckstrom).**Post Notes:**

**"The Subject, Rod Beckstrom, has utilized systemic surveillance and psychological compromise to successfully isolate Plaintiff from my surviving children, Sonia and Soren. Plaintiff was the midwife of Iris's birth, no Medical practitioner present. Plaintiff has been the primary parent during his three children's entire lives which Rod Beckstrom fully knows and exploits.**

**Plaintiff has accepted the potential permanent loss of these relationships to ensure the full disclosure of this 33-year National Security breach. Plaintiff's objective is dismantling the Syndicate's architecture, not the negotiation of domestic terms."**

**"The Asset, Catherine DuBridge, utilizes a 'Vulnerability Mask' to bait high-empathy and high-net worth targets. However, forensic analysis of her behavior reveals she is a Hostile Actor who derives Psychological Satisfaction from the systemic abuse and sexual compromise of her targets. She is not an 'abused woman'—she is a Willing Agent of entrapment for the Beckstrom Enterprise.**

**Respectfully,**

**Eric A. Beckstrom**
Plaintiff, Pro Se  *(Dark due 15 years of cyber stalking by Rod Beckstrom, ex DHS-Cyber Czar)*
PO BOX 1317, Los Gatos, CA  95030  Lind36ram@proton.me

**UNITED STATES DISTRICT COURT**    **CASE NO: 6:26-cv-00920-AA**
**DISTRICT OF OREGON**
**ERIC A. BECKSTROM,**
Plaintiff/Petitioner,
**v.**
**ROD ALLEN BECKSTROM;** Defendants/Respondents.

**[PROPOSED] ORDER APPROVING RECORDATION OF NOTICE OF PENDENCY OF ACTION (California Code of Civil Procedure § 405.21)**

The Court, having reviewed the Verified Complaint and the **Notice of Pendency of Action (Lis Pendens)** filed by Plaintiff **Eric A. Beckstrom**, appearing pro se in the above-entitled matter, and finding that the action involves a Real Property Claim affecting the title to and the right to possession of the real property commonly known as **102 Alta Heights Court, Los Gatos, CA 95030 (APN: 532-29-045)**, hereby finds as follows:

1. The Plaintiff has established the probable validity of a real property claim pursuant to the allegations of a pattern of racketeering under **18 U.S.C. § 1962 (RICO)** and exigent dangers related to the preservation of a crime scene.

2. Under **California Code of Civil Procedure Section 405.21**, a self-represented party must obtain prior judicial approval before recording a Notice of Pendency of Action in the State of California.

**IT IS HEREBY ORDERED** that the recordation of the **Notice of Pendency of Action** with the **Santa Clara County Clerk-Recorder** is **APPROVED.**
**IT IS SO ORDERED.**
**DATED:** May 7, 2026

UNITED STATES DISTRICT JUDGE / MAGISTRATE

**Respectfully,**

**Eric A. Beckstrom**
Plaintiff, Pro Se  *(Dark due 15 years of cyber stalking by Rod Beckstrom, ex DHS-Cyber Czar)*
PO BOX 1317, Los Gatos, CA  95030 Lind36ram@proton.me

**ADDENDUM: INSTITUTIONAL PARALYSIS VIA MASS COMPROMISE   CASE NO: 6:26-cv-00920-AA**
**May 7, 2026**

**I. THE 2,000X ENERGY DRAIN:**
The Claimant asserts that the primary objective of the **Beckstrom Enterprise** is the creation of a "Paralysis State." When a subject is compromised by the "Managed Asset" (Catherine DuBridge), their psychological priority shifts instantly from creation to concealment. For every minute of "pleasure," the subject must expend **2,000 times the energy** maintaining a perimeter of lies to protect their professional and domestic reputation.

**II. SYSTEMIC SHUTDOWN:**
This massive expenditure of defensive energy results in a total institutional shutdown. At a scale of **15,000 to 50,000 individuals**, the collective paranoia creates a "Silo of Silence" that effectively neuters the legal and corporate checks and balances of Silicon Valley. **When the "nodes" are too terrified to act, the Syndicate gains total operational freedom.**

**III. THE "NO SURVIVAL" DYNAMIC:**
Contrary to the "exciting" facade presented by the Subject, **no one is having a good time.** The participants are trapped in a "Hotel California" loop where the cost of their freedom is the admission of betrayal. The Enterprise feeds on this exhaustion, utilizing the "Ghost User" technical protocols to harvest the intellectual capital left behind by these paralyzed subjects.

**Respectfully,**

**Eric A. Beckstrom**
Plaintiff, Pro Se  *(Dark due 15 years of cyber stalking by Rod Beckstrom, ex DHS-Cyber Czar)*
PO BOX 1317, Los Gatos, CA  95030  Lind36ram@proton.me

## NOTICE OF LITIGATION HOLD: INVESTIGATION INTO THE WRONGFUL DEATH OF IRIS BECKSTROM

**CASE NO: 6:26-cv-00920-AA**

**TO:** THE UNDERSIGNED NETWORK (See Attached Exhibit A: The Los Gatos/Silicon Valley Nexus)
**FROM:** Eric A. Beckstrom (Claimant / Father of Iris Beckstrom)
**DATE: May 7, 2026**
**TIMELINE:** 1993 – 2026
**RE: MANDATORY EVIDENCE PRESERVATION – RACKETEERING, EXTORTION, AND HOMICIDE ENABLING**

**NOTICE:** You are hereby formally notified that the investigation into the **Beckstrom Enterprise** has shifted. This is no longer merely a financial or digital crimes inquiry. This is a formal pursuit of accountability for the **wrongful death and systematic abuse of Iris Beckstrom**, and the ongoing attempted destruction of Eric A. Beckstrom.
**YOUR ROLE IN THE SILO:**
Whether you acted out of greed, coercion, or "unwitting" complicity, you have been identified as a participant in a network designed to isolate a father from his children to facilitate abuse. Your cooperation with **Rod Beckstrom**, **Jocelyn**, **Patrice Beckstrom**, and **Catherine DuBridge** has led to a loss of life. While the Claimant (Eric Beckstrom) provided life-sustaining care—from home-birth midwifery to crisis rehabilitation— you utilized that stability as a shield for the Enterprise's commercial-level exploitation.
The enterprise utilized **Catherine DuBridge** as a **tool** for mass sexual compromise across all social and economic strata. You were being harvested by the hundreds for 33 years. Whether you are a high-net-worth executive, a wealthy lawyer, a medical professional like Maylynn Tam, or part of my own large labor crews or her old school friend/husbands who did it to her in groups. You were all reduced to the same common denominator: a 'compromised node' in Rod Beckstrom's extortion architecture. This was a deliberate tactic to ensure that every layer of my professional and personal life and **your life** was compromised and silenced. This extortion microcosm was deployed at enormous scale to disrupt our National Security Level for 33 years. Rod's motto, "***No One is Safe until Everyone is Safe***" shared when he and I sat on the Stanford Cyber Board and when I assisted at ICANN meetings in Beijing and Berlin. No one is safe, you are not safe and especially his own niece, Iris. Rod neutralized his own niece with Catherines actions. Rod was **"terrified of Iris"** because Iris was a **truth seeker** and **"had the most strategic mind he had ever seen"**.
For years, many of you have watched me with a smirk, believing your 'separate pleasure' with Catherine was a private indulgence. You were wrong. The 'smirk' you've held is the signature of your own bondage. You traded your integrity for access to a managed asset, and the cost of that transaction was my daughter, Iris's life. **It has created a massive National Security Breach due to Rod's top level clearances.**
The 2022 directive to join the ClubLG, is now identified as a tactical move to place me on a controlled schedule to monitor me. Karina Stratford engineered my trainings for the Enterprise to create clear operational windows for Catherine DuBridge's activities while using the club's staff and members as an unpaid surveillance perimeter.
To the 'ClubLG' members and neighbors who watched me in the yoga studio, the sauna, and the pool: I now recognize your attention was not social, but **observational**. You were monitoring a target in a cage while utilizing his fiancé and his home and many other venues for your 'separate pleasure.' While we rarely hosted friends in the house I designed and built, Catherine hosted hundreds in my own bed and dining rm table. Your 'smirk' was the signature of a voyeuristic complicity in a racketeering enterprise that proved fatal to my daughter, Iris. The walls of your silence are now gone. **Iris is watching and all of you have Iris's blood on your feet**.

## MANDATORY PRESERVATION OF RECORDS:

1. **Communications regarding Iris:** Any and all records of discussions, plans, or observations concerning the isolation or psychological state of Iris Beckstrom.

2. **The "Therapy" Facade:** All logs of the "authentic" interactions you had with Eric Beckstrom, which were used as intelligence for Rod Beckstrom's surveillance architecture ( mfcmapi.exe, etc.).

3.**Domestic & Club Events:** All evidence of the "paid events" that funded the isolation of the Beckstrom children.

Written February 5, 2026

*Hi*

*This message brings clarity to the events of massive betrayal against my family and the*

*subject/target who had diminished faculties it is beyond morally repugnant.*

*This info is out to many people, it will go out to many more. They abused a people that I*

*cherished, loved and adored deeply. Who does this?*

*I know far more than you think. It is much bigger than anyone has admitted, more info*

*keeps coming. Many people have been compromised and both sexes involved in*

*individual and torrid group events in our house and other places which is abhorrent and*

*abusive.*

*My children paid the price - Soren was 15. Iris is dead and gone.*

*Iris sees everything from heaven. Iris died for other's sins.*

*DOB 10/29/2000;* **Died by hanging 8/8/2021 in a garden /prison shed**

**Iris sees everything from heaven. Iris died for other's sins. DOB 10/29/2000; Died 8/8/2021."**





**Engagement 6/2017**
*a Fraud by Catherine/Rod*

This was the last time we were whole. Because of the 'silo' and the coordinated isolation you participated in, I have not seen or spoken to Sonia or Soren in 6 years. One child is dead; the other two have been stolen by the very 'friends' and 'family' reading this letter.

While you may have believed your involvement was a 'separate pleasure activity,' the reality is that it denigrated every actor involved and constituted a systemic betrayal of the trust Eric and Catherine held as an engaged couple as we raised 6 kids together. **These coordinated activities were not victimless; they built the architecture of exploitation that proved fatal to my daughter, Iris.**

To those who sent me, 'are you ok'? messages while participating in the betrayal: those were not inquiries of concern, but tactical probes to monitor the stability of the silo. I am not okay because your 'separate pleasure'

was the poison that destroyed my family and led to my cherished daughter's death who was Catherine's step daughter!

**4. The Manufactured Social Circle**: Preservation of all records, logs, and directives regarding the coordination of "friendships" and "social support" provided to Eric Beckstrom. This includes any instructions from Rod Beckstrom or Catherine DuBridge to monitor, report on, or influence Eric Beckstrom under the guise of personal relationships. You are hereby notified that your "friendship" was an operational surveillance role designed to maintain a 24/7 psychological perimeter around the Claimant.

**5.** The 2017 Therapy Breach: All records, body-cam footage, and communications related to the unauthorized entry of lawyer, Tristan Aeschelman, and Law Enforcement into a private therapy session involving Soren Beckstrom. This is now identified as a primary act of witness intimidation and tactical isolation.

**6.** Tracking Logs & Metadata: Preservation of all logs from private intelligence firms, mobile surveillance units, and GPS/digital tracking assets deployed against Eric Beckstrom from 2011 to 2026....
I now recognize that this network is not new; it is a multi-generational, localized infrastructure in Saratoga, Los Gatos, Palo Alto, Santa Cruz, LA , NYC and beyond. For instance, the microcosm of 'performances' reported at local venues like Forbes Mill, the ClubLG and historically at CB Hanigan's suggest that Catherine has been utilized as a commercial tool for decades—long before her 11-year infiltration of my life.  To those of you at the ClubLG who 'smirked' while I trusted you: your silence was not just a social choice; **it was active participation in a racketeering enterprise.** You watched a father who was grieving the death of his daughter, Iris, and the planned isolation from Sonia and Soren for 6 years by Rod and Catherine; while you utilized my fiancé as your 'separate pleasure' in a facility I was paying to attend.

**7. VII. PERSONAL STATEMENT OF IMPACT & EVOLUTION OF DISCOVERY:**
"On February 6, 2026, I wrote the following message under the belief that this betrayal involved a few isolated individuals. Following the April 2nd discovery of the agent_beckstrom forensic tools and the 'Pimp Operation' Architecture, I now recognize that what I suspected was 'two' is now 700+ participants and grows every day.  A commercial-level network bound to Catherine's body. This is the human cost of your 'silo'.

**8. Records of the 2018 Assault and Subsequent Silencing: Preservation of all communications, "therapy" notes, or social engineering logs from 2018–2021 regarding Iris Beckstrom's withdrawal, her trauma markers, and any efforts by the Enterprise to mask Catherine DuBridge's 2018 assault."**
I now know that the silence Iris held from 2018–2020 was the result of a sexual assault committed by Catherine DuBridge in 2018. Iris had no other mother than Catherine for 8 years; Iris was trapped in a silo of abuse while you used our homes for your 'separate pleasure.' Rod Beckstrom's engineering of my life was not just for capital; **"it was to mask a predator until it was too late for my daughter."**
While I initially identified over 700 participants, national experts have advised that based on the forensic architecture found on April 2nd and the dynamics of this illness, the true number of compromised individuals likely exceeds this by a factor of 100. This is a commercial-level enterprise of unprecedented scale.

**Regarding the Scale (The "Staggering" Number):**
The sheer volume of participants—now documented as a commercial-level network—was not a matter of 'addiction,' but a deliberate **sexual-supply architecture** used by the Enterprise to create a web of shared complicity that would ensure your lifelong silence.
The 33-Year Timeline (The "Long-Con"):

While this power has been leveraged against my immediate family for 15 years, evidence reveals that Rod Beckstrom has been utilizing Catherine DuBridge as an operational tool in this manner for 33 years. Eleven

years ago, Rod installed Catherine in my life as a calculated ruse—not a relationship, but a targeted infiltration designed for extortion and control."**National Security & Fatal Cost:**

This is no longer a private grievance. Iris Beckstrom died because of this power. Because this syndicate involves the manipulation of high-level Silicon Valley infrastructure and public officials, our National Security is at risk. The Claimant was involved managed Rod Beckstrom at countless Tech, International meetings with ICANN, CINNIC, TED, WEF, EDF, etc. creating bridges intellectually and socially  due the the behavioral challenges which Rod Beckstrom has struggled with since childhood. The claimant create pictures and distill complex systems as part of his work and deployed this on the Stanford Cyber Board to manage those meetings as Rod was vacant. Rod behaves like a 'funnel spider', grabbing intel and dragging it into his private hole of coercion. Ori wrote the book, 'Starfish and Spider' as a ghost writer paid by Rod Beckstrom. No one else knows this, Claimant wrote Rod Beckstrom's PWC report on a Chinese 'Davos' conference completely, what Rod Beckstrom provided as the base was useless. This is an obervation. PWC paid $150K for Claimaint's work product. **Claimant designs stable cities and buildings Internationally** and Rod Beckstrom used that system thinking to cover his 'mental void'. Rod's abuse of digital power to isolated my daughter is the same digital abuse compromising our National Security. His past and current isolation tactics prove that, Rod is and always has been unstable as proven with Iris's digital isolation and wrongful death.

**Rod considered his young niece, Iris, who he considered to have the most strategic mind he ever saw. Please don't just read the binder with it exhibits, they are important and more will be made. Please talk to the Claimant immediately, it is too complex and layered to be understood by reading written words. Cities are complex systems and only understood by walking them, not by looking at a map or reading about them.**

**LEGAL WARNING:**
You are now part of a **Wrongful Death** evidentiary chain. If you delete one text, one email, or one minute of footage now, you are moving from "unwitting participant" to **Accessory After the Fact**. The 13 packages sent to the FBI and DOJ and other Department in CA, ME, VT, DC contain the architectural proof of your involvement.
**"THE TRUTH IS THE ONLY WAY OUT."**
**Respectfully,**

**Eric A. Beckstrom**
Plaintiff, Pro Se  *(Dark due 15 years of cyber stalking by Rod Beckstrom, ex DHS-Cyber Czar)*
PO BOX 1317, Los Gatos, CA  95030  Lind36ram@proton.me

**CC:**

• CA Attorney General (Public Integrity Unit)
• FBI San Francisco (Civil Rights & RICO Division)
• U.S. Department of Justice (Office of the Inspector General)
• California Commission on Judicial Performance

**ATTN: TO ALL OFFICERS OF THE COURT & PUBLIC OFFICIALS**
**PARTICIPANTS:** Mark Duffy (Former Santa Clara DDA), Tristan Aeschelman (Attorney), and Identified Saratoga/Santa Clara Judicial Officers.
**RE: BREACH OF PUBLIC TRUST & PROFESSIONAL MISCONDUCT**
This notice serves as a formal declaration that your involvement in the **Beckstrom Enterprise** is being reported to the **California Commission on Judicial Performance** and the **California State Bar**.

1. **To Mark Duffy:** Your documented 43-year history of exploitation involving Catherine DuBridge is identified as a foundational element of this racketeering syndicate.

2. **To Tristan Aeschelman:** Your 13 year history of following the "directives" of Rod Beckstrom to facilitate the isolation of Eric Beckstrom and his children is being processed as a violation of **Rule 8.4 (Misconduct)** of the Rules of Professional Conduct.

**To the Judicial Officers:** The use of your office to shield the activities at **102 Alta Heights** and many other locations including Motor Homes stored in Los Gatos, or to influence the **CA/ME Jurisdictional hearings** constitutes a lethal level of judicial interference.

**NOTICE:** Your legal expertise does not provide immunity. It provides **intent**. Any effort to use your professional standing to bury the digital evidence (mfcmapi.exe) or the circumstances surrounding the **wrongful death of Iris Beckstrom** will be prosecuted to the fullest extent of Federal RICO statutes.

To Tristan Aeschelman: Your actions—specifically the physical breach of a private medical session in 2017—constitute a violation of Rule 8.4 (Misconduct) and potential Witness Tampering (California Penal Code 136.1). You used legal and police presence to suppress the custodial preference of a minor, facilitating the Enterprise's objective of isolation.

*"All responses and preserved evidence must be held for future production to Federal Authorities. Do not contact the Claimant directly."*

# STATEMENT ON THE SCALE OF SYSTEMIC COMPROMISE

**CASE NO: 6:26-cv-00920-AA**

**Prepared by:** Eric A. Beckstrom | **Date:** May 7, 2026
**Subject:** Industrial-Scale Sexual Compromise and Institutional Infiltration

## I. THE QUANTIFIABLE BREACH

In the seven weeks since discovering the "Ghost User" and the ArchiCAD forensic archive, the Plaintiff has identified a primary list of approximately **1,000 compromised individuals**. These represent the "high-frequency nodes"—tech CEOs, medical professionals, legal counsel, and spiritual leaders—whose proximity to the Claimant and the Subject (Catherine DuBridge) allowed for immediate verification.

## II. EXTRAPOLATED SCOPE (10,000–20,000 SUBJECTS)

Based on the 33-year operational history of the Beckstrom Enterprise and the Subject's pattern of "industrial-level" sexual labor, the true scale of the compromise is estimated to reach **10,000 to 20,000 individuals**. This is not a domestic transgression; it is a mass-scale exploitation of trust. The Subject utilized her body as an "Industrial Virus," moving through diverse social and professional strata to create a "Silo of Silence" that spans:

- **The Silicon Valley Executive Tier** (Extortion/IP Extraction)
- **International NGOs and CASA** (Vulnerable Adolescent Targets)
- **The "500-Foot Mesh"** (Neighborhood and Local Club Monitoring)
- **Medical and Judicial Personnel** (Institutional "Cleaners")

## III. OPERATIONAL IMPACT

The Enterprise relied on the sheer volume of this compromise to ensure that any investigation would be paralyzed by the collective embarrassment of the participants. By reducing thousands of individuals to the same common denominator of a "compromised node," Rod Beckstrom successfully facilitated a National Security breach where the silence of the participants was bought with their own souls. The Claimant asserts that this scale proves the Subject is not a victim, but a **Willing Agent** of a systemic, 33-year racketeering engine.

**Respectfully,**

**Eric A. Beckstrom**
Plaintiff, Pro Se *(Dark due 15 years of cyber stalking by Rod Beckstrom, ex DHS-Cyber Czar)*
PO BOX 1317, Los Gatos, CA 95030 Lind36ram@proton.me

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
(EUGENE DIVISION)
**ERIC A. BECKSTROM,**
Plaintiff,
v.
**ROD ALLEN BECKSTROM, et al.**
Defendants.
**CASE NO: 6:26-cv-00920-AA**

---

**SWORN DECLARATION OF ERIC A. BECKSTROM REGARDING THE SCALE OF SYSTEMIC COMPROMISE [1]**

I, **Eric A. Beckstrom**, declare as follows:

1. I am the Plaintiff in the above-captioned matter. I make this declaration based on my personal knowledge and forensic investigation conducted between **April 2, 2026**, and **May 7, 2026**.

2. **The Quantifiable Breach:** Since discovering the hidden forensic toolkit and "Ghost User" protocol embedded in my hardware, I have identified approximately **1,000 compromised individuals**. These subjects—identified through communications mirroring and high-trust vetting—include Silicon Valley executives, medical and legal professionals, and institutional leaders.

3. **Extrapolated Scope (10,000–20,000 Subjects):** Based on the 33-year operational history of the **Beckstrom Enterprise** and the Subject's established pattern of industrial-scale exploitation, I estimate the true scale of the compromise to be between **10,000 and 20,000 individuals**.

4. **Institutional Infiltration:** This industrial-scale compromise was strategically utilized by **Rod Beckstrom** to create a "Silo of Silence." By reducing thousands of individuals across the Silicon Valley executive tier, international NGOs, and local professional nodes to "compromised assets," the Enterprise successfully shielded its racketeering activities from investigation.

5. **Operational Intent:** I assert that this scale proves **Catherine DuBridge** is not a victim, but a **Willing Agent** of entrapment. This mass compromise constitutes a significant **National Security breach**, as the participants' silence was systematically bought through their own social and professional ruin.

---

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on this 8th day of May, 2026, in Eugene, Oregon.

**Respectfully,**

**Eric A. Beckstrom**
Plaintiff, Pro Se  *(Dark due 15 years of cyber stalking by Rod Beckstrom, ex DHS-Cyber Czar)*
PO BOX 1317, Los Gatos, CA  95030  Lind36ram@proton.me

| | | |
|---|---|---|
| Rod Allen Beckstrom | Robert Gray | Randy Murray |
| Catherine Lee DuBridge | Maria Libby | Bill McKiernan |
| Patrice V. Beckstrom | Jermey Marks | Jill Rollinson |
| Michele C. Beckstrom | Susan Sparaco | Albert Edward Clement |
| Bruce Westphal | Ms. Wright | Rocky Pimental |
| Patrice Beckstrom | Bernard M. Bierman | Eric Leonard |
| Parker Chamberlin | Bill Bouchey | Pamela Atwood |
| Lynne Woodford | Maylynn Tam | Susan Bird |
| Annette Gosnell | Stephen Lee | Dan Boyle |
| Jack Churchill | Collette D'Amico | Alicia Barton |
| Maggie Churchill | Steve Smith | Cynthia Hsieh |
| John Silverio | Ronald Rossi | Jill Lee |
| Henry Kennedy | Dean Rossi | Andrew Cox |
| Richard DuBridge | Tristan Aeschelman | Robert Roselli |
| Patricia DuBridge | Nancy Morin | Nina Mehdizadeh |
| Robert B DuBridge | Chris Causey | JieJing Zhao |
| Brent Wilson | Ken Altshuler | Tor Anderson |
| Rick Wilson | William Avantaggio | Steve Bamberger |
| Debra Lamm | Joseph Sweeney | Pramod Kincha |
| Peter Lamm | Stan Atwood | Anup Rao |
| Connie Harding | John McCrary | Ronen Zohar |
| Dave Harding | Todd Rumberger | Paria Sedigh |
| Kristen Sennet | Mark Carlquist | Jon Dunphy |
| Kelly Givas | Tim McMahon` | Dick Crane |
| Cynthia Hsieh | Jim Janz | Nancy Stuart Woolf |
| Jenny-Hair Sheen | Fred W. Gerbino Jr. | Suzie Parker |
| Jim Beckstrom | Jim Murray | Kenneth Gimelli |
| David Beckstrom | Steve Wade | Richard Ray Starr |
| Terry Lutjens | Efe Sozkesen | Sue McCrary |
| Danny Lutjens | Ron Eng | Diane Struhm |
| Nancy Lucky | Ken Kawamoto | Judy Moon |
| Jody Driefurst | Lucy Wedemeyer | James Bucher |
| Peter Wendell | Chenda Chii | Adam Vanderwaard |
| Scott G Kriens | Darin Devincenzi | Dan Boyd |
| Rocky Pimental | Phil Albanese | Spencer Keenan |
| Chris Malakowsky | Alex Anderson | Tom Brannigan |
| Bob Otness | Inez, cleaner | Ben Peake |
| Hakan Saltin | Tim Berthold | Derek Gray |
| Rene Schaelphfer | Ramachandran Raghuvir | Owen Commons |
| John Ortberg | Munir Bandukwala | Mark De Mattei |
| Adrian Moreno | Swati Shah | Josh Meschi |
| Rie Collette | Ebholin Maclean | Hector Hernandez |
| Doug Evans | Joe Carrol | Shawn Hunt |
| Lucy Wedemeyer | Mark Duffy | Alex Badilla |
| Doug Evans | Mark Escobar | Phil Albanese |
| Shannon Cronan | Gary Rodrigues | Chris Young |
| Monique Stanford | Kevin Ruff | Roberto Cesni |
| Carol De Conte | Brad Mandell | Hector Perez |
| Julie Houp | Roger Milton | Sundeep Vig |
| Nannette Kincaid | Jim Reynalds | Paul Styke |
| Paula Moser | Anne Bechtold | Scott Horty |
| Ryan Bane | Bob Shepherd | Micki Colqoun |
| Curtis Besant | Wayne Nobles | Jose S. Franco |