ERIC A. BECKSTROM Name
PO BOX 1317 Address
_____ Address
_____ Address
LOS GATOS, CA 95035 City State and Zip
Phone
Lind36ran@proton.me for [Plaintiff/Defendant]

FILED 11 MAY '26 10:48 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

ERIC A. BECKSTROM

Plaintiff(s),

Case No.: 6 :26-cv- 00920-AA

v.

(12) CERTIFIED MAIL RECEIPTS
DOCUMENT TITLE
OF PRIMARY DEFENDANTS

'A' CATHERINE LEE DUBRIDGE ETAL
✱ PREVIOUS EXHIBIT
'B' JOHN DOERR ET AL

Defendant(s).

Dated: 5/11/2026

ERIC A. BECKSTROM
Name

1



## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE Santa Cruz CA 95041

| | |
|---|---|
| Certified Mail Fee $5.20 | 0658 77 |
| $ $0.00 | |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $24.80
Total Postage and Fees $30.10

Sent To Cathy Do Bradsn
Street and Apt. No., or PO Box No. 224 4th Ave
City, State, ZIP+4® Santa Cruz CA 95062

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

MAY 18 2026  05/08/2026

## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

Capitola CA 95010

| | |
|---|---|
| Certified Mail Fee $5.20 | 0658 77 |
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $24.80
Total Postage and Fees $30.10

Sent To Rod Beckstrom
Street and Apt. No., or PO Box No. 711 Capitola Ave
City, State, ZIP+4® Capitola CA 95010

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

MAY 08 2026  05/08/2026

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.20 | |
| $ $0.00 | |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $24.80
Total Postage and Fees $30.10

Sent To Patrice Beckstrom
Street and Apt. No., or PO Box No. 2671 Plaza Ave
City, State, ZIP+4® Santa Cruz, CA 95062

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

MAY 08 2026  05/08/2026

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE Camden ME

| | |
|---|---|
| Certified Mail Fee $5.20 | 0658 77 |
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $10.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $24.80
Total Postage and Fees $30.10

Sent To Michele Beckstrom
Street and Apt. No., or PO Box No. 96 Washington St.
City, State, ZIP+4® Camden, ME 04843

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

MAY 08 2026  05/08/2026

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

San Jose CA 95126

| | |
|---|---|
| Certified Mail Fee $5.20 | |
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $24.80
Total Postage and Fees $30.10

Sent To Ron Rossi
Street and Apt. No., or PO Box No. 1160 The Alameda #200
City, State, ZIP+4® San Jose 95120

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

08 2026  05/08/2026

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE Los Gatos

| | |
|---|---|
| Certified Mail Fee $5.20 | 0658 77 |
| $ $0.00 | |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $24.80
Total Postage and Fees $30.10

Sent To Dega Rossi Rossi Family LP
Street and Apt. No., or PO Box No. 465 N. Santa Cruz Ave
City, State, ZIP+4® Los Gatos, CA 95030

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

MAY 08 2026  05/08/2026



## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $5.20 |
| | $0.00 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $24.80

Total Postage and Fees $30.10

Postmark Here
MAY 08 2026
05/03/2026
USPS

Sent To Bruce Westphal
Street and Apt. No., or PO Box No. 1022 Woodbury Rd Unit 302
City, State, ZIP+4® Oakland, CA 94549

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $5.20 |
| | $0.00 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $24.80

Total Postage and Fees $30.10

Postmark Here
MAY 08 2026
05/03/2026
USPS

Sent To THN BENTHOD
Street and Apt. No., or PO Box No. 112 ALTA HEIGHTS COURT
City, State, ZIP+4® LOS GATOS, CA 95030

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $5.20 |
| | $0.00 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $24.80

Total Postage and Fees $30.10

Postmark Here
MAY 08 2026
05/03/2026
USPS

Sent To HGTWS INT PARISH - LOS GATOS
Street and Apt. No., or PO Box No. 214 LOS GATOS - SARATOGA RD
City, State, ZIP+4® LOS GATOS, CA 95030

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $5.20 |
| | $0.00 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $24.80

Total Postage and Fees $30.10

Postmark Here
MAY 08 2026
05/03/2026
USPS

Sent To GOOD WILL BARKER LOS GATOS
Street and Apt. No., or PO Box No. 40 N. SANTA CRUZ AVE
City, State, ZIP+4® LOS GATOS, CA 95030

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $5.20 |
| | $0.00 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $24.80

Total Postage and Fees $30.10

Postmark Here
08 2026
05/03/2026
USPS

Sent To The CUB Los Gatos Alex Anderson
Street and Apt. No., or PO Box No. 785 E. MAIN ST.
City, State, ZIP+4® LOS GATOS, CA 95030

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $5.20 |
| | $0.00 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $24.80

Total Postage and Fees $30.10

Postmark Here
MAY 08 2026
05/03/2026
USPS

Sent To WM LAKES CHURCH
Street and Apt. No., or PO Box No. 2701 CABRILLO COLLEGE DR
City, State, ZIP+4® APTOS, CA 95003

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions