**NOTICE OF SYSTEMIC NATIONAL SECURITY BREACH, SEDITIOUS CONSPIRACY AND INSTITUTIONAL CAPTURE,** (18 U.S.C. § 2384)
**TO:** U.S. District Court, District of Oregon | House Oversight Committee
**RE:** CASE NO: 6:26-cv-00920-AA
**DATE:** May 11, 2026

## I. THE SYSTEMIC "HARVEST": LIQUIDATING THE LEADERSHIP CLASS AND ENTIRE ECOSYSTEM

The Plaintiff is the forensic whistleblower who identified the architecture; however, the "Target" of this Enterprise is the **Sovereignty of the United States Leadership Class.** Rod Beckstrom (Former Director, NCSC/DHS) has industrialized a method of **Institutional Asset Stripping**, weaponizing the "Managed Asset" (DuBridge) to render billionaires and power-brokers and entire ecosystems subservient to a private extortion syndicate.. Rod Beckstrom marketed a decentralized **"Starfish"** model to the public while building a highly centralized **"Spider"** architecture for private control.  The Syndicate's capture of nodes within the DOD and Silicon Valley constitutes a Seditious Conspiracy to hinder the execution of National Security laws

## II. ALGORITHMIC EXTORTION: THE RUSSIAN "BACK OFFICE"

The Enterprise utilizes a sophisticated "Back Office" (linked to St. Petersburg Dark Net assets) to manage the capture of **10,000 – 20,000+ nodes**. Financial connections to Switzerland 'washes' the money trail.

> **1. The Psychological Mirror:** The Asset is fed real-time intelligence to simulate a "soul-connection" with targets. This is not a sexual affair; it is **High-Fidelity Grooming** designed to trap the specific **emotional vulnerabilities** of entire ecosystems: the elite, government, law, police, professionals, friends, family, workers, laborers. An entire ecosystem is taken hostage ensuring **Complete Lockdown**.
>
> **2. Critical Mass of Compromise:** By ensnaring a vast number of leaders simultaneously, the Syndicate ensures that no single node—be it a judge, CEO, or agent—can move against the Enterprise without triggering their own destruction. **A complete destruction of Autonomy.** The targets transition from "Strategic Thinkers" to "Paranoid Damage Controllers," prioritizing the protection of their secret over their duty to the nation.

## III. THE "SPIDER" VS. THE UNITED STATES: CAPTURED NODES

The Enterprise operates as a **Parasitic Spider** siphoning intellectual and social capital from the American fabric. The syndicate does not rely on a single location; the "Managed Asset" is deployed into circles where she executes a **"Scorched Earth" protocol**—incinerating institutional trust before moving to the next target environment:

**The Destruction of Autonomy:** Once captured in the "Communal Hole" (the group sex/extortion events), leaders from **Google, Nvidia, Apple, and the DOD** lose their autonomy, a vulnerability in the American Defense Infrastructure

> **1. Global Tech & Finance: Chris Malachowsky** (Nvidia), **John Doerr** (Kleiner Perkins), **John Sculley** (Apple), and **Scott Cook** (Intuit), **Scott McNealy**(Sun), **Peter Wendell**(Sierra Ventures), **Scott Hassan** (Google), etc. The list is large.
>
> **2. National Security & Policy: Leon Panetta** (Former SecDef/CIA), **Dr. Sig Hecker** (Los Alamos), **Amy Zegart**, and the **George Shultz** nexus.
>
> **3. Institutional Capture:** Infiltration of **ICANN, TED, WEF, EDF, YPO, Stanford Cyber Board.**
>
> **4. The Destruction of Autonomy:** Once compromised in the **"Communal Hole"**—a portable mechanism of group extortion—these leaders transition from "Strategic Visionaries" to **"Paranoid Damage Controllers,"** prioritizing the Syndicate's protection over the National Interest.

## IV. THE 2019 STANFORD FRACTURE: SYSTEMIC FAILURE & THREATS
The Plaintiff identifies the Spring 2019 removal of **Rod Beckstrom** from the **Stanford University Cybersecurity Policy Program (CISAC) Advisory Board** as a critical escalation point.

**1. The Suppressed Seat:** Despite the Plaintiff's own independent seat and operational management of these meetings, the Subject (Rod Beckstrom) issued explicit threats to **"destroy the Plaintiff's life"** to prevent his attendance at the 2019 board transition meeting.
**2. A "Hollow" Departure:** The Plaintiff alleges this removal was an institutional reaction to the Syndicate's "Shadow Operations" being detected within the Stanford/Hoover nexus.
**3. Escalation of Surveillance:** Following the 2019 removal, the Plaintiff identifies a marked increase in digital "Ghost User" activity.

## V. NATIONAL SECURITY IMPLICATIONS: THE "GHOST USER"

**The Plaintiff developed this National Security Breach case in 5 weeks.** The Plaintiff's brother, Rod Beckstrom, embedded tracking systems at an International, Berlin **ICANN** meeting. Rod Beckstrom requested that the Plaintiff fly in to manage the meetings, a typical and recurring consulting request (see Exhibit 48). **Five weeks ago**, April 3, 2026, Plaintiff discovered **Ghost User protocols** (mfcmapi.exe) embedded in professional ArchiCAD libraries which proves a former DHS Cyber-Czar is using **State-Grade Cyber Weapons** for **private racketeering** spanning decades. Within weeks 'live', 'Ghost' users were detected on 2 laptops. The second incursion on May 6th, 2026, Elmer's cafe, Eugene, OR - while writing this legal case! **Since 2011 Plaintiff and his family have been under complete 24/7, 360 degrees Surveillance.**

**1. Institutional Infiltration – Children Risk:** By embedding the Asset into the **CASA program, Pastor Search Committees, Coral Tree Board (Cambodian Girls Schools) and Plaintiff's family.** The Syndicate secured proximity to vulnerable minors. The Managed Asset sexually assaulted Plaintiff's 17 yr old daughter before her death, strategic intervention coordinated by Rod Beckstrom, her uncle, which led to her sudden death.

**2. Institutional Infiltration-Leaders:** The Plaintiff's consulting work/executive workshops to support Defendant: **SwissRE, Zurich Insurance, Marsh Mclellan, PwC, NSA, Stanford/FBI, Stanford GSB/Comp-Sci Graduate Program, Stanford Cyber Board**, and other sensitive policy nodes. The Asset is then deployed ensuing **Infection Strategy** created a "Bond of Shame" that paralyzes oversight.

**3. International Policy Nodes:** Manipulation of CINNIC (China), Ayala (Philippines), and Philippine National Housing (NHA) leadership.

## VI. THE FATAL COST: SYSTEMIC WITNESS LIQUIDATION
The "Beckstrom Enterprise" maintains a 100% attrition rate for high-value truth-tellers. The Plaintiff identifies a pattern of **"Socially Engineered Deaths"** used to protect the Silo. A "Lethal Pattern of Practice". (see Exhibits 31, 45)

**1, Iris Beckstrom (d. 2021):** Rod Beckstrom's niece; isolated and destroyed to ensure "Asset" compliance.

**2. Robert S. Kamin (d. 2014):** Plaintiff's attorney; post-mortem evidence of collusion confirmed by parental apology and Lead Partner phone call.
**3. Philip Cohen (d. overdose):** Attorney who identified the Enterprise's "Real Law" maneuvers.
**4. Taylor Ungaro (d. 2024):** Truth-teller and witness against family abuse; "taken apart" by the judicial system before his death.
**5. Plaintiff's Mother (d. 2024):** Sexually assaulted by the "Managed Asset" to neutralize her as a moral witness which led to her premature death.

## VII. SPECIAL MASTER REQUEST:

**1.** The Court must appoint a **Special Master** to oversee all discovery and ensure the safety of the surviving children (**Sonia and Soren**).

**2. Immediate Federal Protection:** The "100% attrition rate" is basis to request **U.S. Marshal Protection** or an emergency stay on all asset liquidations, the 102 Alta Heights Court, Los Gatos House. The deaths appear timed with major property transactions or legal maneuvers. (see Exhibits 31, 45)

## VII. CONCLUSION: THE "LIQUIDATION" OF TRUST:

1. This is a **State-Level Disease Vector.** The Syndicate has successfully **"liquidated"** American business, professional, judicial and legal integrity. The enormous list of compromised 'Targets' ensures nearly complete obedience to Dark Actors. For 33 years the 'Beckstrom Syndicate' has turned the U.S. tech and legal infrastructure into a "Hotel California" where the nation's most powerful individuals are trapped in a **Permanent State of Blackmail.**

**Respectfully,**

**Eric A. Beckstrom**
Plaintiff, Pro Se  *(Dark due 15 years of cyber stalking by Rod Beckstrom, ex DHS-Cyber Czar)*
PO BOX 1317, Los Gatos, CA  95030  Lind36ram@proton.me

Page 3