**EXHIBIT 31: The Casualty List & Psychological Attrition**
**SUBJECT:** Forensic Documentation of the 100% Casualty Rate within the "Silo"
**PREPARED BY:** Eric A. Beckstrom (Witness/Survivor)
**DATE:** May 3, 2026
**I. THE DECEASED WITNESSES**
The following individuals were compromised, utilized, or destroyed by the psychological "Scorched Earth" policies of the Beckstrom Syndicate:

**Iris Mari Beckstrom (Deceased, 08/08/21):** The primary casualty of the forensic isolation and "Prison Shed" protocol. Her death was the ultimate result of the 33-year extortion architecture that required the total psychological dismantling of the children to ensure the "Managed Asset" (Catherine) remained compliant. **Iris was Rod Beckstrom's own niece**.

**Philip Cohen (Deceased, Damariscotta, ME):** A high-level attorney who succumbed to a drug overdose. Cohen was "smart" enough to understand the gravity of the Enterprise's reach but was consumed by the moral weight of the "Real Law" maneuvers required to protect it. Philip was destroyed when he experienced Eric's 'dogged' persistent need to protect and have his children live together.

**Robert S. Kamin (1979–2014), Heath-Newton LLP, San Francisco.**

**Source of Hire:** Identified and "found" by Subject Rod Beckstrom.

**The Post-Mortem Confession:** Direct admission of **collusion** by Heath-Newton senior partners following Kamin's death on 08/19/2014

**Strategic Intent:** To ensure the Claimant (Eric) had zero legitimate legal representation while the "Scorched Earth" and "Silo" protocols were executed.

**The Maternal Apology: Years after the 2014 death of Robert S. Kamin, his mother contacted the Claimant (Eric) out of the blue to offer a formal apology for her son's actions.**

**Strategic Significance:** This unsolicited apology serves as **post-mortem evidence** of the collusion. It confirms that the betrayal of the Claimant was a known fact within the Kamin family and the Heath-Newton firm. It provides the moral bridge between the digital surveillance and the legal sabotage.

**II. THE SURVIVOR ATTRITION (Attempted Liquidations)**

**Cathy's Youngest Son (Attempted Suicide x2, 2014):**

**The Behavioral Armor:** The son's 60lb weight gain and 3-year "bed-bound" state in high school were identified as a defensive mechanism to protect himself from the sexual predation of his mother (Catherine) and to disrupt the constant influx of illicit guests. Catherine constantly said he was so quirky. Cathy used a similar comment about the 1 month stint as a CASA for an 11 year old girl, in Cathy's words, " she is so quirky, does not obey directions and keeps running away from me."

**The "Sanitization" Move:** Subject Rod Beckstrom directed the son's commitment to a Malibu psych ward for 2 weeks. Her son to this day says this was more devastating than anything else. He has been estranged from Cathy for 2 years. This served to categorize a key witness as "unstable" and "psychotic," a standard neutralizing tactic used by the Syndicate.

### III. The "Sex Party" as a Weapon:

"Subject Catherine DuBridge, under the direction of Rod Beckstrom, sexually assaulted the Claimant's elderly mother in 2018. This led to her total psychological shutdown and subsequent death in 2024. This was a tactical maneuver to eliminate a primary moral witness."This confirms Rod's **Malignant Sadism**. Rod forced out mother into a "sex party" environment, he wasn't just seeking a "thrill"; he was performing a **"Soul-Murder"** to neutralize our mother as a witness and to humiliate me at the deepest possible level. Rod kept saying she just wants to die. Rod was right, he totally denigrated her soul. Her "shutdown" and subsequent death were the direct results of the Syndicate's "Scorched Earth" policy.

### IV. THE PSYCHOLOGICAL BLUEPRINT

**The "Enterprise" operates on the assumption that fathers and survivors do not care about their children. This fundamental sociopathic blind spot results in the "Silo" effect:**

> 1.**Isolation:** Cut the target off from their intellectual and emotional anchors.
>
> 2.**Compromise:** Use the legal system (Rossi/Partition Suits) to force the target into a state of "flight or fight."
>
> 3.**Liquidation:** When a node (lawyer, child, partner) becomes a liability, the Syndicate utilizes isolation and shame to drive them toward suicide or overdose.

### IV. CONCLUSION

I, Eric A. Beckstrom, am the sole survivor of this "Management Tier" who remains "in his body" and capable of providing testimony. This list is a record of the FBI's prior knowledge of the Syndicate's lethality.

### Robert S. Kamin (1979–2014)

> •**Professional Background:** He was a family law attorney at the firm **Heath-Newton LLP** in San Francisco. He previously practiced at Cornerstone Law Group and Heath Law Group.
> •**Focus Areas:** His practice focused on marital dissolution, child custody/visitation, and adoptions.
> •**Education:** He was a graduate of **UC Berkeley** and **Boston College Law School**, and held a Master's degree in Middle East Studies from the American University in Cairo.
> •**Legacy:** A memorial fund was established in his name (The Robert Kamin Memorial Fund) to support a room at the Bea Arthur Residence for homeless LGBTQ youth in New York City. [1, 2]