**EXHIBIT 48:** ERIC A. BECKSTROM, Architect          Resume          2026

Beckstrom Architecture + Interiors, Los Gatos, CA Licensed: CA  C25632, NCARB #46,854
www.BeckstromArchitecture.com; email- Eric@BeckstromArchitecture.com

**EDUCATION**

| | |
|---|---|
| 2010-2014 | **Lund University,** Lund, Sweden, Masters Studies-Sustainable Urban Design-SUDES/HDM |
| 2002-2004 | **Waldorf Foundation Studies** (Pedagogical/Teacher training), 2-year program. |
| 1987-88 | **Pratt Institute**, Brooklyn, New York, **Bachelor of Architecture** (5-year Professional degree) |
| 1986-87 | **The Architectural Association**, School of Architecture, London, England |
| 1984 | **San Francisco Center for Architecture and Urban Studies,** San Francisco Art Inst., CA |

**Oklahoma State University,** Mechanical Engineering & Philosophy; Architecture

**EMPLOYMENT HISTORY**

| | |
|---|---|
| 2014 - present | **Architect,** Beckstrom Architecture + Interiors, Los Gatos, CA |
| 2011 - 2013 | **JEG Consulting-Principal,** Lund, Sweden; Slum Upgrading: zoning/economic advisor ADB/QC |
| 2003 - 2014 | **Developer Partner,** Spring Mountain Highlands Subdivision (55 acres), Rockport, ME |
| 2003 - 2014 | **Architect/Principal,** Beckstrom Architecture & Planning, Rockport, ME |
| 2000 - 2003 | **Architect/Principal** Cushman + Beckstrom, Inc. Architecture & Planning, Stowe, VT |
| 1995 - 2000 | **Associate Partner/Architect A.I.A.,** M. B. Cushman Design, Inc., Stowe, VT |
| 1991 - 1995 | **Architect,** David S. Gast & Associates, San Francisco, CA |
| 1990 - 1991 | **Arkitekt**, Rosenbergs Arkitektkontor AB, Stockholm, Sweden |
| 1990 | **Arkitekt**, Can Arkitektkontor AB, Stockholm, Sweden |
| 1988 - 1990 | **Intern Architect**, Pei, Cobb, Freed & Partners, New York, New York |
| 1988 | **Intern Architect**, HOK-Hellmuth, Obata, and Kassabaum, New York, New York |
| 1985 - 1988 | **Intern Architect,** Omrania U.K. Ltd., London, England. |
| 1987 | **Historical Researcher**, Waterfront Development Corporation, London, England. |
| 1985 | **Intern Architect**, Lister, Drew & Associates, Walton-on-Thames, England |
| 1982, 1983 | **Stonemason**, Mike Shelton Construction, Tulsa, Oklahoma |
| 1981 | **Actor/Biker #2**, Walt Disney Movie 'Tex',  HYPERLINK "http://www.imdb.com/title/tt0084783/" http://www.imdb.com/title/tt0084783/; |
| | Screen Test for major part, 'The Outsiders', Francis Ford Coppola |
| 1980 | **House Framer-wood**, Doug Lee Construction, Tulsa, Oklahoma |
| 1979 | **Motorcycle/Bicycle Mechanic**, Cyle Kart Racers, Tulsa, Oklahoma |

**ACTIVITIES**

| | |
|---|---|
| 2024 | Baja offroad race training, KTM 500 |
| 2016 - 2019 | Advisory Bd Member, HitCheck startup, https://www.hitcheck.com/ |
| 2016 - 2019 | Bd Member, Stanford Cyber Policy Program (SCPP), Stanford CISAC/ HYPERLINK "https://weebly.us11.list-manage.com/track/click?u=e50e23a0e229223ba998bf779&id=4c63344d76&e=39fab5ba8f" \t "  blank" Hoover Institution |
| 2018 | Innovation Workshop Leader, Swiss RE:C-Suite, Mountain View, CA |
| 2015 - 2016 | Advisory Bd Member, BE SAFE Startup, Norwegian security app, Palo Alto |
| 2014 | Innovation Workshop Leader, VINNOVA/Swedish Foretagarna Business Association, SF |
| 2014 | Innovation Workshop Leader, Lund University Business School Lund, Sweden |
| 2014 | Guest Lecturer, Lund University Industrial Design/Mech. Eng., Lund, Sweden |
| 2013 | Guest Lecturer/Reviewer, Lund University Architecture Dept., Lund, Sweden |
| 2011 - 2013 | Document Movie-Slum City-Filming in Manila, Philippines and Ecuador |
| 2011 | Guest Lecture/Graduate project Jurist, Peking University, Beijing, CN |
| 2003 - 2013 | Board Trustee/Incorporator, Bay Chamber Concerts, Rockport, ME. |
| 2002 - 2005 | President/Board Member, Ashwood Waldorf School, Rockport, ME |
| 1999 - 2002 | Expert Witness, Vermont Environmental Board, Cell tower relocation |
| 1998 - 2002 | Garfield Hyde Park Neighbors Alliance, GHNA, Neighborhood Advocacy Group,VT |
| 1997 - 1999 | Mountain Choraliers Choir, Lamoille County, VT |
| 1995 | Board Member, Good Samaritan Family Resource Center, SF, CA |
| 1993 - 1995 | Member, Precita Valley Neighbors,  SF, CA. Neighborhood relations, park renovations. |
| 1993 - 1994 | Board Member, Mission Neighborhood Inner City tuition free Waldorf School, SF, CA. |
| 1994 | Board Member, Precita Valley Community Center, Youth/Gang Prevention Center,  SF, CA |
| 1995 | Organizer, Friends of the Urban Forest, SF, CA. – street planting- 60 street/40 houses. |
| 1991 - 1995 | Member, A.I.A. Task Force on the Environment, San Francisco, CA |
| 1976 - 1982 | Taekwondo Competitor-OSU heavy weight class |
| 1976 - 1982 | Motocross Racer, 250cc and 125cc, Intermediate class |
| 1975 - 1981 | Eagle Scout |
| 1981 | Graduate-Booker T. Washington High School, Tulsa, OK; first voluntarily integrated HS in US |

## Declaration Under Penalty of Perjury (28 U.S.C. § 1746)

I, Eric A. Beckstrom, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. I am the Plaintiff in Case No: 6:26-cv-00920-AA. I have personal knowledge of the facts stated in the Master Index, the Resume (Exhibit 48), the Notice of National Security Breach, and the Casualty List (Exhibit 31).

Executed on this 11th day of May, 2026, in Eugene, Oregon.

**Respectfully,**

**Eric A. Beckstrom**
Plaintiff, Pro Se  *(Dark due 15 years of cyber stalking by Rod Beckstrom, ex DHS-Cyber Czar)*
PO BOX 1317, Los Gatos, CA  95030  Lind36ram@proton.me