FILED 11 MAY '26 10:14 USDC-ORE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**May 11, 2026**
**ERIC A. BECKSTROM,**
Plaintiff,
v.
**ROD ALLEN BECKSTROM, et al.,**
Defendants.
**CASE NO: 6:26-cv-00920-AA**

### SUPPLEMENTAL CERTIFICATE OF SERVICE (EXHIBIT B)

I, Eric A. Beckstrom, Plaintiff Pro Se, hereby certify that on this day, May 11, 2026, I have served a true and correct copy of the **Consolidated Complaint for Damages and Injunctive Relief**, the **Notice of Systemic National Security Breach**, and the **Lis Pendens** upon the additional parties identified in **Exhibit B**(attached hereto).

Service was performed via **U.S. Registered Mail** and/or **Certified Mail with Return Receipt Requested**to the following primary nodes of institutional capture and operational facilitation, including but not limited to:

1. **John Sculley** (Target/Captured Node)
2. **John Doerr** (Target/Captured Node)
3. **Scott Cook** (Target/Captured Node)
4. **Ana Williamson** (Operational Asset/Gatekeeper)
5. **David Gast** (Operational Asset/Gatekeeper)
6. **Margaret Chai-Maloney**

7. **Exhibit 'B'**

### BASIS FOR SUPPLEMENTAL SERVICE:

These additional parties represent the operational layer of the **"Beckstrom Enterprise."** Service upon these individuals is critical to neutralizing the **"Bond of Shame"** and the **Institutional Capture** described in the National Security Breach report. These parties are now on formal notice of the active federal litigation involving **RICO, TVPRA (18 U.S.C. § 1591)**, and **Seditious C.**

**Respectfully,**

**Eric A. Beckstrom**
Plaintiff, Pro Se  *(Dark due 15 years of cyber stalking by Rod Beckstrom, ex DHS-Cyber Czar)*
PO BOX 1317, Los Gatos, CA  95030  Lind36ram@proton.me

| | |
|---|---|
| John Doerr | Ana Williamson |
| Scott Cook | David Gast |
| Doug Lind | Margaret Chai-Maloney |
| Jocelyn | Sid Espinosa |
| Mary Breslin | Jack Whitaker |
| Beth Chamberlin | Greg Simpson |
| Becky Wade | Justin Bruce |
| Steve Lohr | Stuart Leaf |
| Kurt Kozlowski | Keith Andry |
| Tom Boyce | Carlos Ferrara |
| Richard Tam | John Swift |
| Liza Karamardian | Aaron Chappelle |
| Michale Riese | John Hartnett |
| Amy McCafferty | Martha Queiroz |
| Tim Allen | John Christofano |
| Shaneet Kumar | Orla Maclean |
| Sondra Hamilton | Stephan Shelton |
| Firoz Pradhan | Ovid Santoro |
| Johan Silton | William St Stephen |
| Tina Howard | Kevin Ruff |
| Jackie Plessl | Michael Danaher |
| Shelby Edwards | Angel Siegel |
| Brandon Cameron | Amanda McIntyre |
| Vincent Waiss | Douglas Thornley |
| Kelly Rodgers | Joe Burton |
| Dave Knowlton | Daphne Royce |
| Bill Rollinson | Kenneth Duebelbeis |
| Steve Lohr | Lynne Woodward LCSW |
| John Christensen | Donald Prolo |
| Jessica Anzoategui | Bill Maston |
| Ulf Vinneras | Bill Maston |
| Daniel Araldi | Susan H. Mac Cormac |
| Amanda Wayman | Jackie Azure |
| Mariella Massa | Sophia Knight |
| Elaine Tajima | John Sculley |
| Robert Potts | |
| Nader Mehdizadeh | |
| Mike Sillon | |
| Will Fratt | |
| Daniel Molina | |
| Gregg Haining | |
| Gregg Haining | |
| Patricia McLean | |
| Rudy Ruano | |
| Larry Noon | |
| Gabrielle DiMariano | |
| Julie Tidd | |
| Tom Boyce | |
| Gina Roldan | |
| Steven Shepherd | |
| Jill Milton | |
| Cynthia Pham | |