FILED 15 MAY '26 09:50 USDC-ORE

# IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF LANE

(To be filed as a Supplemental Notice in Case No: 6:26-cv-00920-AA)

**DATE:** May 12, 2026

## SUPPLEMENTAL NOTICE OF FINANCIAL ELDER ABUSE & CRIMINAL RETALIATION [1]

## TO THE CLERK OF THE COURT:

I, Eric A. Beckstrom, Plaintiff Pro Se, bring this supplemental notice to the Court's immediate attention regarding ongoing criminal acts occurring within this jurisdiction.

## 1. PROTECTED STATUS IN OREGON:

The Claimant is **62 years of age.** Under **ORS 124.100**, Oregon provides enhanced civil and criminal protections for "vulnerable persons," including those targeted for financial exploitation. While the statutory reporting age is often 65, I am notifying the Court of active **Financial Exploitation** as defined under **ORS 124.110**, involving the wrongful taking and withholding of my property and access to funds.

## 2. EVIDENCE OF REAL-TIME INTERFERENCE:

On May 11, 2026, while present in Eugene and actively managing the docketing of my Federal RICO action, my Bank of America accounts were targeted. My ATM privileges were manipulated to refuse withdrawals—a direct act of retaliation and an attempt to isolate a federal whistleblower. [1]

## 3. CRIMINAL RETALIATION:

These acts constitute **Tampering with a Witness** and **Obstruction of Justice**. The Defendants are utilizing state-grade "Spider" architecture to perform "Institutional Asset Stripping" in real-time. By cutting off my access to cash, the Syndicate is attempting to force a "liquidation" of my ability to travel to Washington D.C. to brief the House Oversight Committee.

## 4. MANDATORY NOTICE:

I request that this notice be placed in the permanent record to establish the **lethality and desperation** of the Rod Beckstrom Enterprise. This Court is the current guardian of this forensic record; any further interference with my physical or financial security should be viewed as an escalation of the underlying RICO enterprise.

**I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.**

**Respectfully,**

**Eric A. Beckstrom**
Plaintiff, Pro Se *(Dark due 15 years of cyber stalking by Rod Beckstrom, ex DHS-Cyber Czar)*
**PO BOX 1317, Los Gatos, CA  95030 Lind36ram@proton.me**