**Alex Newgard, OSB No. 135562**
anewgard@williamskastner.com
**Thomas A. Ped, OSB No. 953767**
tped@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
805 SW Broadway, Suite 2440
Portland, OR 97205-3317
Phone: 503-546-1411
Fax: 503-222-7261
*Attorneys for NRT West, Inc. dba Coldwell Banker*
*erroneously sued herein as "Coldwell Banker –*
*Los Gatos"*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ERIC A. BECKSTROM, PRO SE, | **Case No. 6:26-CV-00920-AA** |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| ROD ALLEN BECKSTROM; CATHERINE LEE DUBRIDGE; MICHELE C. BECKSTROM; PATRICE V. BECKSTROM; DEAN ROSSI; RONALD ROSSI; BRUCE WESTPHAL; TIM BERTHOLD; TWIN LAKES CHURCH; THE CLUB AT LOS GATOS; COLDWELL BANKER-LOS GATOS; CHRISTIE'S INTERNATIONAL REALTY SERENO-LOS GATOS, | |
| Defendants. | |

PLEASE TAKE NOTICE that Alex Newgard and Thomas Ped of Williams, Kastner &

Gibbs PLLC hereby appear as counsel in this case for NRT West, Inc. dba Coldwell Banker,

Page 1 -    NOTICE OF APPEARANCE

4908-7294-0975.1

erroneously sued herein as "Coldwell Banker – Los Gatos." All pleadings, notices, and other papers in these actions should be served on the undersigned attorneys at the address below.

DATED this 26th day of May, 2026.

WILLIAMS, KASTNER & GIBBS PLLC

*s/ Alex Newgard*

Alex Newgard, OSB No. 135562
anewgard@williamskastner.com
Thomas A. Ped, OSB No. 953767
tped@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
805 SW Broadway, Suite 2440
Portland, OR 97205-3317
Phone: 503-546-1411
Fax: 503-222-7261
*Attorneys for NRT West, Inc. dba Coldwell Banker erroneously sued herein as "Coldwell Banker – Los Gatos"*

Page 2 -    NOTICE OF APPEARANCE

4908-7294-0975.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2026**,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all current counsel of record.

s/ *Alex Newgard*

Alex Newgard, OSB #135562
*Attorneys for NRT West, Inc. dba Coldwell Banker erroneously sued herein as "Coldwell Banker – Los Gatos"*

**Williams, Kastner & Gibbs PLLC**
805 SW Broadway, Suite 2440
Portland, OR 97205-3317
Telephone: 503-546-1411 • Fax 503-222-7261

4908-7294-0975.1