**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**
**LOCATION OF ORIGIN: Washington, D.C**
**ERIC A. BECKSTROM**
Plaintiff, Pro Se
**v.**
**Rod Allen Beckstrom**
**Catherine Lee DuBridge**
**Michele C. Beckstrom**
**Patrice V. Beckstrom**
**Dean Rossi**
**Ronald Rossi**
**Bruce Westphal**
**Tim Berthold**
**Twin Lakes Churchill**
**Coldwell Banker-Los Gatos**
**Christies's International Realty-Los Gatos; et al.,**
Defendants.

**CASE NO: 6:26-cv-00920-AA**

Filed 5/26/2026

**NOTICE OF FILING EXHIBIT AND ATTACHMENT**
**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**
PLEASE TAKE NOTICE that Plaintiff Eric A. Beckstrom hereby submits and files the attached:
**Attachments**

•Exhibit 49: CA PENAL CODE SECTION 285, CATHERINE DU BRIDGE - INCEST, COMPREHENSIVE STATUTORY REFERENCE MATRIX & MASTER PROPERTY DIRECTORY
•Exhibit 50: DEATH/SUICIDE THEMATIC TIMELINE AND REVENUE-DRIVEN PATTERN MATRIX PART I: CONSOLIDATED DATA CHRONOLOGY
•Exhibit 51: FORENSIC RECORD OF ERIC BECKSTROM'S PARENTAL CUSTODY, PRIMARY CAREGIVING, AND CHARACTER REFUTATION
•Exhibit 52: IRIS BECKSTROM - FORENSIC NARRATIVE RECONSTRUCTION OF TARGET ISOLATION & TORTURE
•Exhibit 53: IRIS-SAN JOSE MEDICAL HOLDING & MAINE TRIAL TIMELINE
•CHRONOLOGICAL SPECIFICATION OF JUDICIAL INTERFERENCE & TARGET ISOLATION
•Exhibit 54: CATHERINE DUBRIDGE - OPERATIONAL ANALYSIS OF BEHAVIORAL MANIPULATION & SYNDICATE SHAME DYNAMICS, HYPER SEXUALITY AS A DESTABILIZATION TOOL
•Exhibit 55: OPERATIONAL ANALYSIS OF ERIC BECKSTROM'S BEHAVIORAL MANIPULATION, SYNDICATE SHAME DYNAMICS AND TARGET RESILIENCE
•Exhibit 56: FORENSIC CHRONOLOGY OF MULTI-DECADAL GENETIC TARGETING & INFRASTRUCTURE PREPARATION OF ERIC BECKSTROM
•Exhibit 57: MASTER MATRIX: ROD BECKSTROM SYNDICATE SYSTEMIC NETWORK OPERATIONS
•Exhibit 58: MASTER SERVICE ROUTING PROTOCOL & EXPANDED SERVICE REGISTER
•ASSOCIATED FILE

•Exhibit 59: TECHNICAL AIRTAG SPECIFICATION & TRACKING BEACON EVIDENCE

•PHYSICAL RECOVERY AND TELEMETRY LOG OF CONCEALED ELECTRONIC LOCATOR

•PHYSICAL RECOVERY AND TELEMETRY LOG OF CONCEALED ELECTRONIC LOCATOR

•Exhibit 60: FORENSIC ASSET LOCATION & FINANCIAL ENTRY MATRIX AGAINST IRIS BECKSTROM

•Exhibit 61: FORMAL NOTICE OF PENDING LITIGATION & EVIDENCE PRESERVATION MANDATE

•ASSOCIATED FILE

•Exhibit 62: REGIONAL DESIGN PROCUREMENT NODE

•Exhibit 63: TWIN LAKES CHURCH INSTITUTIONAL DISCLOSURE & CONTAINMENT LOG OF ERIC BECKSTROM'S DONATONS

•Exhibit 64: DEFENSE INTERROGATION SIMULATION & VULNERABILITY ASSESSMENT

•Exhibit 65: OPERATIONAL ANALYSIS OF COMPARTMENTALIZATION AND SYSTEMIC SECRECY

•Exhibit 66: FORENSIC STATEMENT OF DAMAGE MATRICES & HUMAN IMPACT ANALYSIS-ERIC BECKSTROM'S POEM FOR IRIS BECKSTROM (DECEASED BY HANGING 8/8/2021)

•Exhibit 67:CHRONOLOGICAL TIMELINE OF OUTSIDE INTERFERENCE AND LEGAL ANOMALIES (2011–2026) [AMENDMENT TO SECTION I & II: FINANCIAL IMPACT ANALYSIS]

•Exhibit 68:DOCUMENTATION OF DESTRUCTIVE INTERPERSONAL PROTOCOLS AND ERIC BECKSTROM'S CUSTODIAL ATTEMPTS

•Exhibit 69:DOCUMENTATION OF ASSET DIVERSION AND BEHAVIORAL DEFLECTION

•Exhibit 70:INTERSECTING SOCIAL VECTORS AND TARGETED SOCIAL PLACEMENTS IN ERIC BECKSTROM'S LIFE

•Exhibit 71:CATHERINE DUBRIDGE - BEHAVIORAL PATTERN ANALYSIS AND ECOSYSTEM IMPACT BASES

•Exhibit 72:ROD BECKSTROM, CLINICAL BEHAVIORAL PROFILE - THE ARCHITECTURAL MECHANISMS OF MALIGNANT CONTROL CONTROL

•Exhibit 73:INVESTIGATION OF ADVANCED SOCIAL AND PROFESSIONAL INTERCEPTIONS IN ERIC BECKSTROM'S LIFE

•Exhibit 74:STRUCTURED OPERATIONAL STATES AND ASSET GENERATION PROTOCOLS

•Exhibit 75: DOCUMENTATION OF NETWORK REACTION AND COORDINATED EVASION TO ERIC BECKSTROM FOLLOWING MATERIAL SEPARATION

•Exhibit 76:DOCUMENTATION OF IDENTITY SPOOFING AND UNAUTHORIZED ACCOUNT INTERCEPTION (FEBRUARY–MARCH 2026)

•Exhibit 77:CATHERINE DUBRIDGE - CLINICAL FRAMEWORK AND EPIDEMIOLOGY OF COMPULSIVE SEXUAL BEHAVIOR DISORDER

•Exhibit 78:MASTER TIME-SERIES MATRIX: LONG-TERM BEHAVIORAL AND CYBER-PHYSICAL INTERDICTIONS

•Exhibit 79:THE MECHANICS OF THE TRAPS DEPLOYED BY CATHERINE DUBRIDGE

•Exhibit 80:ROD BECKSTROM - THE PSYCHOLOGICAL PROFILE OF THE BECKSTROM SYNDICATE PRIMARY ARCHITECT

•Exhibit 81:THE ARCHITECTURE OF COORDINATED EXPLOITATION BY ROD BECKSTROM SYNDICATE
•Exhibit 82:UPDATED  CONSOLIDATED MASTER LIST (PARTIAL) OF CATHERINE DUBRIDGE'S COMPROMISED TARGETS

**⚠️ ADMINISTRATIVE ASSERTION OF COORDINATED LITIGATION MANIPULATION**

The Plaintiff submits this forensic timeline to document how a localized physical and narcotic assault against his late minor daughter, Iris Beckstrom, was systematically intercepted and weaponized by Defendant Rod Beckstrom. The enterprise executed this medical and legal interdiction precisely seven (7) days prior to a critical Maine divorce trial to fracture the Plaintiff's defense, destroy the credibility of a key witness (Iris), and compel the forced forfeiture of the Maine real estate asset.

**OPERATIONAL SECURITY NOTE: The syndicate deploys a managed asset, Catherine DuBridge, who performs a 100% infection vector on all targets within any space, room, or locale. No individual is exempt, regardless of age or gender; operational deployment occurs individually or in targeted groups focused entirely on her for 100% environmental saturation and corporate compromise.**

Respectfully submitted,

**Eric A. Beckstrom**
Plaintiff / Forensic Whistleblower
Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon)
PO Box 1317, Los Gatos, CA 95030
Email: Lind36ram@proton.me
(Operating dark due to 15 years of systemic cyber stalking by Rod Beckstrom, ex DHS-Cyber Czar)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**ERIC A. BECKSTROM,**
Plaintiff,
v.
**ROD ALLEN BECKSTROM, et al.,**
Defendants.
**ASSOCIATED FILE:** Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon)
**PLAINTIFF:** ERIC A. BECKSTROM
**DATE:** May 22, 2026

**CERTIFICATE / PROOF OF SERVICE, LOCATION OF ORIGIN: Washington, D.C**

I hereby certify that on this **22/23 day of May, 2026**, a true and correct copy of the foregoing **EXHIBITS 49-82 (May 19, 2026)** was served upon the following primary defendants/counsel of record via the method(s) indicated below:

1. Primary Defendant Node 1

   1. **Rod Allen Beckstrom**
   2. **Catherine Lee DuBridge**
   3. **Michele C. Beckstrom**
   4. **Patrice V. Beckstrom**
   5. **Dean Rossi**
   6. **Ronald Rossi**
   7. **Bruce Westphal**
   8. **Tim Berthold**
   9. **Twin Lakes Church**
   10. **Coldwell Banker-Los Gatos**
   11. **Christies's International Realty Sereno-Los Gatos**

   **Method of Service:** USPS Certified Mail

**DECLARATION OF SERVICE**

I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct, and that this document was dispatched for delivery on the date stated above.

Respectfully submitted,

**Eric A. Beckstrom**
Plaintiff / Forensic Whistleblower
Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon)
PO Box 1317, Los Gatos, CA 95030
Email: Lind36ram@proton.me
(Operating dark due to 15 years of systemic cyber stalking by Rod Beckstrom, ex DHS-Cyber Czar)