**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

FILED 29 MAY '26 09:38 USDC-ORE

ERIC A. BECKSTROM,
Plaintiff,

v.

**CASE NO. 6:26-cv-00920-aa**

ROD BECKSTROM, et al.,

**STIPULATION FOR PARTIAL EXTENSION OF**
**TIME FOR DEFENDANT TWIN LAKES CHURCH**

Defendants.

---

Plaintiff Eric A. Beckstrom, appearing pro se, and Defendant Twin Lakes Church, through its counsel John A. Christerson, agree:

1. On May 22, 2026, counsel for Defendant Twin Lakes Church contacted Plaintiff via email to request an extension of time to file a responsive pleading to the Complaint until June 30, 2026.

2. On May 24, 2026, Plaintiff replied via email, granting a partial extension of time up to and including June 15, 2026.

3. A true and correct copy of the email exchange documenting this agreement is attached hereto as Exhibit A.

4. Accordingly, the parties mutually request that the Court enter an order extending the deadline for Defendant Twin Lakes Church to file its answer or responsive pleading to June 15, 2026.

IT IS SO STIPULATED. Dated: May 25, 2026

Respectfully submitted,

Eric A. Beckstrom, Plaintiff pro se PO Box 1317, Los Gatos, CA 95030 Email: Lind36ram@proton.me
Dated: May 24, 2026

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**        (Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA)

**EXHIBIT 'A'**

**May 25, 2026**
John A. Christerson emailed:

"EXHIBIT A"

OK, thank you.

John A. Christerson
Christerson & Christerson LLP
311 Bonita Drive
Aptos, CA 95003
831-662-8444

**May 24, 2026**

Eric A. Beckstrom emailed:

Dear Mr. Christerson,

I received your request for an extension to June 30, 2026.

I am willing to grant a partial extension. Twin Lakes Church may have until **June 15, 2026**, to file its responsive pleading.
**Sincerely,**
**Eric A. Beckstrom**
Plaintiff / Forensic Whistleblower
Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon)
PO Box 1317, Los Gatos, CA 95030
Email: Lind36ram@proton.me
(Operating dark due to 15 years of systemic cyber stalking by Rod Beckstrom, ex DHS-Cyber Czar)

**May 22, 2026**
John A. Christerson emailed:

Dear Mr. Beckstrom:

I am the attorney for Twin Lakes Church (TLC) in Aptos, California. TLC is trying to find an attorney in Oregon to represent it in the above referenced case. Can you grant an extension to file a responsive pleading to June 30, 2026.  Please let me know ASAP.

Thank you.

John A. Christerson
Christerson & Christerson LLP
311 Bonita Drive
Aptos, CA 95003
831-662-8444

Clerk's Office
2100 Wayne L. Morse U.S. Courthouse
405 East Eighth Avenue
Eugene, OR  97401