Meliha Jusupovic, No. 236269
MJusupovic@mpbf.com
MURPHY PEARSON BRADLEY & FEENEY
520 Pike Street, Suite 1205
Seattle, WA 98101
(206) 219-2008
*Attorney for Defendant Christie's*
*International Realty Sereno – Los Gatos*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ERIC A. BECKSTROM, PRO SE, | Case No.: 6:26-CV-00920-AA |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| ROD ALLEN BECKSTROM; CATHERINE LEE DUBRIDGE; MICHELE C. BECKSTROM; PATRICE V. BECKSTROM; DEAN ROSSI; RONALD ROSSI; BRUCE WESTPHAL; TIM BERTHOLD; TWIN LAKES CHURCH; THE CLUB AT LOS GATOS; COLDWELL BANKER-LOS GATOS; CHRISTIE'S INTERNATIONAL REALTY SERENO-LOS GATOS, | |
| Defendants. | |

PLEASE TAKE NOTICE that Meliha Jusupovic of MURPHY PEARSON BRADLEY &

FEENEY, without waiving objections as to improper service or jurisdiction, hereby enters this

appearance as attorney for Christie's International Realty Sereno – Los Gatos, Defendant in the

above entitled action, and you are hereby notified that all service of all further pleadings, notices,

NOTICE OF APPEARANCE                    1

documents and other papers herein exclusive of process, may be had upon said party by serving

the undersigned at the address/email stated below.

Dated: June 2nd, 2026.

_____

Meliha Jusupovic, No. 236269
MURPHY PEARSON BRADLEY &
FEENEY
520 Pike Street, Suite 1205
Seattle, WA 98101
(206) 219-2008
MJusupovic@mpbf.com

*Attorney for Defendant Christie's*
*International Realty Sereno – Los Gatos*

NOTICE OF APPEARANCE                    2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 2nd, 2026 I electronically filed the foregoing Notice of Appearance by E-SERVICE via CM/ECF system.

DATED this 2nd day of June, 2026.

_____
Sarah D. McLeod, Legal Assistant

NOTICE OF APPEARANCE                3