**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

FILED 01 JUN '26 10:04 USDC-ORE

ERIC A. BECKSTROM,
Plaintiff,

v.

ROD BECKSTROM, et al.,

Defendants.

**CASE NO. 6:26-cv-00920-aa**

**MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**
(Federal Rule of Civil Procedure 15(a)(2)

---

Plaintiff Eric A. Beckstrom, proceeding pro se, hereby moves this Court for an order granting leave to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). In support of this Motion, Plaintiff respectfully states as follows:

1. On May 7, 2026, Plaintiff filed his initial Complaint in the above-captioned matter.
2. Following the initial filing, and through continuous analysis of the forensic digital evidence discovered on April 2, 2026, Plaintiff has verified new, critical factual data regarding the operational structure, core funding nodes, and specific co-conspirators involved in the alleged Civil RICO and TVPRA enterprise.
3. This First Amended Complaint seeks to formally elevate specific individuals from the Master Service List —specifically Chris Malachowsky, John Doerr, Scott Cook, Scott Hassan, Peter Wendell, and Scott Kriens —as well as newly identified family nodes, into the main caption as Primary Defendants.
4. Federal Rule of Civil Procedure 15(a)(2) mandates that the Court should freely give leave to amend a pleading "when justice so requires."
5. This amendment is sought in good faith, based on newly crystallized information, and will not cause undue delay or prejudice to any existing parties, as the litigation is in its earliest stages and responsive pleadings have not yet been filed.
6. A copy of the proposed First Amended Complaint is attached hereto as Exhibit A. WHEREFORE, Plaintiff Eric A. Beckstrom respectfully requests that this Court grant his Motion for Leave to File a First Amended Complaint, direct the Clerk of the Court to file the attached pleading, and issue the corresponding Summonses for the newly added Primary Defendants.

Respectfully submitted,
**Sincerely,**

**Eric A. Beckstrom**
Plaintiff / Forensic Whistleblower
Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon)
PO Box 1317, Los Gatos, CA 95030
Email: Lind36ram@proton.me
(Operating dark due to 15 years of systemic cyber stalking by Rod Beckstrom, ex DHS-Cyber Czar)