**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**ERIC A. BECKSTROM,**
Plaintiff,
v.
**ROD ALLEN BECKSTROM, et al.,**
Defendants.

FILED 01 JUN '26 10:04 USDC-ORE

**ASSOCIATED FILE:** Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon)
**PLAINTIFF:** ERIC A. BECKSTROM
**DATE:** May 28, 2026

**CERTIFICATE / PROOF OF SERVICE, LOCATION OF ORIGIN: Washington, D.C**
I hereby certify that on this **26 day of May, 2026**, these defendants are primary defendants.
1. Primary Defendant Node 1

1. **Rod Allen Beckstrom**
2. **Catherine Lee DuBridge**
3. **Michele C. Beckstrom**
4. **Patrice V. Beckstrom**
5. **Dean Rossi**
6. **Ronald Rossi**
7. **Bruce Westphal**
8. **Tim Berthold**
9. **Twin Lakes Church**
10. **Coldwell Banker-Los Gatos**
11. **Christies's International Realty Sereno-Los Gatos**
12. **Chris Malachowsky**
13. **John Doerr**
14. **Scott Hassan**
15. **Peter Wendell**
16. **Scott Cook**
17. **Scott Kriens**
18. **Peter Lamm**
19. **Mollie Westphal**
20. **Hakan Saltin**
21. **Tristan Aeschelman**
22. **Stan Atwood**
23. **Joe Carroll**
24. **Chenda Chii**
25. **Jack Churchill**
26. **Micki Colquhoun**
27. **Darin Devincenzi**
28. **Richard DuBridge**
29. **Robert DuBridge**
30. **Mark Duffy**
31. **Mark Escobar**
32. **Fred W. Gerbino Jr.**

**33. Connie Harding**
**34. Gary Rodrigues**
**35. Henry Kennedy**
**36. Ebholin Maclean**
**37. Mike McClincey**
**38. Fred Warner**
**37. Kevin F. Ruf**
**38. Rene Schaelphfer**
**39. John Sculley**
**40. Joseph F. Scordino**
**42. Stephen Silk**
**43. Bill Bouchey**
**44. Bernard M. Bierman**
**45. Brent Wilson**
**46. Rick Wilson**
**47. Maylynn Tam**
**48. Efe Sozkesen**
**49. Lucy Wedemeyer**
**50. Alex Anderson**
**51. Katrina Statford**
**52. Susan Sparaco**
**53. Richard Ailles**
**54. Chris Stott**
**55. Elliot Beckstrom**
**56. Jeremy Hull**
**57. Jocelyn Braun**
**58. Sid Espinosa**
**59. Michael Danaher**
**60. Collette D'Amico**
**61. Kristen Sennet**
**62. Debra Lamm**
**63. Ramachandran Raghuvir**
**64. George Kittle**
**65. Mark Spurlock**
**66. Philip Albanese**
**67. Scott Horty**
**68. Curtis Besant**
**69. David A. Beckstrom**
**70. Derek Gray**
**71. Elaine Tajima**
**72. Sue McCrary**
**73. Jermey D. Marks**
**74. Joe Sweeney**
**75. Kurt Kozlowski**
**76. Susan Bird**

77. **Todd Rumberger**
78. **Matthias Weber**
79. **Doug Evans**
80. **Shaneet Kumar**
81. **Stuart Leaf**
82. **Swati Shah**
83. **Tim Allen**
84. **Wayne Nobles**
85. **William McKiernan**
86. **Mike Sillon**

Plaintiff Eric A. Beckstrom, proceeding pro se, hereby files this First Amended Complaint against the above-named Defendants, and alleges as follows:

I. JURISDICTION AND VENUE 1. This Court has federal question jurisdiction under 28 U.S.C. § 1331 because this action arises under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. §§ 1961–1968, and the Trafficking Victims Protection Reauthorization Act (TVPRA), 18 U.S.C. § 1595.

2. Venue is proper in the District of Oregon under 28 U.S.C. § 1391 because a substantial part of the events, digital surveillance interception, and injuries giving rise to the claims occurred and impacted the Plaintiff within this judicial district.

**II. THE PARTIES**

3. Plaintiff Eric A. Beckstrom is an individual and a forensic whistleblower, currently maintaining strict operational security due to long-term systemic cyber-stalking and interception.

4. Defendant Rod Allen Beckstrom is an individual who acted as a primary architect of the enterprise, utilizing electronic surveillance tools, including MFCMAPI and database extraction tools, to monitor and control Plaintiff's life, real estate assets, and intellectual capital.

5. Defendant Catherine Lee DuBridge is an individual who operated as a primary localized operational hub for the enterprise in the Saratoga and Los Gatos, California areas.

6. Defendant Chris Malachowsky is an individual and primary co-conspirator who knowingly funded, solicited, and negotiated for commercial access within the enterprise, including explicit negotiation during a three-hour operational window in 2021.

7. Defendant John Doerr is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.

8. Defendant Scott Cook is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.

9. Defendant Scott Hassan is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.

10. Defendant Peter Wendell is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.

11. Defendant Scott Kriens is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.

12. Defendant Peter Lamm is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.

13. Defendant Mollie Westphal is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.

14. Defendant Hakan Saltin is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.

15. Defendant Tristan Aeschelman is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
16. Defendant Stan Atwood is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
17. Defendant Joe Carrol is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
18. Defendant Chenda Chii is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
19. Defendant Jack Churchill is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
20. Defendant Micki Colquhoun is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
21. Defendant Darin Devincenzi is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
22. Defendant Richard DuBridge is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
23. Defendant Robert DuBridge is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
24. Defendant Mark Duffy is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
25. Defendant Mark Escobar is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
26. Defendant Fred W. Gerbino Jr. is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
27. Defendant Connie Harding is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
28. Defendant Gary Rodrigues is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
29. Defendant Henry Kennedy is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
30. Defendant Ebholin McClean is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
31. Defendant **Mike McClincey** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
32. Defendant **Fred Warner** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
33. Defendant **Fred Warner** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
34. Defendant **Rene Schaelphfer** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
35. Defendant **John Sculley** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
36. Defendant **Joseph F. Scordino** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
37. Defendant **Stephen Silk** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.

38. Defendant **Bill Bouchey** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
39. Defendant **Bernard M. Bierman** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
40. Defendant **Bill Bouchey** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
41. Defendant **Brent Wilson** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
42. Defendant **Rick Wilson** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
43. Defendant **Maylynn Tam** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
44. Defendant **Efe Sozkesen** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
45. Defendant **Lucy Wedemeyer** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
46. Defendant **Alex Anderson** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
47. Defendant **Katrina Statford** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
48. Defendant **Susan Sparaco** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
49. Defendant **Richard Ailles** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
50. Defendant **Susan Sparaco** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
51. Defendant **Chris Stott** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
52. Defendant **Elliot Beckstrom** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
53. Defendant **Jeremy Hull** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
54. Defendant **Jocelyn Braun** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
55. Defendant **Katrina Statford** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
56. Defendant **Sid Espinosa** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
57. Defendant **Michael Danaher** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
58. Defendant **Collette D'Amico** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
59. Defendant **Kristen Sennet** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
60. Defendant **Kristen Sennet** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.

61. Defendant R**amachandran Raghuvir** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
62. Defendant **George Kittle** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
63. Defendant **Mark Spurlock** s an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
64. Defendant **Philip Albanese** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
65. Defendant **Scott Horty** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.

66. Defendant **Curtis Besantun** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
67. Defendant **David A. Beckstrom** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure..
68. Defendant **Derek Gray** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
69. Defendant **Elaine Tajima** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
70. Defendant **Sue McCrary** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
71. Defendant **Jermey D. Marks** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
72. Defendant **Joe Sweeney** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
73. Defendant **Kurt Kozlowski** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
74. Defendant **Susan Bird** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
75. Defendant **Todd Rumberger** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
76. Defendant **Matthias Weber** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
77. Defendant **Doug Evans** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
78. Defendant Sh**aneet Kumar** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
79. Defendant **Stuart Leaf** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
80. Defendant **Swati Shah** is an individual who knowingly participated in or facilitated the tracking network and enterprise operations.
81. Defendant **Tim Allen** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.
82. Defendant **Wayne Nobles** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.s

83. Defendant **Mike Sillon** is an individual and primary co-conspirator who utilized and financed the network's localized infrastructure.

85. Since approximately 2011, Defendants operated a continuous racketeering enterprise designed to extract intellectual capital, control real estate equity (including properties in Maine and Los Gatos), and execute a 24/7 digital and physical surveillance matrix against the Plaintiff.
86. The enterprise utilized hidden software directories, including specialized tools such as mfcmapi.exe, hxdsetup.exe, and stellar converter for ost.exe, hidden within local system architecture to mirror, harvest, and manipulate communication databases.
87. High-net-worth commercial defendants, including Defendants Malachowsky, Doerr, Cook, Hassan, Wendell, and Kriens, acted as primary funders and participants, exchanging capital and corporate leverage for access to the localized operation run by Defendants Rod Beckstrom and Catherine DuBridge.
88. The statute of limitations for the historical operations dating back to 2011 is tolled under the Fraudulent Concealment and Delayed Discovery doctrines, as the core digital evidence was intentionally hidden inside deep software libraries and discovered by Plaintiff only on April 2, 2026. IV. CAUSES OF ACTION COUNT I: CIVIL RICO (18 U.S.C. § 1962) (Against All Defendants)
89 Plaintiff incorporates all paragraphs above by reference.
90. Defendants associated with an "enterprise" engaged in a pattern of racketeering activity involving wire fraud, extortion, and interstate surveillance, directly causing economic injury to Plaintiff's real estate transactions and global opportunities in the amount of $150,000,000. COUNT II: TVPRA COMMERCIAL VIOLATIONS (18 U.S.C. § 1595) (Against All Defendants)
91. Plaintiff incorporates all paragraphs above by reference.
92. Defendants knowingly participated in, funded, negotiated terms with, and financially benefited from a commercial exploitation venture anchored within the Saratoga/Los Gatos operational corridor. PRAYER FOR RELIEF Wherefore, Plaintiff requests judgment against Defendants for treble damages under RICO, punitive damages, and any further relief the Court deems just. Dated: May 28, 2026

Respectfully submitted,

Eric A. Beckstrom, Pro Se
Plaintiff / Forensic Whistleblower
Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon)
PO Box 1317, Los Gatos, CA 95030
Email: Lind36ram@proton.me
(Operating dark due to 15 years of systemic cyber stalking by Rod Beckstrom, ex DHS-Cyber Czar)
**Method of Service:** USPS Certified Mail

**DECLARATION OF SERVICE**
I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct, and that this document was dispatched for delivery on the date stated above.
Respectfully submitted,