ERIC A. BECKSTROM Name
_____ Address
PO BOX 10427 Address
_____ Address
City State and Zip
EUGENE, OR 97440 Phone
_____ for [Plaintiff/Defendant]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

ERIC A. BECKSTRON                    Case No.: 6:26-cv-00920-AA
_____
Plaintiff(s),

v.                                   NOTICE OF CHANGE OF ADDRESS
                                     DOCUMENT TITLE

ROD ALLEN BECKSTROM
CATHERINE LEE ABRIDGE
ETC
_____

_____

Defendant(s).
_____

Dated: 6/11/2026                     _____
                                     Name

1