**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

FILED 12 JUN '26 13:39 USDC-ORE

ERIC A. BECKSTROM,
Plaintiff,

v.                                              **CASE NO. 6:26-cv-00920-aa**

ROD BECKSTROM, et all,                          **MEMORANDUMS IN COMPLIANCE WITH**
Defendants                                      **LOCAL RULE 7-1 (CONFERRING LOG**

---

**1, Please find attached two memos of confering call logs, Attachments:**

A. MEMORANDUM NO 1-COMPLIANCE WITH LOCAL RULE 7-1 (CONFERRING LOG)
CONFERRING COUNSEL: John Kaempf, Esq. (Kaempf Law Firm, PC) representing Defendant
Twin Lakes Church

B. MEMORANDUM NO 1-COMPLIANCE WITH LOCAL RULE 7-1 (CONFERRING LOG)
CONFERRING COUNSEL: James Daigle, representing Defendant, Rod Allen Beckstrom

Sincerely,

Eric A. Beckstrom
PO Box 10427, Eugene, OR 97440
Email: Lind36ram@proton.me
Forensic Whistleblower / Plaintiff Pro Se
**CRITICAL SECURITY NOTICE**
**1. Total Surveillance Risk:** Assume all email, phone calls, and digital transmissions are actively monitored and tracked by the Beckstrom Syndicate. Do not send sensitive case data through standard channels.
**2. Environmental Compromise:** The Syndicate uses the managed asset Catherine DuBridge to target individuals and compromise rooms, properties, or local environments through group operations. No space, age group, or gender is secure; 100% saturation for any entity associated with the Syndicate.
**3. Presumption of Total Perimeter Compromise:** Recipients of this notice are formally advised that the operational methods of the network rely on immediate, mandatory saturation of all newly introduced nodes, including retained legal counsel, advisory staff, and administrative intermediaries. By operational design, any person or professional service provider establishing direct communication lines with the primary defendants will be presumed to be compromised by Catherine DuBridge and digital compromised by the Syndicate. Retaining conventional legal representation does not establish a secure perimeter, it creates more vulnerability; all subsequent legal data chains and communications must be managed under the strict assumption of total active surveillance.

FILED 12 JUN '26 13:39 USDC-ORE

**MEMORANDUM A - COMPLIANCE WITH LOCAL RULE 7-1 (CONFERRING LOG)**
**CASE REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon)
**RECORDING PARTY:** Plaintiff Eric A. Beckstrom (Pro Se)
**CONFERRING COUNSEL:** John Kaempf, Esq. (Kaempf Law Firm, PC) representing Defendant Twin Lakes Church

## I. LOGISTICAL METRICS AND COMMUNICATION TIMESTAMPS

- **Date of Conference:** June 8, 2026
- **Conference Method:** Telephonic
- **Scheduled Start Time:** 2:00 PM Pacific Time
- **Scheduled Start Time:** 1:58 PM Pacific Time, leave message
- **Actual Start Time:** 2:00 PM Pacific Time
- **Call Termination Time:** 2:11 PM Pacific Time
- **Total Duration:** 11 Minutes
- **Target Number Utilized:** (971) 246-8733

## II. PROCEDURAL MANDATE AND POSTURE OF PLAINTIFF

This memorandum serves as the Plaintiff's official contemporaneous record documenting compliance with District of Oregon Local Rule 7-1 (LR 7-1).

The Plaintiff entered this conference strictly to satisfy the good-faith conferring prerequisite regarding any pending or anticipated motions by Defendant Twin Lakes Church. The Plaintiff maintained an objective, non-narrative posture throughout the duration of the call, refusing to engage in extraneous factual debates or informal settlement discussions outside of the formal framework mandated by the Federal Rules of Civil Procedure.

## III. CHRONOLOGICAL RECORD OF CONTENT AND STATEMENTS

**Initiation:** The telephonic connection was established at the designated time. Plaintiff identified himself and stated that the call was being executed for the explicit, sole purpose of satisfying the LR 7-1 conferring requirements for Case No. 6:26-cv-00920-AA.

| | |
|---|---|
| JK | Hello, how are you? |
| EB | silence |
| JK | are you aware that another lawyer.., who will be representing...uh uh uh, Rod Beckstrom who I assume is your brother, uh, uh, coughing some (he seems very uncomfortable) |
| EB | I don't know about another call |
| JK | are you able to patch in another lawyer? Did you get the email? |
| EB | I don't have any info on that |
| JK | are you able to patch him in? |
| EB | I am unable |
| JK | ok, you can talk? |
| EB | Mr. Kaempf, I am calling strictly to satisfy the good faith conferring requirement under Local Rule 7-1. The factual and legal bases of the claims against Twin Lakes Church are fully outlined in the Consolidated Complaint and the 83-Exhibit Binder currently in your client's possession. I have nothing further to discuss outside of formal, written discovery under the Federal Rules of Civil Procedure. Please submit your client's formal responsive pleading to the court by the stipulated deadline. |
| JK, | well I have questions |
| EB | ok |
| JK | (speaking very fast)...do you have appellate case background for this case?? |

EB    please submit questions in writing
JK    but I am asking now
EB    I am listening, please submit questions in writing
JK    but I want to confer
EB    I am listening, please submit questions in writing
JK    (speaking very fast)...another question about personal jurisdiction in oregon, do you have this? Have you looked at it?
EB    I am listening, please submit questions in writing
JK    So I we won't discuss it now?
EB    I am listening, please submit questions in writing as laid out in the Federal Rules of Civil Procedure
JK    So we won't discuss it now?
EB    I am listening, please submit questions in writing
JK    hangs up slowly (seems miffed, he does not say goodbye, but I have no idea what he feels
or    thinks as he has not expressed anything, he did not say what he would do)
EB    hangs up after hearing nothing, 2:12 PM

**Termination:** The telephonic conference was concluded, and the call was terminated by the Defendant

## IV. CERTIFICATION AND EVIDENTIARY RETENTION

I declare under penalty of perjury under the laws of the United States of America that the foregoing logistical metrics, durations, and content logs are a true, accurate, and contemporaneous record of the LR 7-1 conference executed on June 8, 2026.

Sincerely,

Eric A. Beckstrom

PO Box 10427, Eugene, OR 97440

Email: Lind36ram@proton.me

Forensic Whistleblower / Plaintiff Pro Se

## CRITICAL SECURITY NOTICE

**1. Total Surveillance Risk:** Assume all email, phone calls, and digital transmissions are actively monitored and tracked by the Beckstrom Syndicate. Do not send sensitive case data through standard channels.

**2. Environmental Compromise:** The Syndicate uses the managed asset Catherine DuBridge to target individuals and compromise rooms, properties, or local environments through group operations. No space, age group, or gender is secure; 100% saturation for any entity associated with the Syndicate.

**3. Presumption of Total Perimeter Compromise:** Recipients of this notice are formally advised that the operational methods of the network rely on immediate, mandatory saturation of all newly introduced nodes, including retained legal counsel, advisory staff, and administrative intermediaries. By operational design, any person or professional service provider establishing direct communication lines with the primary defendants will be presumed to be compromised by Catherine DuBridge and digital compromised by the Syndicate. Retaining conventional legal representation does not establish a secure perimeter, it creates more vulnerability; all subsequent legal data chains and communications must be managed under the strict assumption of total active surveillance.

**MEMORANDUM B - COMPLIANCE WITH LOCAL RULE 7-1 (CONFERRING LOG)**
**CASE REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon)
**RECORDING PARTY:** Plaintiff Eric A. Beckstrom (Pro Se)
**CONFERRING COUNSEL:** James Daigle, representing Defendant, Rod Allen  Beckstrom

## I. LOGISTICAL METRICS AND COMMUNICATION TIMESTAMPS

- **Date of Conference:** June 8, 2026
- **Conference Method:** Telephonic
- **Scheduled Start Time:** unscheduled
- **Scheduled Start Time:** 1:58 PM Pacific Time, leave message
- **Actual Start Time:** 2:15 PM Pacific Time
- **Call Termination Time:** 2:28 PM Pacific Time
- **Total Duration:** 13 Minutes
- **Target Number Utilized:** (971) 255-0698

## II. PROCEDURAL MANDATE AND POSTURE OF PLAINTIFF

This memorandum serves as the Plaintiff's official contemporaneous record documenting compliance with District of Oregon Local Rule 7-1 (LR 7-1).

The Plaintiff entered this conference strictly to satisfy the good-faith conferring prerequisite regarding any pending or anticipated motions by Defendant Twin Lakes Church. The Plaintiff maintained an objective, non-narrative posture throughout the duration of the call, refusing to engage in extraneous factual debates or informal settlement discussions outside of the formal framework mandated by the Federal Rules of Civil Procedure.

## III. CHRONOLOGICAL RECORD OF CONTENT AND STATEMENTS

**Initiation:** The telephonic connection was established at the designated time. Plaintiff identified himself and stated that the call was being executed for the explicit, sole purpose of satisfying the LR 7-1 conferring requirements for Case No. 6:26-cv-00920-AA.

| | |
|---|---|
| JD | hi were you able to patch Mr Kaempf in? |
| EB | I spoke to him separately |
| JD | hi, how are you doing? |
| EB | silence |
| JD | hi, how are you doing? |
| EB | silence |
| JD | will we confer? |
| EB | yes, I am calling strictly to satisfy the good faith conferring requirement under Local Rule 7-1. The factual and legal bases of the claims against Twin Lakes Church are fully outlined in the Consolidated Complaint and the 83-Exhibit Binder currently in your client's possession. |
| JD | interrupts |
| EB | I will continue and read a paragraph - I have nothing further to discuss outside of formal, written discovery under the Federal Rules of Civil Procedure. Please submit your client's formal responsive pleading to the court by the stipulated deadline. |
| JD | so we are not confering? |
| EB | I am listening, I phoned you, we are confering |
| JD | Do you know when the deadline is? |
| EB | Please check the court docket |
| JD | Do you know when the deadline is? |

| | |
|---|---|
| EB | Please check the court docket |
| JD | but will we confer? |
| EB | We are conferring right now, please ask questions in writing |
| JD | but can we confer now? |
| EB | I have nothing to discuss, it is all in the submission as stated, please send questions |
| JD | can I send emails? |
| EB | not advised given the nature of the case |
| JD | we can't send emails |
| EB | this is my po box, it is the way to contact me |
| JD | we can't send emails? |
| EB | please send letters to this address: PO Box 10427, Eugene, OR  97440 |
| JD | you mean I can't send emails? |
| EB | please send letters to the po box as stated |
| JD | you mean I can't send emails? |
| EB | please send letters to the po box as stated |
| JD | you mean we are not conferring? |
| EB | we conferred, please send questions to the po box |
| JD | do you have a phone number?, is this it? can I get it? |
| EB | please send questions to the po box |
| JD | do you have a phone number?, is this it? can I get it? |
| EB | please send questions to the po box |
| JD | do you have a phone number?, is this it? can I get it? |
| EB | please send questions to the po box |
| JD | well ok..(he mumbles, he seems upset?, I cannot understand, he is just making noises, then the phone drifts off, he does not say goodbye, he did not say what he would do) |
| EB | hangs up after hearing nothing, **2:28 PM** |

**Termination:** The telephonic conference was concluded, and the call was terminated by the Defendant.

## IV. CERTIFICATION AND EVIDENTIARY RETENTION

I declare under penalty of perjury under the laws of the United States of America that the foregoing logistical metrics, durations, and content logs are a true, accurate, and contemporaneous record of the LR 7-1 conference executed on June 8, 2026.

Sincerely,

Eric A. Beckstrom

PO Box 10427, Eugene, OR 97440

Email: Lind36ram@proton.me

Forensic Whistleblower / Plaintiff Pro Se

## CRITICAL SECURITY NOTICE

**1. Total Surveillance Risk:** Assume all email, phone calls, and digital transmissions are actively monitored and tracked by the Beckstrom Syndicate. Do not send sensitive case data through standard channels.

**2. Environmental Compromise:** The Syndicate uses the managed asset Catherine DuBridge to target individuals and compromise rooms, properties, or local environments through group operations. No space, age group, or gender is secure; 100% saturation for any entity associated with the Syndicate.

**3. Presumption of Total Perimeter Compromise:** Recipients of this notice are formally advised that the operational methods of the network rely on immediate, mandatory saturation of all newly introduced nodes, including retained legal counsel, advisory staff, and administrative intermediaries. By operational design, any person or professional service provider establishing direct communication lines with the primary defendants will be presumed to be compromised by Catherine DuBridge and digital compromised by the Syndicate. Retaining conventional legal representation does not establish a secure perimeter, it creates more vulnerability; all subsequent legal data chains and communications must be managed under the strict assumption of total active surveillance.