**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

FILED 12 JUN '26 13:39 USDC-ORE

ERIC A. BECKSTROM,
Plaintiff,

v.                                              **CASE NO. 6:26-cv-00920-aa**

ROD BECKSTROM, et al.,                          Exhibit: Knox County District Court, Maine Docket
Defendants                                      History

---

**1.** Please find attached: Knox County District Court, Maine Docket, printed in person, 5/29/2026 (32 pages).

**2.** Please find attached: **EXHIBIT-DOCKET MEMO:** Knox County District Court, Maine (Docket No. ROCDC-FM-2014-00058)
**RECORD DATE:** SECTIONS VERIFIED AND PRINTED IN PERSON MAY 29, 2026

Sincerely,

Eric A. Beckstrom
PO Box 10427, Eugene, OR 97440
Email: Lind36ram@proton.me
Forensic Whistleblower / Plaintiff Pro Se
**CRITICAL SECURITY NOTICE**
**1. Total Surveillance Risk:** Assume all email, phone calls, and digital transmissions are actively monitored and tracked by the Beckstrom Syndicate. Do not send sensitive case data through standard channels.
**2. Environmental Compromise:** The Syndicate uses the managed asset Catherine DuBridge to target individuals and compromise rooms, properties, or local environments through group operations. No space, age group, or gender is secure; 100% saturation for any entity associated with the Syndicate.
**3. Presumption of Total Perimeter Compromise:** Recipients of this notice are formally advised that the operational methods of the network rely on immediate, mandatory saturation of all newly introduced nodes, including retained legal counsel, advisory staff, and administrative intermediaries. By operational design, any person or professional service provider establishing direct communication lines with the primary defendants will be presumed to be compromised by Catherine DuBridge and digital compromised by the Syndicate. Retaining conventional legal representation does not establish a secure perimeter, it creates more vulnerability; all subsequent legal data chains and communications must be managed under the strict assumption of total active surveillance.

**EXHIBIT: DOCKET MEMO:** Knox County District Court, Maine (Docket No. ROCDC-FM-2014-00058)
**RECORD DATE:** SECTIONS VERIFIED AND PRINTED IN PERSON MAY 29, 2026
**REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon)

## I. KNOX COUNTY DISTRICT COURT DOCKET HISTORY & JURISDICTIONAL

1.**Syndicate Interference in Domestic Proceedings:** The entirety of the Knox County Docket History is a direct product of 24/7 surveillance, intercept operations, and tracking managed by the Rod Allen Beckstrom and Chris Malachowsky Syndicate. Every attorney and judicial officer listed within this docket history is formally designated as a defendant node within this systemic action.

2.**Financial Depletion Framework:** The Plaintiff and his former spouse, Michele C. Beckstrom, were forced into an artificial, prolonged litigation posture, expending approximately $300,000 in legal fees and continuous motions. This process systematically reduced the total marital estate to a closing valuation of $350,000 to facilitate total economic containment.

3.**Pre-Meditated Environmental Infiltration:** The managed asset, Catherine Lee DuBridge, systematically targeted and infected every operational node associated with the Eric A. Beckstrom family in Maine and neighboring states starting in 2011. This positioning occurred years prior to the engineered May 16, 2015, "Match.com" introduction at Coupa Cafe.

4.**The Split-Custody Precedent Violation:** The final divorce decree mandated a physical split of the minor children, completely breaking established domestic case law precedents in the United States where no child abuse existed. The decree restricted sibling interaction to two weeks during summer periods and alternating holidays. This arrangement was engineered by the Syndicate to place young female children within the immediate household environment of Catherine Lee DuBridge for non-consensual exploitation.

## II. CHRONOLOGY OF SIMULTANEOUS TRACKING & TARGETING LOGS

The Syndicate maintained real-time GPS tracking and complete data asymmetry over the Plaintiff's movements, schedules, and locations from September 2011 through the present day.

•**The July 2012 Florence Intercept:** In July 2012, while the Eric A. Beckstrom family was traveling in Florence, Italy, the Syndicate executed a coordinated proximity tracking rehearsal. Catherine Lee DuBridge and her family were positioned at the exact same coordinates and timing to validate tracking accuracy and establish artificial familiarity.

•**The December 2013 Match.com Infiltration:** Following the Plaintiff's December 4, 2013, proposal to sell the Maine property and split assets equitably, John "Jack" Bunce (Atherton, CA) was deployed as a monitoring asset. Operating under the guise of a Camp Wavus parent network, Bunce explicitly directed the Plaintiff to create a profile on Match.com. Within a three-week window, the Syndicate generated 15 unprompted coffee dates, introducing Catherine Lee DuBridge during the second week under fraudulent claims regarding her primary residence.

•**Institutional Capture of Regional Youth Organizations:** Henry Kennedy, Executive Director of Camp Kieve/Wavus, utilized a 15-year relationship of trust with the Plaintiff (who authored the camp's multi-building infrastructure Master Plans and served on the Finance Committee). Kennedy and associated camp administrators actively monitored the Plaintiff's family logistics on behalf of the Beckstrom/Malachowsky Syndicate.

## IX. TARGETED ISOLATION PROTOCOLS AND INDUCED SYSTEMIC CASUALTIES

The operational pattern of the Syndicate relies on extreme, localized containment, systematic character defamation, and the creation of absolute isolation loops to force catastrophic outcomes.

1.**Fiduciary Intercept and Financial Blockades:** On February 11, during a manufactured home loan meeting at Star One Credit Union, Assistant Manager Tina Howard explicitly stated to the Plaintiff that his girlfriend had selected him solely to care for her three sons. This internal profile was directed by former Star One CEO Gary Rodrigues, who maintains a 49-year operational history with Catherine Lee DuBridge and a localized cohort. Rodrigues actively intercepted and blocked a vital $20,000 capital transfer from the Plaintiff to Taylor, leveraging communications while the Plaintiff was located at a Santa Cruz beach property.

2.**The Defamation and Isolation Chain:** By manipulating family nodes (including David and Suzanne Beckstrom) to broadcast toxic data streams, the Syndicate successfully compromised the Plaintiff's immediate support network and generated severe artificial distrust.

3.**Correlated Fatalities Under Isolation Loops:**

•**Taylor:** Following intense isolation tactics and financial blockades managed by Rod Beckstrom and Gary Rodrigues, Taylor hung himself one month later. The Plaintiff was intentionally blocked from receiving notification of his passing for a period of four months.

•**Legal Counsel Casualties:** Identical tactical isolation loops were deployed against the Plaintiff's retained legal representatives, resulting in the sudden deaths of Robert Kamin (Plaintiff's San Francisco attorney) and Philip Cohen (Plaintiff's Maine divorce attorney).

Sincerely,

Eric A. Beckstrom
PO Box 10427, Eugene, OR 97440
Email: Lind36ram@proton.me
Forensic Whistleblower / Plaintiff Pro Se

## CRITICAL SECURITY NOTICE

**1. Total Surveillance Risk:** Assume all email, phone calls, and digital transmissions are actively monitored and tracked by the Beckstrom Syndicate. Do not send sensitive case data through standard channels.

**2. Environmental Compromise:** The Syndicate uses the managed asset Catherine DuBridge to target individuals and compromise rooms, properties, or local environments through group operations. No space, age group, or gender is secure; 100% saturation for any entity associated with the Syndicate.

**3. Presumption of Total Perimeter Compromise:** Recipients of this notice are formally advised that the operational methods of the network rely on immediate, mandatory saturation of all newly introduced nodes, including retained legal counsel, advisory staff, and administrative intermediaries. By operational design, any person or professional service provider establishing direct communication lines with the primary defendants will be presumed to be compromised by Catherine DuBridge and digital compromised by the Syndicate. Retaining conventional legal representation does not establish a secure perimeter, it creates more vulnerability; all subsequent legal data chains and communications must be managed under the strict assumption of total active surveillance.a

DISTRICT COURT
ROCKLAND
Docket No.      ROCDC-FM-2014-00058

MICHELE C BECKSTROM  - PLAINTIFF
PO BOX 83
ROCKPORT ME 04856

**DOCKET RECORD**

Attorney for: MICHELE C BECKSTROM
KENNETH ALTSHULER - RETAINED
03/19/2014
CHILDS RUNDLETT & ALTSHULER LLC
1321 WASHINGTON AVENUE STE 204
PORTLAND ME 04103-3664

Attorney for: MICHELE C BECKSTROM
ELIZABETH SCHEFFEE - RETAINED
06/12/2017
SCHEFFEE LAW
91 AUBURN ST., SUITE J #1049
PORTLAND ME 04103

Attorney for: MICHELE C BECKSTROM
LISA J LATTES - LIMITED 04/12/2019
LAW OFFICE OF LISA J LATTES
PO BOX 1003
CAMDEN ME 04843
   vs
ERIC BECKSTROM  - DEFENDANT
PO BOX 1317
LOS GATOS CA 95030

Attorney for: ERIC BECKSTROM
WILLIAM M AVANTAGGIO  - WITHDRAWN 06/18/2014
LAW OFFICE OF WILLIAM AVANTAGGIO
PO BOX 1449
DAMARISCOTTA ME 04543

Attorney for: ERIC BECKSTROM
JOHN F BARNICLE  - RETAINED
MONCURE & BARNICLE
PO BOX 636
BRUNSWICK ME 04011

Attorney for: ERIC BECKSTROM
PHILIP COHEN  - WITHDRAWN 05/29/2015
LAW OFFICES OF COHEN & COHEN PC
PO BOX I
WALDOBORO ME 04572

Attorney for: ERIC BECKSTROM
CHRISTOPHER K MACLEAN  - RETAINED
DIRIGO LAW GROUP LLP
20 MECHANIC STREET
CAMDEN ME 04843

Receipts

03/27/2014      Misc Payment            $120.00                    paid.

FM-200                        Page  1     of   32                    Printed on:  05/29/2026

Attorney for: ERIC BECKSTROM
ERIC MORSE  - RETAINED 05/22/2017
STROUT & PAYSON PA
PO BOX 248
ROCKLAND ME 04841-0248

Attorney for: ERIC BECKSTROM
NANCY L MORIN  - WITHDRAWN 12/09/2014
LAW OFFICE OF NANCY MORIN
28 CHURCH ROAD
BRUNSWICK ME 04011

Attorney for: ERIC BECKSTROM
CHRISTOPHER R CAUSEY  - WITHDRAWN 08/15/2014
BOURQUE CLEGG CAUSEY & MORIN LLC
PO BOX 1068
SANFORD ME 04073

ANDREW BLOOM ***IN ACTIVE*** - GUARDIAN AD LITEM
PO BOX 8306
PORTLAND ME 04101

| | | | |
|---|---|---|---|
| Filing Document: | COMPLAINT | Minor Case Type: | DIVORCE WITH CHILDREN |
| Filing Date: | 03/27/2014 | | |

**Docket Events:**

03/27/2014     FILING DOCUMENT - COMPLAINT FILED  ON 03/27/2014

03/27/2014     Party(s):   MICHELE C BECKSTROM
ATTORNEY - RETAINED ENTERED  ON 03/19/2014
Plaintiff's Attorney: KENNETH ALTSHULER

03/27/2014     Party(s):   MICHELE C BECKSTROM
FINANCIAL DOCUMENTS - CHILD SUPPORT AFFIDAVIT FILED  ON 03/19/2014

Party(s):   MICHELE C BECKSTROM
SUMMONS/SERVICE - SUMMONS W/ PRELIM INJUNCTION FILED  ON 03/19/2014

Party(s):   MICHELE C BECKSTROM
SUMMONS/SERVICE - PROOF OF SERVICE FILED  ON 03/19/2014

03/27/2014     Party(s):   MICHELE C BECKSTROM
SUMMONS/SERVICE - PROOF OF SERVICE SERVED  ON 02/11/2014
SERVED BY GREGORY VARTANIAN, SWIFT ATTORNEY SERVICE REDWOOD CITY, CA

03/27/2014     HEARING - CASE MANAGEMENT HEARING SCHEDULED  FOR 05/14/2014 AT 02:00 P.M.  in Room No.  3
COPIES SENT TO DHHS

HEARING - CASE MANAGEMENT HEARING NOTICE SENT  ON 03/27/2014  in Room No. 3

ROCDC-FM-2014-00058
. **DOCKET RECORD**

COPIES SENT TO DHHS

04/29/2014          Party(s):   MICHELE C BECKSTROM
                    OTHER FILING - OTHER DOCUMENT FILED  ON 04/11/2014
                    Plaintiff's Attorney:  KENNETH ALTSHULER
                    REQUEST THAT THE 5/14/14 CMC BE A FINAL HEARING

04/29/2014          Party(s):   ERIC BECKSTROM
                    RESPONSIVE PLEADING - RESPONSE FILED  ON 04/28/2014

05/12/2014          Party(s):   ERIC BECKSTROM
                    MOTION - MOTION TO DISMISS FILED  ON 05/12/2014
                    Defendant's Attorney:  WILLIAM M AVANTAGGIO

05/14/2014          Party(s):   MICHELE C BECKSTROM
                    MOTION - OTHER MOTION FILED  ON 05/12/2014
                    Plaintiff's Attorney:  KENNETH ALTSHULER
                    MOTION FOR DEFAULT JUDGMENT WITH PROPOSED JUDGMENT AND MOTION TO STRIKE AND
                    SEAL

05/20/2014          Party(s):   ERIC BECKSTROM
                    ATTORNEY - RETAINED ENTERED  ON 05/12/2014
                    Defendant's Attorney:  WILLIAM M AVANTAGGIO

05/20/2014          HEARING - CASE MANAGEMENT HEARING HELD  ON 05/14/2014
                    PAUL  MATHEWS , MAGISTRATE
                    Defendant's Attorney:  WILLIAM M AVANTAGGIO
                    Plaintiff's Attorney:  KENNETH ALTSHULER

05/20/2014          ORDER - CASE MANAGEMENT ORDER ENTERED  ON 05/14/2014
                    PAUL  MATHEWS , MAGISTRATE
                    ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPY
                    IN HAND TO ATTORNEY ALTSHULER, ATTORNEY AVANTAGGIO 5-14-2014

                    HEARING - INTERIM HEARING SCHEDULED  FOR 06/18/2014 AT 02:00 P.M.  in Room No.  2
                    RE:  JURISDICTION

05/30/2014          Party(s):   MICHELE C BECKSTROM
                    RESPONSIVE PLEADING - RESPONSE FILED  ON 05/29/2014
                    Plaintiff's Attorney:  KENNETH ALTSHULER
                    OPPOSITION TO DEFENDANT¿S MOTION TO DISMISS

06/03/2014          Party(s):   ERIC BECKSTROM
                    MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED  ON 06/02/2014
                    Defendant's Attorney:  WILLIAM M AVANTAGGIO

06/16/2014          Party(s):   MICHELE C BECKSTROM
                    RESPONSIVE PLEADING - RESPONSE FILED  ON 06/16/2014
                    Plaintiff's Attorney:  KENNETH ALTSHULER

PLAINTIFF¿S MEMORANDUM IN RESPONSE TO DEFENDANT¿S MOTION TO DISMISS

06/17/2014    Party(s):   ERIC BECKSTROM
RESPONSIVE PLEADING - RESPONSE FILED   ON 06/09/2014
Defendant's Attorney: CHRISTOPHER R CAUSEY
DEFENDANT¿S REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER
JURISDICTION

06/17/2014    Party(s):   ERIC BECKSTROM
OTHER FILING - AFFIDAVIT FILED   ON 06/09/2014
Defendant's Attorney: CHRISTOPHER R CAUSEY
DEFENDANT¿S AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT
MATTER JURISDICTION  (COPY)

06/17/2014    Party(s):   ERIC BECKSTROM
OTHER FILING - ENTRY OF APPEARANCE FILED   ON 06/09/2014
Defendant's Attorney: CHRISTOPHER R CAUSEY

06/17/2014    Party(s):   ERIC BECKSTROM
ATTORNEY - RETAINED ENTERED   ON 06/09/2014
Defendant's Attorney: CHRISTOPHER R CAUSEY

06/17/2014    Party(s):   ERIC BECKSTROM
OTHER FILING - AFFIDAVIT FILED   ON 06/10/2014
Defendant's Attorney: CHRISTOPHER R CAUSEY
DEFENDANT¿S AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT
MATTER JURISDICTION  (ORIGINAL)

06/23/2014    Party(s):   MICHELE C BECKSTROM
MOTION - OTHER MOTION WITHDRAWN  ON 06/18/2014
PATRICIA  WORTH , JUDGE
MOTION FOR DEFAULT JUDGMENT WITH PROPOSED JUDGMENT AND MOTION TO STRIKE AND
SEAL

06/23/2014    Party(s):   ERIC BECKSTROM
MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED  ON 06/18/2014
PATRICIA  WORTH , JUDGE
COPY MAILED TO ATTORNEY AVANTAGGIO, ATTORNEY ALTSHULER, ATTORNEY CAUSEY 6-
23-2014

06/23/2014    Party(s):   ERIC BECKSTROM
ATTORNEY - WITHDRAWN ORDERED ON 06/18/2014
Defendant's Attorney: WILLIAM M AVANTAGGIO

06/23/2014    ORDER - COURT ORDER ENTERED  ON 06/18/2014
PATRICIA  WORTH , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
ORDER: DEF SHALL HAVE CONTACT WITH SOREN FROM 4 ¿ 6 PM ON JUNE 19 & 20, 2014. THE
CONTACT SHALL TAKE PLACE AT THE RESIDENCE OF JACK CHURCHILL. THE CONTACT

SHALL TAKE PLACE WITH THE PLTF, THE PLTF¿S PARENTS AND THE DAUGHTERS OF THE PARTIES. THE DEF SHALL NOT REMOVE SOREN FROM THE STATE OF MAINE AND THE PLTF SHALL NOT REMOVE THE DAUGHTERS FROM THE STATE OF CALIFORNIA.

06/23/2014    HEARING - INTERIM HEARING HELD  ON 06/18/2014
PATRICIA WORTH , JUDGE
Defendant's Attorney: CHRISTOPHER R CAUSEY

Plaintiff's Attorney: KENNETH ALTSHULER

07/09/2014    Party(s):    ERIC BECKSTROM
OTHER FILING - OTHER DOCUMENT FILED  ON 06/25/2014
Defendant's Attorney: CHRISTOPHER R CAUSEY
DEFENDANT¿S POST HEARING BRIEF IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

07/10/2014    Party(s):    ERIC BECKSTROM
MOTION - MOTION TO DISMISS DENIED  ON 07/09/2014
PATRICIA WORTH , JUDGE

07/11/2014    HEARING - CASE MANAGEMENT HEARING SCHEDULED  FOR 08/19/2014 AT 02:00 P.M.  in Room No. 3
COPIES SENT TO DHHS

HEARING - CASE MANAGEMENT HEARING NOTICE SENT  ON 07/11/2014  in Room No. 3
COPIES SENT TO DHHS

08/13/2014    Party(s):    ERIC BECKSTROM
MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED  ON 07/31/2014
Defendant's Attorney: CHRISTOPHER R CAUSEY

08/15/2014    Party(s):    ERIC BECKSTROM
ATTORNEY - RETAINED ENTERED  ON 07/31/2014
Defendant's Attorney: NANCY L MORIN

08/15/2014    Party(s):    ERIC BECKSTROM
ATTORNEY - WITHDRAWN ORDERED  ON 08/15/2014
Defendant's Attorney: CHRISTOPHER R CAUSEY

08/15/2014    Party(s):    ERIC BECKSTROM
OTHER FILING - ENTRY OF APPEARANCE FILED  ON 07/31/2014
Defendant's Attorney: NANCY L MORIN

08/15/2014    Party(s):    ERIC BECKSTROM
MOTION - MOTION EXPEDITED HEARING FILED  ON 08/01/2014
Defendant's Attorney: NANCY L MORIN

08/15/2014    Party(s):    MICHELE C BECKSTROM
RESPONSIVE PLEADING - RESPONSE FILED  ON 08/05/2014
Plaintiff's Attorney: KENNETH ALTSHULER
TWO OPPOSITIONS TO MOTION

| | |
|---|---|
| 08/15/2014 | Party(s):   MICHELE C BECKSTROM <br> MOTION - MOTION PENDING FILED  ON 08/05/2014 |
| 08/15/2014 | Party(s):   ERIC BECKSTROM <br> MOTION - MOTION PENDING FILED  ON 08/01/2014 |
| 08/15/2014 | Party(s):   ERIC BECKSTROM <br> RESPONSIVE PLEADING - RESPONSE FILED  ON 08/06/2014 <br> Defendant's Attorney: NANCY L MORIN <br> DEFENDANTS RESPONSE TO PLAINTIFF¿S OPPOSITIONS TO MOTIONS |
| 09/05/2014 | HEARING - CASE MANAGEMENT HEARING NOT HELD  ON 08/19/2014 |
| 09/05/2014 | HEARING - PRETRIAL/STATUS HELD  ON 08/19/2014 <br> PAUL  MATHEWS , MAGISTRATE |
| 09/05/2014 | ORDER - PRETRIAL/STATUS ENTERED  ON 08/19/2014 <br> PAUL  MATHEWS , MAGISTRATE <br> ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT. <br> COPIES TO PARTIES/COUNSEL <br><br> CASE STATUS - REFERRED TRAILING DOCKET  ON 09/05/2014 <br> OCTOBER TD |
| 09/05/2014 | HEARING - OTHER MOTION SCHEDULED  FOR 10/01/2014 AT 08:30 A.M.  in Room No.  2 <br> OCTOBER TD <br><br> HEARING - OTHER MOTION NOTICE SENT  ON 09/05/2014  in Room No.  2 <br> OCTOBER TD |
| 09/17/2014 | Party(s):   ERIC BECKSTROM <br> DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED  ON 09/17/2014 <br> Defendant's Attorney: NANCY L MORIN <br> DISCOVERY PAPERS (DEFENDANT¿S FIRST RESPONSE TO PLAINTIFF¿S REQUEST FOR <br> PRODUCTION OF DOCUMENTS) SERVED ON ATTORNEY ALTSHULER DATED 9-16-2014 |
| 09/17/2014 | Party(s):   ERIC BECKSTROM <br> OTHER FILING - WITNESS & EXHIBIT LIST FILED  ON 09/17/2014 <br> Defendant's Attorney: NANCY L MORIN |
| 09/17/2014 | Party(s):   ERIC BECKSTROM <br> FINANCIAL DOCUMENTS - FINANCIAL STATEMENT/AFFIDAVIT FILED ON 09/17/2014 <br> Defendant's Attorney: NANCY L MORIN <br> WITH ATTACHED COPY OF 2011, 2012 INCOME TAX RETURN |
| 09/17/2014 | Party(s):   ERIC BECKSTROM <br> FINANCIAL DOCUMENTS - CHILD SUPPORT AFFIDAVIT FILED  ON 09/17/2014 <br> Defendant's Attorney: NANCY L MORIN |

09/17/2014     OTHER FILING - CERT REGARDING REAL ESTATE FILED  ON 09/17/2014
Defendant's Attorney: NANCY L MORIN
(X5) BOTH PARTIES HAVE AN INTEREST IN REAL ESTATE AT 280 SOUTH STREET, ROCKPORT,
ME & ONLY PLAINTIFF HAS AN INTEREST IN REAL ESTATE AT ROCKPORT PROPORTY
HOLDINGS LLC/ALPINE WAY - NEW SUBDIVISION 2006 & PINNANCLE DRIVE - NEW
SUBDIVISION 2006 & ONLY PLAINTIFF HAS AN INTEREST IN REAL ESTATE AT ROCKPORT
PROPERTY HOLDINGS LLC/SPRING MOUNTAIN DRIVE & ONLY PLAINTIFF HAS AN INTEREST IN
REAL ESTATE AT ROCKPORT PROPERTY HOLDINGS LLC/ALPINE WAY-LAND

09/19/2014     HEARING - OTHER MOTION SCHEDULED  FOR 09/23/2014 AT 11:30 A.M.  in Room No.  2
DOCKET CALL

09/19/2014     MOTION - OTHER MOTION FILED  ON 09/12/2014
Defendant's Attorney: NANCY L MORIN
DEFENDANT¿S MOTION FOR SPECIAL ASSIGNMENT ON TRAILING DOCKET

09/22/2014     Party(s):   ERIC BECKSTROM
MOTION - REQUEST TELEPHONE CONFERENCE FILED  ON 09/12/2014
Defendant's Attorney: NANCY L MORIN
REQUEST TO PARTICIPATE TELEPHONICALLY FOR DOCKET CALL

09/22/2014     Party(s):   MICHELE C BECKSTROM
FINANCIAL DOCUMENTS - CHILD SUPPORT AFFIDAVIT FILED  ON 09/22/2014
Plaintiff's Attorney:  KENNETH ALTSHULER

Party(s):   MICHELE C BECKSTROM
FINANCIAL DOCUMENTS - FINANCIAL STATEMENT/AFFIDAVIT FILED  ON 09/22/2014

09/22/2014     Party(s):   MICHELE C BECKSTROM
OTHER FILING - WITNESS & EXHIBIT LIST FILED  ON 09/22/2014
Plaintiff's Attorney:  KENNETH ALTSHULER

09/22/2014     Party(s):   MICHELE C BECKSTROM
MOTION - REQUEST TELEPHONE CONFERENCE FILED  ON 09/22/2014
Plaintiff's Attorney:  KENNETH ALTSHULER

09/22/2014     Party(s):   ERIC BECKSTROM
MOTION - REQUEST TELEPHONE CONFERENCE DENIED  ON 09/22/2014
SUSAN SPARACO , JUDGE
BUT COUNSEL IS EXCUSED IF SHE PROVIDES THE COURT OR OPPOSING COUNSEL WITH HER
ESTIMATE OF TIME FOR TRIAL.

09/23/2014     Party(s):   MICHELE C BECKSTROM
MOTION - REQUEST TELEPHONE CONFERENCE DENIED  ON 09/22/2014
SUSAN SPARACO , JUDGE
BUT MAY BE EXCUSED FROM ATTENDING IF COUNSEL CONFERS WITH OPPOSING COUNSEL
AND ADVISES CLERK¿S OFFICE OF TRIAL TIME PRIOR TO CALL OF THE DOCKET

09/23/2014     HEARING - OTHER MOTION NOT HELD  ON 09/22/2014
DOCKET CALL

09/23/2014     HEARING - OTHER MOTION CONTINUED  ON 09/23/2014
SUSAN  SPARACO , JUDGE
OCTOBER TD

09/23/2014     HEARING - CONTESTED DIVORCE HEARING SCHEDULED  FOR 12/02/2014 AT 08:30 A.M.  in Room No.  2

HEARING - CONTESTED DIVORCE HEARING NOTICE SENT  ON 09/23/2014  in Room No.  2

09/23/2014     HEARING - CONTESTED DIVORCE HEARING SCHEDULED  FOR 12/03/2014 AT 08:30 A.M.  in Room No.  2

09/23/2014     MOTION - OTHER MOTION GRANTED  ON 09/23/2014
SUSAN  SPARACO , JUDGE
DEFENDANT¿S MOTION FOR SPECIAL ASSIGNMENT ON TRAILING DOCKET - GRANTED IN
PART

09/23/2014     MOTION - OTHER MOTION DENIED  ON 09/23/2014
SUSAN  SPARACO , JUDGE
DEFENDANT¿S MOTION FOR SPECIAL ASSIGNMENT ON TRAILING DOCKET - IN PART. THE
MATTER IS SPECIALLY SET FOR DECEMBER 2, 2014 & DECEMBER 3, 2014 AT 8:30 AM ON BOTH
DAYS. NO FURTHER CONTINUANCES SHALL BE GRANTED ABSENT EXTRAORDINARY CAUSE.

9-23-2014 COPY MAILED TO ATTORNEY ALTSHULER, ATTORNEY MORIN

10/15/2014     Party(s):   ERIC BECKSTROM
OTHER FILING - WITNESS & EXHIBIT LIST FILED  ON 10/10/2014
Defendant's Attorney: NANCY L MORIN
DEFENDANT'S UPDATED WITNESSS AND EXHIBIT LIST

11/06/2014     HEARING - OTHER MOTION SCHEDULED  FOR 11/12/2014 AT 02:30 P.M.  in Room No.  2
TELEPHONE CONFERENCE WITH CALIFORNIA JUDGE REGARDING JURISDICTION

HEARING - OTHER MOTION NOTICE SENT  ON 11/06/2014  in Room No.  2
TELEPHONE CONFERENCE WITH CALIFORNIA JUDGE REGARDING JURISDICTION

11/12/2014     HEARING - OTHER MOTION CONTINUED  ON 11/07/2014
TELEPHONE CONFERENCE WITH CALIFORNIA JUDGE REGARDING JURISDICTION

11/12/2014     HEARING - OTHER MOTION SCHEDULED  FOR 11/24/2014 AT 02:30 P.M.  in Room No.  2
TELEPHONE CONFERENCE WITH CALIFORNIA JUDGE REGARDING JURISDICTION

HEARING - OTHER MOTION NOTICE SENT  ON 11/12/2014  in Room No.  2
TELEPHONE CONFERENCE WITH CALIFORNIA JUDGE REGARDING JURISDICTION

11/25/2014     HEARING - OTHER MOTION HELD  ON 11/24/2014
BARBARA RAIMONDI , JUDGE
Defendant's Attorney: NANCY L MORIN

Plaintiff's Attorney: KENNETH ALTSHULER
TELEPHONE CONFERENCE WITH CALIFORNIA JUDGE REGARDING JURISDICTION

11/25/2014    ORDER - COURT ORDER ENTERED  ON 11/24/2014
BARBARA  RAIMONDI , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
MEMORANDUM OF DECISION:  AT THE CONCLUSION OF ARGUMENT, JUDGE GRILLI MADE A
FINDING ON THE RECORD THAT MAINE WAS THE HOME STATE UNDER THE UCJEA AND
INDICATED THAT SHE WOULD ENTER AN ORDER TO THAT EFFECT. PLTF'S CALIFORNIA
ATTORNEY WAS TO DRAFT THAT ORDER, AND ENSURE THAT A SIGNED COPY OF THAT ORDER
WAS PROVIDED TO THE MAINE DISTRICT COURT FOR THE RECORD OF THIS CASE.
COPY MAILED TO ATT ALTSHULER, ATT MORIN

12/01/2014    MOTION - MOTION TO CONTINUE FILED  ON 12/01/2014
Defendant's Attorney: NANCY L MORIN

12/04/2014    HEARING - MOTION TO CONTINUE HELD  ON 12/01/2014
SUSAN  SPARACO , JUDGE
Defendant's Attorney: NANCY L MORIN

Plaintiff's Attorney:  KENNETH ALTSHULER

12/04/2014    MOTION - MOTION TO CONTINUE DENIED  ON 12/01/2014
SUSAN  SPARACO , JUDGE

12/04/2014    Party(s):    MICHELE C BECKSTROM
RESPONSIVE PLEADING - RESPONSE FILED  ON 12/01/2014

Plaintiff's Attorney:  KENNETH ALTSHULER
OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE

12/04/2014    ORDER - COURT ORDER ENTERED  ON 12/01/2014
SUSAN  SPARACO , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
ORDER:  PENDING IS DEF'S MOTION TO CONTINUE, FILED TODAY BUT EMAILED LAST WED
BEFORE THE THANKSGIVING HOLIDAY. THE COURT SCHEDULED A TELEPHONE CONFERENCE.
AFTER CONFERENCE THE ORDER SHALL BE:  MOTION TO CONTINUE IS DENIED, SUBJECT TO
THE DEF'S RIGHT TO RENEW THE MOTION UPON SUBMISSION OF EVIDENCE FROM
CALIFORNIA AUTHORITIES THAT AN INVESTIGATION INVOLVING A BECKSTROM FAMILY
MEMBER IS UNDERWAY & ADVISED NOT TO LEAVE.

12/04/2014    HEARING - CONTESTED DIVORCE HEARING CONTINUED  ON 12/02/2014
PATRICIA  WORTH , JUDGE

12/04/2014    HEARING - CONTESTED DIVORCE HEARING CONTINUED  ON 12/02/2014
PATRICIA  WORTH , JUDGE

12/04/2014    ORDER - COURT ORDER ENTERED  ON 12/02/2014
PATRICIA  WORTH , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
ORDER CONTINUING TRIAL:  CASE WAS SET FOR TRIAL FOR 12-2 & 12-3. AN ORDER ON 12-1
DENYING DEF'S MOTION TO CONTINUE, PROVIDED THE OPTION OF RENEWAL AND PROVIDED

THAT DEF COULD TESTIFY BY TELEPHONE. DEF VIA TELEPHONE INFORMED THE COURT THAT HE COULD BARELY HEAR THE PROCEEDINGS. COUNSEL FOR PLTF OPPOSED ANY FURTHER DELAY. A CONTINUANCE IS REASONABLE. THE CLERK WILL RESET THIS CASE FOR TWO DAYS.

12/04/2014    HEARING - CONTESTED DIVORCE HEARING SCHEDULED FOR 01/05/2015 AT 08:30 A.M. in Room No. 2

12/04/2014    HEARING - CONTESTED DIVORCE HEARING NOTICE SENT ON 12/04/2014 in Room No. 2

12/04/2014    HEARING - CONTESTED DIVORCE HEARING SCHEDULED FOR 01/06/2015 AT 08:30 A.M. in Room No. 2

12/08/2014    MOTION - MOTION TO CONTINUE FILED ON 12/04/2014
Defendant's Attorney: NANCY L MORIN
DEFENDANT'S AMENDED MOTION TO CONTINUE

12/08/2014    Party(s):   ERIC BECKSTROM
MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED ON 12/04/2014
Defendant's Attorney: NANCY L MORIN
MOTION FOR DECLINING OR TERMINATING REPRESENTATION

12/09/2014    Party(s):   ERIC BECKSTROM
MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 12/09/2014
SUSAN SPARACO , JUDGE

12/09/2014    Party(s):   ERIC BECKSTROM
ORDER - ORDER ON MOTION TO WITHDRAW ENTERED ON 12/09/2014
SUSAN SPARACO , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT. ORDER ON MOTION TO WITHDRAW: MOTION IS GRANTED. WITHIN 20 DAYS OF THIS ORDER, CLIENT SHALL SECURE THE REPRESENTATION OF ANOTHER ATTORNEY, OR FILE WITH COURT THAT HE WILL BE REPRESENTING HIMSELF. HEARING SCHEDULED FOR 1-5 & 1-6-15 SHALL NOT BE CONTINUED BASED UPON COUNSEL'S WITHDRAWAL. NANCY MORIN, ESQ. SHALL BE RELIEVED OF FURTHER OBLIGATION TO THE COURT ON BEHALF OF ERIC BECKSTROM.
COPY MAILED TO DEF, ATT MORIN & ALTSHU

12/09/2014    Party(s):   ERIC BECKSTROM
ATTORNEY - WITHDRAWN ORDERED ON 12/09/2014
Defendant's Attorney: NANCY L MORIN

12/09/2014    OTHER FILING - OTHER DOCUMENT FILED ON 12/05/2014
Plaintiff's Attorney: KENNETH ALTSHULER
PROPOSED ORDERS (X3) FOR JUDGE WORTH'S SIGNATURE

12/11/2014    ORDER - COURT ORDER ENTERED ON 12/11/2014
PATRICIA WORTH , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT. DISCOVERY ORDER: DEF SHALL PRODUCE THE FOLLOWING DOCUMENTS ON OR BEFORE 12-19-14: HIS CURRENT CALIFORNIA LEASE, THE CORPORATION PAPERWORK FOR ROCKPORT PROPERTY HOLDINGS, CLOSING STATEMENT FOR ALL LOTS SOLD, COMPLETE SET OF 2011,12,13 ROCKPORT PROPERTY HOLDINGS, 2011 & 12 1040 FORMS, PROMISSORY NOTE FOR 2

LOANS FROM BROTHER & MOTHER. 2013 CHECKING ACCOUNT, CREDIT CARD STATEMENTS, LOAN APPLICATION FOR LOC

12/11/2014      ORDER - COURT ORDER ENTERED  ON 12/11/2014
PATRICIA  WORTH , JUDGE

ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT. ORDER:  THE PARTIES HAVE SHARED PARENTAL RIGHTS. BOTH PARTIES SHALL HAVE EQUAL AND UNRESTRICTED ACCESS TO THE RECORDS OF THE PARTIES MINOR CHILDREN'S RECORDS, INCLUDING BUT NOT LIMITED TO MEDICAL, DENTAL, SCHOOL, AND SCHOOL ACTIVITIES. IN ADDITION, UNRESTRICTED ACCESS TO ANY AND ALL RECORDS PERTINENT TO ANY CRIMINAL INVESTIGATION INVOLVING THE CHILDREN AS PERPETRATOR OR VICTIM.COPIES TO PARTIES/COUNSEL

12/11/2014      ORDER - COURT ORDER ENTERED  ON 12/11/2014
PATRICIA  WORTH , JUDGE

ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT. ORDER: THE DEFENDANT SHALL IMMEDIATELY FORWARD TO ATTORNEY MORIN OR IF NOT, TO ATTORNEY ALTSHULER ANY AND ALL PASSPORTS ON THE PARTIES MINOR CHILDREN. COPY MAILED TO ATTORNEY ALTSHULER, ATTORNEY MORIN, DEF 12-11-2014

12/23/2014      Party(s):    ERIC BECKSTROM
OTHER FILING - ENTRY OF APPEARANCE FILED  ON 12/11/2014
Defendant's Attorney: PHILIP COHEN

12/23/2014      Party(s):    ERIC BECKSTROM
ATTORNEY - RETAINED ENTERED  ON 12/11/2014
Defendant's Attorney: PHILIP COHEN

12/29/2014      Party(s):    MICHELE C BECKSTROM
MOTION - OTHER MOTION FILED  ON 12/29/2014

Plaintiff's Attorney: KENNETH ALTSHULER
MOTION IN LIMINE

01/07/2015      HEARING - CONTESTED DIVORCE HEARING HELD  ON 01/05/2015
SUSAN  SPARACO , JUDGE
Defendant's Attorney: PHILIP COHEN

Plaintiff's Attorney: KENNETH ALTSHULER

01/08/2015      HEARING - CONTESTED DIVORCE HEARING HELD  ON 01/06/2015
SUSAN  SPARACO , JUDGE
Defendant's Attorney: PHILIP COHEN

Plaintiff's Attorney: KENNETH ALTSHULER

01/08/2015      CASE STATUS - CASE FILE LOCATION  ON 01/06/2015
SUSAN  SPARACO , JUDGE

02/04/2015      CASE STATUS - CASE FILE RETURNED  ON 01/30/2015

02/04/2015      Party(s):    MICHELE C BECKSTROM
MOTION - OTHER MOTION WITHDRAWN  ON 01/05/2015

SUSAN SPARACO , JUDGE
MOTION IN LIMINE

02/04/2015      Party(s):   MICHELE C BECKSTROM,ERIC BECKSTROM
ORDER - DIVORCE JUDGMENT W/ CHILDREN ENTERED ON 01/30/2015
SUSAN SPARACO , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL

Party(s):   MICHELE C BECKSTROM,ERIC BECKSTROM
FINDING - DIVORCE JUDGMENT W/ CHILDREN GRANTED ON 01/30/2015
SUSAN SPARACO , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL

02/04/2015      Party(s):   MICHELE C BECKSTROM,ERIC BECKSTROM,SONIA ROSE BECKSTROM,IRIS
                  MARI BECKSTROM,SOREN AUGUST BECKSTROM
ORDER - PARENTAL RIGHTS/RESPON. ENTERED ON 01/30/2015
SUSAN SPARACO , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL
Parental Rights & Responsibilities Ordered Entered. Parental Rights allocated. Primary residence with Reasonable
rights of contact ordered.SO THAT THE CHILDREN CAN SPEND HOLIDAYS TOGETHER, ANY HOLIDAY
TIME DURING WHICH SOREN IS WITH THE PLTF, SONIA AND IRIS SHALL BE WITH THE PLTF AS
WELL. ANY HOLIDAY SOREN IS WITH DEF, SONIA AND IRIS SHALL BE WITH THE DEF AS WELL.

02/04/2015      ORDER - FINDINGS OF FACT ENTERED ON 01/30/2015
SUSAN SPARACO , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
FINDINGS OF FACT AND CONCLUSIONS OF LAW.
COPIES TO PARTIES/COUNSEL

02/04/2015      Party(s):   MICHELE C BECKSTROM,ERIC BECKSTROM,SOREN AUGUST BECKSTROM
ORDER - CHILD SUPPORT ORDER ENTERED ON 01/30/2015
SUSAN SPARACO , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL
Child Support Order Entered. Defendant to pay $121.00 weekly.

02/04/2015      Party(s):   MICHELE C BECKSTROM,ERIC BECKSTROM,SOREN AUGUST BECKSTROM
ORDER - CHILD SUPPORT ORDER ENTERED ON 01/30/2015
SUSAN SPARACO , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL
Child Support Order Entered. Defendant to pay $140.00 weekly.

02/04/2015      ORDER - SPOUSAL SUPPORT ORDER ENTERED ON 01/30/2015
SUSAN SPARACO , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL
Spousal Support Order Entered. Defendant to pay $2,000.00 monthly.

02/04/2015    ORDER - CONDITIONAL INCOME W/HOLDING ENTERED ON 01/30/2015
SUSAN SPARACO , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL

02/04/2015    Party(s):   ERIC BECKSTROM
MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 12/02/2014
PATRICIA WORTH , JUDGE

02/04/2015    MOTION - MOTION TO CONTINUE GRANTED ON 12/02/2014
PATRICIA WORTH , JUDGE

02/04/2015    Party(s):   ERIC BECKSTROM
OTHER FILING - TRANSCRIPT ORDER FORM FILED ON 01/21/2015
FOR JANUARY 5 & 6, 2015 HEARING

02/04/2015    Party(s):   ERIC BECKSTROM
OTHER FILING - TRANSCRIPT ORDER FORM SENT TO REPORTER/ER ON 01/30/2015

02/04/2015    Party(s):   ERIC BECKSTROM
OTHER FILING - TRANSCRIPT ORDER FORM FILED ON 02/03/2015
JUNE 18, 2014 JURISDICTIONAL HEARING

02/04/2015    Party(s):   ERIC BECKSTROM
OTHER FILING - TRANSCRIPT ORDER FORM FILED ON 02/03/2015
AUGUST 19, 2014 CASE MANAGEMENT HEARING, 12-2-2014 DIVORCE HEARING

02/13/2015    Party(s):   ERIC BECKSTROM
MOTION - MOTION TO RECONSIDER FINDING FILED ON 02/13/2015
Defendant's Attorney: PHILIP COHEN
DEFENDANT¿S MOTION TO RECONSIDER AND MOTION TO MODIFY DIVORCE JUDGMENT

03/03/2015    Party(s):   ERIC BECKSTROM
OTHER FILING - TRANSCRIPT ORDER FORM SENT TO REPORTER/ER ON 03/03/2015

03/03/2015    Party(s):   ERIC BECKSTROM
OTHER FILING - TRANSCRIPT ORDER FORM SENT TO REPORTER/ER ON 03/03/2015

03/03/2015    Party(s):   MICHELE C BECKSTROM
RESPONSIVE PLEADING - RESPONSE FILED ON 02/20/2015
Plaintiff's Attorney: KENNETH ALTSHULER
OPPOSITION TO DEFENDANT¿S MOTION TO RECONSIDER AND MODIFY THE DIVORCE
JUDGMENT

03/03/2015    Party(s):   ERIC BECKSTROM
FILING DOCUMENT - MOTION FOR CONTEMPT FILED ON 02/23/2015
Defendant's Attorney: PHILIP COHEN

ROCDC-FM-2014-00058
**DOCKET RECORD**

03/03/2015    Party(s):   ERIC BECKSTROM
MOTION - MOTION FOR CONTEMPT FILED  ON 02/23/2015
Defendant's Attorney: PHILIP COHEN

03/05/2015    Party(s):   ERIC BECKSTROM
MOTION - MOTION TO RECONSIDER FINDING DENIED  ON 03/05/2015
SUSAN  SPARACO , JUDGE
COPY MAILED TO ATTORNEY COHEN, ATTORNEY ALTSHULER

03/06/2015    ORDER - ORDER FOR CONTEMPT HEARING ENTERED  ON 03/05/2015
SUSAN  SPARACO , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL

03/06/2015    SUBPOENA - CONTEMPT ORDER ISSUED  ON 03/06/2015

03/06/2015    HEARING - MOTION FOR CONTEMPT SCHEDULED  FOR 04/16/2015 AT 01:00 P.M.  in Room No.  2

03/24/2015    OTHER FILING - TRANSCRIPT FILED  ON 03/20/2015

04/02/2015    MOTION - MOTION TO CONTINUE FILED  ON 04/02/2015
Plaintiff's Attorney: KENNETH ALTSHULER

04/02/2015    Party(s):   MICHELE C BECKSTROM
MOTION - OTHER MOTION FILED  ON 04/02/2015
Plaintiff's Attorney: KENNETH ALTSHULER
REQUEST FOR PERMISSION TO ATTEND BY TELEPHONE

04/03/2015    Party(s):   MICHELE C BECKSTROM
MOTION - OTHER MOTION GRANTED  ON 04/03/2015
SUSAN  SPARACO , JUDGE
REQUEST FOR PERMISSION TO ATTEND BY TELEPHONE

04/03/2015    MOTION - MOTION TO CONTINUE DISMISSED  ON 04/03/2015
SUSAN  SPARACO , JUDGE
BECAUSE NO SIGNATURE AND ONLY PRETRIAL TO BE HELD

04/06/2015    Party(s):   MICHELE C BECKSTROM
SUBPOENA - CONTEMPT ORDER SERVED  ON 03/23/2015

04/06/2015    Party(s):   MICHELE C BECKSTROM
SUBPOENA - CONTEMPT ORDER FILED  ON 04/03/2015
Defendant's Attorney: PHILIP COHEN

04/16/2015    HEARING - MOTION FOR CONTEMPT CONTINUED  ON 04/16/2015
SUSAN  SPARACO , JUDGE

04/16/2015    HEARING - PRETRIAL/STATUS HELD ON 04/16/2015

SUSAN SPARACO , JUDGE
Defendant's Attorney: PHILIP COHEN

Plaintiff's Attorney: KENNETH ALTSHULER

04/16/2015    ORDER - PRETRIAL/STATUS ENTERED ON 04/16/2015
SUSAN SPARACO , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT. COPY
MAILED TO ATTORNEY ALTSHULER, ATTORNEY COHEN 4-16-2015

04/16/2015    HEARING - OTHER MOTION SCHEDULED FOR 05/26/2015 AT 01:30 P.M. in Room No. 2
MOTION FOR CONTEMPT

04/16/2015    HEARING - OTHER MOTION NOTICE SENT ON 04/16/2015 in Room No. 2
MOTION FOR CONTEMPT

05/18/2015    Party(s):    MICHELE C BECKSTROM
OTHER FILING - WITNESS & EXHIBIT LIST FILED ON 05/18/2015
Plaintiff's Attorney: KENNETH ALTSHULER

05/19/2015    Party(s):    ERIC BECKSTROM
OTHER FILING - ENTRY OF APPEARANCE FILED ON 05/18/2015
Defendant's Attorney: JOHN F BARNICLE

05/19/2015    Party(s):    ERIC BECKSTROM
ATTORNEY - RETAINED ENTERED ON 05/18/2015
Defendant's Attorney: JOHN F BARNICLE

05/19/2015    Party(s):    ERIC BECKSTROM
OTHER FILING - WITNESS & EXHIBIT LIST FILED ON 05/18/2015
Defendant's Attorney: JOHN F BARNICLE

05/28/2015    Party(s):    ERIC BECKSTROM
MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED ON 05/26/2015
Defendant's Attorney: PHILIP COHEN

05/28/2015    HEARING - OTHER MOTION HELD ON 05/26/2015
SUSAN SPARACO , JUDGE
Defendant's Attorney: JOHN F BARNICLE

Plaintiff's Attorney: KENNETH ALTSHULER
MOTION FOR CONTEMPT

05/28/2015    Party(s):    ERIC BECKSTROM
MOTION - MOTION FOR CONTEMPT GRANTED ON 05/26/2015
SUSAN SPARACO , JUDGE

05/28/2015    Party(s):    MICHELE C BECKSTROM
ORDER - CONTEMPT ORDER FOUND IN CONTEMPT ON 05/26/2015
SUSAN SPARACO , JUDGE

05/28/2015    Party(s):   MICHELE C BECKSTROM
ORDER - CONTEMPT ORDER ENTERED  ON 05/26/2015
SUSAN  SPARACO , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
ORDER ON MOTION FOR CONTEMPT: FOR THE REASONS STATED ON THE RECORD, THE COURT
FINDS BY CLEAR & CONVINCING EVIDENCE THAT PLTF FAILED TO COMPLY WITH DIVORCE
JUDGMENT AS IT PERTAINS TO DEF¿S RIGHTS OF CONTACT WITH SOREN DURING THE FEB
SCHOOL VACATION, DESPITE THE ABILITY TO DO SO. THE COURT FINDS PLTF TO BE IN
CONTEMPT AND AWARDS DEF 7 MAKE UP DAYS TO BE TAKEN AS PART OF HIS SUMMER
CONTACT.

06/02/2015    Party(s):   ERIC BECKSTROM
MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED  ON 05/29/2015
SUSAN  SPARACO , JUDGE
ATTORNEY COHEN¿S MOTION TO WITHDRAW IS GRANTED.

COPY MAILED TO ATTORNEY COHEN, ATTORNEY ALTSHULER, ATTORNEY BARNICLE,
DEFENDANT 6-2-2015

06/02/2015    Party(s):   ERIC BECKSTROM
ATTORNEY - WITHDRAWN ORDERED  ON 05/29/2015
Defendant's Attorney: PHILIP COHEN

06/04/2015    Party(s):   ERIC BECKSTROM
OTHER FILING - AFFIDAVIT FILED  ON 06/01/2015
Defendant's Attorney: JOHN F BARNICLE
AFFIDAVIT OF JOHN F. BARNICLE, ESQ. REGARDING ATTORNEY¿S FEES

06/08/2015    Party(s):   MICHELE C BECKSTROM
RESPONSIVE PLEADING - RESPONSE FILED  ON 06/08/2015

Plaintiff's Attorney:  KENNETH ALTSHULER
RESPONSE TO DEFENDANT¿S ATTORNEY FEE AFFIDAVIT

06/11/2015    ORDER - COURT ORDER ENTERED  ON 06/08/2015
SUSAN  SPARACO , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
ORDER ON ATTORNEY FEES:  UPON REVIEW OF DEF¿S COUNSEL¿S FEE AFFIDAVIT AND PLTF¿S
OPPOSITION, IN ACCORDANCE WITH THE COURT¿S MAY 26, 2015, PLTF IS ORDERED TO PAY
$1500 TO DEF FOR ATTORNEY FEES.
COPY MAILED TO ATTORNEY ALTSHULER, BARNICLE 6-11-2015

06/11/2015    ABSTRACT - VITAL STATISTICS ISSUED  ON 06/11/2015

06/11/2015    ABSTRACT - REAL ESTATE ABSTRACT ISSUED  ON 06/11/2015
ATTESTED REAL ESTATE ABSTRACT TO KNOX COUNTY REGISTRY OF DEEDS

06/11/2015    Party(s):   MICHELE C BECKSTROM
MOTION - MOTION PENDING GRANTED  ON 12/11/2014
PATRICIA  WORTH , JUDGE

Party(s):   ERIC BECKSTROM

ROCDC-FM-2014-00058
**DOCKET RECORD**

06/11/2015    MOTION - MOTION PENDING GRANTED  ON 12/11/2014
PATRICIA  WORTH , JUDGE

06/11/2015    Party(s):    ERIC BECKSTROM
MOTION - MOTION EXPEDITED HEARING GRANTED  ON 08/19/2014
PAUL  MATHEWS , MAGISTRATE

06/23/2015    ABSTRACT - REAL ESTATE ABSTRACT FILED  ON 06/11/2015
IN KNOX COUNTY REGISTRY OF DEEDS - VOL #4921; PAGE #25; INSTR #2015-5068/2 PAGES

6-23-2015 COPY MAILED TO ATTORNEY EMERY

08/03/2015    OTHER FILING - OTHER DOCUMENT FILED  ON 07/29/2015
TRANSCRIPT AND AUDIO ORDER FORM RECEIVED FROM CHARLES UNGER FOR AUDIO
RECORDING OF CONTEMPT HEARING HELD ON 5/26/15.  *COPY BACK TO MR. UNGER
W/REQUEST FOR CHECK FOR $25. TO PAY FOR AUDIO CD OF HEARING. 8/3/15.

8-10-2015 CHECK FOR $25.00 RECEIVED.
9-11-2015 CD¿S MAILED TO MR. UNGER @ 4 TURNER ROAD, HADLEY, NY  12835

02/10/2016    NOTE - OTHER CASE NOTE ENTERED  ON 01/19/2016
LETTER PURSUANT TO JB-05-22 DISPOSAL OF EXHIBITS MAILED TO KENNETH ALTSHULER,
ESQ. & PHILIP COHEN, ESQ.

2-10-2016 EXHIBITS RETURNED TO MICHELE BECKSTROM/DEFENDANT¿S EXHIBITS
DESTROYED

05/24/2017    Party(s):    ERIC BECKSTROM
OTHER FILING - ENTRY OF APPEARANCE FILED  ON 05/22/2017
Defendant's Attorney: ERIC MORSE

05/24/2017    Party(s):    ERIC BECKSTROM
ATTORNEY - RETAINED ENTERED  ON 05/22/2017
Defendant's Attorney: ERIC MORSE

05/25/2017    FILING DOCUMENT - MOTION TO MODIFY/AMEND FILED  ON 05/22/2017

05/25/2017    Party(s):    ERIC BECKSTROM
MOTION - MOTION TO MODIFY/AMEND FILED  ON 05/22/2017
DEF¿S MOTION TO TERMINATE SPOUSAL SUPPORT AND MODIFY PARENTAL RIGHTS AND
RESPONSIBILITIES, INCLUDING CHILD SUPPORT

05/25/2017    Party(s):    ERIC BECKSTROM
FINANCIAL DOCUMENTS - CHILD SUPPORT AFFIDAVIT FILED  ON 05/22/2017

06/01/2017    Party(s):    MICHELE C BECKSTROM
SUMMONS/SERVICE - CERTIFIED MAIL RETURN RECEIPT SERVED  ON 05/24/2017

06/01/2017    Party(s):    MICHELE C BECKSTROM

SUMMONS/SERVICE - CERTIFIED MAIL RETURN RECEIPT FILED ON 06/01/2017

06/01/2017    HEARING - MOTION TO MODIFY/AMEND SCHEDULED FOR 08/16/2017 AT 08:30 A.M. in Room No. 3

HEARING - MOTION TO MODIFY/AMEND NOTICE SENT ON 06/01/2017 in Room No. 3

06/12/2017    HEARING - MOTION TO MODIFY/AMEND NOT HELD ON 06/12/2017

06/12/2017    HEARING - CASE MANAGEMENT HEARING SCHEDULED FOR 07/12/2017 AT 08:30 A.M. in Room No. 3
NOTICES MAILED TO PARTIES

HEARING - CASE MANAGEMENT HEARING NOTICE SENT ON 06/12/2017 in Room No. 3
NOTICES MAILED TO PARTIES

06/13/2017    Party(s): MICHELE C BECKSTROM
OTHER FILING - ENTRY OF APPEARANCE FILED ON 06/12/2017

06/13/2017    Party(s): MICHELE C BECKSTROM
ATTORNEY - RETAINED ENTERED ON 06/12/2017
Plaintiff's Attorney: ELIZABETH SCHEFFEE

06/13/2017    Party(s): MICHELE C BECKSTROM
RESPONSIVE PLEADING - RESPONSE FILED ON 06/12/2017
OPPOSITION TO DEF MOTION TO TERMINATE SPOUSAL SUPPORT AND MODIFY PARENTAL
RIGHTS AND RESPONSIBILITIES

06/13/2017    Party(s): MICHELE C BECKSTROM
MOTION - OTHER MOTION FILED ON 06/12/2017
PLTFS CROSS MOTION TO ENFORCE

06/13/2017    Party(s): MICHELE C BECKSTROM
MOTION - MOTION TO DISMISS FILED ON 06/12/2017
PLTFS CROSS MOTION TO DISMISS AND FOR FEES

06/13/2017    Party(s): MICHELE C BECKSTROM
MOTION - MOTION TO CONTINUE FILED ON 06/12/2017

06/14/2017    Party(s): MICHELE C BECKSTROM
MOTION - MOTION TO CONTINUE DENIED ON 06/14/2017
BRIANNE MARTIN , MAGISTRATE
ALREADY RESCHEDULED FOR CMC FOR 7/12/17

06/14/2017    Party(s): ERIC BECKSTROM
FINANCIAL DOCUMENTS - CHILD SUPPORT AFFIDAVIT FILED ON 06/12/2017

06/23/2017    Party(s): ERIC BECKSTROM
RESPONSIVE PLEADING - RESPONSE FILED ON 06/23/2017
OPPOSITION TO PLTFS CROSS MOTION TO ENFORCE AND MOTION TO DISMISS

06/29/2017     Party(s):   ERIC BECKSTROM
MOTION - REQUEST TELEPHONE CONFERENCE FILED  ON 06/29/2017

07/10/2017     Party(s):   ERIC BECKSTROM
MOTION - REQUEST TELEPHONE CONFERENCE GRANTED  ON 07/10/2017
BRIANNE  MARTIN , MAGISTRATE

07/13/2017     HEARING - CASE MANAGEMENT HEARING HELD  ON 07/12/2017
BRIANNE  MARTIN , MAGISTRATE

07/13/2017     ORDER - PRETRIAL/STATUS ENTERED  ON 07/12/2017
BRIANNE  MARTIN , MAGISTRATE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL IN HAND.  TO SCHEDULE MEDIATION WITH A 2 HOUR INTERIM
HEARING COMBINED WITH ANOTHER PRETRIAL STATUS CONFERENCE.

07/13/2017     MEDIATION - FIRST MEDIATION SCHEDULED  FOR 08/16/2017 AT 08:30 A.M.  in Room No.  99
POST JUDGMENT MEDIATION

MEDIATION - FIRST MEDIATION NOTICE SENT  ON 07/13/2017  in Room No.  99
POST JUDGMENT MEDIATION

07/13/2017     HEARING - INTERIM HEARING SCHEDULED  FOR 08/16/2017 AT 10:00 A.M.  in Room No.  3
NOTICES MAILED TO PARTIES

HEARING - INTERIM HEARING NOTICE SENT  ON 07/13/2017  in Room No.  3
NOTICES MAILED TO PARTIES

07/13/2017     HEARING - PRETRIAL/STATUS SCHEDULED  FOR 08/16/2017 AT 10:00 A.M.  in Room No.  3
NOTICES MAILED TO PARTIES

HEARING - PRETRIAL/STATUS NOTICE SENT  ON 07/13/2017  in Room No.  3
NOTICES MAILED TO PARTIES

07/17/2017     Party(s):   MICHELE C BECKSTROM
MOTION - MOTION TO CONTINUE FILED  ON 07/17/2017

07/18/2017     Party(s):   MICHELE C BECKSTROM
MOTION - MOTION TO CONTINUE GRANTED  ON 07/18/2017
BRIANNE  MARTIN , MAGISTRATE
TO SET A TELEPHONIC CONFERENCE ASAP

07/18/2017     HEARING - REQUEST TELEPHONE CONFERENCE SCHEDULED  FOR 07/18/2017 AT 11:30 A.M.  in Room No.  3
NOTIFIED BY PHONE

07/18/2017     HEARING - REQUEST TELEPHONE CONFERENCE HELD  ON 07/18/2017
BRIANNE  MARTIN , MAGISTRATE

HEARING - REQUEST TELEPHONE CONFERENCE SCHEDULED  FOR 07/24/2017 AT 03:30 P.M.  in Room No.  3

ROCDC-FM-2014-00058
**DOCKET RECORD**

07/18/2017    MAILED TO PARTIES

HEARING - REQUEST TELEPHONE CONFERENCE NOTICE SENT  ON 07/18/2017  in Room No. 3
MAILED TO PARTIES

07/18/2017    ORDER - PRETRIAL/STATUS ENTERED  ON 07/18/2017
BRIANNE  MARTIN , MAGISTRATE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL VIA MAIL.  SCHEDULE TELEPHONE CONFERENCE. FOR 7/24/17

07/24/2017    Party(s):    MICHELE C BECKSTROM
MOTION - OTHER MOTION FILED  ON 07/21/2017
MOTION FOR NON-FINANCIAL DISCOVERY

07/24/2017    Party(s):    SOREN AUGUST BECKSTROM
OTHER FILING - OTHER DOCUMENT FILED  ON 07/24/2017
DR. ROBERT DODGE REPORT

07/25/2017    Party(s):    MICHELE C BECKSTROM
MOTION - OTHER MOTION GRANTED  ON 07/24/2017
BRIANNE  MARTIN , MAGISTRATE
MOTION FOR NON-FINANCIAL DISCOVERY

07/25/2017    HEARING - REQUEST TELEPHONE CONFERENCE HELD  ON 07/24/2017
BRIANNE  MARTIN , MAGISTRATE

07/25/2017    HEARING - PRETRIAL/STATUS CONTINUED  ON 07/24/2017
BRIANNE  MARTIN , MAGISTRATE

07/25/2017    HEARING - INTERIM HEARING CONTINUED  ON 07/24/2017
BRIANNE  MARTIN , MAGISTRATE

07/25/2017    MEDIATION - FIRST MEDIATION CONTINUED  ON 07/24/2017
BRIANNE  MARTIN , MAGISTRATE

07/25/2017    ORDER - PRETRIAL/STATUS ENTERED  ON 07/24/2017
BRIANNE  MARTIN , MAGISTRATE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL

07/25/2017    HEARING - INTERIM HEARING SCHEDULED  FOR 08/29/2017 AT 01:00 P.M.  in Room No. 3

07/25/2017    HEARING - INTERIM HEARING NOTICE SENT  ON 07/25/2017

07/25/2017    MEDIATION - FIRST MEDIATION SCHEDULED  FOR 08/29/2017 AT 10:00 A.M.  in Room No. 99
MAILED TO P PARTIES

MEDIATION - FIRST MEDIATION NOTICE SENT  ON 07/25/2017  in Room No. 99

ROCDC-FM-2014-00058
**DOCKET RECORD**

MAILED TO P PARTIES

07/28/2017     HEARING - OTHER MOTION SCHEDULED  FOR 08/02/2017 AT 01:00 P.M.  in Room No.  3
NOTICES MAILED TO PARTIES
MOTION FOR EXPEDITED HEARING

07/28/2017     HEARING - OTHER MOTION NOTICE SENT  ON 07/28/2017  in Room No.  3
NOTICES MAILED TO PARTIES
MOTION FOR EXPEDITED HEARING

07/28/2017     Party(s):   ERIC BECKSTROM
RESPONSIVE PLEADING - RESPONSE FILED  ON 07/28/2017
OPPOSITION TO PLTF¿S EMERGENCY MOTION TO ENFORCE DIVORCE JUDGMENT AND FOR
WRIT OF HABEAS CORPUS

07/31/2017     Party(s):   MICHELE C BECKSTROM
OTHER FILING - OTHER DOCUMENT FILED  ON 07/31/2017
REQUEST FOR EMERGENCY ORDER AND ENFORCEMENT FILED IN CALIFORNIA

07/31/2017     Party(s):   ERIC BECKSTROM
OTHER FILING - OTHER DOCUMENT FILED  ON 07/31/2017
EMERGENCY COUNSELING ASSESSMENT REPORT

08/02/2017     Party(s):   ERIC BECKSTROM
MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED  ON 08/02/2017

08/02/2017     Party(s):   ERIC BECKSTROM
OTHER FILING - OTHER DOCUMENT FILED  ON 08/02/2017
STATEMENT FROM SOREN BECKSTROM

08/02/2017     Party(s):   MICHELE C BECKSTROM
MOTION - MOTION TO CONTINUE FILED  ON 08/02/2017
MEDIATION AND INTERIM HEARING

08/04/2017     HEARING - OTHER MOTION HELD  ON 08/02/2017
BRIANNE  MARTIN , MAGISTRATE
NOTICES MAILED TO PARTIES
MOTION FOR EXPEDITED HEARING

08/04/2017     MEDIATION - FIRST MEDIATION CONTINUED  ON 08/02/2017
BRIANNE  MARTIN , MAGISTRATE

08/04/2017     HEARING - INTERIM HEARING CONTINUED  ON 08/02/2017
BRIANNE  MARTIN , MAGISTRATE

08/04/2017     Party(s):   ERIC BECKSTROM
MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED  ON 08/02/2017
BRIANNE  MARTIN , MAGISTRATE

08/04/2017      Party(s):   MICHELE C BECKSTROM
                MOTION - MOTION TO CONTINUE GRANTED  ON 08/02/2017
                BRIANNE MARTIN , MAGISTRATE

08/04/2017      ORDER - PRETRIAL/STATUS ENTERED  ON 08/02/2017
                BRIANNE MARTIN , MAGISTRATE
                ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
                COPIES TO PARTIES/COUNSEL VIA MAIL.

08/04/2017      ORDER - COURT ORDER ENTERED  ON 08/02/2017
                BRIANNE MARTIN , MAGISTRATE
                ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
                COPIES TO PARTIES/COUNSEL VIA MAIL.  ORDER ON DEF FTA.  IT IS ORDERED THAT THIS
                MATTER WILL BE SCHEDULED FOR MEDIATION IN SIXTY DAYS FOLLOWED BY A
                PRETRIAL/STATUS CONFERENCE.  IF THE DEF AGAIN FAILS TO APPEAR THEN AN AMENDED
                JUDGMENT MAY BE ENTERED BY DEFAULT.

08/04/2017      Party(s):   MICHELE C BECKSTROM,ERIC BECKSTROM,SONIA ROSE BECKSTROM,IRIS
                            MARI BECKSTROM,SOREN AUGUST BECKSTROM
                ORDER - ORDER OF APPOINTMENT OF GAL ENTERED  ON 08/02/2017
                BRIANNE MARTIN , MAGISTRATE
                ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
                COPIES TO PARTIES/COUNSEL VIA MAIL.

08/07/2017      ORDER - COURT ORDER ENTERED  ON 08/04/2017
                BRIANNE MARTIN , MAGISTRATE
                ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
                COPIES TO PARTIES/COUNSEL VIA MAIL AND EMAIL.  ORDER FOR RETURN OF MINOR CHILD.

08/21/2017      HEARING - REQUEST TELEPHONE CONFERENCE SCHEDULED  FOR 08/28/2017 AT 03:30 P.M.  in Room No.  3
                NOTICES MAILED TO PARTIES

                HEARING - REQUEST TELEPHONE CONFERENCE NOTICE SENT  ON 08/21/2017  in Room No.  3
                NOTICES MAILED TO PARTIES

08/28/2017      HEARING - REQUEST TELEPHONE CONFERENCE HELD  ON 08/28/2017
                BRIANNE MARTIN , MAGISTRATE

08/28/2017      ORDER - PRETRIAL/STATUS ENTERED  ON 08/28/2017
                BRIANNE MARTIN , MAGISTRATE
                ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
                COPIES TO PARTIES/COUNSEL VIA MAIL

                HEARING - INTERIM HEARING SCHEDULED  FOR 09/26/2017 AT 11:00 A.M.  in Room No.  3

08/28/2017      HEARING - INTERIM HEARING NOTICE SENT  ON 08/28/2017

08/28/2017      Party(s):   MICHELE C BECKSTROM
                FILING DOCUMENT - MOTION FOR CONTEMPT FILED  ON 08/25/2017

08/28/2017      Party(s):   MICHELE C BECKSTROM
                MOTION - MOTION FOR CONTEMPT FILED   ON 08/25/2017

08/29/2017      ORDER - COURT ORDER ENTERED   ON 08/28/2017
                PAUL  MATHEWS , JUDGE
                ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
                COPIES TO PARTIES/COUNSEL VIA MAIL

08/29/2017      HEARING - MOTION FOR CONTEMPT SCHEDULED   FOR 09/26/2017 AT 01:30 P.M.  in Room No.  2

09/06/2017      Party(s):   ANDREW BLOOM ***IN ACTIVE***
                LETTER - FROM PARTY FILED   ON 09/05/2017

09/12/2017      Party(s):   ERIC BECKSTROM
                MOTION - MOTION TO CONTINUE FILED   ON 09/11/2017

09/15/2017      Party(s):   ERIC BECKSTROM
                MOTION - MOTION TO CONTINUE DENIED   ON 09/15/2017
                BRIANNE  MARTIN , MAGISTRATE

09/18/2017      Party(s):   MICHELE C BECKSTROM
                MOTION - OTHER MOTION FILED   ON 09/18/2017
                MOTION FOR SERVICE BY ALTERNATE MEANS

09/20/2017      Party(s):   MICHELE C BECKSTROM
                MOTION - OTHER MOTION GRANTED   ON 09/19/2017
                SUSAN  SPARACO , JUDGE
                MOTION FOR SERVICE BY ALTERNATE MEANS

09/20/2017      HEARING - MOTION FOR CONTEMPT CONTINUED   ON 09/19/2017
                SUSAN  SPARACO , JUDGE

09/20/2017      HEARING - MOTION FOR CONTEMPT SCHEDULED   FOR 11/07/2017 AT 01:00 P.M.  in Room No.  3
                NOTICES MAILED TO PARTIES

                HEARING - MOTION FOR CONTEMPT NOTICE SENT   ON 09/20/2017  in Room No.  3
                NOTICES MAILED TO PARTIES

09/20/2017      ORDER - COURT ORDER ENTERED   ON 09/19/2017
                SUSAN  SPARACO , JUDGE
                ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
                COPIES TO PARTIES/COUNSEL VIA MAIL. ORDER ON MOTION FOR SERVICE BY ALTERNATE
                MEANS

09/28/2017      HEARING - INTERIM HEARING FTA   ON 09/26/2017
                BRIANNE  MARTIN , MAGISTRATE
                DEF FTA

09/28/2017      ORDER - PRETRIAL/STATUS ENTERED   ON 09/26/2017

ROCDC-FM-2014-00058
**DOCKET RECORD**

BRIANNE MARTIN , MAGISTRATE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL VIA MAIL.

HEARING - PRETRIAL/STATUS SCHEDULED FOR 10/30/2017 AT 02:00 P.M. in Room No. 3

09/28/2017    ORDER - COURT ORDER ENTERED ON 09/26/2017
BRIANNE MARTIN , MAGISTRATE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL VIA MAIL. ORDER ON INTERIM HEARING AT WHICH DEF FTA.

09/28/2017    Party(s):   MICHELE C BECKSTROM
OTHER FILING - AFFIDAVIT FILED ON 09/26/2017
AFFIDAVIT OF ATTORNEY FEES / ATTORNEY TO SUBMIT ORDER ON SAME FOR REVIEW

09/28/2017    HEARING - PRETRIAL/STATUS NOTICE SENT ON 09/28/2017
NOTICES MAILED TO PARTIES

10/02/2017    Party(s):   MICHELE C BECKSTROM
MOTION - OTHER MOTION FILED ON 10/02/2017
MOTION TO STRIKE DEFS LETTERS

10/05/2017    Party(s):   MICHELE C BECKSTROM
FINANCIAL DOCUMENTS - CHILD SUPPORT AFFIDAVIT FILED ON 10/04/2017

Party(s):   MICHELE C BECKSTROM
FINANCIAL DOCUMENTS - FINANCIAL STATEMENT/AFFIDAVIT FILED ON 10/04/2017

10/06/2017    Party(s):   MICHELE C BECKSTROM
OTHER FILING - OTHER DOCUMENT FILED ON 10/06/2017
SUPPLEMENT TO PLTFS VERIFIED MOTION FOR POST JUDGMENT RELIEF FOR CONTEMPT

10/31/2017    HEARING - PRETRIAL/STATUS NOT HELD ON 10/30/2017

10/31/2017    HEARING - PRETRIAL/STATUS SCHEDULED FOR 11/15/2017 AT 03:30 P.M. in Room No. 3
NOTICES MAILED TO PARTIES

HEARING - PRETRIAL/STATUS NOTICE SENT ON 10/31/2017 in Room No. 3
NOTICES MAILED TO PARTIES

11/01/2017    Party(s):   MICHELE C BECKSTROM
MOTION - OTHER MOTION DENIED ON 11/01/2017
BRIANNE MARTIN , MAGISTRATE
MOTION TO STRIKE DEFS LETTERS

11/01/2017    HEARING - OTHER HEARING SCHEDULED FOR 11/15/2017 AT 03:30 P.M. in Room No. 3
DISCOVERY CONFERENCE BY PHONE
NOTICES MAILED TO PARTIES

ROCDC-FM-2014-00058
**DOCKET RECORD**

HEARING - OTHER HEARING NOTICE SENT  ON 11/01/2017  in Room No. 3
DISCOVERY CONFERENCE BY PHONE
NOTICES MAILED TO PARTIES

11/06/2017     Party(s):   ERIC BECKSTROM
SUMMONS/SERVICE - PROOF OF SERVICE SERVED  ON 10/18/2017

11/06/2017     Party(s):   ERIC BECKSTROM
SUMMONS/SERVICE - PROOF OF SERVICE FILED  ON 11/06/2017

11/07/2017     HEARING - MOTION FOR CONTEMPT HELD  ON 11/07/2017
PAUL  MATHEWS , JUDGE

11/08/2017     Party(s):   MICHELE C BECKSTROM
MOTION - MOTION FOR CONTEMPT GRANTED  ON 11/07/2017
PAUL  MATHEWS , JUDGE

11/08/2017     ORDER - CONTEMPT ORDER ENTERED  ON 11/07/2017
PAUL  MATHEWS , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL IN HAND TO PLTF AND MAILED TO DEF.  THE DEF IS FOUND TO
BE IN WILLFUL AND DELIBERATE CONTEMPT OF THE COURTS PREVIOUS ORDERS.  THE TOTAL
AMOUNT THE DEF MUST PAY PLTF IMMEDIATELY IS $86,404.43.  DEF SHALL BE COMMITTED
TO THE COUNTY JAIL IN SANTA CLARA CALIFORNIA UNTIL HE HAS PAID AMOUNT DUE TO
THE PLTF.  THE COURT IMPOSES THE FOLLOWING COERCIVE FINE OF $500 FOR EVERY WEEK
THE BALANCE REMAINS UNPAID

11/08/2017     ORDER - CONTEMPT ORDER FOUND IN CONTEMPT  ON 11/07/2017
PAUL  MATHEWS , JUDGE

11/16/2017     HEARING - OTHER HEARING HELD  ON 11/15/2017
BRIANNE  MARTIN , MAGISTRATE

11/16/2017     HEARING - PRETRIAL/STATUS HELD  ON 11/15/2017
BRIANNE  MARTIN , MAGISTRATE

11/16/2017     ORDER - PRETRIAL/STATUS ENTERED  ON 11/15/2017
BRIANNE  MARTIN , MAGISTRATE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL VIA MAIL

11/16/2017     HEARING - OTHER HEARING SCHEDULED  FOR 12/05/2017 AT 01:00 P.M.  in Room No. 3
NOTICE MAILED TO PARTIES
FINAL ON PENDING ISSUES

HEARING - OTHER HEARING NOTICE SENT  ON 11/16/2017  in Room No. 3
NOTICE MAILED TO PARTIES
FINAL ON PENDING ISSUES

12/04/2017     Party(s):   MICHELE C BECKSTROM

OTHER FILING - AFFIDAVIT FILED  ON 12/04/2017
ATTORNEY FEE AFFIDAVIT

12/05/2017     HEARING - OTHER HEARING HELD  ON 12/05/2017
SUSAN  SPARACO , JUDGE

12/05/2017     Party(s):    ERIC BECKSTROM
MOTION - MOTION TO MODIFY/AMEND GRANTED  ON 12/05/2017
SUSAN  SPARACO , JUDGE
GRANTED IN PART AND DENIED IN PART

12/05/2017     Party(s):    MICHELE C BECKSTROM
MOTION - OTHER MOTION GRANTED  ON 12/05/2017
SUSAN  SPARACO , JUDGE
PLTFS CROSS MOTION TO ENFORCE

12/05/2017     Party(s):    MICHELE C BECKSTROM
MOTION - MOTION TO DISMISS GRANTED  ON 10/11/2017
BRIANNE  MARTIN , MAGISTRATE

12/05/2017     ORDER - COURT ORDER ENTERED  ON 12/05/2017
SUSAN  SPARACO , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL VIA MAIL.  ORDER ON DEFS MOTION TO TERMINATE SPOUSAL
SUPPORT AND MODIFY PARENTAL RIGHTS AND PLTFS OPPOSITION AND CROSS MOTION TO
ENFORCE.

11/16/2018     Party(s):    ERIC BECKSTROM
FILING DOCUMENT - MOTION TO MODIFY/AMEND FILED  ON 11/13/2018

11/16/2018     Party(s):    ERIC BECKSTROM
MOTION - MOTION TO MODIFY/AMEND FILED  ON 11/13/2018

11/26/2018     Party(s):    MICHELE C BECKSTROM
RESPONSIVE PLEADING - RESPONSE FILED  ON 11/26/2018
TO DEF¿S MOTION TO MODIFY

12/13/2018     Party(s):    MICHELE C BECKSTROM
SUMMONS/SERVICE - CERTIFIED MAIL RETURN RECEIPT SERVED ON 11/13/2018

12/13/2018     Party(s):    MICHELE C BECKSTROM
SUMMONS/SERVICE - CERTIFIED MAIL RETURN RECEIPT FILED  ON 12/06/2018

12/13/2018     HEARING - CASE MANAGEMENT HEARING SCHEDULED  FOR 01/14/2019 AT 08:30 A.M.  in Room No. 3
NOTICES MAILED TO PARTIES

HEARING - CASE MANAGEMENT HEARING NOTICE SENT  ON 12/13/2018  in Room No. 3
NOTICES MAILED TO PARTIES

ROCDC-FM-2014-00058
**DOCKET RECORD**

12/26/2018    Party(s):   MICHELE C BECKSTROM
              MOTION - MOTION TO CONTINUE FILED   ON 12/26/2018

01/07/2019    Party(s):   MICHELE C BECKSTROM
              MOTION - MOTION TO CONTINUE DENIED   ON 01/07/2019
              BRIANNE  MARTIN , MAGISTRATE
              BUT PLTF MAY PARTICIPATE BY PHONE

01/10/2019    Party(s):   MICHELE C BECKSTROM
              RESPONSIVE PLEADING - RESPONSE FILED   ON 01/10/2019
              OBJECTION TO DEF¿S REQUEST TO PARTICIPATE BY PHONE AT CMC

01/14/2019    Party(s):   ERIC BECKSTROM
              FINANCIAL DOCUMENTS - CHILD SUPPORT AFFIDAVIT FILED   ON 01/11/2019

01/14/2019    Party(s):   ERIC BECKSTROM
              OTHER FILING - ENTRY OF APPEARANCE FILED   ON 01/11/2019

01/14/2019    Party(s):   ERIC BECKSTROM
              MOTION - REQUEST TELEPHONE CONFERENCE FILED   ON 01/11/2019

01/14/2019    Party(s):   ERIC BECKSTROM
              MOTION - REQUEST TELEPHONE CONFERENCE GRANTED   ON 01/14/2019
              BRIANNE  MARTIN , MAGISTRATE

01/14/2019    HEARING - CASE MANAGEMENT HEARING HELD   ON 01/14/2019
              BRIANNE  MARTIN , MAGISTRATE

01/14/2019    ORDER - CASE MANAGEMENT ORDER ENTERED   ON 01/14/2019
              BRIANNE  MARTIN , MAGISTRATE
              ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
              COPIES TO PARTIES/COUNSEL VIA MAIL

              MEDIATION - FIRST MEDIATION SCHEDULED  FOR 02/11/2019 AT 12:30 P.M.  in Room No.  99

              HEARING - PRETRIAL/STATUS SCHEDULED  FOR 02/11/2019 AT 02:30 P.M.  in Room No.  3

01/14/2019    MEDIATION - FIRST MEDIATION NOTICE SENT   ON 01/14/2019
              NOTICES MAILED TO PARTIES AND EMAILED TO KIM (MEDIATOR)

01/14/2019    HEARING - PRETRIAL/STATUS NOTICE SENT   ON 01/14/2019
              NOTICES MAILED TO PARTIES

01/31/2019    Party(s):   MICHELE C BECKSTROM
              FINANCIAL DOCUMENTS - CHILD SUPPORT AFFIDAVIT FILED   ON 01/31/2019

02/12/2019    MEDIATION - FIRST MEDIATION HELD   ON 02/11/2019

02/12/2019    HEARING - PRETRIAL/STATUS HELD   ON 02/11/2019

ROCDC-FM-2014-00058
**DOCKET RECORD**

BRIANNE MARTIN , MAGISTRATE

02/12/2019    MEDIATION - MEDIATION REPORT PARTIALLY RESOLVED ON 02/11/2019

02/12/2019    ORDER - PRETRIAL/STATUS ENTERED ON 02/11/2019
BRIANNE MARTIN , MAGISTRATE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL VIA MAIL

HEARING - PRETRIAL/STATUS SCHEDULED FOR 03/15/2019 AT 02:00 P.M. in Room No. 3

02/12/2019    HEARING - PRETRIAL/STATUS NOTICE SENT ON 02/12/2019
NOTICES MAILED TO PARTIES

02/27/2019    ASSIGNMENT - SINGLE MAGISTRATE ASSIGNED TO MAGISTRATE ON 02/27/2019
BRIANNE MARTIN , MAGISTRATE

03/13/2019    Party(s):   ERIC BECKSTROM
LETTER - FROM PARTY FILED ON 03/12/2019
LETTER FROM PARTY ADDRESSING THE MEDIATOR KIM HEILIG

03/14/2019    Party(s):   MICHELE C BECKSTROM
RESPONSIVE PLEADING - RESPONSE FILED ON 03/14/2019
RESPONSE TO DEF¿S LETTER FILED 3/12/19

03/15/2019    HEARING - PRETRIAL/STATUS HELD ON 03/15/2019
BRIANNE MARTIN , MAGISTRATE

03/18/2019    ORDER - PRETRIAL/STATUS ENTERED ON 03/15/2019
BRIANNE MARTIN , MAGISTRATE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL VIA MAIL

MEDIATION - FIRST MEDIATION SCHEDULED FOR 04/12/2019 AT 12:30 P.M. in Room No. 99

HEARING - PRETRIAL/STATUS SCHEDULED FOR 04/12/2019 AT 02:30 P.M. in Room No. 3

03/18/2019    MEDIATION - FIRST MEDIATION NOTICE SENT ON 03/18/2019
NOTICES MAILED TO PARTIES AND EMAILED TO KIM (MEDIATOR)

03/18/2019    HEARING - PRETRIAL/STATUS NOTICE SENT ON 03/18/2019
NOTICES MAILED TO PARTIES

03/28/2019    Party(s):   MICHELE C BECKSTROM
OTHER FILING - TRANSCRIPT ORDER FORM FILED ON 03/27/2019

03/28/2019    Party(s):   MICHELE C BECKSTROM
OTHER FILING - TRANSCRIPT ORDER FORM SENT TO REPORTER/ER ON 03/28/2019

04/12/2019 Party(s): MICHELE C BECKSTROM
OTHER FILING - ENTRY OF APPEARANCE FILED  ON 04/12/2019
LIMITED

04/12/2019 Party(s): MICHELE C BECKSTROM
ATTORNEY - LIMITED ENTERED  ON 04/12/2019
Plaintiff's Attorney: LISA J LATTES

04/16/2019 Party(s): ERIC BECKSTROM
MOTION - MOTION TO MODIFY/AMEND WITHDRAWN ON 04/12/2019
BRIANNE  MARTIN , MAGISTRATE
VERBALLY AND RECORDED

04/16/2019 MEDIATION - FIRST MEDIATION HELD  ON 04/12/2019

04/16/2019 HEARING - PRETRIAL/STATUS HELD ON 04/12/2019
BRIANNE  MARTIN , MAGISTRATE
MOTION TO MODIFY VERBALLY WITHDRAWN BY DEF / RECORDED

04/16/2019 ORDER - PRETRIAL/STATUS ENTERED  ON 04/12/2019
BRIANNE  MARTIN , MAGISTRATE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL IN HAND TO PLTF AND MAILED TO DEF

08/11/2020 Party(s): MICHELE C BECKSTROM
FILING DOCUMENT - MOTION TO MODIFY/AMEND FILED  ON 08/10/2020
WITH STIPULATED ORDER ATTACHED

08/11/2020 Party(s): MICHELE C BECKSTROM
MOTION - MOTION TO MODIFY/AMEND FILED  ON 08/10/2020
WITH STIPULATED JUDGMENT

08/11/2020 Party(s): ERIC BECKSTROM
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 07/08/2020

08/11/2020 Party(s): ERIC BECKSTROM
SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 0

08/14/2020 Party(s): MICHELE C BECKSTROM
MOTION - MOTION TO MODIFY/AMEND GRANTED  ON 08/14/2020
BRIANNE  MARTIN , MAGISTRATE

08/14/2020 ORDER - AMENDED DIVORCE JUDGMENT ENTERED  ON 08/14/2020
BRIANNE  MARTIN , MAGISTRATE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIREC
COPIES TO PARTIES/COUNSEL VIA MAIL.  STIPULATED ORDER AME
JUDGMENT AND SATISFYING CONTEMPT.

*Every thing*
*after*
*9/28/2021*

09/28/2021 Party(s): ERIC BECKSTROM

ROCDC-FM-2014-00058
**DOCKET RECORD**

FILING DOCUMENT - MOTION TO ENFORCE FILED  ON 09/22/2021

Party(s):   ERIC BECKSTROM
FILING DOCUMENT - MOTION FOR CONTEMPT FILED  ON 09/22/2021

09/28/2021       Party(s):   ERIC BECKSTROM
MOTION - MOTION TO ENFORCE FILED  ON 09/22/2021

Party(s):   ERIC BECKSTROM
MOTION - MOTION FOR CONTEMPT FILED  ON 09/22/2021
WITH ATTACHED EXHIBITS #A - #D (X2), #E - #H, #K - #M, #P - #T (#T MARKED AS
CONFIDENTIAL), AND ORDER ON MOTION FOR CONTEMPT

10/07/2021       ORDER - ORDER FOR CONTEMPT HEARING ENTERED  ON 09/28/2021
JOHN  MARTIN , JUDGE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.
COPIES TO PARTIES/COUNSEL

10/07/2021       SUBPOENA - CONTEMPT ORDER ISSUED  ON 10/07/2021

10/07/2021       HEARING - MOTION FOR CONTEMPT SCHEDULED  FOR 11/10/2021  AT 03:30 P.M.  in Room No.  2

10/28/2021       Party(s):   MICHELE C BECKSTROM
SUBPOENA - CONTEMPT ORDER SERVED  ON 10/19/2021

10/28/2021       Party(s):   MICHELE C BECKSTROM
SUBPOENA - CONTEMPT ORDER FILED  ON 10/27/2021

11/02/2021       Party(s):   MICHELE C BECKSTROM
RESPONSIVE PLEADING - RESPONSE FILED  ON 11/01/2021
PLAINTIFF¿S VERIFIED RESPONSE TO MOTION FOR CONTEMPT AND TO ENFORCE

11/02/2021       Party(s):   MICHELE C BECKSTROM
MOTION - OTHER MOTION FILED  ON 11/01/2021
PLAINTIFF¿S MOTION TO STRIKE

11/09/2021       Party(s):   ERIC BECKSTROM
ATTORNEY - RETAINED ENTERED  ON 11/08/2021
Defendant's Attorney: CHRISTOPHER K MACLEAN

11/09/2021       Party(s):   ERIC BECKSTROM
FILING DOCUMENT - MOTION TO MODIFY/AMEND FILED  ON 11/08/2021
Defendant's Attorney: CHRISTOPHER K MACLEAN

11/09/2021       Party(s):   ERIC BECKSTROM
MOTION - MOTION TO MODIFY/AMEND FILED  ON 11/08/2021
Defendant's Attorney: CHRISTOPHER K MACLEAN

11/09/2021       Party(s):   ERIC BECKSTROM
FINANCIAL DOCUMENTS - CHILD SUPPORT AFFIDAVIT FILED  ON 11/08/2021

Defendant's Attorney: CHRISTOPHER K MACLEAN

WITH ATTACHED COPY OF 2020 INCOME TAX RETURN, AND COPY OF HEALTH INSURANCE COSTS

11/09/2021     Party(s):   ERIC BECKSTROM
OTHER FILING - ENTRY OF APPEARANCE FILED ON 11/08/2021
Defendant's Attorney: CHRISTOPHER K MACLEAN

11/15/2021     Party(s):   ERIC BECKSTROM
MOTION - MOTION TO ENFORCE DISMISSED ON 11/10/2021
JOHN MARTIN , JUDGE
FOR FAILURE TO STATE A CLAIM

11/15/2021     Party(s):   ERIC BECKSTROM
MOTION - MOTION FOR CONTEMPT DISMISSED ON 11/10/2021
JOHN MARTIN , JUDGE
FAILURE TO STATE A CLAIM

11/15/2021     HEARING - MOTION FOR CONTEMPT NOT HELD ON 11/10/2021
JOHN MARTIN , JUDGE
MOTION FOR CONTEMPT & MOTION TO ENFORCE DISMISSED FOR FAILURE TO STATE A CLAIM

11/15/2021     Party(s):   MICHELE C BECKSTROM
MOTION - OTHER MOTION GRANTED ON 11/10/2021
JOHN MARTIN , JUDGE
PLAINTIFF¿S MOTION TO STRIKE - GRANTED IN PART AS TO #5. DENIED AS TO ALL OTHER REQUEST. DEFENDANT¿S MOTION FOR CONTEMPT AND MOTION TO ENFORCE ARE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM.

11/15/2021     Party(s):   MICHELE C BECKSTROM
MOTION - OTHER MOTION DENIED ON 11/10/2021
JOHN MARTIN , JUDGE
PLAINTIFF¿S MOTION TO STRIKE - DENIED AS TO ALL BUT #5. DEFENDANT¿S MOTION FOR CONTEMPT & MOTION TO ENFORCE ARE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM

12/14/2021     Party(s):   ERIC BECKSTROM
LETTER - FROM PARTY FILED ON 11/15/2021
Defendant's Attorney: CHRISTOPHER K MACLEAN
LETTER DATED NOVEMBER 12, 2021 WITHDRAWING MOTION TO MODIFY DATED 11-3-2021

12-15-2021 GRANTED./S/MARTIN.

12-27-2021 COPY MAILED TO CHRISTOPHER MACLEAN, ESQ.

12/23/2021     Party(s):   ERIC BECKSTROM
MOTION - MOTION TO MODIFY/AMEND WITHDRAWN ON 12/15/2021
JOHN MARTIN , JUDGE
Defendant's Attorney: CHRISTOPHER K MACLEAN

ROCDC-FM-2014-00058
**DOCKET RECORD**

| 02/25/2015 | Misc Payment | $60.00 | paid. |
| 02/25/2015 | Misc Payment | $60.00 | paid. |
| 06/11/2015 | Misc Payment | $5.00 | paid. |
| 08/20/2015 | Misc Payment | $25.00 | paid. |
| 08/02/2016 | Misc Payment | $16.00 | paid. |
| 05/25/2017 | Misc Payment | $20.00 | paid. |
| 05/25/2017 | Misc Payment | $60.00 | paid. |
| 05/25/2017 | Misc Payment | $25.00 | paid. |
| 06/20/2017 | Misc Payment | $60.00 | paid. |
| 09/06/2017 | Misc Payment | $60.00 | paid. |
| 04/12/2018 | Misc Payment | $43.00 | paid. |
| 11/16/2018 | Misc Payment | $60.00 | paid. |
| 11/16/2018 | Misc Payment | $20.00 | paid. |
| 12/06/2018 | Misc Payment | $10.00 | paid. |
| 01/31/2019 | Misc Payment | $70.00 | paid. |
| 02/12/2019 | Misc Payment | $70.00 | paid. |
| 06/12/2020 | Misc Payment | $5.00 | paid. |
| 08/11/2020 | Misc Payment | $60.00 | paid. |
| 08/11/2020 | Misc Payment | $20.00 | paid. |
| 09/24/2021 | Misc Payment | $5.00 | paid. |
| 09/24/2021 | Misc Payment | $60.00 | paid. |
| 09/24/2021 | Misc Payment | $60.00 | paid. |
| 11/10/2021 | Misc Payment | $60.00 | paid. |
| 11/10/2021 | Misc Payment | $20.00 | paid. |

A TRUE COPY
ATTEST: _____
         Clerk