9

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**
ERIC A. BECKSTROM, Plaintiff,
v.
ROD ALLEN BECKSTROM, CATHERINE LEE DUBRIDGE, CHRIS MALACHOWSKY, et al., Defendants.
**Case No.:** 6:26-cv-00920-AA
**Date:** June 26, 2026

**(PROPOSED) ORDER GRANTING EMERGENCY PROTECTIVE ORDER**

Before the Court is Plaintiff's Emergency Motion for a Protective Order Pursuant to FRCP 26(c). Having reviewed the motion and finding good cause shown to protect the integrity of the active civil discovery record and prevent the exploitation of sensitive, confidential information, IT IS HEREBY ORDERED:

1. **Absolute Suppression of Duplicated Payloads**: Any data, metadata, password cache, legal document, or credential mirrored or extracted from Plaintiff's physical computing hardware and devices on June 25, 2026, is hereby suppressed and barred from utilization, reference, or submission by the defense within any civil docket, motion cycle, or deposition proceeding in this matter.
2. **Mandatory Data Segregation and Sealed Custody**: Any entity currently holding the mirrored sector images executed from Plaintiff's drives shall instantly segregate, password-lock, and place the cloned data streams into a secure, air-gapped repository under strict court-monitored seal, prohibiting any transmission or indexing across commercial or public servers.
3. **Disclosure Mandate**: Any defense counsel, corporate monitor, or peripheral node who receives any derivative input or narrative tracking insight sourced from the June 25th unauthorized duplication event must immediately file a sworn declaration under penalty of perjury detailing the exact transmission path, the identity of the sender, and the specific metadata parameters received.
4. **Preservation of Sanction Review**: This order preserves Plaintiff's right to seek evidentiary sanctions under FRCP 37, up to and including a default judgment, upon a showing of non-compliance or further data exploitation by any named defendant.

IT IS SO ORDERED.
Dated: _______________, 2026

____________________________________
Hon. Ann L. Aiken
United States District Judge