ERIC A BEGGSTROM Name
PO Box 10427 Address
_____ Address
_____ Address
EUGENE, OR 97__ City State and Zip
_____ Phone
PLAINTIFF for [Plaintiff/Defendant]

FILED 26 JUN '26 14:17 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

Eric A. Begcstroh

Plaintiff(s),

v.

Rod Allen Begcstroh, et al.,

Defendant(s).

Case No.: 6 : 26cv- 00920 -AA

EXHBIT 1 - SUBJEG PROFILE
DOCUMENT TITLE

EXHIBIT 6 - FORENSIC CHAIN OF
CUSTODY & PERSISTENT
PHYSICAL TRACKING

EXHIBIT 45 - GHOST USER 2

CAMDEN POLICE REPORT
IRIS DEATH

EXHIBIT C: TACTICAL PROXIMITY
(UPDATED) & SURVEILLANCE ANALYSIS

EXHIBIT 31: THE CASUALTY LIST &
PHYSICAL ATTRITION

Dated: 6/26/2026

Name
ERIC A. BEGCSTROH

1

**EXHIBIT 1: Subject Profile – Rod Allen Beckstrom (The Technical Hub)**

## "SUBJECT POSSESSES ADVANCED BYPASS CAPABILITIES. LOCAL FBI FIELD OFFICE NOT EQUIPPED TO SECURE COMPROMISED HARDWARE."

**Subject:** Rod Allen Beckstrom (Former Director, NCSC/DHS; Former CEO, ICANN)
**Date:** April 20, 2026
**Prepared by:** Eric A. Beckstrom
1. Professional Capacity & Weaponized Expertise (**Resulting in Wrongful Death of Iris Beckstrom**)

•**The Subject:** As a former high-level government official (NCSC/DHS) and global infrastructure head (ICANN), Rod Beckstrom possesses military-grade expertise in cybersecurity, monitoring, and data forensic tools.
•**The Breach (Berlin 2011):** Forensic evidence suggests the Subject utilized an ICANN meeting in Berlin (2011) to physically or remotely install government-level stalking and monitoring software on the claimant's (Eric's) hardware.
•**Operational Intent:** For 15 years, the Subject utilized this access to maintain 24/7 digital control over his brother's family, shielding a **33-year commercial pimp/racketeering operation** involving his primary "tool," Catherine DuBridge, see below.



Cybersecurity expert
Rod Beckstrom Ranks...





Rod Beckstrom
Uncle to Iris

Rod's niece, Iris Beckstrom
(DOD) 8/8/2021 by hanging

Eric Beckstrom and
Rod's 'tool': Catherine DuBridge



Laptop Ghost User installed by Rod, discovered April, 16, 2026

*Page 6*

≔ **Rod Beckstrom**                                                                    文A Add languages ˅

Article  Talk                                                           Read  Edit  View history  Tools ˅

From Wikipedia, the free encyclopedia

**Rod Beckstrom** (born February 1961) is an American author, high-tech entrepreneur, and former CEO and President of ICANN. He previously served as Director of the National Cybersecurity Center.

### Education and early work  [edit]

Beckstrom received his BA with Honors and Distinction and an MBA from Stanford University, where he served as the Chairman of the Council of Presidents of the Associated Students of Stanford University.[citation needed]

In August 2007, Beckstrom and Peter Thoeny, author of TWiki co-launched TWIKI.NET, a Web 2.0 company that supports TWiki, an open source wiki. Beckstrom became Chairman and Chief Catalyst. He was also co-founder, Chairman and CEO of CATS Software Inc., a derivatives and risk management software company which went public on NASDAQ and later was sold to Misys PLC.[citation needed]

### Author  [edit]

He is co-author of the best-selling book *The Starfish and the Spider*, which lays out a new organizational theory for considering all organizations as existing on a continuum between centralized to decentralized, with different implications and strategies for each firm based upon their position on that axis. In interviews with *The Washington Post*[1] and *USA Today*,[2] Beckstrom explains how, using the 'Starfish' concept illustrated in *The Starfish and the Spider*, the U.S. Government can take a different approach in their dealings with Al-Qaeda. Beckstrom is also the formulator of an economic model for valuing networks, Beckstrom's law, which was presented at BlackHat 2009 and

**Rod Beckstrom**

| | |
|---|---|
| **Born** | February 1961 (age 65) |
| **Alma mater** | Stanford University, M.B.A. |
| **Occupations** | American author high-tech entrepreneur |
| **Website** | beckstrom.com ↗ |

2. Digital Forensic Inventory (The "Agent_Beckstrom" Archive)The following tools were recovered from a hidden directory within an ArchiCAD library on the claimant's laptop (identified April 2, 2026):

•**MFCMAPI (x64/zip):** A low-level MAPI editor used to manipulate Exchange/Outlook mailboxes, hide folders, and export "deleted" metadata without user detection.
•**Stellar Converter for OST (Corporate Edition):** Professional software used to convert and harvest offline email data for unmonitored review.
•**AGENT_BECKSTROM_ARCH...ZIP:** A likely customized logging agent or archival script designed for persistent data exfiltration.
•**Puran File Recovery & Remo Repair:** Forensic tools used to recover previously deleted or wiped communications.
3. Human & National Security Impact

•**Wrongful Death of Iris Beckstrom:** The Subject utilized technical and physical isolation to silence his niece, Iris Beckstrom, following her 2018 sexual assault by Catherine DuBridge. This "Scorched Earth" policy led directly to Iris's death in Maine (08/08/2021).
•**National Security Risk:** If a former DHS Cyber Head is willing to deploy state-level cyber weapons to facilitate a blackmail syndicate and sacrifice his own family members, his proximity to high-value national assets (DNS, Nvidia IP) constitutes an **active and urgent National Security threat**.
4. Evidence Preserved

•**Forensic Images:** Photos of the "Ghost User" activity and the hidden file directories.
•**Chain of Custody:** The laptop and iPhone containing these files are currently **Air-Gapped and Faraday-shielded** awaiting Federal Cyber Review.

*Page 7*



**EXHIBIT 6**: Forensic Chain of Custody & Persistent Cyber-Physical Tracking

**SUBJECT:** Steganographic Payload (2011), Remote Spoliation (2026), and Rivian Telemetry Override
**PREPARED BY:** Eric A. Beckstrom | **DATE:** April 23, 2026

## I. THE BERLIN INTERCEPT (ICANN 2011)

•**Origin of Breach:** Unauthorized hardware access by **Rod A. Beckstrom** during the 2011 ICANN meeting (Hotel Adlon Kempinski, Berlin).
•**Concealment Method:** Advanced toolkit embedded within the **"ArchiCAD Library 10"**folder to bypass antivirus and masquerade as architectural metadata.
•**Recovered Forensic Assets (April 3, 2026):**

•AGENT_BECKSTROM_ARCH....ALIFORNIA_V10_12_6_RW.ZIP

•HxDSetup.exe (Hex Editor/Metadata alteration)

•MFCMAPI.x64.exe.22.0.22216.01 (Low-level Exchange/MAPI manipulation)

•StellarConverterforOST-Corporate.exe (Mass exfiltration of encrypted data)

•PuranFileRecoveryX64.zip (Monitoring of "wiped" disk sectors)

## II. ACTIVE SPOLIATION & INSTITUTIONAL COMPROMISE (APRIL 14-16, 2026)

•**"Ghost User" Detection:** Discovery of a secondary, unauthorized Administrative User Profile.
•**Real-Time Data Purge:** Claimant witnessed the automated, remote deletion of files for a 10-minute duration. This confirms an active **Remote Access Trojan (RAT)** used to destroy evidence as it is discovered.
•**Compromised IT Infrastructure:** High-probability concern that **Harbor Digital (Brunswick, ME)** is facilitating backdoor access.
•**Persons of Interest:** Brandon Cameron (Owner), Jason Gindel (Tech).
•**Location:** 74 Orion St., Brunswick, ME 04011 | 207-236-9097.

## III. VEHICLE TELEMETRY OVERRIDE (VIN: 7PDSGBBA8SN055557)

•**Hardware Intrusion:** A "Shadow Phone" (unauthorized mobile device) is hard-synced to the **2025 Rivian R1S** dash.
•**Command & Control:** Bluetooth and Location Services are being **remotely toggled "ON"** via external command, overriding manual privacy settings. This ensures the vehicle functions as a persistent tracking beacon for the Subject's stalking syndicate.



3

**EXHIBIT 45**: Ghost User-2

**SUBJECT:** Ghost 'Guest User' Discovered on new, second Mac Laptop (air gapped)
**PREPARED BY:** Eric A. Beckstrom
**DATE: May 6, 2026**

"I have evidence of a firmware-level 'Ghost User' performing remote spoliation of my files, while preparing legal documents at Elmer's Restaurant, Eugene, OR 9:31am. This computer is 3 weeks old, does not use bluetooth and does not have Apple ID. These measures are in place to prevent tracking which just occurred 2 hours ago. The wifi is only on a few hours a day. Previously a Proton VPN could be used to protect incursions, however a few days ago that measure would not work. It can be ascertained that my brother, Rod Beckstrom, and or his team were responsible. Furthermore I encounter a few to several 'spies and goons' every day. Either women spotting me and monitoring me such that I walk around a small block and they do the same..Yesterday a goon was at the bookstore. It is relentless. I am using my 8th phone, although it is only for emergencies. I abandoned my electric car in San Francisco in a public parking garage. Does anyone else have a brother who monitors them 24/7 and 360? It is all intimidation tactics to a father who lost one daughter to this isolation abuse, the father to my godson and others. Abusers abuse, my daughter is dead, my other children are isolated and tracked too. THEY ARE BLOCKING MY PRINTER WHILE I TRY TO PRINT THIS OUT!
I have witnessed 7 spies/trackers in 4 days her in Eugene, OR. I have seen about 20-30 since being 'gray', either English mature, very attracive woman, super young punker, medium people, I chased one thug into a conveniece store and out up the block, he looked like he was from Oklahoma too! Guys with super big dogs just wating.. if I am so unstable and have issues, why is the Rod Beckstrom Syndicate spending so much money trying to 'wig me out'? Rod has operated in the shadows his entire life. He gave a girld $1 to be his girlfriend in 6th grade, it did not go well, she said no and the entire school found out. He could have just talked to her…These are his issues not mine. Why would a man employ commerical/industrial tracking on his brother?? There are many many reasons.



4

```
09/08/21                      Camden Police Department                      1233
15:23                             Officer Report                    Page:     1

Incident Number:   C21-3610
Nature:  Dead Body                        Case Numbers:

  Addr:  88 Washington St                      Area:  CAM    CAM
  City:  Camden            St: ME  Zip:  04843    Contact:  Ofc Paul Thompson

Complainant:      10189

  Lst:  Camden Police Department      Fst:                Mid:
  DOB:  **/**/**                      Adr:  31 Washington St; Camden PD
  Rac:    Sx:   Tel: (207)236-7953  Cty:  Camden          St: ME Zip: 04843

Reported:  DBOD    Dead Body
Observed:
 Offense
   Codes:  DBOD    Dead Body

Circumstances:

Responding Officers:   Paul Thompson      C306
                       Curt Andrick       C302
Rspnsbl Officer:  Paul Thompson     Agency:  0701
   Received By:  Robin Boardman    Last RadLog: 09:13:25 08/08/21    CMPLT
  How Received:  R   Radio                 Clearance: SGT  Sergeant Approved

  When Reported:  07:30:28 08/08/21    Disposition: CLR  Disp Date: 08/08/21

Occurrd between:  07:30:28 08/08/21    Judicial Sts:
            and:  07:30:28 08/08/21     Misc Entry:

Modus Operandi:
     Factor           Description                   Method

INVOLVEMENTS:
Date       Description                            Relationship
---------  ------------------------------------   -------------------------
```

NOTE: CAMDEN POLICE NEVER INFORMED ERIC BECKSTROM OF HIS DAUGHTER'S DEATH
THIS REPORT WAS MADE BECAUSE ERIC BECKSTROM HAD TO REQUEST IT, OTHERWISE CAMDEN POLIE
WOULD NOT HAVE COMMUNICATED ANYTHING, REFLECTING A PATTERN SINCE 2014
PLEASE ALSO NOTE: IN 2014, CAMDEN POLICE CALLED ERIC IN CA TO ISSUE 2 TRESPASSING WARNINGS
AGAINST IRIS-14, SONIA-18 WHILE THEY WERE ATTENDING SCHOOLS IN PALO ALTO, CA - A FORM OF
INTIMIDATION BY ALL PARTIES; NO CAUSE.
SOREN WAS BEING HELD IN JACK CHURCHILL'S HOME IN CAMDEN WIHT HIS MOTHER, JACK-62 AT THE
TIME FILED THE REPORT, NOTE: JACK'S IDENTICAL TWIN WAS A FELON-CHILD ABUSER' JACK ALSO
TESTIFIED AT THE DIVORCE TRIAL SAYING HOW DANGEROUS AND AFRAID HE WAS OF SONIA AND IRIS?
OUR FAMILIES HAD MANY DINNERS TOGETHER. HIS DAUGHTER LIVED IN OUR BARN APT. ONE SUMMER.
JACK HAS EXTENSIVE TIES WITH THE CAMDEN, POLICE DEPT AND ALSO TEACHES PHOTOGRAPHY AT THE
LOCAL HIGH SCHOOL.
PLEASE ALSO NOTE BETWEEN 2014-2015, MICHELE BECKSTROM REPEATEDLY CALLED THE POLICD ON HER
OWN 3 CHILDREN MULTIPLE TIMES IN MAINE AND CALIFORNIA, GIVEN THE RECENT KNOWLEDGE THAT
ROD BECKSTOM HAS BEEN ENGINEERING' ERIC BECKSTROM'S FAMILY, IT IS LIKELY HE INSTRUCTED
MICHELE BECKSTROM TO DO THIS AS PART OF HIS 15 YEAR DESTABLIZATION CAMPAIGN TO PROTECT HIS
ILLICIT BUSINESS. MY CHILDREN HAVE SUFFERED SO MUCH INSTITUTIONALLIZED ABISE BY THEIR
MOTHER'S CLUSTER B PARANOIZ AND THE RESULTS HAVE BEEN TRAGIC, ROD BECKSROM HAS ADVERSELY
AFFECTED MY FAMILY SINCE 2011, THIS HAS TO STOP SOON, NOW THAT WE HAVE THE PROOF. I AM A
DEDICATED FATHER AND CITIZEN.

Page 8



```
09/08/21                    Camden Police Department                    1233
15:23                          Officer Report                    Page:    2
```
                          Narrative Section
--------------------------------------------------------------------------
                    Dead Body Investigation Narrative

1. Date, time, location, circumstances, by whom body was discovered:

        8/8/2021 the body of Iris Beckstrom 10/29/2000 was found by her Mother,
Michelle Beckstrom 3/4/1964.  Body was found hanging from the neck from a rafter
in the shed out behind the house at 88 Washington St. The Shed had been
converted into a living area for the Deceased. Michelle screamed, which alerted
the other children. Michelle ran to the house to grab scissors.  Michelle
returned and cut the strap that the Deceased was hanging from, and she was laid
on the floor.  Sonia Beckstrom 8/1/1996, the Deceased's sister, called 911 and
the Deceased's brother, Soren Beckstrom 8/11/2004, started CPR. It was reported
as a suicide attempt. I arrived and took over compressions until I found that
there was no pulse, which I had Ofc. Ford confirm. The Deceased's hands had
started turning blue and she was cold to the touch, and I could hear fluid in
the lungs.

2. Date, time victim last seen alive; by whom:

        The Deceased's sister, Sonia, stated that they all saw the Deceased
around 2200 hrs the night before 8/7/2021.

3. Position of the body when discovered:

        Hanging from the neck from a rafter by means of a Atlas Chroma
Suspension strap, used in camping/hiking/climbing.  The Deceased was supine on
my arrival.

4. Unusual marks on the body:

        Ligature marks around the neck appeared to be consistent with a suicide
by hanging. No unusual marks.

5. Medical aid given prior to death; by whom:

        Death had occurred before the body was found but CPR had been started by
the brother, Soren Beckstrom.  I took over for the Soren, until I realized death
had clearly occurred.

6. Apparent cause of death determined at scene by investigation officer:

        Asphyxiation due to hanging/strangulation.

7. Time medical examiner notified; his actions:

        Medical Examiner Office was notified at approximately 0730 on 8/8/21.
At 0752 hrs, Cindy from the ME's Officer told to have the funeral home secure
the body for an investigator to come out either today or tomorrow 8/9/21.

8. Autopsy information:

        None.

9. Physician in attendance:

6

```
09/08/21                    Camden Police Department              1233
15:23                          Officer Report               Page:    3
```

        No

10. Evidence obtained:

        Two notes that appear to have been written by the Deceased, one on the
door to the shed and one on the bedside table.  An I phone with a light blue
case was recovered.  The strap that was used was also recovered if needed for
the ME Officer investigator.

11. Disposition of personal effects:

        In a plastic bag in the evidence room.

12. Death notification:

        Mother, Brother, and Sister of the Deceased had made the discovery.  The
Mother, Michelle, decided they would wait to inform the Father, Eric Beckstrom
7/19/1963

13. Ambulance attendants' names:

        North East Mobile Health Service attendants present: ████████ , ████

14. Additional information:

        Supervisor Detective Andrick was notified at 0714 8/8/21.  Long's
Funeral Services was notified at approximately 0745. I spoke with Julie, from
Long's, at 0802. A File 14 was created for Unattended Death.
        The family members reported that the Deceased had been dealing with
depression, and had been counseling.

15. Date, time, reporting officer:

        8/8/2021 1040 hrs, Ofc. Paul Thompson

----------------------------------------------
Responsible LEO:

----------------------------------------------
Approved by:

--------------------------
Date

7

**EXHIBIT C Updated:** Tactical Proximity & Surveillance Analysis - Santa Cruz/Seabright, CA

**Prepared by:** Eric Beckstrom (Designer of 5 SeaBright/Santa Cruz residences)
I. The Command & Control Layout (The "500-Foot Mesh")

•**Surveillance and Ocean Access for Clients** (moored in harbor, 500' away or less)
•1985 40' Viking Fishing Boat, Rod Beckstrom's residence since 2019, owned since 2003.
•Chris Malachowsky's motor yacht; Chris commented to Eric, "I don't know why I bought it, I don't do boats"
•**Proxy Residence:** 224 4th Avenue (Catherine DuBridge's residence).
•**Operational Connectivity:** The physical distance (approx. 500 feet) allows for a **Private Encrypted Mesh Network**. This enables Chris and Rod to monitor and exfiltrate data from the Catherine Lee Dubridge via short-range wireless exploitation (Wi-Fi/Bluetooth) that bypasses standard cellular and ISP monitoring.
•**Visual Line-of-Sight:** Rod's vessel is positioned exactly where it can be monitored from the Catherine Lee Dubridge's dining room.: The urgency expressed by **Mike Danaher (Wilson Sonsini)** to remove Rod from this boat suggests professional awareness of the vessel's role as a "dark" operational hub. At the 2019 EDF Fundraiser-SF(Musk, Scott, etc), Mike exclaimed to Eric in the bathroom " Eric, you have to get Rod off that damn boat!! now!!" Mike trusted Eric from the many tech meetings but Eric had no clue why the franticness.
**II. The 2030 East Cliff Transition to Chris Malachowsky (Nvidia) ownership. Syndicate funder.**

•**Legacy Usage:** Chris paid Rod $15.75M for the property, double the value for 'financial washing' and Chris's exposed physical access to Catherine Lee DuBridge 3 min. away. For decades the Beach House served as the primary hub for illicit activities and "social engineering" for Chris's Silicon Valley control.
•**Eric's Role:** 2020, Chris phoned Eric before the purchase on a 4 hours. Eric believed Chris was asking about adding a second floor for Chris's own wife. Instead Chris was duping Eric and attempting to extract whether Eric had any knowledge of the industrial scale sextortion enterprise in which he used Catherine Lee Dubridge as a 'hyper' sex party operative (Eric's fiance since 2017). Eric has oblivious because of tracking: 24/7, 360-degrees since the September 2011 Berlin ICANN meeting when Chris/Rod's team installed military grade tracking on Eric's laptop. All of Eric's devices are tracked and bugged: phone, cars, children, third laptop, 9 burner phones, friends, family, you... Chris is exposed physically, it is not a guess. Chris is not hidden behind a keyboard. Chris has a physical, verbal and connections to Eric and Seabright. This enormous, multi-decade Tracking investment of many people reflects the seriousness of the criminal activities and his wealth's ability to attempt to shield it, even from Deaths. The CyberBullying/Scorched Earth Isolation and Deaths need to stop.
•Eric presented the FBI with the 83 Exhibit Binder(Federal Civil Court lawsuit-$150M with treble damages). The FBI's response to the evidence "wait who are you? what is your name? Let me write down your name.., wait why are you here, what are the charges? Seconds later a pivot, "oh, your brother Rod is concerned about you, you should call him..." Rod filed a missing person's report, he is worried.." One second I am nobody, the next second they know my family? April 27 Rod filed a bogus missing person report, an exhibit in the binder. When Eric told the SF Police, they were irate. They saw the scheme and suggested that Eric file a restraining order on Rod! The FBI's pivot, gee we don't know who you are but we know everything about you.. Later the FBI said, "oh Eric, you seem out of sorts with all of this, why, is something wrong? is all this really happening, maybe you need therapeutic help? maybe you should reach out to Rod.." I expected this from the FBI based on previous visits, I should not have bothered seeing them. Everyone is scared, the FBI, and others.Maybe the FBI should stop telling untruths and work for citizens. Unless the FBI can raise Iris, Taylor, Philip, Robert from the dead, these deaths are real. The FBI serves as a private police force for the few. For 6 years Rod would not see me for coffee and he lives 20 min. away. So, the FBI does family

1

𝓔

therapy for 60-something brothers? suggesting Eric reach out to Rod, who caused Iris's death as shown in the Federal Criminal Referral attached? I expected the FBI manipulation tactics, the third time. Rod never offered condolences for Iris's Death-zero. Eric was never told of Iris death. Eric found out on Facebook 3 days later! Rod told Eric, "don't go to the Memorial Service, otherwise the Camden, ME Police will arrest you.." for what?? Rod/Chris have used the police to terrorize my kids since 2014, it needs to stop. The founder of the biggest company in the world Cyber Bullies and terroizes my amazing daughter because she was sexually assaulted by Catherine DuBridge as was my mom. They want to cover up these deaths, maybe America is OK with this?

### III. Honey Trap Infrastructures: 2030 East Cliff Drive and 224 4th Avenue

•**Access** 2030 East Cliff Drive                                    224 4th Avenue

Chris Malachowsky's Beach House                          Catherine Lee DuBridge Beach House



Santa Cruz Yacht Harbor          Chris Malachowsky's Yacht          Rod Beckstrom's Fishing Boat

2

9

**EXHIBIT 31: The Casualty List & Psychological Attrition**
**SUBJECT:** Forensic Documentation of the 100% Casualty Rate within the "Silo"
**PREPARED BY:** Eric A. Beckstrom (Witness/Survivor)
**DATE:** May 3, 2026, **REVISED June 1, 2026**
**I. THE DECEASED WITNESSES**
The following individuals were compromised, utilized, or destroyed by the psychological "Scorched Earth" policies of the Beckstrom Syndicate:

**Iris Mari Beckstrom (Deceased, 08/08/21):** The primary casualty of the forensic isolation and "Prison Shed" protocol. Her death was the ultimate result of the 33-year extortion architecture that required the total psychological dismantling of the children to ensure the "Managed Asset" (Catherine) remained compliant. **Iris was Rod Beckstrom's own niece**.

*Taylor Ungaro (Deceased, 09/2024):* Software and cyber security engineer. Godson Theo's father and close friend. Provided material protection testimony in 2014. Targeted via a 2024 financial intercept. Star One Credit Union blocked funds. Died by suicide in Belfast, Maine.

**Philip Cohen (Deceased, Damariscotta, ME):** A high-level attorney who succumbed to a drug overdose. Cohen was "smart" enough to understand the gravity of the Enterprise's reach but was consumed by the moral weight of the "Real Law" maneuvers required to protect it. Philip was destroyed when he experienced Eric's 'dogged' persistent need to protect and have his children live together.

**Robert S. Kamin (1979–2014), Heath-Newton LLP, San Francisco.**

**Source of Hire:** Identified and "found" by Subject Rod Beckstrom.

**The Post-Mortem Confession:** Direct admission of **collusion** by Heath-Newton senior partners following Kamin's death on 08/19/2014

**Strategic Intent:** To ensure the Claimant (Eric) had zero legitimate legal representation while the "Scorched Earth" and "Silo" protocols were executed.

**The Maternal Apology: Years after the 2014 death of Robert S. Kamin, his mother contacted the Claimant (Eric) out of the blue to offer a formal apology for her son's actions.**

**Strategic Significance:** This unsolicited apology serves as **post-mortem evidence** of the collusion. It confirms that the betrayal of the Claimant was a known fact within the Kamin family and the Heath-Newton firm. It provides the moral bridge between the digital surveillance and the legal sabotage.

**II. THE SURVIVOR ATTRITION (Attempted Liquidations)**

**Cathy's Youngest Son (Attempted Suicide x2, 2014):**

**The Behavioral Armor:** The son's 60lb weight gain and 3-year "bed-bound" state in high school were identified as a defensive mechanism to protect himself from the sexual predation of his mother (Catherine) and to disrupt the constant influx of illicit guests. Catherine constantly said he was so quirky. Cathy used a similar comment about the 1 month stint as a CASA for an 11 year old girl, in Cathy's words, " she is so quirky, does not obey directions and keeps running away from me."

**The "Sanitization" Move:** Subject Rod Beckstrom directed the son's commitment to a Malibu psych ward for 2 weeks. Her son to this day says this was more devastating than anything else. He has been estranged from Cathy for 2 years. This served to categorize a key witness as "unstable" and "psychotic," a standard neutralizing tactic used by the Syndicate.

10

### III. The "Sex Party" as a Weapon:

"Subject Catherine DuBridge, under the direction of Rod Beckstrom, sexually assaulted the Claimant's elderly mother in 2018. This led to her total psychological shutdown and subsequent death in 2024. This was a tactical maneuver to eliminate a primary moral witness."This confirms Rod's **Malignant Sadism**. Rod forced out mother into a "sex party" environment, he wasn't just seeking a "thrill"; he was performing a **"Soul-Murder"** to neutralize our mother as a witness and to humiliate me at the deepest possible level. Rod kept saying she just wants to die. Rod was right, he totally denigrated her soul. Her "shutdown" and subsequent death were the direct results of the Syndicate's "Scorched Earth" policy.

### IV. THE PSYCHOLOGICAL BLUEPRINT

**The "Enterprise" operates on the assumption that fathers and survivors do not care about their children. This fundamental sociopathic blind spot results in the "Silo" effect:**

1.**Isolation:** Cut the target off from their intellectual and emotional anchors.

2.**Compromise:** Use the legal system (Rossi/Partition Suits) to force the target into a state of "flight or fight."

3.**Liquidation:** When a node (lawyer, child, partner) becomes a liability, the Syndicate utilizes isolation and shame to drive them toward suicide or overdose.

### IV. CONCLUSION

I, Eric A. Beckstrom, am the sole survivor of this "Management Tier" who remains "in his body" and capable of providing testimony. This list is a record of the FBI's prior knowledge of the Syndicate's lethality.

### Robert S. Kamin (1979–2014)

•**Professional Background:** He was a family law attorney at the firm **Heath-Newton LLP** in San Francisco. He previously practiced at Cornerstone Law Group and Heath Law Group.

•**Focus Areas:** His practice focused on marital dissolution, child custody/visitation, and adoptions.

•**Education:** He was a graduate of **UC Berkeley** and **Boston College Law School**, and held a Master's degree in Middle East Studies from the American University in Cairo.

•**Legacy:** A memorial fund was established in his name (The Robert Kamin Memorial Fund) to support a room at the Bea Arthur Residence for homeless LGBTQ youth in New York City. [1, 2]