FILED 02 JUL '26 09:53 USDC-ORE

**CIVIL COVER PAGE & EXHIBIT ATTACHMENT MANDATE**
**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**
**ERIC A. BECKSTROM,**
Plaintiff,
v.
**ROD ALLEN BECKSTROM, CATHERINE LEE DUBRIDGE, et al.,**
Defendants.
**CASE NO:** 6:26-cv-00920-AA
**DATE:** July 1, 2026

**Additional: Formal Referral for Federal Criminal Investigation and Immediate Prosecution**, 18 U.S.C. § 1962 (Civil/Criminal RICO), 18 U.S.C. § 1591 (TVPRA), **Forensic Firmware Payloads**, 18 U.S.C. § 2261A2 **Cyberstalking Resulting in Death of Iris Beckstrom**, 18 U.S.C. § 1512 **Witness Tampering and Containment of Iris Beckstrom**

**TITLE**

**1. PLAINTIFF'S INTRODUCTORY STATEMENT OF COMMON SCHEME AND DESIGN**
**EXHIBITS:**
**NOTICE OF SUPPLEMENTAL RECORD REGARDING DATA-CUSTODY BREACH AND NON-PARTY INCURSION**
**(EXHIBITS 'A' – 'D')**

**TO THE CLERK OF THE COURT, ALL NAMED DEFENDANTS, AND LEGAL COUNSEL OF RECORD:**
PLEASE TAKE NOTICE that the Plaintiff, Eric A. Beckstrom, exercising his right to amend the initial pleadings within the authorized statutory timeframe, hereby submits this integrated cover insert for the **First Amended Complaint**.

This document commands the formal insertion and permanent recordation of the Plaintiff's completely updated, verified forensic evidence logs directly into the active judicial repository of this matter. Pursuant to the Federal Rules of Civil Procedure, the sequential disclosures compiled herein serve as the primary, unalterable supporting evidence for all claims asserted under the statutory frameworks of Civil RICO (18 U.S.C. § 1962) and Sex Trafficking (18 U.S.C. § 1591).

**REVISED EVIDENCE COUPLING MATRIX**

The following consecutive exhibit blocks are physically attached to the back of this First Amended Complaint, superseding all prior evidentiary indexes and establishing the complete chronological framework for the court's review:

1. **NOTICE OF SUPPLEMENTAL RECORD REGARDING DATA-CUSTODY BREACH AND NON-PARTY INCURSION**
2. **EXHIBIT 'A': MASTER CASE ADDENDUM: STATEMENT OF SYSTEMIC TORTIOUS LIABILITY s- Litigation Holds**
3. **EXHIBIT 'B': MASTER CASE ADDENDUM: PHOTO STATEMENT, BEFORE IRIS BECKSTROM'S SUICIDE**
4. **EXHIBIT 'C' - MASTER CASE ADDENDUM: FBI & PROJECT RESPOND: CARDS & INFO**
5. **EXHIBIT 'D' - MASTER CASE ADDENDUM: Parental Capital Inversion Matrix/Asset Stabilization Index**
6. **CERTIFICATE OF SERVICE**

Sincerely,
**Eric A. Beckstrom**
Plaintiff / Forensic Whistleblower, PO Box 10427, Eugene, OR 97440, Email: Lind36ram@proton.me