**Notice of Supplemental Record and Technical Incursion**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**
**ERIC A. BECKSTROM**, Plaintiff,
v.
**ROD ALLEN BECKSTROM, et al.**, Defendants.
**Case No.: 6:26-cv-00920-AA**
**NOTICE OF SUPPLEMENTAL RECORD REGARDING REAL-TIME DATA EXTRACTION AND THE GATEHOUSE AMBUSH**
**Date:** July 1, 2026

**I. Factual Account of the June 25 FBI Gatehouse Meeting**

On June 25, 2026, at 10:00 AM, I went to the Portland FBI Field Office to hand-deliver a formal criminal complaint. This visit, and the actions that took place inside, directly confirms the existence of the 24/7, 360-degree surveillance and tracking that forms the absolute core of my civil case and my criminal referral. The system built by Rod Allen Beckstrom, Christopher Malachowsky, and Catherine Lee DuBridge with support from Michele C. Beckstrom is based on deception, exploitation, and continuous tracking, and it is fundamentally a system born out of their total lack of internal security. The meeting inside the gatehouse was not a standard intake; it was a real-time setup designed to steal my data, inventory my hardware, and rattle my composure.

1. **The Staged Security Screening and Hardware Theft**: The screening area inside the permanent gatehouse was set up like a sloppy high school theater set. It had a temporary table, three loose chairs, and a walk-through metal detector that was out of place and lacked power. Under the excuse of a security check, a guard took my primary case bag and my separate faraday bag into a back room out of my sight for 20 to 30 minutes.
2. **Simultaneous Device Seizure and Ruined Bags**: This separation put every single device I own into their hands at once. The inventory included my air-gapped master computer, two secure external hard drives, over 20 USB thumb drives, my backup flip phone, my cash, an infected laptop wrapped in 10 layers of foil and 2 layers of aluminum baking sheets, and an iPhone wrapped the same way. When the bags were returned, it was a rough, obvious job. My two main hard drives were pulled out of their slots. My cash compartment was rummaged through. The interface wires were moved. Worst of all, my USB thumb drives were completely missing from their secure ziplock bag and were not even in the bags anymore. This 20-to-30 minute window was used to clone my data, mirroring the hidden spying tools mfcmapi.exe and hxdsetup.exe found in my laptop folders on April 2, 2026.
3. **Active Deception and Impatience of Field Personnel**: The two intake agents lied to me from the start. They pretended they knew nothing about me, had no record of my file, and didn't know why I was there. This was a total lie. They proved they knew exactly who I was when they suddenly asked why I didn't call my brother Rod because he was worried about me. They revealed that Rod had filed a fraudulent missing persons report to track me. The agents were highly unstable and impatient. One agent looked completely hostile, and I told him directly to stop looking so pissed off as if he had to go to another meeting, stating that this was important and deserved his patience. They just wanted me out of there as soon as the data extraction was done.
4. **The Target Confirmation Query**: Toward the end of the meeting, the agents asked if the faraday bag contained everything involved in my operation. They were not asking to protect me. They had a smug look on their faces. They asked because they wanted to confirm that their back-room cloning setup had successfully touched and mapped 100% of my physical hardware.

## II. Weaponization of Grief and the Coordinated Ambush

The agents repeatedly brought up suicide during the interview. This was not an offer of care or support. Based on the syndicate's history of 4 known deaths to date, this was a direct suggestion for me—a crude institutional method to scrub the evidence and clear their liability. It felt backwards and absurd, like a Monty Python sketch. They tried to weaponize my grief over losing my daughter Iris, but it backfired completely. It only made me feel deep pity for them and their moral compromise.

1. **The Project Respond Ambush**: At the 40-minute mark, an agent opened the door to let in two un-uniformed women from Project Respond, Multnomah County Behavioral Health, and Cascadia Health. They barged into a confidential federal meeting space without visitor logs or formal screening. They immediately ran a pre-scripted crisis theater routine, saying, We hear you are in crisis, we are here to help. This entry was timed to match the agents' suicide narrative, attempting to force a psychiatric label on me to overwrite the 83-exhibit ledger I was delivering.
2. **Collapse of the Simulation**: I remained completely calm, polite, and respectful. When the county workers tried to bait me into an emotional reaction, I flatly rejected it. I stayed completely present and gave them a clear warning about the severe legal liabilities of participating in a Civil RICO tracking pattern. The entire crisis script collapsed on the spot. They were left running a clumsy simulation without capturing a single byte of emotional feedback. This event proves that the tracking and data theft are happening right now, in real time, even inside an FBI office. By maintaining absolute gray stillness, I completely broke their predictive simulation.

## III. Mandatory Spoliation Hold & Transmittal Directive

Project Respond, Multnomah County Behavioral Health, and Cascadia Health are hereby put on formal notice that they are bound by federal evidence preservation rules. Your compliance and risk management departments are commanded to place an immediate hold on all records from June 24, 2026, to the present regarding:

1. **Dispatch Logs and Audio**: All telephonic calls, dispatch routing strings, and supervisor directives connecting your center to the Portland FBI Field Office regarding Eric A. Beckstrom.
2. **External Messages**: All internal or external emails, texts, and metadata matching inquiries from Defendant Rod Allen Beckstrom or local municipal channels.
3. **Sanctions Safeguard**: Any deletion or alteration of these operational logs after receiving this notice constitutes active evidence spoliation and carries severe civil liability.

Sincerely,

Eric A. Beckstrom
PO Box 10427, Eugene, OR 97440
Email: Lind36ram@proton.me
Forensic Whistleblower / Plaintiff, Pro Se

**Critical Security Notice**

**1. Total Surveillance Risk**: Assume all email, phone calls, and digital transmissions are actively monitored and tracked by the network. Do not send sensitive case data through standard channels.

**2. Environmental Compromise**: The network uses managed assets to target environments and compromise spaces through group operations. No space is secure; 100 percent saturation for any entity associated with the network.

**3. Presumption of Total Perimeter Compromise**: Anyone who becomes newly associated with these vectors is presumed tracked and compromised, a recurring systemic pattern.