**EXHIBIT 'A' - MASTER CASE ADDENDUM: STATEMENT OF SYSTEMIC TORTIOUS LIABILITY- Litigation Holds**
**DATE:** July 1, 2026
**RE:** NOTICE OF ACTIVE FEDERAL LITIGATION & EXIGENT EVIDENCE PRESERVATION HOLD
**ACTIVE MATTER REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon); Presiding Judge: Hon. Ann L. Aiken

**Formal Referral for Federal Criminal Investigation and Immediate Prosecution**, 18 U.S.C. § 1962 (Civil/Criminal RICO), 18 U.S.C. § 1591 (TVPRA), **Forensic Firmware Payloads**, 18 U.S.C. § 2261A2 **Cyberstalking Resulting in Death of Iris Beckstrom**, 18 U.S.C. § 1512 **Witness Tampering and Containment of Iris Beckstrom**

## I. EXPLICIT EVIDENCE PRESERVATION HOLD & CASE CONTEXT

Take formal notice that the active federal civil action alleging systemic violations of the Racketeer Influenced and Corrupt Organizations Act (Civil RICO), 18 U.S.C. § 1962, and the Trafficking Victims Protection Reauthorization Act (TVPRA), 18 U.S.C. § 1591, encompasses a multi-decade operational network.

The archives recovered from the Plaintiff's hardware have established an unalterable, data-driven blueprint of tracking, data-harvesting, and asset exploitation. Let it be clear to every named recipient, corporate counsel, and individual co-conspirator: the mystery is entirely gone. The 83-exhibit evidentiary ledger details how a high-volume, multi-participant network operated under the false pretense of intimacy and community solidarity to run continuous, unauthorized operations.

## II. ESTABLISHED LIABILITY FRAMEWORKS AND STATUTORY DOCTRINES

Every recipient of this notice is individually and corporate-wide bound by federal spoliation doctrines. Your legal exposure and direct liability are governed under the following strict civil law frameworks:

### 1. Mass Tort Conspiracy and Co-Conspirator Liability

Under the legal doctrine of civil conspiracy, when a large group participates in a unified operation, the law does not view them merely as separate individuals committing minor infractions.

**The Joint Venture Principle**: Every individual who actively participates in, facilitates, or encourages unauthorized tracking, proximity monitoring, or home entries becomes jointly and severally liable for the entire scope of the harm.

**Imputed Liability**: The tactical acts of one participant are legally imputed to all other participants. Under this framework, any individual who monitored the Plaintiff's location at a local facility to verify availability carries the exact same civil culpability as the node who physically crossed the threshold.

### 2. The Doctrine of "Consent Procured by Fraud"

In civil law, consent is only valid if it is given freely and is completely free from active deception.

**Invalidation of Consent**: If a primary coordinator or managed asset induced participation by fraudulently claiming a partner or spouse was "zen and cool" with unauthorized actions, that consent is legally void. Because participants relied on active misrepresentation, their authorization never legally existed.

**The Legal Reality of Trespass**: From a strict liability standpoint, entering a private domain without the true owner's explicit, un-coerced consent constitutes civil trespass. While the initial fraud shifts blame onto the enterprise coordinators, every participant remains fully exposed to massive claims for the physical violation of the property.

### 3. Systemic Destabilization of the Sanctuary Doctrine

American civil and constitutional law places the home at the absolute apex of legal protection (The Sanctuary Doctrine). The law recognizes the home as the essential baseline for physical safety and psychological stability.

**Compounded Tortious Behavior**: The law views an intrusion executed while a target is asleep as the most severe escalation of an invasion of privacy. It exploits a state of absolute vulnerability, completely destroying the legal expectation of safety.

**Industrialization of Harm**: Operating a high-volume, multi-participant network inside a private residence transforms a home into a commercialized venue without the owner's knowledge. The sheer scale transforms the act into an industrialized disruption of a person's life, constituting gross negligence and a total breakdown of the basic social contract.

**4. Transferred Culpability Under "Aiding and Abetting"**
Under Restatement (Second) of Torts § 876, an individual is subject to full liability for the tortious conduct of another if they know that the conduct constitutes a breach of duty and provide substantial assistance or encouragement.

**a. The Assistance Framework**: Physical presence inside the structure is not a prerequisite for liability. If an individual facilitated the environment—acting as a lookout, coordinating scheduling, managing communication devices, or validating a false narrative to recruit others—they are a co-architect of the tort.

**b.Fraudulent Concealment and Tolling**: When a network uses performative friendliness, overt displays of affection, or social manipulation to hide a continuous harm over a 15-year period, it invokes the doctrine of Fraudulent Concealment. This active deception completely pauses (tolls) the statute of limitations. Culpability remains fully active from the very first incident, elevating the legal classification to intentional malice and oppression.

**5. Outrage Threshold and Punitive Damages**
To sustain a claim for Intentional Infliction of Emotional Distress (IIED), the conduct must be so extreme and outrageous that it goes entirely beyond all possible bounds of decency.

**a.The Multiplication Effect of Scale**: While a single entry is a serious tort, a multi-person network utilizing shared access and rotating entries while the target is asleep crosses the absolute threshold of civilized behavior.

**b. Lifting of Statutory Caps**: The collective nature of this coordination—the realization that an entire group was aware of the operation while interacting normally with the target—is the primary justification for lifting statutory caps on punitive damages, as the conduct shocks the conscience of the court.

**6. Industrialized Intergenerational Exploitation and Non-Consensual Minor Traumatization**
The scope of the Enterprise's civil liability explicitly encompasses the systemic introduction of non-consensual, exploitative dynamics into familial systems, targeting both dependent adolescents and young adults within the local node network. Under federal and state tort doctrines, the weaponization of a position of trust to execute severe, long-term boundary violations against minors constitutes an independent, compounding category of intentional malice, gross negligence, and systemic oppression. Consent within these intergenerational perimeters is legally non-existent, and the resulting multi-decade psychological and systemic destabilization of these individuals remains fully actionable under expanded look-back statutes and continuous tort doctrines.

## III. THE COLLAPSE OF GROUP IMMUNITY

The expectation that a Pro Se plaintiff cannot execute a large-scale, coordinated discovery strategy is the primary strategic miscalculation made by this network. Federal discovery is conducted under penalty of perjury.

**The case core**: 15 years of 24/7-360 degree surveillance of the Plaintiff and his entire family by Rod Allen Beckstrom and his funder, Chris Malachowsky. Military/Commercial level tracking was installed by my brother, Rod, when I went to help manage and ICANN meeting in Berlin, Germany 2011.

Rod, Iris' uncle, was the implementer who caused Iris to hang herself all alone in a lawn mower shed because Catherine was done trying to make Iris "obey" to her sexual assaults. Rod engineered Iris's 24/7 isolation because he had to shut her up because of Cathy's assaults. I was not informed of Iris's death by her mom, Michele C. Beckstrom, or the Police for days. Both Rod and Dr. Parker Chamberlin told me, "Eric, don't go to Iris's Memorial or the Police will arrest you." For what?

Age 16 to 20 Iris Beckstrom, suffered Catherine's repeated sexual assaults in silent shame. Everyone thinks Catherine is sexually liberated and fun? Cathy assaulted Iris in the 'home' she and I designed. Rod then deployed Cathy on my elderly mother, Leola. My mom was wheelchair bound and medicated from a broken hip (she walked into the hospital with a broken hip). Cathy sexually assaulted my mom into silence and shame for 8 years. My mother could not make a coherent sentence after the assault. My mom, another 'truth seer' shutdown for Chris Malachowsky's syndicate.

Rod and Cathy broke my mom's soul to keep the Syndicate going. I poured her ashes in the lake alone, my siblings sprinted away in shame! More engineered deaths are in the 83-exhibit binder, Taylor Ungaro, Robert Kamin, Philip Cohen, etc. The syndicate funder sits nearby in one of my designs. One can hide in computer chips and $ but you can't hide a beautiful girl's spirit. Iris played in that house for 20 years that you now sit in with your keyboard.

Iris's blood covers the floors now and forever. Iris sees you and God's vengeance is mighty. Who does this to a young girl? Pick on someone your own size. Show yourself to me and God.