**EXHIBIT 'B' - MASTER CASE ADDENDUM: PHOTO STATEMENT, BEFORE IRIS BECKSTROM'S SUICIDE**
**DATE:** July 1, 2026

**RE:** NOTICE OF ACTIVE FEDERAL LITIGATION & EXIGENT EVIDENCE PRESERVATION HOLD

**ACTIVE MATTER REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon); Presiding Judge: Hon. Ann L. Aiken

**Formal Referral for Federal Criminal Investigation and Immediate Prosecution**, 18 U.S.C. § 1962 (Civil/Criminal RICO), 18 U.S.C. § 1591 (TVPRA), **Forensic Firmware Payloads**, 18 U.S.C. § 2261A2 **Cyberstalking Resulting in Death of Iris Beckstrom**, 18 U.S.C. § 1512 **Witness Tampering and Containment of Iris Beckstrom**



**IMAGE 1: June 2015 – Sonia Beckstrom High School, Honors Graduation (Paly HS - Palo Alto, CA)**
Patrice V. Beckstrom, Sonia, Iris, Rod Allen Beckstrom & our mother, Leola Beckstrom. Iris **hung** herself 6 years later, after years of sexual assault from Catherine and years of Rod/Chris Cyberbullying Isolation Abuse. Catherine sexually assaulted Leola who was unable talk coherently for 8 years. The Beckstrom/Malachowsky Syndicate silenced Iris and Leola using 'scorched earth' Cyberbullying isolation; deployed at Eric for +15 years. Chris Malchowsky funds all of this & Rod implements. There are other deaths: Eric's two lawyers: Robert & Phil, Eric's friend, Taylor, hung himself, & more. Stop It now. Everyone is in fear of CM's money. Go work on Tech businesses and leave my family and others alone, I am good father and primary parent. Leave me alone now!



**IMAGE 2: June 2015 – Iris's Beckstrom Middle School, Honors Graduation (Jordan-Palo Alto, CA)**
Sonia Beckstrom, Iris Beckstrom(deceased), Plaintiff-Eric A. Beckstrom (Iris hung herself 6 years later)



**IMAGE 3: November 2019 – Thanksgiving 'fake' Blended Family so that Catherine 'looked normal'**
Jack, Rick, Brent Wilson, Catherine Lee DuBridge (Wilson), Eric, Sonia, Soren and Iris Beckstrom. Eric has been isolated from Sonia & Soren since 2020 to cover up Iris's Death from RB/CM Cyberbullying Isolation. Eric's kids lived 100% with Eric since 2013 when their mom abandoned them and lived 3000 miles away. 2020 Catherine expelled the Beckstrom family from the house in which she had majority interest. Cathy's reason, "**Iris will not obey me, I need full control, give it to me!, Eric, you need to tell her to do what I want!!** Cathy meant sexual control. Everyone's sex parties with Cathy cost my children's lives. Catherine has unnatural physical relationships with her sons and their friends; there are no boundaries.