**EXHIBIT 'C' - MASTER CASE ADDENDUM: FBI & PROJECT RESPOND: CARDS & INFO**
**DATE:** July 1, 2026
**RE:** NOTICE OF ACTIVE FEDERAL LITIGATION & EXIGENT EVIDENCE PRESERVATION HOLD
**ACTIVE MATTER REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon); Presiding Judge: Hon. Ann L. Aiken

**Formal Referral for Federal Criminal Investigation and Immediate Prosecution**, 18 U.S.C. § 1962 (Civil/Criminal RICO), 18 U.S.C. § 1591 (TVPRA), **Forensic Firmware Payloads**, 18 U.S.C. § 2261A2 **Cyberstalking Resulting in Death of Iris Beckstrom**, 18 U.S.C. § 1512 **Witness Tampering and Containment of Iris Beckstrom**

OPTIONS FOR INDIVIDUALS SEEKING TO REPORT A CRIME TO THE FBI:
- 911 for immediate Law Enforcement response
- National Threat Operation Center (NTOC) - 1-800-CALL-FBI (1-800-225-5324)
- Online Tip Form - tips.fbi.gov
- Internet Crime Complaint Center (IC3) - ic3.gov
- Walk-In appointment - 503-224-4181 (select option 0)

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

Portland Field Office

25TH - 10 AM

9109 NE Cascades Pkwy
Portland, OR 97220

Telephone: 503-224-4181

**IMAGE 1: June 24, 2026 – Portland, OR; FBI Field Office**: Card Intake Meeting Invitation

Cascadia HEALTH

How did we do?
Scan the QR code or visit **bit.ly/pr-feedback** to share your thoughts.

**Project Respond**
Contact us through the Multnomah County Behavioral Health Call Center
**503-988-4888**
*Toll-free: 800-716-9769*

Cascadia HEALTH

**IMAGE 2: June 25, 2026 – Portland, OR; FBI Field Office:** Gate House - Two Project Respond women reps gave this card to Plaintiff at their unannounced intrusion at the confidential FBI Intake Meeting.

(310) 477-6565
#1
#1
#9

**Federal Bureau of Investigation Reporting Contacts**

- Report a federal crime or tip by phone: **1-800-CALL-FBI** (800-225-5324)
- Report a federal crime or tip online: tips.fbi.gov
- Report internet-based scams and fraud: www.ic3.gov

*Repeatedly calling or visiting the FBI, providing information with no federal investigative value, and/or submitting the same information in person and online will result in the information not being ... considered. Knowingly providing false information could lead to charges resulting in fines.

**IMAGE 3: April 6, 2026 – Los Angeles, CA; FBI Field Office:** Scrap of paper given to Plaintiff by FBI guards instead of allowing entry. Plaintiff's 6th burner phone was blocked while calling within 20' of FBI entrance. Guards then told Plaintiff to go to Library for a landline (Library had no landline). **Note: on May 23, 2026 - the Portland FBI guards said the exact same line, "go to the Library and call, we don't have a phone at the FBI".** The LA FBI extension numbers above were not useful nor correct. Plaintiff had to ask the snarky guards several times to verbally get the correct extension. Plaintiff bought a '7th' burner phone. After many calls and snarkiness, the FBI pivoted and said meet at the FBI San Francisco field office asap. This occurred April 9. On April 8th in SF, Plaintiff was tailed by a goon outside his 'fleabag' hotel on Market St. The goon repeatedly followed Plaintiff for hours, waiting while the Plaintiff ate dinner and showing up again. The Plaintiff pivoted and calmly tailed the goon who ran off in an apparent state of confusion. This is one of many encounters, again and again. Goons, goons with big dogs, women spies of all ages sitting way too close and starting conversations. Plaintiff loves people and talks to many of them unaware at first until all of them slip up and say things they should not know. However, it does not cause anger, it causes pity in the Plaintiff at their moral dilemma as they run off in shame. Jesus said on the cross, "forgive them for they know not what they do". Leave my family alone.