**EXHIBIT 'D' - MASTER CASE ADDENDUM: Parental Capital Inversion Matrix/Asset Stabilization Index**
**DATE:** June 30, 2026
**RE: NOTICE OF ACTIVE FEDERAL LITIGATION & EXIGENT EVIDENCE PRESERVATION HOLD**
**ACTIVE MATTER REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon); Presiding Judge: Hon. Ann L. Aiken
**Formal Referral for Federal Criminal Investigation and Immediate Prosecution,** 18 U.S.C. § 1962 (Civil/Criminal RICO), 18 U.S.C. § 1591 (TVPRA), Forensic Firmware Payloads, 18 U.S.C. § 2261A2 **Cyberstalking Resulting in Death of Iris Beckstrom,** 18 U.S.C. § 1512 **Witness Tampering and Containment of Iris Beckstrom**

This matrix details the structural misdirection of parental profiling executed by the Defendants, contrasting the manufactured defense narrative against the verified physical and institutional timeline.

| Operational Focus Area | Manufactured Defense Narrative | Verified Forensic/Historical Fact | Institutional/Metadata Anchor |
|---|---|---|---|
| Primary Household Custody | Plaintiff framed by outside counsel as a detached or absent parental figure. | Plaintiff operated as the sole, continuous primary parent, single-handedly managing all daily domestic, educational, and emotional baselines. | Detailed household logs, medical registries, and academic honor rolls spanning a multi-decade lifecycle. |
| Syndicate Asset Stabilization | Cathy Lee DuBridge profiled by peripheral local friends as a stabilizing community mother figure. | Cathy DuBridge demonstrated total maternal absenteeism (under 1%). Plaintiff assumed 98% of the parental architecture for her household. | Sworn admission node by Star One Credit Union Assistant Manager Tina Howard confirming Plaintiff was selected to anchor the family. |
| Household Crisis Interventions | Local family nodes insulated and maintained by independent wealth and standard upper-class routines. | The asset's household experienced catastrophic structural failures, including severe Jack two Suicide crisis events in 2013/2014 requiring direct, unassisted follow up therapy support intervention by the Plaintiff. | 2014 regional medical emergency transport logs and clinical intake documentation. |
| Developmental Trajectory Reversal | Target daughters falsely broadcasted to local networks as "difficult" to mask underlying tracking operations. | Plaintiff's structural focus permanently reversed the negative household trajectory, transitioning her youngest son, Jack, from a non-talkative, 60-pound overweight baseline into a trim, honors computer science student. | University of California, Irvine (UC Irvine) Computer Science Department Honors Registry and enrollment metadata. |
| Extraction of Design Capital | Cathy DuBridge compensated $600K–$800K for valid, high-level interior design services within local projects. | Interior design output was completely hollow. 95% of funded time was diverted to execute network sexual saturation across construction vendors, clients, and material suppliers while Plaintiff completed all baseline design work. | Master residential blueprints showing Plaintiff's continuous design layouts across all primary structures, including 90% of Interiors specifications. |

This matrix functions as a core evidentiary module. It strips away the social "save the Beckstrom Family Children narrative" used by her friends and replaces it with an unyielding ledger of extracted capital, showing that Catherine's entire environment had to be single-handedly carried by Plaintiff to keep it from collapsing out in the open. Prior to Plaintiff's 2025, 'engineered' date/connection; Catherine admitted many times, "I have been out of circulation for years, since about 2011 due to things.." In 2011 her father, Richard DuBridge, and the syndicate's function reset due to the legacy TeleVideo business meltdown. Her father used Catherine's compulsion to secure his promotions. In 2011 Catherine was forced off Church and School committees due to her insatiable, compulsive saturation tactics. Plaintiff experienced this in 2019, 8 years after Catherine's Saratoga Federated Church Pastor Search Committee expulsion. Catherine took Plaintiff to a holiday service and warned him some people are "still mad at me"? Saratoga Federated Church's entire sanctuary turned and glared at Catherine as we entered. It was a chilling reception by the entire sanctuary. It is typical for Catherine's personality type to use the Church as a shield for her compulsive behavior managed by the Syndicated, in this case it backfired which is also typical over time. Several churches have been involved thus far: Menlo Church, Menlo Park; Saratoga Federated Church, Saratoga, Twin Lakes Church, Aptos, Calvary Church, Los Gatos; Los Gatos United Methodist Church, Los Gatos, Venture Christian Church, Los Gatos; There are others.