FILED 02 JUL '26 09:54 USDC-ORE

**UNITED STATES DISTRICT COURT**
DISTRICT OF OREGON
EUGENE DIVISION
**ERIC A. BECKSTROM,**
Plaintiff,
v.
**ROD ALLEN BECKSTROM, et al.,**
Defendants.
**Case No.: 6:26-cv-00920-AA**
Dated: July 1, 2026

**CERTIFICATE OF SERVICE**

I, Eric A. Beckstrom, hereby certify under penalty of perjury pursuant to 28 U.S.C. Section 1746 that on this 29th day of June, 2026, a true and correct paper copy of the foregoing Plaintiff's **PLAINTIFF'S INTRODUCTORY STATEMENT OF COMMON SCHEME AND DESIGN and NOTICE OF SUPPLEMENTAL RECORD REGARDING DATA-CUSTODY BREACH AND NON-PARTY INCURSION** was prepared and deposited in the United States Post Office mailbox at Eugene, Oregon, with first-class postage fully prepaid, addressed to the primary defendants at their verified physical coordinates:

**Rod Allen Beckstrom**
911 Capitola Avenue, Capitola, CA 95010
Defendant, Pro Se / Principal Coordinator

**Catherine Lee DuBridge**
224 4th Avenue, Santa Cruz, CA 95062
Defendant

**Chris Malachowsky**
2030 East Cliff Drive, Santa Cruz, CA 95062
Defendant / Syndicate Funder

**Michele C. Beckstrom**
88 Washington Street, Camden, ME 04843
Defendant / Information Blockade Node

Sincerely,

Eric A. Beckstrom
PO Box 10427, Eugene, OR 97440
Email: Lind36ram@proton.me
Forensic Whistleblower / Plaintiff, Pro Se

**Critical Security Notice**

**1. Total Surveillance Risk:** Assume all email, phone calls, and digital transmissions are actively monitored and tracked by the network. Do not send sensitive case data through standard channels

**2. Environmental Compromise:** The network uses managed assets to target individuals and compromise rooms, properties, or local environments through group operations. No space, age group, or gender is secure; 100 percent saturation for any entity associated with the network.

3.**Presumption of Total Perimeter Compromise:** Recipients of this notice are formally notified: the network deploys immediate, 100 percent mandatory saturation of all newly associated vectors or people; anyone who becomes associated is presumed Compromised, a recurring pattern.