**PACKAGE 1: THE MASTER PLEADING & FACTUAL FOUNDATION** JUL '26 15:08 USDC-ORE
**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**
ERIC A. BECKSTROM,
Plaintiff,

v.

ROD ALLEN BECKSTROM,
CATHERINE LEE DUBRIDGE,
CHRIS MALACHOWSKY,
CASCADIA HEALTH, et al.,
**Defendants.**
**Case No.:** 6:26-cv-00920-AA
**DATE:** July 7, 2026
**PLAINTIFF'S SECOND AMENDED COMPLAINT (AMENDED INSERT): ADDITION OF CASCADIA HEALTH ENTERPRISE NODE**

### 1. Identity of Defendant

Defendant Cascadia Health is a corporate healthcare entity operating within Multnomah County, Oregon, providing mobile behavioral health services under the operational designations of Project Respond and Multnomah County Behavioral Health.

### 2. Statement of State Action under 42 U.S.C. § 1983

On June 25, 2026, at approximately 10:40 AM, personnel explicitly employed by and acting on behalf of Defendant Cascadia Health entered a closed, confidential federal restriction zone inside the front entry Gatehouse terminal of the Portland FBI Field Office (9109 NE Cascades Parkway). This physical entry was executed in direct coordination with federal intake officers and on-site security guards, satisfying the statutory element of joint state action under color of authority.

### 3. Overt Act of Civil Conspiracy and Spoliation Assistance

The physical deployment of Cascadia Health personnel was executed without prior medical screening, independent clinical justification, or standard visitor log documentation. Photographic evidence and structural layout analysis verify that the intercepting agents bypassed public entry points and emerged directly from the rear interior of the secure compound partition wall.

The Plaintiff alleges this unannounced presence functioned as a pre-arranged "crisis theater" diversion loop. This tactical intercept was intentionally staged to engage the Plaintiff's cognitive attention—similar to previous multi-jurisdictional stress tracking operations orchestrated by the syndicate dating back to 2011—while security personnel completed an unauthorized, un-logged closed-door separation window to clone, mirror, and forensically duplicate the Plaintiff's air-gapped master hard drives.

### 4. Joint and Several Tort Culpability

Pursuant to Restatement (Second) of Torts § 876, Defendant Cascadia Health provided substantial assistance and conscious encouragement to the primary Civil RICO coordinators (Rod Allen Beckstrom and Chris Malachowsky) to execute witness containment and evidence spoliation. By integrating its mobile crisis assets into the tracking infrastructure, Defendant Cascadia Health carries joint and several civil liability for the ongoing constitutional torts, profound familial disruptions, and property injuries inflicted within the enterprise footprint.

Executed on July 7, 2026, at Eugene, Oregon.
ERIC A. BECKSTROM
Plaintiff Pro Se
PO Box 10427, Eugene, OR 97440

**EXHIBIT A: CONSOLIDATED MASTER FACTUAL CHRONOLOGY AND EVIDENTIARY SUMMARY**
## I. The Financing and Operational Command Core
The enterprise relies on the corporate capital of Chris Malachowsky for funding and the technical command of Rod Allen Beckstrom to execute targeted network device compromises and guide the activities of proxy asset Catherine Lee DuBridge.
II. History/Geographic Milestones and Proximity Grids

•1961-1980: Richard DuBridge's father, Lee Alvin DuBridge, used his CalTech connections to find a General Electric job for his son who had more interest in sports than academics or corporate work. Richard worked for two decades at General Electric in mid-level jobs in Santa Clara and Virigina.

•1976: Richard DuBridge secures a job at Memorex in Silicon Valley and relocates the family from Virginia. They purchase 19956 Charters Ave, Saratoga, CA, which becomes the initial testing ground and venue for his daughter, Catherine Lee DuBridge, as she matures out of adolesence.
•1976-1980: The Richard DuBridge/Robert DuBridge enterprise develops methods to use Catherine Lee DuBridge as a managed asset in deal making. An initial enterprise funder is family friend, Jerome "Jerry" Kozlowski, a wealthy developer who started Saratoga Capital, San Jose. Saratoga Capital is now run by one of his 3 children, Kirk Kozlowski. The asset was deployed to facilitate large real estate transactions. The families shared ownership of a lake house on Lake **Almanor.**
•1976-1980: Richard DuBridge works in mid-level positions at Memorex, a job he despised. Richard DuBridge then deploys the asset with TeleVideo Systems Inc. founder, Dr. K. Philip Hwang to secure career escalation position as Executive Vice President.
•1983: Richard DuBridge is now President during TeleVideo Systems Inc. initial public offering (IPO), which allows him to cash out after only 3 years on the company.
•1983-1985: Richard DuBridge retires and never works full time again. He puts money in Generation Skipping Trusts for his 6 grandchildren. This financial move blocks capital transfer to the his daughter and asset, Catherine Lee DuBridge, which serves to ensure her continued obedience with financial pressure stress. A classic honey pot business model. Her brother, Robert DuBridge also utilizes the asset in his BioTech startup businesses on the Peninsula.
•1993: Richard DuBridge purchases the 224 4th Avenue, Santa Cruz beach house as a satellite venue. The Beach house setting is ideal with a large sloping and wooded back yard which is adjacent to the large public, Santa Cruz Yacht Harbor Parking lot. This faclitates a secret back entrance and the house is shielded in the front with tall hedges. With Catherine's compulsion behavior she immediately compromises every person/family/couple within the neighborhood, door to door, which includes Rod and Patrice's future house 600' away at 2030 East Cliff Drive which has a rental cottage 20' away that Patrice and her sister, Mary, rent. This is where they engaged in the first encounter with the asset. The asset's targeting is purely geo-adjacent related, it is not driven by attraction or looks, age or health of the targets. The targeting resembles the protected prey ranges wildlife predators, where any and all prey in a zone is consumed.
•1991-1993/95: Eric A. Beckstrom lives in San Francisco with his wife and the visit Rod and Patrice often in Palo Alto and especially Santa Cruz as Eric has a connection to the beach in front of Rod' s house since 1984. However in 1993, Catherine ensnares Rod and Patrice in Santa Cruz and the Richard DuBridge enterprise welcomes a new funder and manager. In 1993-95 Rod goes dark in communication with Eric in San Francisco. Prior to this Eric consulted with CATS on marketing, assisted Rod with his new Board position at EDF. Rod used Eric to manage the first dinner meeting with EDF president, Fred Krup at Il Fornaio in Palo Alto. Rod constantly required Eric's assistance. Eric's mother always said, "Eric please take care of Rod". However Rod is also able to piggyback on Eric's employer, David Gast's, enormous roster of high net worth clients. Eric is involved personally on many of these projects and approaches all projects not as a dry Architect but as a caretaker, blender with a diplomacy style where everyone's success and comfort come first. This

approach is from his mom, Leola, and it enables trust with clients such as John and Anne Doerr, Robin and Marcia Wiliam, Peter and Lynne Wendell. So contrary to typical Architect pride and design ownership, Eric's motivation and goal is to be an invisible supporter of everyone involved in any project or setting. This capacity is what Rod so desperately wanted to have and steal as his Rod's approach is opposite; which our mother knew all along. This is the 'energy' that Chris Malachowsky so desperately wants to trap and extinguish. This is the energy that Cathy could never trust given her warped, lifelong training as an asset by closesst men and women in her life.

•1993: Rod's silence was required for secrecy with his new DuBridge enterprise efforts. The beach houses are so close and Eric is so familiar with the Santa Cruz/SeaBright neighborhood that Eric would inevitably discover the Enterprise which Rod knew would not be tolerated by Eric. Rod became increasingly more paranoid, more than his already high paranoia. It was almost untenable.

•1993-2000: Rod and Patrice begin using their 1947 Emerson Ave. Palo Alto house as a venue in the heart of Silicon Valley Tech power dynamics. Patrice comes from a hospitality background at the Chaminade in Santa Cruz. Patrice deployed her talents so that the enterprise could provide a 'concierge' level experience in addition to the managed asset's work which is the 'prize' in securing business deals with Rod's extensive networks in EDF, YPO, TED, WEF, etc. In 1995 Eric moves to Vermont which allows Rod, Patrice, Richard DuBridge to develop a larger market for the asset. It is important to note, the asset is primarily self propelled in her activities which is 100% saturation of virtually anywhere she can walk in a town. There are other also other venues in LA, Pasadena, Marin, Rhode Island, Marin, NYC, etc. developed by the enterprise and also her historic friends,s many from her UCLA sorority which was the incubator for the group event tactics. The enterprise uses the asset's capacity on selected and wide ranging targets for maximum economic returns and deals, ROI.

•2000-2019: Rod and Patrice purchase 2030 East Cliff Drive, Eric designs a new 5 bedroom Beach house with multiple exterior entrances and multiple large gathering rooms, ideal for the large, extreme sex events. The enterprise and the asset excels at this and it is the most effective way to ensnare and compromise quickly. The Beach house has a private, back Beach bluff access. Rod had special stepped path installed for this purpose in this protected zone. A high net worth person could arrive by boat in the harbor 100' away and leave without any detection. The new Beach house was the premier venue and Cathy only had to walk 600' from her family's Beach house across the public and anonymous parking lot to Rod and Patrice's venue. neoiis of t is purely adjacently related, ie. creates a compromised 100% saturation coverage

•2011: The Richard DuBridge encounters a financial crisis as the new Televideo owners (bankrupt in 2006) are in a now business free fall forces forensic investigations in the companies's historic ledgers. Richard DuBridge's historic connections to TeleVideo are a major risk. Rod Beckstrom and Richard DuBridge look for new funders and backers. They reach out to Chris Malachowsky, a past enterprise client for support. A deal is struck and the enterprise now has the enormous financial and technical support from a Tech billionaire.

•2011: The enterprise realizes a major weakness in the asset's "public persona' partner who is aging out quickly(Mark Wilson is 11 years older) and his erratic public behavior. The enterprise relies on the asset having a safe, empathic, respectable and attractive 'public persona' partner. The enterprise requires a mask of normalcy which provides clients the thrill of being a 'hero' rescuing the asset and duping the partner for added thrill. Otherwise the enterprise is just running a garden variety prostitute ring with an asset who is maturing quickly with many generational facial and neck wrinkles despite a healthy body.

Page 3

•2011: The Berlin Intercept event at the Hotel Adlon Kempinski. Forensic firmware payloads, including mfcmapi.exe and hxdsetup.exe, were covertly embedded into the Plaintiff's professional ArchiCAD library directory folder. This investment strategy made possible by billionaire, Chris Malachowsky's organizational and capital influx.

•2010-2013: With Chris Malachowsky's(CM) enormous investment and a large technical back office a they hatch a long term strategy: use Rod's brother, Eric A. Beckstrom, as the new, younger and upgraded 'stable partner/duping target'. Michele C. Beckstrom conspires with the enterprise for the family and move to Lund, Sweden. Michele can reconnect with an old Danish boytfriend, Lars Frimer Anderson, one hour away. The plan: get the family in Lund, stage multiple stress events for a breakup, Michele reunites with Lars and keeps Soren-8 in Sweden as Cathy does not want Soren.

•2013: Rod suggested the separation of the children in a zoom call with Eric in Nov. 2013. Eric was shocked at Rod's suggestion, it came out of nowhere. Rod then offers safe harbor to Eric and and the kids in his home in Palo Alto, CA. Since 2011, the asset has already compromised Eric's entire Maine network of clients and friends while Eric lived in Sweden. Eric was baffled at the Maine project booking decline-it was all engineered though the asset's mass compromise. Eric flies all three kids back to CA, Michele has put out an international kidnap warrant on Eric. She forgot and decided to fly back on the same plane, separated. LAX informed Eric of the kidnap warrant as his 3 kids stood next to him, they all shook their heads as they already knew she had done it, Michele was 2 aisles away-the immigration agent said, "welcome home!" The enterprise invests in these activities constantly for 15 years as if our family is a video game. I am an innocent father and my children are innocent victims of Billionaire funded Cyberbullying and physical bullying for almost two decades now. At LAX Michele abandons the girls 100%, for no cause. The children were aware of Michele's disdain for them for years. Kids know everything before adults. At a Lomma, Sweden cafe on Nov. 2013iEric and kids meeting, all three kids say they will live with Eric, the children were ahead of everyone on the schemes. Soren-8, said, "Papa you better change the flights so we leave sooner, Mom is up to something.." I just stared at Soren in disbelief, he said it like a 100 yr old wise man.

•2015: The Match.com staged connection to Cathy. Jack Bunce, a wealthy developer and father of three girls who went to Camp Wavus, Maine which Eric designed. Jack proposes that Eric start dating and use 'Match.com'. The enterprise engineered this dating idea, Jack is a member along with Henry Kennedy, the Exec. Director of Kieve/Wavus – Eric's connector to Jack. Eric was not asking for dating advice. Jack Bunce, John McNellis, Larry and Norreen Caruthers, etc have asset high value venues and events in uber wealthy Atherton, CA. The enterprise flooded Eric's Match profile with dates, 15 coffee dates in 2 weeks. Eric only wanted to talk, all the dates said this too but then all made moves quickly which startled Eric. Eric had not reached out to one woman and his profile picture was with he and Iris, the entire online scene was both foreign and intimidating. This 'multiple women approach' was to soften Eric for Cathy's 'entrance ping'. Cathy uses her decades of ensnaring experience to take Eric but not on a physical level, as this is not what drives Eric. The enterprise runs a huge back office emotional 'ai type operation' to find the topics, and emotional hooks that people long for, ways to connect and feel heard. Eric was massively vulnerable, financially and logistically raising his 2 girls alone while Soren is separated. Eric is trying to start a new business, yet now realizes the enterprise was blocking all of it. Eric had built several successful firms in Vermont, Maine and Sweden. Raising the girls was easy though, we are a team and love each other but Soren had been abducted and we had not spent any time with him for year when his mother took him to Maine. She constantly used the police to harass Sonia and Iris, Eric

Page 4

was vulnerable because the enterprise was doing 'scorched earth' tactics since 2011. Cathy appeared to be stable and rooted in the area. Cathy acted like she wanted to co-parent our 6 kids together. What she really wanted was for Eric to raise and support all 6 kids, be the 'duping' target, do no mothering(she can't) or domestic work for anyone including her own children. Cathy scrolled all day while at home, most likely getting info from the enterprise for her next targets. Her son, Jack, tried to kill himself twice in High School. The enterprise's 'scorched earth' targetted Jack as he is on the spectrum so is a 'truth sayer', which is a threat to the enterprise. Chris Malachowsky's method is complete elimination, a binary choice he makes, life or death. Behind a keyboard.

•2020: The Las Vegas Home Show 'faux' argument. Cathy rails at Eric all day in the conference center concluding with "**Iris will not obey me, I need full control, give it to me!, Eric, you need to tell her to do what I want!!** Cathy meant sexual control, not stepmother connection which Eric thought she wanted so desperately. Iris had effectively stopped talking to Cathy for years and essentially lived her own life in the house. Cathy had been assaulting Iris for years, in our home and kept silent about it; just like Eric's mom who shutdown completely after the Cathy assault Rod kept saying, "Oh, I think Mom just wants to die..Rod wanted her to die just like Iris so that she would not ever talk.. Cathy then texted Eric in the same hotel room after she got a text from the enterprise. "Eric, I am selling the house, you and Soren have 4 weeks to move out!" Eric had $500K in renovation investment which Cathy agreed to but never adjusted the equity. The enterprise squeezed Eric and the children and in Iris's case they squeezed her to death. The house sold in one week and that was the last time Eric saw his kids as they fled as their world was falling apart. The enterprise sees all of Eric's devices real time and knew that the week before he paid out $300K from his account, the bulk to college accounts for he kids, (Michele gave nothing) and tax payments. If Cathy had broken up a week earlier Eric had a large cushion, he was completely depleted the day she staged the breakup engineered by the enterprise. **Sonia, Iris and Soren left Los Gatos totally frightened and scared to death which was Chris Malachowsky's goal.** One Billionaire cyberbullies three innocent children: **15, 19, 21** yrs old in 2020; but it started in 2011 when they were **6, 13, 15** yrs old. Chris's action are ghoulish, ghastly and beyond comprehension, not actions of a 'normal, stable person'. The children had seen their father take care of them completely, love them to the heavens and seen their father take care of Cathy's kids, teach Cathy an Interior Design job and pay her $600k over 11 years. Soren used to say to Eric "Cathy lies". However the enterprise could manage Eric's life 24/7 so they could distract, pivot or do 100 things to keep Eric off balance. Cathy used the Interiors job as a prey network, hundreds of new targets for her own compulsion and for the enterprise. Every single person and group was compromised, total saturation regardless or how old, fat, thin, boring, gender, and in large groups in which she transformed and shocked people so fast they got hooked and compromised. They choose to stay silent and complicit.

## III. Witness Inclusions and Financial Blockades

Wilson Sonsini attorney Michael Danaher explicitly warned the Plaintiff to remove Rod from the tracking vessel. Simultaneously, financial blockades and intercepts were executed through Star One Credit Union nodes to prevent Eric transferring funds to Taylor Ungaro who was also experiencing 'scorched earth' isolation tactics by the enterprise as Taylor was truth seer too. He hung himself Sept. 2024 and Eric was not informed for four months. Eric is godfather to Taylor's only child, Theo.

## IV. Parental Blackout and Domestic Casualties

The enterprise successfully implemented a total, six-year communication blockade isolating the Plaintiff from his children, Soren and Sonia. The resulting engineered isolation created severe stress that contributed directly to the tragic loss of the Plaintiff's daughter, Iris Mari Beckstrom, by hanging on August 8, 2021, in Camden, Maine.

Page 5

**PLAINTIFF'S AMENDED SUPPLEMENTAL MEMORANDUM OF LAW REGARDING THE CORRUPTION OF FAMILY SANCTITY AND CHRONOLOGICAL ERASURE OF PARENTAL RIGHTS**

## I. Chronological Family Separation Milestones

- November 14, 2013: The Parental Choice Node executed in Lund, Sweden.
- December 13, 2013: The Abandonment Node initiating a 3-year separation interval for Soren and forcing a domestic caregiver transition at 161 Lowell Avenue, Palo Alto, California.
- 2020: The Las Vegas Custody Blockade involving a fraudulent $500,000 equity asset transition and expulsion of all three children through financial and housing stress.
- 2020–2026: A continuous six-year total communication blockade enforced against Soren, Iris and Sonia. Iris committed suicide 1.5 years into this scorched earth isolation. Iris was 21 years old and had been tracked and isolated for 7 years since 2013. One of the richest men on the planet, Chris Malachowsky, used the full weight of his technological and financial power to commit this wanton abuse and treachery against an innocent 21 year old young woman who was a UC Davis student. Hundreds of other people vicariously supported these heinous actions against Iris by their complicity.

## II. Constitutional and Statutory Frameworks

The Plaintiff asserts substantive due process claims under the Fourteenth Amendment protecting the integrity of parental rights and family sanctity. The joint actions of the defendants satisfy the elements of civil liability under 42 U.S.C. § 1983 and constitute civil analogs to a conspiracy against protected rights.

## III. Proposed Injunction Remedies

The Plaintiff moves for an order mandating the absolute cessation of interception payload arrays, the dissolution of credential-cloning frameworks, the restoration of un-compromised telephonic transmissions, and a 7-day sworn compliance logging requirement under penalty of a $150,000,000 treble damages demand. An expedited in-person evidentiary hearing is requested before the Honorable Ann L. Aiken. Executed on July 6, 2026, at Eugene, Oregon.

ERIC A. BECKSTROM
Plaintiff Pro Se
PO Box 10427, Eugene, OR 97440

**MASTER CERTIFICATE OF SERVICE**

(To be attached to the tail end of each of the 4 Master Packages)

I, Eric A. Beckstrom, hereby certify that on this 6th day of July, 2026, a true and correct copy of the foregoing filing package items was served upon the following parties of record via United States Registered Mail with return receipt requested, addressed as follows:

•Defendant Rod Allen Beckstrom
911 Capitola Avenue, Capitola, CA 95010
•Defendant Chris Malachowsky
2030 East Cliff Drive, Santa Cruz, CA 95062
•Defendant Catherine Lee DuBridge
224 4th Avenue, Santa Cruz, CA 95062
•Defendant Cascadia Health
Office of Chief Legal Counsel / Registered Agent
4333 NE Glisan Street, Portland, OR 97213
•Defendant Michele C. Beckstrom
88 Washington Street, Camden, ME 04843
•Defendant Patrice V. Beckstrom
2671 Placer St, Santa Cruz, CA 95062

Executed on July 6, 2026, at Eugene, Oregon.



ERIC A. BECKSTROM
Plaintiff Pro Se
PO Box 10427, Eugene, OR 97440