

**PACKAGE 2: THE EMERGENCY PROPERTY LOCKDOWN**
**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**
ERIC A. BECKSTROM,
Plaintiff,
v.
ROD ALLEN BECKSTROM,
CATHERINE LEE DUBRIDGE,
CHRIS MALACHOWSKY,
CASCADIA HEALTH, et al.,
Defendants.
**Case No.:** 6:26-cv-00920-AA
**DATE:** July 7 2026
**PLAINTIFF'S EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER SEALING REAL PROPERTY**
Filing Type: Emergency Motion for Temporary Restraining Order Pursuant to FRCP 65(b)
Plaintiff Pro Se, Eric A. Beckstrom, hereby applies to this Court for an Emergency Temporary Restraining Order and Sealing Order to instantly lock and secure the residential real property located at 102 Alta Heights Court, Los Gatos, California (APN: 532-29-045).

This location serves as a primary regional hub containing critical physical artifacts, original blueprints, and hardware evidence central to resolving this Civil RICO and TVPRA action. Left unsealed, there is an immediate, high-probability risk that the defendants or their corporate proxies will execute an unauthorized physical entry to alter, remove, or destroy this irreplaceable evidence prior to a court-authorized forensic discovery inventory. The Plaintiff has established a clear probability of success on the merits, and immediate irreparable harm will occur absent judicial intervention.

**DECLARATION OF ERIC A. BECKSTROM IN SUPPORT OF PLAINTIFF'S EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND PROPERTY SEALING ORDER**

I, Eric A. Beckstrom, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff Pro Se in the above-captioned matter. I maintain a stable, high-capacity cognitive baseline and operate from an air-gapped litigation facility in Eugene, Oregon. I make this declaration based upon my personal knowledge, architectural project records, and forensic reviews of data archives discovered on April 3, 2026, buried in folders on my laptop.

2. This Declaration is submitted in direct support of my Emergency Application for a Temporary Restraining Order to lock, secure, and legally seal the real property asset located at 102 Alta Heights Court, Los Gatos, California; APN: 532-29-045.

3. My forensic analysis of files hidden within an ArchiCAD library folder on my laptop—including data extraction and recovery files (mfcmapi.exe, puranfilerecoveryx64.zip, stellarconverterforost-corporate.exe)—reveals that primary defendants Rod Allen Beckstrom and Chris Malachowsky have operated a continuous, multi-jurisdictional surveillance and data interception enterprise targeting my life and assets since the 2011 illegal installation at the Adlon Hotel, Berlin, Germany, at an ICANN International Symposium.

4. To establish the absolute necessity of an immediate sealing order, I must apprise the Court of the vast scale of network saturation executed by the enterprise. The defendants did not merely install technical wiretaps; they militarized the behavioral compulsions of a fragmented proxy asset, Defendant Catherine Lee DuBridge, to systematically compromise my complete professional, civic, and personal networks.

5. In my capacity as a licensed professional Architect managing high-value residential and civic contracts, I have tracked a 100% saturation rate of enterprise compromise intersecting every single commercial entity, vendor, and regulatory body involved in my design work.

6. This systematic infiltration was structured via a 24/7 back-office concierge system that provided DuBridge with real-time scripts, logistical routing, and specialized intelligence to target and compromise every builder, subcontractor, commercial vendor, tradesman, framer, and landscaper tied to my architectural projects across California, Oregon, Colorado, Nebraska, Oklahoma, Maine, Vermont, Texas, England, and Sweden. The infiltration includes CASA children, adult children of her friends who have been groomed over their entire lives, Clergy, Major Sports Figures, Actors, Tech Titans, University Professors, Think Tanks, several Billionaires, scores of ordinary service workers (documented and undocumented) and scores of regular, boring couples. This infiltration is done individually but primarily in large group settings to facilitate maximum compromise in the shortest time logistically.

7. This operational footprint directly subverted regional civic governance and administrative structures, including local building inspectors, municipal planning departments, the Office of the Mayor of Los Gatos, Mayors of other major US cities, Judiciary in Santa Clara County (CA) and Knox County (ME), and Federal Congressional Representatives. This total infiltration effectively neutralized standard institutional channels and blocked my access to uncorrupted regulatory oversight.

8.The enterprise expanded this compromise to completely envelope my localized residential neighborhood/city, club/gym, coffee houses, literally every shop I walked by, and my entire historical social network from elementary school through higher education in Oklahoma, California, New York City, England, and Sweden. The enterprise's intense saturation successfully implemented an absolute social "air-gap" to isolate me from unmonitored human contact.

9.This comprehensive network of compromised nodes, involving an estimated +3,000 distinct individuals across multiple states and international jurisdictions, functions as a coordinated witness containment mechanism. The primary defendants have utilized this boundaryless ecosystem to capture my intellectual capital and use my presence as the moral anchor/screen for their industrial-level operation which enforced a devastating six-year total, 100%, communication blockade between me and my children (Soren and Sonia), and conceal deep-seated personal abuse logs. The enterprise's isolation created the unimaginable stress on Iris which caused her to hang herself out of complete despair. A despair engineered by the enterprise

10.Because the target property at 102 Alta Heights Court, Los Gatos, California, serves as a primary regional hub containing critical physical artifacts, original blueprints, and hardware evidence central to resolving this Civil RICO and TVPRA action, an immediate sealing order is exigent. Given the malfeasance at the Portland FBI field office, this property needs to be protected from them as well as others. Left unsealed, there is an immediate, high-probability risk that the defendants or their proxies will execute an unauthorized physical entry to alter, remove, or destroy this irreplaceable evidence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on July 6, 2026, at Eugene, Oregon

ERIC A. BECKSTROM
Plaintiff Pro Se
PO Box 10427, Eugene, OR 97440

**(PROPOSED) EMERGENCY TEMPORARY RESTRAINING ORDER AND PROPERTY SEALING ORDER**

Upon review of Plaintiff's Emergency Application, Supporting Declaration, and evidentiary exhibits, this Court finds that immediate, irreparable harm to material evidence will occur before the defendants can be heard in opposition.

IT IS HEREBY ORDERED that the real property asset designated as 102 Alta Heights Court, Los Gatos, California (APN: 532-29-045) is formally SEALED. Defendants Rod Allen Beckstrom, Chris Malachowsky, Catherine Lee DuBridge, Cascadia Health, and all corporate proxies or steering committees are strictly prohibited from coming within 100 yards of the physical boundaries and driveway of the property. No title modifications, transfer of ownership interests, occupancy changes, or physical entry shall occur pending a court-authorized forensic discovery inventory.

IT IS FURTHER ORDERED that the Santa Clara County Sheriff's Office and the Los Gatos-Monte Sereno Police Department are authorized and directed to enforce this sealing order, maintain regular perimeter checks, and immediately detain any unauthorized individuals breaching the boundaries of the subject property. However the Santa Clara County Sheriff's Office and the Los Gatos-Monte Sereno Police Department are forbidden from entering the property given the extensive list of compromised individuals and groups.

Dated: July 6, 2026

UNITED STATES DISTRICT JUDGE
Hon. Ann L. Aiken

## MASTER CERTIFICATE OF SERVICE

(To be attached to the tail end of each of the 4 Master Packages)

I, Eric A. Beckstrom, hereby certify that on this 6th day of July, 2026, a true and correct copy of the foregoing filing package items was served upon the following parties of record via United States Registered Mail with return receipt requested, addressed as follows:

- •Defendant Rod Allen Beckstrom
911 Capitola Avenue, Capitola, CA 95010
- •Defendant Chris Malachowsky
2030 East Cliff Drive, Santa Cruz, CA 95062
- •Defendant Catherine Lee DuBridge
224 4th Avenue, Santa Cruz, CA 95062
- •Defendant Cascadia Health
Office of Chief Legal Counsel / Registered Agent
4333 NE Glisan Street, Portland, OR 97213
- •Defendant Michele C. Beckstrom
88 Washington Street, Camden, ME 04843
- •Defendant Patrice V. Beckstrom
2671 Placer St, Santa Cruz, CA 95062

Executed on July 6, 2026, at Eugene, Oregon.



ERIC A. BECKSTROM
Plaintiff Pro Se
PO Box 10427, Eugene, OR 97440