**PACKAGE 3: THE FORENSIC & PHOTOGRAPHIC EVIDENCE ROOM**
**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**
ERIC A. BECKSTROM,
Plaintiff,

v.

ROD ALLEN BECKSTROM,
CATHERINE LEE DUBRIDGE,
CHRIS MALACHOWSKY,
CASCADIA HEALTH, et al.,
**Defendants.**
**Case No.:** 6:26-cv-00920-AA
**DATE:** July 6, 2026
**PLAINTIFF'S NOTICE OF LODGING OF MASTER PHOTOGRAPHIC EXHIBITS DEMONSTRATING COMPREHENSIVE FAMILY ERASURE AND REVERSED TELEMETRY CONTEXT**

Filing Type: Notice of Lodging of Evidentiary Exhibits
**I. PURPOSE OF THE LODGING**
Plaintiff Pro Se, Eric A. Beckstrom, submits this Notice of Lodging to explicitly register the structural parameters, expanded volume, and strategic architecture of the out-of-court record preservation network into the record for Case No. 6:26-cv-00920-AA before the Honorable Ann L. Aiken.

The Plaintiff operates with an independent, stable, and high-capacity cognitive baseline from an air-gapped facility in Eugene, Oregon. This case operates as a systematic blueprint. The primary defendants, Rod Allen Beckstrom and Chris Malachowsky, continue to operate under a flawed litigation model, relying on defensive steering committees and attempts to mirror data perimeters—including the un-logged June 25, 2026 drive duplication intercept at the FBI Gatehouse terminal—to capture the Plaintiff's work product. To turn on the lights across the entire network and eliminate all administrative pretexts, the Plaintiff has expanded the self-executing out-of-court discovery infrastructure past previous limitations. The running total of highly specific notice packets now projects to exceed 2,000 to 2,500 individual repositories. These documents are explicitly withheld from standard court filing trays under Federal Rule of Civil Procedure 5(d). They are maintained privately as protected attorney work product.

By systematically forcing the unredacted master list of names and direct photographic evidence into the private, corporate, and structural archives of thousands of independent entities, the Plaintiff has completely broken the illusion of individual uniqueness maintained by proxy asset Catherine Lee DuBridge. The target data is not confined to a laptop library folder; it is forensically anchored within the Plaintiff's lifelong cognitive record. This Notice serves as a direct alert to the Court that the out-of-court tracking architecture has achieved complete, multi-jurisdictional network saturation, permanently freezing the record and establishing absolute spoliation liability for all named defendants.

## II. SPECIFIC EXHIBIT CAPTIONS AND IDENTIFIERS
EXHIBIT 84 – PHOTO OUTLINE OF ERIC A. BECKSTROM'S FAMILY, Images 1-19

## III. CONCLUSIONS
These images stand on the federal record as unassailable physical proof of the Plaintiff's role as the sole continuous caretaking parent who raised his three children 100% since 2013. The Plaintiff also raised Catherine Lee DuBridge's three sons and she commented frequently, "Eric, all three boys have blossomed into their own unique selves with you in their lives". The Plaintiff's support was especially important because Jack Wilson, her youngest son, attempted suicide twice in their home and missed High School completely laying in bed and gaining 60 lbs. The Plaintiff ensured that Jack was supported to become strong and independent. Three years later Jack graduated honors in Comp Sci, UC Irvine. He runs regularly (with shoes the Plaintiff bought for him). The Starone assistant Bank manager, Tina Howard, who is compromised told the Plaintiff, "she only got with you to raise her three sons..". The subsequent total expulsion of the family and the ongoing six-year communication blockade enforced against Soren and Sonia constitute an active, daily deprivation of unalienable constitutional rights. The Plaintiff demands that the defendants immediately leave his family alone and face full liability under Civil RICO, the TVPRA, and 42 U.S.C. § 1983.

Executed on July 6, 2026, at Eugene, Oregon

ERIC A. BECKSTROM
Plaintiff Pro Se
PO Box 10427, Eugene, OR 97440

**EXHIBIT 49A: MASTER INDEX OF EXHIBITS**

•Compilation A: Historical Investigation & Structural Nexus
Includes institutional intake data and tracking hubs: the 2011 Berlin Intercept files (Exhibits 30, 33), the Camden, Maine Death Report (Exhibit 2), the East Cliff Drive and Los Gatos operational nodes (Exhibits 3, 23), and the 500-Foot Mesh Proximity Infrastructure Map (Exhibit 44).
•Compilation B: Behavioral Analysis & Documentation
Includes case matrices, data chronologies, medical documentation, systemic network operations templates, and formal notices of pending litigation (Exhibits 49–82).
•Compilation C: Exigent Litigation Remedies
Includes forensic additions documenting the Portland FBI Gatehouse blueprints (Exhibit 83A), Cascadia Health business cards and trajectories (Exhibit 83B), and the master photographic exhibition (Exhibit 84).

**EXHIBIT 83A: PHYSICAL EVIDENCE INDEX (FBI PORTLAND FIELD OFFICE GATEHOUSE STRUCTURAL ANALYSIS)**

I. Relevant Site Specifications & Architectural Parameters

•Target Facility Geolocation: Front Entry Gatehouse, FBI Portland Field Office Complex, 9109 NE Cascades Parkway, Portland, OR 97220.

•Structural Layout Specifications: The targeted interaction occurred exclusively within the peripheral standalone security check-in point (Gatehouse) situated at the perimeter of the primary secure facility.

•Acoustic & Security Deficiencies: The structure lacks acoustic isolation barriers or secure intake processing configurations. The room operates as an open-air reception space partitioned only by a non-secure service window, allowing non-federal contract personnel stationed at the entry desks complete audio proximity to confidential intake disclosures. No active, plugged-in electronic screening devices or functional X-ray diagnostic stations were deployed or present within the entry vestibule.

**EXHIBIT 83B: CORPORATE MAPPING (CASCADIA HEALTH CARD & ENTRY TRAJECTORY ANALYSIS)**

I. Logged Revenue & Interception Timeline Metrics

•June 24, 2026 (The Intake Invitation Event): Receipt of formal, handwritten scheduling confirmation from the Portland Field Office establishing a designated federal intake window for June 25, 2026, at 10:00 AM.

•June 25, 2026 (The Project Respond Intercept Node): Unannounced physical intervention by two external corporate representatives from Cascadia Health (Project Respond Mobile Crisis Team) during the scheduled federal interview.

•Physical Trajectory & Vector Anomalies: Photographic and satellite path analyses confirm that the intercepting agents did not approach the venue via public access gates or external parking vectors. The agents emerged directly from the secure inner compound behind the Gatehouse partition wall, establishing pre-planned positioning inside the restricted perimeter prior to the Plaintiff's logged arrival.

•Itemized Hardware Compromise List: The Plaintiff logs that during this closed-door gatehouse screening window, security personnel ransacked his briefcase, extracted 20 USB drives from dual ziplock bags, displaced two backup hard drives from his Faraday bag, compromised his 9th flip burner phone, and opened his Mac Neo laptop (linked to the May 6, 9:31 AM Elmer's Cafe tracking event) to clone its contents.

II. Master Document Index Links

•IMAGE 83-A: High-resolution digital capture of the June 24, 2026, handwritten intake schedule slip issued by the Portland Field Office tracking the 10:00 AM appointment window.

•IMAGE 83-B: Photographic record of the corporate identification and contact routing card deployed by the Cascadia Health/Project Respond operators at the scene.

•IMAGE 83-C: Aerial satellite imagery and structural overview diagrams highlighting the directional entry trajectories, secure gate boundaries, and exact path metrics utilized by the intercepting entities.

Executed on July 6, 2026, at Eugene, Oregon.
ERIC A. BECKSTROM
Plaintiff Pro Se
PO Box 10427, Eugene, OR 97440

**EXHIBIT 84: MASTER PHOTOGRAPHIC EXHIBITS (IMAGES 1–19)**

•Image 1: June 2015 Paly High School honors graduation profile featuring Sonia, Iris, Rod Allen, and Leola Beckstrom.

•Image 2: June 2015 Jordan Middle School honors graduation profile.

•Image 3: December 2015 Los Gatos residential holiday layout.

•Image 4: June 2016 Monterey Aquarium family visit tracking frame.

•Image 5: July 2017 portrait of Plaintiff Eric A. Beckstrom and his mother, Leola.

•Images 6, 7, 8: Sequential structural tracking frames regarding Sonia, Iris, and Soren.

•Images 9, 10: Structural layout of the 2030 East Cliff Drive residential node hosting Iris's 16th birthday party.

•Image 11: December 2016 Los Gatos holiday break sequence.

•Images 12, 13: Coached vector tracking matrices detailing regional lacrosse athletic networks, coaching nodes, and parent groups.

•Image 15: August 2018 Suzie Lake camping trip custodial profile.

•Image 16: 2019 UCSD Honors Graduation metadata baseline.

•Image 17: 2019 Fisher Middle School Honors Graduation profile.

•Image 18: 2019 Los Gatos High School Honors Graduation verification frame.

•Image 19: November 2019 Thanksgiving blended profile showing Jack, Rick, Brent Wilson, Catherine Lee DuBridge, Plaintiff, Sonia, Soren, and Iris, logging the baseline immediately preceding the 2020 residential expulsion.

**EXHIBIT 83A – PHYSICAL EVIDENCE INDEX: PORTLAND FBI FIELD OFFICE GATEHOUSE BLUEPRINTS & PROCEDURAL ANOMALIES**

**DATE:** July 7, 2026
**ACTIVE MATTER REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon); Presiding Judge: Hon. Ann L. Aiken

**I. RELEVANT SITE SPECIFICATIONS & ARCHITECTURAL PARAMETERS**

•**Target Facility Geolocation:** Front Entry Gatehouse, FBI Portland Field Office Complex, 9109 NE Cascades Parkway, Portland, OR 97220.
•**Structural Layout Specifications:** The targeted interaction occurred exclusively within the peripheral standalone security check-in point (Gatehouse) situated at the perimeter of the primary secure facility.
•**Acoustic & Security Deficiencies:** The structure lacks acoustic isolation barriers or secure intake processing configurations. The room operates as an open-air reception space partitioned only by a non-secure service window, allowing non-federal contract personnel stationed at the entry desks complete audio proximity to confidential intake disclosures. No active, plugged-in electronic screening devices or functional X-ray diagnostic stations were deployed or present within the entry vestibule.

**II. LOGGED REVENUE & INTERCEPTION TIMELINE METRICS**

•**June 24, 2026 (The Intake Invitation Event):** Receipt of formal, handwritten scheduling confirmation from the Portland Field Office establishing a designated federal intake window for June 25, 2026, at 10:00 AM.
•**June 25, 2026 (The Project Respond Intercept Node):** Unannounced physical intervention by two external corporate representatives from Cascadia Health (Project Respond Mobile Crisis Team) during the scheduled federal interview.
•**Physical Trajectory & Vector Anomalies:** Photographic and satellite path analyses confirm that the intercepting agents did not approach the venue via public access gates or external parking vectors. The agents emerged directly from the secure inner compound behind the Gatehouse partition wall, establishing pre-planned positioning inside the restricted perimeter prior to the Plaintiff's logged arrival.

**III. Master Document Index Links**

•**IMAGE 83-A:** High-resolution digital capture of the June 24, 2026, handwritten intake schedule slip issued by the Portland Field Office tracking the 10:00 AM appointment window.
•**IMAGE 83-B:** Photographic record of the corporate identification and contact routing card deployed by the Cascadia Health/Project Respond operators at the scene.
•**IMAGE 83-C:** Street view imagery highlighting the diminutive entry gatehouse with full glazing and lack of privacy next to the parking lot. The Portland Field Office 150' behind is 134,159 square feet 4 story complex. The The Gate House is approximately 480 square feet and is protected by a Third Party Security company such as Paragon Systems or GardaWorld.

•**IMAGE 83-D:** Aerial satellite imagery and structural overview diagrams highlight the single directional entry route and secure gate boundaries. It is obvious the Cascade reps were not in the Gatehouse upon Plaintiff's arrival, they were granted full entry in FBI Field Office before returning to the Gatehouse upon pre-arranged prompting from the FBI agents.

**EXHIBIT 83B – FBI & CASCADIA HEALTH BUSINESS CARD/FBI BUILDING & GUARDHOUSE PICTURES AND PLANS**
**DATE:** July 7, 2026
**RE:** NOTICE OF ACTIVE FEDERAL LITIGATION & EXIGENT EVIDENCE PRESERVATION HOLD
**ACTIVE MATTER REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon); Presiding Judge: Hon. Ann L. Aiken

**Formal Referral for Federal Criminal Investigation and Immediate Prosecution**, 18 U.S.C. § 1962 (Civil/Criminal RICO), 18 U.S.C. § 1591 (TVPRA), **Forensic Firmware Payloads**, 18 U.S.C. § 2261A2 **Cyberstalking Resulting in Death of Iris Beckstrom**, 18 U.S.C. § 1512 **Witness Tampering and Containment of Iris Beckstrom**



OPTIONS FOR INDIVIDUALS SEEKING TO REPORT A CRIME TO THE FBI:
- 911 for immediate Law Enforcement response
- National Threat Operation Center (NTOC) - 1-800-CALL-FBI (1-800-225-5324)
- Online Tip Form - tips.fbi.gov
- Internet Crime Complaint Center (IC3) - ic3.gov
- Walk-In appointment - 503-224-4181 (select option 0)

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

Portland Field Office

25ᵀᴴ - 10 AM

9109 NE Cascades Pkwy
Portland, OR 97220

Telephone: 503-224-4181

**IMAGE 83A: June 24, 2026 – Portland, OR; FBI Field Office**: Card Intake Meeting Invitation



Cascadia HEALTH

**How did we do?**
Scan the QR code or visit
**bit.ly/pr-feedback**
to share your thoughts.

**Project Respond**
Contact us through the Multnomah County Behavioral Health Call Center
**503-988-4888**
Toll-free: 800-716-9769

Cascadia HEALTH

**IMAGE 83B: June 25, 2026 – Portland, OR; FBI Field Office:** Gate House - Project Respond reps gave this card to Plaintiff at their unannounced intrusion from inside FBI compound.




**IMAGE 83-c: Google Street View– Portland, OR; FBI Field Office and separate Gate House, 9109 NE Cascades Parkway, Portland, OR 97220: Gate House -** The 'staged' meeting was in Gate House which is entrance for the FBI building compound. It is unclear whether the 'intake meeting' can be considered to have occurred at the FBI Field Office as the meeting was in the Gate House. The Gate House is not designed for secure intake interviews and is acoustically open. The Third Party Guards could listen from the adjoining space. In a proper, secure entry, a visitor would check in on the counter, present ID, go through a proper metal detector(plugged in) with a xray machine adjacent. There was no x-ray machine. This reveals a major National Security Compromise.

The Project Respond representatives came from the wrong side, from inside the compound. There was no emergency call to Project Respond to ask for assistance, the timeline would not support that scenario. If the FBI agents were sincerely concerned about my status, they never asked. This egregious behavior is beyond disrespectful. It is against proper protocol and serves as a National Security Compromise. No one is safe and protected by this behavior.

I thought the Project Respond were undercover agents as they came from inside the compound and dressed like 'Grateful Dead Concert' fans. Within one second they said, "oh, we hear you are in crisis!" I offered to talk to them to comfort them as they looked so confused and stressed.

The young agent who let them in smirked and looked guilty. I am 63 years old, I don't deserve this blatant disrespect. Both agents acted so nervous and guilty the entire time, it was embarrassing to be a US citizen and watch this charade. They tried so hard to be hard-core smart. They appeared so lost that I spent 75% of my energy trying to comfort them and teach them too. They could not comprehend the simple legal criminal filing I provided which is clear in the first paragraph. My son, Soren could have understood it in one minute. Iris would have understood it in 5 seconds. The entire theater set and scene is a disgrace and is abusive use of Government resources and is dangerous for my children's lives and other children. My children suffer due to this recurring pattern of behavior.

Project Respond abused my rights. Coming in from inside the compound is an act of pre-planned collusion to force a response. A citizen in my situation deserves respect for the law.




**IMAGE 4: Google Plan View– Portland, OR; FBI Field Office and separate Gate House, 9109 NE Cascades Parkway, Portland, OR 97220: Gate House,** The Gate House is the tiny building by the parking lot. The two Project Respond representatives came from inside the compound, not from the parking lot. Which proves they were there before I arrived and it was all poorly staged. I should have been brought into the main building into a secure interview room similar that was used at the SFI Field Office interview. It is obvious who is being served by these egregious actions, not me as a forensic whistleblower citizen trying to protect his family and country. I expected this behavior before I arrived.

My briefcase was completely gone through and compromised. Every compartment was ransacked, my cash, 20 USB thumb-drives which were in 2 ziplock bags were loose inside. Two hard drives were moved from their pocket and compromised. My Mac Neo had been opened and compromised (my third computer since March). I know they can access it, they were in it May 6, 2026 at 9:31am as a Ghost User at Elmer's Cafe in Eugene. My 9th flip burner phone was compromised. they thrashed through my entire bag and

compromised everything. They compromised the 2 other hard disks in the Farraday Bag and compromised that laptop and Iphone which are wrapped in aluminum foil and baking sheets.

The agents most pressing question at the end was to confirm "everything in the bag is is all the evidence you possess?". The entire staged ambush was to compromise my data. I have had no privacy on anything in my life for 15 years. Why does a billionaire need to know everything about my life? All my accounts, and passwords are compromised. My entire life was digitally compromised again at the FBI Gate House. The enterprise desperately wanted the new data in the Mac Neo. Congratulations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on July 6, 2026, at Eugene, Oregon.

**ERIC A. BECKSTROM**
Plaintiff Pro Se
PO Box 10427, Eugene, OR 97440

**EXHIBIT 84 – MASTER PHOTOGRAPHIC EXHIBITS DEMONSTRATING COMPREHENSIVE FAMILY ERASURE AND REVERSED TELEMETRY CONTEXT**
**DATE:** July 7, 2026
**RE:** NOTICE OF ACTIVE FEDERAL LITIGATION & EXIGENT EVIDENCE PRESERVATION HOLD
**ACTIVE MATTER REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon); Presiding Judge: Hon. Ann L. Aiken

Formal Referral for Federal Criminal Investigation and Immediate Prosecution, 18 U.S.C. § 1962 (Civil/Criminal RICO), 18 U.S.C. § 1591 (TVPRA), Forensic Firmware Payloads, 18 U.S.C. § 2261A2 Cyberstalking Resulting in Death of Iris Beckstrom, 18 U.S.C. § 1512 Witness Tampering and Containment of Iris Beckstrom

**DATE: July 3,** 2026
**RE:** NOTICE OF ACTIVE FEDERAL LITIGATION & EXIGENT EVIDENCE PRESERVATION HOLD
**ACTIVE MATTER REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon); Presiding Judge: Hon. Ann L. Aiken
**Formal Referral for Federal Criminal Investigation and Immediate Prosecution**, 18 U.S.C. § 1962 (Civil/Criminal RICO), 18 U.S.C. § 1591 (TVPRA), **Forensic Firmware Payloads**, 18 U.S.C. § 2261A2 **Cyberstalking Resulting in Death of Iris Beckstrom**, 18 U.S.C. § 1512 **Witness Tampering and Containment of Iris Beckstrom**



**IMAGE 1: June 2015, Sonia Beckstrom High School, Honors Graduation (Paly H.S. - Palo Alto, CA)**
Patrice V., Sonia, Iris, Rod Allen Beckstrom & our mother, Leola Beckstrom, photo - Eric A. Beckstrom



**IMAGE 2: June 2015 – Iris's Beckstrom  Middle School, Honors Graduation (Jordan-Palo Alto, CA)**
Sonia Beckstrom, Iris Beckstrom(deceased), Plaintiff-Eric A. Beckstrom (Iris hung herself 6 years later)

1

 

**IMAGE 3 (Van): Dec 2015 – Sonia, Soren and Iris, Soren** in Los Gatos for 1 week Holiday break

**IMAGE 4 (Monterey Aq.): June 2016 – Iris, Sonia, Soren and Iris, Soren** in Los Gatos for 2 week break, limited by Maine Courts for no reason. The looks of sadness at the effects of Isolation Brutality is palpable.



**IMAGE 5 CA: July 2017 –** Eric and Leola (before she was assualted by Catherine DuBridge); Leola basically raised 5 type 'A' children on her own and was a 'soft landing' and 'intellectual powerhouse'

2

  

**IMAGE 6, 7, 8 CA, ME, CA**
Sonia Beckstrom, Iris Beckstrom(deceased), Soren while with Plaintiff



**IMAGE 9, 10, 2030 East Cliff Drive (Rod Allen Beckstrom's house, now Chris Malachowsky's house)**
Iris Beckstrom(deceased), Soren, Sonia, Linnea(visiting from Sweden) Eric A. Beckstrom

As a single father I hosted many of their friends from Sweden and Maine. I drove more girls and boys to soccer, lacrosse and rowing than other double parents, in my 12 year old 'soccer mom' Honda van. That was the best part of being a father, there is nothing better in the world than to hear 7 girls talk about boys and forget I am driving in the front! Soren and I set up Iris's Boho 16th Birthday Party for 15 friends, below.



3



**IMAGE 11: Dec 2016 – Sonia, Soren and Iris, Soren** in Los Gatos for 1 week Holiday break



**IMAGE 12/13:** Iris and Soren playing lacrosse in los Gatos, (Cathy compromised every coach, parent and couple involved)

 

**IMAGE 14:** Iris and Sonia, Santa Cruz, January 2017



**IMAGE 15:** Iris Soren and Sonia, Suzie Lake-camping, August 2018




**IMAGE 16: Soren, Sonia, Iris - 2019 UCSD Graduation (Honors)**

**IMAGE 17: Soren, Iris – 2019 Fisher Middle School Graduation (Honors)**



**IMAGE 18: Iris – 2019 Los Gatos High School Graduation (Honors)**

Note: My kids knew that getting Honors made no difference to me. I actually hired a tutor to help Soren not put so much pressure on himself. The AJ Tutoring Tutor could 'read' my face and knew exactly what to do. It is typical for children in challenging situations (a mother that abandoned them and a stepmother who has a horrendous double life and contributes 1% to domestic support. So children will compensate by pouring energy into the one thing they can control, their school work. I learned how to parent from my mom and grandmom. Iris said she learned how to babysit from me, I had no idea. It is embarrassing to be vulnerable and have to write this for strangers to read. I should not have to prove to anyone that I love my kids.

6



**IMAGE 19: November 2019 – Thanksgiving 'fake' Blended Family so that Catherine 'looked normal' for the enterprise and the public.**
Jack, Rick, Brent Wilson, Catherine Lee DuBridge (Wilson), Eric, Sonia, Soren and Iris Beckstrom.

My children would put on a good face as Cathy held the financial power in the house as she had majority equity, not one week went by where that was not made clear.

Eric has been isolated **100%** from Sonia & Soren since 2020 to cover up Iris's Death from RB/CM Cyberbullying Isolation. Eric delivered Iris, there was no midwife and Eric did 95% of Soren's delivery too.

Eric's kids lived **100%** with Eric since 2013 when their mom abandoned them **100%** and lived 3000 miles away. In 2020.

Catherine expelled the Beckstrom family from the house two months after this picture for no cause. She had majority equity interest and never adjusted equity based on 4 renovation projects Eric paid for as he thought they were in it for the long haul as she always said.

Cathy's reason, "**Iris will not obey me, I need full control, give it to me!, Eric, you need to tell her to do what I want!!** Cathy meant sexual control, not emotional, stepmother connection to Iris.

Everyone's sex parties with Cathy cost my children and my mom's lives. Catherine has unnatural physical relationships with her sons, her son's fiance's entire family and their friends. There are no boundaries, **zero**. It is beyond comprehension but the very nature of this 'extreme' lack of boundaries acts as a 'drug' affecting everyone's sense of morality and composure. The enterprise weaponized the lack of boundaries to expand her compulsion to an industrial level or as they say in Tech Jargon, they scaled it up and monetized it.

Jack, Rick, Brent Wilson, Catherine Lee DuBridge (Wilson), Eric, Sonia, Soren and Iris Beckstrom. Eric has been isolated **100%** from Sonia & Soren since 2020 to cover up Iris's Death from RB/CM Cyberbullying Isolation. Eric delivered Iris, there was no midwife and Eric did 95% of Soren's delivery too. Eric's kids lived **100%** with Eric since 2013 when their mom abandoned them **100%** and lived 3000 miles away. In 2020 Catherine expelled the Beckstrom family from the house in which she had majority interest. Cathy's reason, "**Iris will not obey me, I need full control, give it to me!, Eric, you need to tell her to do what I want!!** Cathy meant sexual control, not connection. Everyone's sex parties with Cathy cost my children and my mom's lives. Catherine has unnatural physical relationships with her sons, her son's fiance's family and their friends; there are no boundaries, **zero**.

7

**EXHIBIT 49A: MASTER INDEX OF EXHIBITS**
**ASSOCIATED FILE:** Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon)
**PLAINTIFF:** ERIC A. BECKSTROM
**DATE:** July 7, 2026 (REVISED)

**COMPILATION A: HISTORICAL INVESTIGATION & STRUTURAL NEXUS**

- **United States House Committee on the Judiciary Intake 'D':** Washington, D.C., Friday, May 16, 2026.
- **US Atty General Intake 'C':** April 27, 2026 (SF)
- **FBI Intake 'B':** Friday, April 17, 2026 (Ref: Agent Strubler-SF)
- **FBI Intake 'A':** Previous Submission: Saturday, April 11, 2026 (Ref: Agent Tomeno-SF)
- **Exhibit 0:** Notice of Irreconcilable Conflict & Attempted Legal Infiltration
- **Exhibit 00:** Historical Pedigree & The National Security Nexus
- **Exhibit 000:** High-Value Target (HVT) Index
- **Exhibit 0000:** Psychological Profile of the Asset (Catherine/Maylynn)
- **Exhibit 1:** Subject Profile – Rod Allen Beckstrom (The Technical Hub)
- **Exhibit 2:** Death Report: Iris Mari Beckstrom (C21-3610): Documented Suppression & Evidence Recovery
- **Exhibit 3:** The 2030 East Cliff Drive Transaction
- **Exhibit 4:** The Visionary Network Exhibit (The Silicon Valley Nexus)
- **Exhibit 5:** Tactical Proximity & Surveillance Analysis (Santa Cruz/Capitola)
- **Exhibit 6:** Forensic Chain of Custody & Persistent Cyber-Physical Tracking
- **Exhibit 7:** Witness & Subject Identification (Operational Context)
- **Exhibit 7B:** 'Witness' Protection & 'Subject/Tool' Protection Photos
- **Exhibit 8:** 'Witness' Protection & 'Subject/Tool' Protection Photos
- **Exhibit 9:** Counter-Surveillance & Neutralization of State Assets
- **Exhibit 10:** Documented Deception & Social Engineering
- **Exhibit 11:** Documented Tactical Coordination & Physical Surveillance
- **Exhibit 12:** Charitable Fraud & International Infiltration
- **Exhibit 12B:** Eric Beckstrom's Charitable Work – Manila
- **Exhibit 13:** Professional Breach & The "Spiritual" Guard Network
- **Exhibit 14:** Strategic Displacement & Familial Destruction
- **Exhibit 15:** International Asset Grooming & IP Extraction
- **Exhibit 16:** Strategic Infiltration & The Stanford/CNNIC Nexus
- **Exhibit 17:** The Swiss Re / Stanford Funding Maneuver
- **Exhibit 18:** The Brunnshög Masterplan & Municipal Exploitation
- **Exhibit 19:** Beckstrom Family Design Work & Architectural Fiduciary
- **Exhibit 20:** The Manila Slum Redevelopment & Policy Influence
- **Exhibit 21:** Camden, Maine – Witness Isolation & Enforcement Map
- **Exhibit 22:** OSU Campus Fire Station Proposal (The Salvage Operation)
- **Exhibit 22B: (Addendum):** The Extraction Interface & Copyright Evasion
- **Exhibit 23:** The Los Gatos Operational Hub & "The Club" Nexus
- **Exhibit 24:** Judicial & Digital Engineering (Systemic Obstruction)
- **Exhibit 24B:** Professional Sabotage & The "Institutional Shield"
- **Exhibit 25:** The Saratoga/Los Gatos "Silo" & Command & Control (C2)
- **Exhibit 26:** The Palo Alto Origins & High-Level State Infiltration

- **Exhibit 27: (Addendum):** The "Midas List" Fiduciary
- **Exhibit 27B:** The Gast Architects Network & Elite Extraction
- **Exhibit 28:** NOTICE OF ESCALATION – PHYSICAL INFILTRATION THREAT
- **Exhibit 29:** Financial Coercion & Social Engineering (The 'Managed Asset' Framework)
- **Exhibit 30:** Forensic Point of Point – The September 2011 Berlin Intercept
- **Exhibit 31:** The Casualty List and Psychological Attrition
- **Exhibit 32:** Chain of Custody & Forensic Integrity Log
- **Exhibit 33:** Forensic Point of Origin – The September 2011 Berlin Intercept
- **Exhibit 34:** Primary Partner/Forensic Reconstruction of the Mexico City Staging (Nov. 2025)
- **Exhibit 35:** Predatory Financing & The Holiday Party Felony
- **Exhibit 36:** "Pattern of Practice" Summary of Professional Code Violations & Coordinated Messaging
- **Exhibit 36B:** Timeline of Coordinated Surveillance & Professional Breach (2011–2026)
- **Exhibit 37:** Social Engineering & Surveillance Assets (The "Baiting" Protocol)
- **Exhibit 38:** INTELLECTUAL CAPITAL & GLOBAL INTERFACE (THE "GORILLA" ROLE)
- **Exhibit 40:** Institutional Compromise & Mobile Operations
- **Exhibit 41:** THE MAINE NEXUS & ADOLESCENT COMPROMISE
- **Exhibit 42: (Supplemental):** The Parental Enforcement Nodes
- **Exhibit 43:** Tactical Use of Defamation as a Social Air-Gap
- **Exhibit 44:** TACTICAL PROXIMITY & SURVEILLANCE INFRASTRUCTURE: THE "500-FOOT MESH" COMMAND & CONTROL ARCHITECTURE
- **Exhibit 45:** Ghost User-2
- **Exhibit 47:** FORMAL NOTICE OF LIABILITY – FACILITATING A NATIONAL SECURITY BREACH
- **Exhibit 48:** ERIC BECKSTROM RESUME

## COMPILATION B: BEHAVIORAL ANALYSIS & DOCUMENTATION

- **Exhibit 49:** Statutory Reference Matrix and Property Directory
- **Exhibit 50:** Case Timeline and Pattern Matrix – Data Chronology
- **Exhibit 51:** Record of Parental Custody and Supporting Documentation
- **Exhibit 52:** Narrative Reconstruction of Case Factors
- **Exhibit 53:** Medical Documentation and Procedural Timeline
- **Exhibit 54:** Analysis of Behavioral Dynamics and Social Factors
- **Exhibit 55:** Analysis of Behavioral Resilience and Support Networks
- **Exhibit 56:** Chronology of Long-term Infrastructure and Developmental Milestones
- **Exhibit 57:** Systemic Network Operations and Organizational Structure
- **Exhibit 58:** Service Routing Protocol and Expanded Service Register
- **Exhibit 59:** Technical Specifications and Location Data
- **Exhibit 60:** Asset Location and Financial Entry Matrix
- **Exhibit 61:** Formal Notice of Pending Litigation and Evidence Preservation Mandate
- **Exhibit 62:** Regional Procurement Node Analysis
- **Exhibit 63:** Institutional Disclosure and Donation Records

•**Exhibit 64:** Case Strategy and Vulnerability Assessment

•**Exhibit 65:** Analysis of Organizational Privacy and Information Security

•**Exhibit 66:** Impact Analysis and Narrative Statements

•**Exhibit 67:** Timeline of Procedural Developments and Financial Impact Analysis

•**Exhibit 68:** Communication Protocols and Custodial Records

•**Exhibit 69:** Financial Documentation and Account Records

•**Exhibit 70:** Social Vector Analysis and Placement History

•**Exhibit 71:** Behavioral Pattern Analysis and Ecosystem Impact

•**Exhibit 72:** Behavioral Profile and Management Mechanisms

•**Exhibit 73:** Investigation of Professional Interceptions and Life Events

•**Exhibit 74:** Operational States and Asset Protocols

•**Exhibit 75:** Network Communications and Procedural Separation

•**Exhibit 76:** Identity Security and Unauthorized Access Documentation

•**Exhibit 77:** Clinical Framework and Behavioral Health Analysis

•**Exhibit 78:** Time-Series Matrix of Interactions

•**Exhibit 79:** Analysis of Behavioral Mechanics

•**Exhibit 80:** Psychological Profile of Primary Case Contacts

•**Exhibit 81:** Analysis of Coordinated Actions and Impact

•**Exhibit 82:** Consolidated List of Relevant Case Targets

## COMPILATION C: EXIGENT LITIGATION REMEDIES

•**Exhibit 83A:** PHYSICAL EVIDENCE INDEX: PORTLAND FBI FIELD OFFICE GATEHOUSE BLUEPRINTS & PROCEDURAL ANOMALIES

•**Exhibit 83B:** FBI & CASCADIA HEALTH BUSINESS CARD/FBI BUILDING & GUARDHOUSE PICTURES AND PLANS

•**Exhibit 84:** MASTER PHOTOGRAPHIC EXHIBITS DEMONSTRATING COMPREHENSIVE FAMILY ERASURE AND REVERSED TELEMETRY CONTEXT

## MASTER CERTIFICATE OF SERVICE

(To be attached to the tail end of each of the 4 Master Packages)

I, Eric A. Beckstrom, hereby certify that on this 6th day of July, 2026, a true and correct copy of the foregoing filing package items was served upon the following parties of record via United States Registered Mail with return receipt requested, addressed as follows:

•Defendant Rod Allen Beckstrom
911 Capitola Avenue, Capitola, CA 95010
•Defendant Chris Malachowsky
2030 East Cliff Drive, Santa Cruz, CA 95062
•Defendant Catherine Lee DuBridge
224 4th Avenue, Santa Cruz, CA 95062
•Defendant Cascadia Health
Office of Chief Legal Counsel / Registered Agent
4333 NE Glisan Street, Portland, OR 97213
•Defendant Michele C. Beckstrom
88 Washington Street, Camden, ME 04843
•Defendant Patrice V. Beckstrom
2671 Placer St, Santa Cruz, CA 95062

Executed on July 6, 2026, at Eugene, Oregon.



ERIC A. BECKSTROM
Plaintiff Pro Se
PO Box 10427, Eugene, OR 97440

Page 6