Meliha Jusupovic, OSB #236269
MJusupovic@mpbf.com
MURPHY PEARSON BRADLEY & FEENEY
520 Pike Street, Suite 1205
Seattle, WA 98101
(206) 219-2008
*Attorney for Defendant Christie's*
*International Realty Sereno – Los Gatos*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ERIC A. BECKSTROM, PRO SE,<br><br>Plaintiff,<br><br>vs.<br><br>ROD ALLEN BECKSTROM; CATHERINE LEE DUBRIDGE; MICHELE C. BECKSTROM; PATRICE V. BECKSTROM; DEAN ROSSI; RONALD ROSSI; BRUCE WESTPHAL; TIM BERTHOLD; TWIN LAKES CHURCH; THE CLUB AT LOS GATOS; COLDWELL BANKER-LOS GATOS; CHRISTIE'S INTERNATIONAL REALTY SERENO-LOS GATOS,<br><br>Defendants. | Case No.: 6:26-CV-00920-AA<br><br>**DEFENDANT CHRISTIE'S INTERNATIONAL REALTY SERENO-LOS GATOS' JOINDER TO TWIN LAKES CHURCH'S MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that Christie's International Realty Sereno – Los Gatos

(hereinafter "Christie's) hereby joins, in the entirety, in defendant *Twin Lakes Church's Motion*

*to Dismiss and Supporting Memorandum of Law* (ECF No. 25).

JOINDER TO MOTION TO DISMISS        1

## I.    CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7-1(a), counsel for Christie's attempted to confer with Plaintiff Eric Beckstrom, but was unable to connect with Plaintiff via telephone as no telephone number was ever provided and the e-mail correspondence went unanswered.

## II.    JOINDER

Defendant Christie's hereby joins *Defendant Twin Lakes Church's Motion to Dismiss and Supporting Memorandum of Law* (ECF No. 25) in its entirety and incorporates by reference all arguments, authorities, and requests for relief set forth therein as though fully stated herein. The *Complaint* asserts substantially identical allegations against Christie's and fails, for the same reasons articulated in Twin Lakes Church's Motion, to establish personal jurisdiction over Christie's or to state any plausible claim for relief.

Accordingly, Defendant Christie's adopts all arguments raised in the Motion, including dismissal under Rules 12(b)(2) and 12(b)(6), Plaintiff's lack of standing or real-party-in-interest status where applicable, and the additional grounds demonstrating that amendment would be futile.

Dated: July 31, 2026.

_____
Meliha Jusupovic, OSB # 236269
MURPHY PEARSON BRADLEY & FEENEY
520 Pike Street, Suite 1205
Seattle, WA 98101
(206) 219-2008
MJusupovic@mpbf.com

*Attorney for Defendant Christie's International Realty Sereno – Los Gatos*

JOINDER TO MOTION TO DISMISS         2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 31, 2026 I electronically filed the foregoing Joinder to Motion to Dismiss by E-SERVICE via CM/ECF system and the foregoing was also served on Plaintiff by e-mail to Lind36ram@proton.me and by U.S. Mail to the following: PO Box 10427, Eugene, OR 97440.

DATED this 31st day of July, 2026.

_____
Sarah D. McLeod, Legal Assistant

JOINDER TO MOTION TO DISMISS          3