**EXHIBIT 6**: Forensic Chain of Custody & Persistent Tracking

**SUBJECT:** Steganographic Payload (2011), Remote Spoliation (2026), and Rivian Telemetry Override
**DATE:** July 31, 2026

## I. THE BERLIN INTERCEPT (ICANN 2011)

**Origin of Breach:** Unauthorized hardware access by **Rod A. Beckstrom and team** during the 2011 ICANN meeting (Hotel Adlon Kempinski, Berlin).
**Concealment Method:** Advanced toolkit embedded within the **"ArchiCAD Library 10"** folder to bypass antivirus and masquerade as architectural metadata.
**Recovered Forensic Assets (April 3, 2026): State Level, Absolute Full Control Intrusion**

**Forensic Blueprint: Dual-Use Technical Weaponization**

*Review: Sitting on a standard user machine outside of an enterprise IT domain environment, this specific combination of software constitutes a* ***major operational liability****. Because these utilities bypass front-facing interfaces to interact directly with encrypted local databases and raw hard drive sectors, they grant an operator* ***absolute*** *data-exfiltration and trail-concealment privileges:*

•AGENT_BECKSTROM_ARCH....ALIFORNIA_V10_12_6_RW.ZIP

•HxDSetup.exe (Hex Editor/Metadata alteration)

•MFCMAPI.x64.exe.22.0.22216.01 (Low-level Exchange/MAPI manipulation)

•StellarConverterforOST-Corporate.exe (Mass exfiltration of encrypted data)

•PuranFileRecoveryX64.zip (Monitoring of "wiped" disk sectors)

## II. ACTIVE SPOLIATION & INSTITUTIONAL COMPROMISE (APRIL 14-16, 2026)

**Ghost User 1 Detection:** Discovery of a secondary, unauthorized Administrative User Profile.
**Real-Time Data Purge:** Plaintiff witnessed real time, remote deletion of files for a 10-minute duration in **Eugene, OR**, until shutdown, confirming active **Remote Access Trojan (RAT)** used to destroy evidence as it is discovered.
**Compromised IT Infrastructure:** High-probability that **Harbor Digital** and **DRM Worldwide** with others facilitated backdoor access, allowing complete, 24/7 invisible control, a red level alert in commercial/government.
**Persons of Interest:** Brandon Cameron (Owner), Jason Gindel (Tech) - **Harbor Digital,** Brunswick, ME
**Person of Interest:** Bruce Westphal's son in law**,** Ruslan Spektor - **DRM Worldwide,** Livermore, CA

## III. Rivian SUV TELEMETRY OVERRIDE

**Tracking 1:** April 7, 2026, A "Shadow Phone Key" (unauthorized mobile device) discovered and was hard-synced to the **2025 Rivian R1S**. This Phone key can only be installed with Plaintiff's login credentials (stolen from his laptop). This means they can track the vehicle's live GPS location remotely from her phone.
**Rivian Complicity:** April 7, 2026, Plaintiff requested key removed in several calls lasting 4 hours with (3) Rivian reps. They indicated it was impossible to remove. The reality: **"If you call Rivian at 1-888-RIVIAN1 (1-888-748-4261), they are trained to handle account lockouts, compromised security, or lost phones".**
Rivian reps. suggested Plaintiff "go rent a car" despite repeatedly stating the danger of using credit cards.
**Command & Control:** Bluetooth and Location Services were **remotely toggled "ON & OFF"** via her phone, overriding manual privacy settings, ensuring a persistent tracking beacon for the **Rogue Startup**.

**Tracking 2:** Third party OCD empty connector tracking port(decoy), installed and hanging in leg well. Connected to hidden "Y-splitter". Hidden inside the dashboard it is connected to the actual electronic **Tracking Puck**.

**Tracking 3:** External, Apple Airtag, discovered March 10, 2026, Monterey, CA





**EXHIBIT 31: THE CASUALTY RECORD & SYSTEMIC ATTRITION**
**ACTIVE MATTER REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA, U.S. District Court, District of Oregon; Presiding Judge: Hon. Ann L. Aiken
**PREPARED BY:** Eric A. Beckstrom, Plaintiff, Pro Se
**DATE:** July 31, 2026

**I. RECOGNITION OF MULTI-NODE CASUALTY PATTERNS**

To prevent defensive minimization and counter any attempt to characterize this federal action as an isolated domestic matter, the Plaintiff presents an objective chronological index of multi- node/persons casualty/attrition patterns.

The underlying record establishes that the **Rogue Startup** utilizes a systematic blueprint of continuous cyberbullying, targeted isolation, legal manipulation and 100% business depletion. When an active node/person, participating attorney, or witness intersects with the tracking network, the enterprise implements high-intensity containment operations.

The resulting **100% casualty rate** across connected family members, legal counsel and friends establishes a pattern of wrongful deaths, structural damage, and systemic liability that transcends localized domestic relations:

**Casualty 1: Iris Mari Beckstrom (Deceased, August 8, 2021)**
Classification: Fatal Injury / Witness Containment / **Suicide**
Operational Footprint: The primary casualty of systematic isolation and forced containment perimeters. The underlying record details a multi-year campaign engineered to suppress the legal discovery of repeated boundary violations committed by primary defendant **Catherine Lee DuBridge**. **100%** Forced isolation of Iris from paternal support directly resulted in a fatal outcome. Tracking/bugging phone, emails **24/7** for **15** years.

**Casualty 2: Robert S. Kamin (1979–2014) Attorney at Law, Heath-Newton closed one week later**
Classification: Legal Sabotage / Witness Attrition / **Suicide**, Tracking/bugging phone, emails **24/7**
Operational Footprint: Retained family law counsel at Heath-Newton LLP, San Francisco, specializing in marital dissolution and child custody. Forensic data and post-mortem disclosures establish a pattern of institutional collusion engineered by primary defendant Rod Allen Beckstrom/ **Rogue Startup** to compromise the Plaintiff's active legal representation, allowing illegal abduction of Soren, age 9, to Maine starting sibling separation. Robert S. Kamin's mother contacted Plaintiff 1 year after his death to apologize for Robert and his actions against the Beckstrom children. The mother indicated he was overcome with guilt for his collusion.

**Casualty 3: Philip Cohen Attorney at Law (Deceased, Damariscotta, ME) closed one week later**
Classification: Collateral Attrition / Litigation Containment / **Suicide** / Tracking/bugging phone, emails **24/7**
Operational Footprint: A high-level legal asset who intersected with the multi-state litigation framework. The underlying record establishes severe psychological attrition and a fatal outcome following exposure to the extrajudicial maneuvers and high-pressure compliance tactics deployed to protect the **Rogue Startup**.

**Casualty 4: Leola Beckstrom (Deceased, 2024),** Tracking/bugging phone, emails **24/7**
Classification: Target Elimination / Moral Witness Neutralization / Stopped eating and talking coherently
Operational Footprint: Infiltration and severe sexual boundary violations executed against the Plaintiff's elderly, incapacitated mother in 2018 by **Catherine Lee DuBridge**. This tactical intervention deployed to enforce silence, causing cognitive and psychological shutdown to prevent her disclosure of **Rogue Startup** operations.

**Casualty 5: Taylor Ungaro (2024, Deceased, Belfast, ME),** Tracking/bugging phone, emails **24/7**
Classification: Target Elimination / Moral Witness Neutralization / Suicide / Tracking/bugging phone, emails **24/7**
Operational Footprint: The primary casualty of systematic isolation and forced containment perimeters to cause **100% complete business decline**. Best friend to Plaintiff, godfather to his son, Theo. Taylor witnessed the multi-state litigation stranglehold and **illegal sibling separation** by mother and ME court. Testified in Knox County Court about Mother's physical abuse of Soren – Susan Sparaco/Court denied his

independent witness testimony. Plaintiff's Bank, **Starone Credit Union**(Sunnyvale, CA), prevented Plaintiff's life-saving wire transfer for **Rogue Startup** 2 weeks before his death. The tactical intervention was deployed to enforce silence, psychological and business shutdown to prevent disclosure of operations.

**Casualty 6:Suspicious Death/: Roger Goodhill (2023, New York, Deceased)**
Classification: Target Elimination / Moral Witness Neutralization / Death 2 weeks after headache
Operational Footprint: Best friend to Plainitff. 'Truth Seer/Critic' and observer of Rod Allen Beckstrom since 1989. Wife saw Roger in morning breakfast, last time to talk to him. The Medical Event: What began as a seemingly standard headache rapidly escalated into a severe, acute medical crisis and was unable to speak to his wife ever again. This suspected tactical intervention deployed to enforce silence to prevent disclosure of **Rogue Startup** operations.

**II. THE PSYCHOLOGICAL BLUEPRINT OF SYSTEMIC ATTRITION**

The corporate facilitators and handlers operate on predictive behavioral models that rely on systematic asset-stripping and forced isolation to maintain absolute data asymmetry. Recipient compliance departments must recognize the three-stage operational loop used to neutralize legal and familial targets:

1.**Isolation:** The target is systematically detached from independent legal, intellectual, and emotional support networks to establish total informational asymmetry, active in present case.
2.**Compromise:** The Rogue Startup weaponizes regional judicial channels, bad-faith partition suits, and extrajudicial law enforcement assets to force the target into a permanent state of high-friction litigation defense.
3.**Liquidation:** When a participating node/person, legal representative, or family witness creates regulatory exposure, the network utilizes intense social pressure, shame, and cyberbullying to drive the asset toward systemic collapse, suicide, or fatal overdose.

**III. LEGAL RELEVANCE AND JOINT LIABILITY**

The scaling of these fatalities from a singular domestic event to a multi-year index of deceased legal counsel and family witnesses completely voids any defense of coincidence or personal grievance. Under the federal **Joint Venture Principle** and **Restatement (Second) of Torts § 876**, any institution that provided financial backing, commercial footprints, or data routing that concealed this casualty timeline carries direct joint and several civil culpability for the full scope of the harm.

| | |
|---|---|
| 2010 - 2013 | **Lund University,** Lund, Sweden, Post Doc Research w/ faculty office, Slum Upgrading |
| 2010 - 2013 | **Lund University,** Lund, Sweden, Masters Studies-Sustainable Urban Design-SUDES/HDM |
| 2002 - 2004 | **Waldorf Foundation Studies** (Pedagogical/Teacher training), 2-year program |
| 1987 - 1988 | **Pratt Institute**, Brooklyn, New York, **Bachelor of Architecture** (5-year Professional degree) |
| 1986 - 1987 | **The Architectural Association**, School of Architecture, London, England |
| 1984 | **San Francisco Center for Architecture and Urban Studies,** San Francisco Art Institute, CA |
| 1981 - 1985 | **Oklahoma State University**, Mechanical Engineering, Philosophy, Architecture |
| 2014 - present | **Beckstrom Architecture + Interiors**, (Hassan, Maloney, Sawyer, Westphal, Atwood, Bay-West, Espinosa) |
| 2011 - 2013 | **JEG Consulting** Principal – Manila Slum Upgrading; **ADB-Asian Dev. Bank** zoning/economic advisor |
| 2012 - 2013 | **Quezon City City Govt/Fed. Govt**, (Joy Belamonte) Financial Reform Policies, PH Housing/Census |
| 2011 - 2013 | **Ayala Group**, ad hoc consultation, Jaza Ayala, Art Corpuz, Foundation-Joe Higdon |
| 2012 - 2013 | **Chaoyang Urban History Museum**, Historic maps, photos Exhibition; Beijing/CN, 1725-1908 |
| 2012 - 2013 | **Kingold Group**, Guangzhou, CN, ad hoc consultation, Kenneth Chu, son in law |
| 2003 - 2014 | **Spring Mountain Highlands Partner**, Subdivision, Rockport, ME (Bruce Westphal-Bay Alarm, Haining) |
| 2003 - 2014 | **Beckstrom Architecture & Planning**, Principal, Rockport, ME (Gosnell, J. Sculley, Laura Wack, **Camp Kieve/Wavus**-Henry Kennedy-Director, Jack Bunce-Palo Alto connection, Doug Abbey, Whip Buck) |
| 1995 - 2003 | **Cushman + Beckstrom, Inc**, Architecture & Planning, Principal, Stowe, VT(John Sullivan, Mackey-WF) |
| 1991 - 1995 | **Gast & Associates**, Architect, SF, CA (*Rogue Startup network grab:* Doerr, Wendell, Bechtolsheim, Khosla, L. Rondstadt, R. Williams, 4 day intensive w/ Anne Doerr, A. Davis, etc.) |
| 1990 - 1991 | **Rosenbergs Arkitektkontor AB**, Arkitekt,, Stockholm, Sweden, SEB Banken Competition Winner |
| 1990 | **Can Arkitektkontor AB**, Arkitekt, Stockholm, Sweden |
| 1988 - 1990 | **Pei, Cobb, Freed & Partners**, Intern Architect, NY, NY; (Ehrtegun connection-P Collins, J Giles, etc.) |
| 1988 | **HOK-Hellmuth Obata and Kassabaum,** Intern Architect, NY, NY (ATT&T) |
| 1985 - 1988 | **Omrania U.K. Ltd.**, Intern Architect, London, England (Saudia Nat. Guard, GCC Headquarters) |
| 1987 | **Waterfront Development Corporation Development,** Historical Researcher, Thames-London |
| 1985 | **Lister, Drew & Associates**, Intern Architect, Walton-on-Thames, England |
| 1985 | **Car Design Workshop,** Torino, Italy (Mike Richardson, Chris Bangle-BMW, mtgs w/ Bertone, Guigaro, Ghia) |
| 1982 -1983 | **Mike Shelton Construction**, Stonemason, Tulsa, Oklahóma (Don Henley house later by Mike S.) |
| 1981 | **Walt Disney Movie 'Tex'**, Actor/Biker #2; friends with Matt Dillon, Emilio Estevez, Meg Tilly, Tim Hunter |
| 1982 | **Francis Ford Coppola Screen Test**, 'The Outsiders', friends with S. E. Hinton, author |
| 1978 - 1981 | **Doug Lee Construction,** House Framer/**Cycle Kart Racers**, Motorcycle/Bicycle Mechanic, Tulsa |
| 2024 | **Palo Alto meeting/presentation** (Karin Boncher, Catherine Lee Dubridge – with S. Liccardo) |
| 2024 | **Pacific Palisades/Tigertail Rd, Design Retreat** (Dr. Bernie Bierman/Bill Bouchey, conn. Resnicks, LB, SC) |
| 2023 | **Baja,** Mexico offroad race training, KTM 500 (W. St. Laurent, T. Rumberger, C. Smith, Oregon group) |
| 2019 | **EDF**, Fundraising Gala SF-Rod Beckstrom Group (S. Cook, Musk, Dannaher, Plekenpol, etc.) |
| 2016 - 2019 | **HitCheck,** Advisory Bd Member (Mike Piha, Steve Young) |
| 2016 - 2019 | **Stanford Cyber Policy Program (SCPP)** CISAC/Hoover(Hecker, Zegart, Stamos, Mandia, Howard, Weber) |
| 2015 - 2019 | **Nordic Innovation House/Vinnova** – Palo Alto, Startup participant (Anne Lidgard) |
| 2018 | **DOJ/ Stanford Cyber Board - Apple Iphone/San Bernardino Case Review**, manage dinner conf. with Amy Zegart at McCarther's, Palo Alto (Alex Stamos, Kevin Mandia-Fireye, Rick Howard-PA Networks, Rod B.) |
| 2018 | **The Panetta Institute for Public Policy Conference** - Rod Beckstrom Group (L. Panetta,Ted Balestreri) |
| 2018 | **Swiss RE**, C-Suite Innovation Private Workshop, Mtn View, CA, (Matthias Weber + 4) |
| 2016 - 2017 | **PWC** Partner Report-Dave Burg, BAO conference-China, Rod Beckstrom Group |
| 2017 | **MarshMcClellan,** Chief Counsel Cyber Strategy meetings, Rod Beckstrom Group |
| 2016 - 2018 | **Zurich Insurance**, Strategy meetings, Rod Beckstrom Group |
| 2016 – 2022 | **McLarney Holiday Parties**, extensive meetings with Carl Berg |
| 2016 – 2022 | **McKiernan Holiday Parties**, meetings with Roger Dunbar, Larry Caruthers |
| 2015 - 2019 | **Liquuid**, Cyber Security, Adviser, Rod Beckstrom Group; (B. McKiernan, D. Burg) |
| 2015 - 2016 | **BE SAFE** Startup Advisory Bd Member, Norwegian security app, Palo Alto, (J Pinkett Smith) |
| 2014/15 | **WEF/Davos**, wrote award winning **Cyber Security** speech/presentation for Rod Beckstrom |
| 2014 | **VINNOVA** -Innovation Workshop Leader, Swedish Foretagarna Business Association, SF (Lidgard) |
| 2014 | **Lund University Business School**, Innovation Workshop Leader, Sweden |
| 2013 - 2014 | **Lund University**, Guest Lecturer/Reviewer Arch. & Industrial Design/Mech. Eng., Sweden |
| 2012 - 2015 | **CINNIC-Bejing Chinese Internet Authority,** Rod Beckstrom Group and solo, Bejing (Xiaodang, Sung) |
| 2011 - 2013 | **'Slum City'** Document Movie Project, Manila, Philippines and Ecuador |
| 2011 | **ICANN** –Beijing, DC, SF, **Berlin(tracking installed)** meetings w/ German Internet Providers, Rod Beckstrom |
| 2011 | **Peking University,** Guest Lecture/Graduate project Jurist, Beijing, CN (Kongjian-Turenscape) |
| 2007 | **Kieve - Great Mother and New Father,** Post Conference Meet – Reeve Lindbergh/Richard 'Dick' Kennedy |
| 2007 | **TED,** Rod Beckstrom Group, separate, solo meetings with John Doerr and others |
| 2003 - 2013 | **Bay Chamber Concerts**, Board Trustee, Rockport, ME (Winton Marsallis, John Legend, etc) |
| 2002 - 2005 | **Ashwood Waldorf School**, President/Board Member, Rockport, ME (Lipmanowicz) |
| 1999 - 2002 | **Vermont Environmental Board,** Expert Witness, Cell tower relocation project (Manosh) |
| 1998 - 2002 | **Garfield Hyde Park Neighbors Alliance, GHNA**, Neighborhood Advocacy Group, VT |
| 1995 | **Good Samaritan Family Resource Center**, Board Member, SF, CA (Katherine Taylor, Frank De Rosa) |
| 1994 | **EDF**, President, Fred Krup meeting, Il Fornaio, Palo Alto, Rod Beckstrom |
| 1993 - 1994 | **Mission Neighborhood Inner City Waldorf School**, Board Member, SF, CA |
| 1994 | **Precita Valley Community Center,** Board Member, Youth/Gang Prevention Center, SF, CA (Frank De Rosa) |
| 1976 - 1982 | **Motocross Racer**, 250cc and 125cc / 1982 **Taekwondo Competitor,** OSU heavy weight class |
| 1978 - 1980 | **John Zink** (family friend), US Senate campaign; **James Inhofe** (family friend), Tulsa Mayoral campaign |

**EXHIBIT 84: Statutory Compliance Matrix & Master Property Directory**

**ACTIVE MATTER REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA, U.S. District Court, District of Oregon; Presiding Judge: Hon. Ann L. Aiken

**PREPARED BY:** Eric A. Beckstrom, Plaintiff, Pro Se

**DATE:** July 31, 2026 (updated)

**CONFIDENTIAL ADMINISTRATIVE SAFETY ATTACHMENT — NOT FOR PUBLIC DISCLOSURE**

**MATTER REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA, U.S. District Court, District of Oregon; Presiding Judge: Hon. Ann L. Aiken

This index lists the specific educational districts, institutional administration nodes, healthcare facilities, and family networks intersecting with the Rogue Startup's operational tracking perimeter.
Recipient administrative bodies are instructed to utilize this record to conduct immediate safety screening, audit facility access logs, and enforce data preservation holds pursuant to public safety mandates.

**"The statistical scale of the appended index demonstrates a systemic, multi-district environmental saturation profile that transcends individual boundaries and functions as an institutional contagion vector requiring immediate regulatory intervention."**

Los Gatos High School

Rajiv Parihar, Swati Shah - Vivek Parihar
Ramachandran Raghuvir, Anuradha Subramanian – Nirupama Raghuvir, Rishi Raghuvir
Herb Grasty, Kristi Grasty - Ben Grasty, Jeanette Grasty
Paul Tuckfield, Gina Roldan - Lynnia Tuckfield, Charlie Tuckfield
John and Bev Christensen - (parents)
Robert Becker - (parents)
Orla Maclean - Tara Maclean, Luey Maclean, Conor Maclean
Meredith Eberle - Hannah Eberle, Colette Eberle
David D'Alessandro, Catherine D'Alessandro - Emma D'Alessandro, Cloe D'Alessandro
Robert Potts, Alexandra Potts - Andrew Potts, Emily Potts
Joe Carrol, Lisa Carrol - Nick Carrol, Carlie Carrol
Don Moser, Paula Moser - Ben Moser, Sammie Moser (Wingo)
Ulf Vinneras, Kristine Vinneras - Alex Vinneras
Steve Deck, Laurie Deck - Natalie Deck, Sara Deck
Martin Brooker, Charlotte Brooker - Andrew Brooker, Izzy Brooker
Boris Sherman, Ami Sherman - Leo Sherman, Hannah Sherman
Scott Carter, Liza Karamardian - Stephanie Carter, Christina Carter
Alicia Barton, Bruce Barton – Claire Barton, Reid Barton
Cynthia Hsieh - Ryan Hsieh
Darin Devincenzi, Mary Devincenz - Ryan Devincenzi
Gregory Simpson, Lisa Simpson - Ashlyn Simpson
Chris Giordano, Karen Giordano - Nicholas Giordano, Michael Giordano
Dave Knowlton, Shannon Knowlton - Hayley Knowlton, Tristan Knowlton
Amir Elmjoui, Martha Elmjouie- Mayoli Elmjouie, Maria Elmjouie
David Bell, Maggie Bell - Jami Bell
Raj Desai, Bina Roy Desai - Shreya Desai, Ayden Desai
Serge Maskalik, Assal Maskalik – (Elem. School)
Greg Petroff, Patrice Petroff - Lilly Petroff, Amelia, Petroff, Thomas Petroff
Herb DeConte, Carol DeConte - Brandon DeConte, Clayton DeConte
Roger and Jill Milton - Delaney Milton, Kendall Milton
Brian Conlisk, Julie Conlisk - Jessie Conlisk, Brady Conlisk
Mark Carlquist, Kathy Carlquist - Kelly Carlquist
Nancy Leaverton - Steve Leaverton - Ella Leaverton, Luke Leaverton
John and Carol Musser - Kristi Musser(Grasty), Jill Musser(Southern)
Dr Stephen Lee and Jill Lee - Luke Lee
Angel Siegel - Jeff Siegel (deceased)
Larry Moore, Deborah Dukes Moore - Angelin Dukes
Eric Wade, Lee Ann Wade -

Steve Anzalone, Kim Anzalone - Kaitlin Anzalone (Leland HS)
John Chiala, Jennifer Chiala - Brian Chiala, Sara Chiala
Mario Queiroz, Martha Queiroz - Isabel Queiroz, Julia Queiroz
Johan Hedberg, Pernilla Hedberg - Molly, Wilma, Bia Hedberg
John Cristofano, Anne Cristofano - Quin Cristofano, Tate Cristofano
Ray Farris - Shannon Cronan(Farris)
Dr. Kale Wedemeyer, Sonia Wedemeyer - Makena Wedemeyer, Noelani Wedemeyer
Steve Wade, Becky Wade – Jessica Wade
Susan Berryl(deceased), Lynne Woodford - Olivia Berry, Garrett Berry
Steve Bamberger, Susan Bamberger - Maia Bamberger (Fisher)
Derek A. Bertocci and Susan L. Bertocci, Nick Bertocci, Gianna Bertocci
Paul Jensen, Karen Jensen - Skylar Jensen
Michael Heath, Anne Heath - Mimi Heath, Sam Heath
Bryan and Mary Lucey - Morgan Elizabeth Lucey, Miles Patrick Lucey
Rich McCarthy, Leslie Flavin McCarthy - Los Gatos, Bitsy McCarthy, Duke McCarthy
Brad Goetz and Jennifer Goetz - Ashley Goetz
William (Bill), Jennifer (Jen) Mitchell - Ryan Mitchell, Makenna Mitchell
Willy Harmatz - Tyler Harmatz (Leigh HS)
Amanda Routhier (Devincenzi)
Nils Gunnar Fredrik Ivarsson - Gunnar Ivarsson
Jan Blom – Linus(deceased)
Ron Eng, Linda Eng - Dana Earlen Eng, Christine Ann Eng
Herb De Conte, Carol De Conte - Brandon De Conte, Clayton De Conte
Mark De Mattei, Tammy De Mattei - Kyle De Mattei
Mark Millen
Michael Millen
Johnny Hannegan
Chris Benson - Max Benson Benson, Samantha Benson
Curtis Cooke
Susan Burnett, Brian Burnet -80 (2 kids)
Gary Kunsman
Alex Anderson - (2 kids)
Chris Eagen, Laura Alexander -
John Hartnett, Helen Hartnett – Brandon Hartnett
Michale Riese – (4 kids)
Dean Rossi, Kari Wolff - Gavin Rossi, Garret, Luke Rossi
Mihir Sanglikar, Yashada Sanglikar, (2 kids)
Tim McMahon, Lisa McMahon – Patrick McMahon, (2 daughters)
Sophia Sequeira, Johan Pistis - (2 kids)
Tupper Snook, (2 kids)
Rich McCarthy, Leslie Flavin McCarthy – (2 kids)
Julie Holsopple, Nader Al-Momani - (2 kids)
Nancy Leaverton
Derek A. Bertocci, Susan L. Bertocci - Jenna M. Bertocci
Paul Jensen, Karen Tricia Jensen - Skylar Jensen, Jack Jensen
John McSorley - Michael McSorley
Joe Burton, Ingrid Burton - (2 kids)
Chris Wang, Flora Wang -
Ed Dee -
Dr. Maia Chakerian, Dan Orr - (2 kids)
Kenneth Duebelbeis, Jill Duebelbeis - (2 kids)
Dave Zicovich -

Los Gatos Middle School/Elem Schools
Brandon Chong, Dorothy Chong – (3 kids)
Carlos Ferreira, Maria Ferreira -

Serge Maskalik, Assal Maskalik – (Blossom Hill Elem)
Munir Bandukwala, Dr. Maknuna Shikari DDS - Johan Bandukwala
Nader Al-Momani, Julie Holsopple – (Daves Avenue Elementary School)
Roman Sappey, Alice Sappey - Chloe Sappey
Bret Smith (78), Lynn Smith
Katrina Stratford, bf-Chris Stoddard – (Lexington Elem)
Oliver Abate and Pauline Abate - (Blossom Hill Elem)
Dr. Edwin (Ed) Abate and Pauline Abate, Oliver Abate
Iman Khorsand, Paria Sedigh - Nila Khorsand, Kian Khorsand
Tim Berthold, Luciana Darocha – Julia and Stella
Alexander Hult

Los Gatos – St Mary's School
Mike Cole, Jessi Plessl - 2 kids
Clay Wayman, Amanda Wayman – Capri Wayman, Delaney Wayman, Oliver Wayman
Alex Anderson, Meeghan Anderson - Emma and Colton, Wesley
Lyndsey Albanese, Philip Albanese – (2 kids)
Leisah Swenson - (2 kids)

Saratoga High School
**Richard DuBridge, Patti DuBridge - Robert DuBridge, Catherine DuBridge – CENTER/CONNECTION to Nodes/People on this partial list. An automatic behavioral pattern which is increasing in scope with age**
Catherine DuBridge, Mark Wilson - Brent Wilson, Rick Wilson, Jack Wilson
Bill Rolllinson, Jill Rollinson-Brad Rollinson, Kevin Rollinson, Tim Rollinson, Anne Rollinson

Steven Borgia, Mary Lou Borgia - Chris Borgia, Tiffany Borgia

Tiger Teerlink, Cindy Teerlink – Trevor Teerlink
Ben Peake, Lillia Peake - Gavin Peake, Holden Peake
Chenda Chhi - Eric Chhi, Ted Chii, Alex Chhi
Kirk Kozlowski, Christine Kozlowski, Ellen Kozlowski
Joe Carrol
Mark Escobar
Gary Rodrigues
Mark Duffy
Kevin Ruf
Jana Hoffman, Mike
Julie Tidd (Hutchinson), Mike Tidd - Brian Tidd, Jessica Tidd, Brian Tidd(Tahoe)
Brian Hutchinson
Melanie Tidd (Brandstetter)
Deborah Dukes (Moore)
Lisa Cheskin(Norcia), Barry Cheskin
Steve Lohr
Dean Carrol
Gordon van Zuiden, Michele van Zuiden - Brett van Zuiden, Claire van Zuiden
Javed Patel and Amena Patel -
Randy Murray, Charlotte Murray - Sarah, Nico, Matthew Murray, Madelyn Murray
Yasna Glumac, Nico Glumac - Mia Glumac, Iva Glumac, Ana Glumac, Eva Glumac
Stanley Chock(deceased), Christina Chock - David Matthew Chock Olivia C. Chock
Bert Clement, Diane Clement - Ethan Clement, Talia Clement
Karen Boncher, John Boncher - Nicolas Boncher, Nicole Boncher
Cy Tabari, Maureen Tabari - Patrick Tabari, Camille Tabari
Dave Williams, Amy Williams - Emily Williams
Bert Clement, Diane Clement - Ethan Clement, Talia Clement
Eric Leonard, Tracy Leonard – Makenna Leonard, Maddie Leonard, and Morgan Leonard
Dave Gleason, Andrea Gleason -
Rocky Pimental, Laurie Pimental - Jayne Pimentel, Jackie Pimentel, Kathryn Pimentel, Ross Pimentel

Barry Marsh, Mary Marsh - Brian Marsh, Christopher Marsh
Mike Miller, Veronica Miller – Virgil Miller, Emily Miller, Olivia Miller
Jim Reynalds, Anne Bechtold Reynalds - Chris Reynalds, Maddy Reynalds
Kat Mandell, Brad Mandell - Melissa Mandell, David Mandell, Megan Mandell
Bob Davis, Alison Carpenter Davis - Jackson Crist Davis
Avi Edlestein, Karen Edlestein -
Scott G Kriens, Joanie Kriens - (2 kids)
Denise Young – Ian Young
Laura Testa-Reyes - (2 kids)
Jenny Ghane, Kamran Ghane -
Niki Farsio -
Kim Wallis, Jeff Wallis -
Dalveer Heer -

Los Altos High School
Sundeep Vig, Purnima Vig - Akash Vig
Pedro Cesni, Patricia Cesni - Oliver Cesni, Crystal Cesni, Brandon Cesni
Roberto Cesni - Oliver Cesni, Stacy Cesni, Erandi Cesni
Belle Nguyen – (2 kids)
Matthias Weber, Laura St. Laurent – Alex Weber, Nico Weber
Cindy Tsai

Palo Alto High School, Jordan Middle School/Walter Hayes Elementary Schools
**Rod Allen Beckstrom, Patrice V. Beckstrom - primary defendants** – Elliot Beckstrom, Emma Beckstrom
Eric A. Beckstrom, Sonia Beckstrom, Iris Beckstrom, Soren Beckstrom **VICTIMS** – Iris eliminated to cover up Rogue Startup assaults on her.
Margaret Chai Maloney – 3 kids
Marc Friend, Rebecca Friend – 2 kids
Marc Spier, Mimi Spier – 3 kids
Håkan Saltin, Marie Saltin – Ellinor, Johan, Marten
Allison Huynh-Scott Hassan – 2 kids
Dr. Milana Boukhman Trounce -
Alberto Torres -

Campbell Schools
Andrew Cox, Coral Cox – Eleanor Cox ,Everett Cox
Adu Yu, Justin Kwon – (2 kids)
Chris Young, Sabrina Barentsen -
Ofer Beit Halachmir – (2 kids)
Chip Brid, Lynne Brid - Lynne Brid, Keith Brid
Bob Lennen -

Cupertino Schools
JieJing Zhao, Dustin Anderson – Soren Anderson, plus one boy

Newark Schools
Atish and Keshni Kumar – Shaneet Kumar,

Scotts Valley Schools
Dr. Maylynn Tam, Michael McSorley – (2 kids)

Santa Cruz Schools
Owen Commons, Sushila Conrey - 2 kids
Josh Meschi, Faviola Meschi – Gino Meschi, Maia Meschi
Spencer Keenan, Jessica Keenan - Kelly Keenan, Bethany Keenan, Bethany Keenan
Randy Strong, Anita Strong - Joshua, Alyssa, and Alanna

Erin Walters -
Skyla Lambeth, Jesse Greenberg -
John Swift -
Rob Wills, Lauren Valk Wills - Hugh Wills, Kate Wills
Roxie Wilday - (2 kids)
Garrett Lackey - Pastor at Twin Lakes Church
Linda Bailey, Bill Bailey -
Adrien Moreno,

Pacific Collegiate School (PCS)
Tom Branagan, Naomi Branagan - Aaron Branagan

Capitola Schools
Brandie Sanden - (3 kids)
Collette D'Amico - (2 kids)
Brian White - (2 kids)
Ryan Bane, Erin Bane -
Scott Alberi, Michelle Yvonne Ryan – (2 kids)

Aptos Schools
Jennifer Simmons, Nicholas Mailey - Josh and Emma

Carmel, Seaside Schools
Ted Balestreri -
Brandon Swanson -
Ken Rudisill, Janice Rudisill -
Mads Realmuto -
Mollie Westphal - Ruslan Spektor -

Menlo Park – Atherton, Woodside Schools
Susan Bird, Steve Bird– Kathleen Bird. Jessica Bird
Kristine Kozlowski -
Will Fratt, Barbara Fratt - Nick Fratt, Reed Fratt, Dean Fratt
Daphane Royce – (1 child)
Jack Bunce, Elizabeth Bunce - Grace Bunce, Cole Bunce, Georgia Bunce
James L. Carruthers Jr., Noreen Caruthers – Alan and Jamie
Kevin Mandia, Jennifer Mandia – (2 kids)
John Doerr, Anne Doerr – Mary
Scott Cook,Signe Ostby – Karl Cook, (2 kids)
Scott McNeally, Susan Ingemanson - Maverick, Dakota, Colt, and Scout
Jim Janz, Kathy Janz - (2 kids)
John Doerr, Anne Doerr – Mary Doerr
Sue McCrary(Paigin) , John McCrary– (3 daughters) (2 sons)
Johanna Mahal, David Mahal – (1 child)

Fair Oaks Schools
Diane Struhm - Tommy Struhm, Jeff Struhm
Tommy Struhm, -
Jeff Struhm -

Loomis Schools
Kevin Brandstetter and Melanie Brandstetter - (2 boys)

Lafayette Schools
Bruce Westphal, Patricia Westphal – Graham Westphal, Matt Westphal, Mollie Westphal, Tim Westphal
Tim Westphal – Hannah Westphal, Michael Westphal,

Matt Westphal, Jessica Westphal - Luke Westphal, Chloe Westphal

Graham Westphal, - Nicholas Westphal,, Benjamin Westphal, Jonathan Westphal

Alamo/Danville Schools
Jon Dunphy, Christy Dunphy – (3 boys)
Gregory Olson, Constance Olson – Kristy Olson, Deanna Olson, and Cole Olson

Portola Valley/Ladera Schools
Libby Raab – (2 kids)
Maria Williamson, Bruce Williamson - Gabriel Williamson, Williamson, Paloma Williamson
Lysanna Anderson -

San Jose Schools
Anup Rao, Maja Rao - (2 kids)
Pramrod Khicha, Sue Khincha – Rhi Khncha, Rie Khincha
Vorster Svard – (2 kids)
Efe Sozkesen, Talita Sozkesen – (2 kids)
Ed Padilla, Claudia Padilla - Eddie Padilla Jr., Gina Padilla
Fred Warner, Sydney Hightower Warner – (2 toddlers)
Amir Nofal - Ali Nofal
Matthew Aaron Diercks, Marie Louise Diercks -
Jenny Nyguen – (1 son)

Sunnyvale Schools
Ronen Zohar, Nurit Zohar – (3 boys)

Los Gatos – St Mary's School
Mike Cole, Jessi Plessl - (2 kids)
Clay Wayman, Amanda Wayman – Capri Wayman, Delaney Wayman, Oliver Wayman
Alex Anderson, Meeghan Anderson - Emma and Colton, Wesley
Robert Roselli, Melissa Roselli – (5 kids)

Hillsborough Schools
Todd Rumberger, Julie Rumberger – Camille Rumberger, Tommy Rumberger, Audrey Rumberger

Newport Beach
Bill Lowe, Kerr Lowe(divorced) -
William Mais, Leslie Mais(deceased) - Marley Mais, Scott Mais

**School Administration/Staff**
Shelby Edwards – Principal, Evergreen High School, San Jose
Kristi Grast - Fomer Principal, Los Gatos High School
Tami Espinosa – Principal, Rucker Elementary School, Gilroy Unified School District, former principal, Luigi Aprea Elementary School
Craig Williams - Assistant Principal, Leigh High School
Bob Davis – Teacher, Saratoga HS (retired)
Sue Khincha – Teacher, San Jose
Alicia Barton, Fisher Middle School, Los Gatos, CA
Kari Wolff, Los Gatos, Yavneh Day School (retired)
Karaikudi Subramanian, Los Gatos, private music children's teacher
Sue McCrary, Menlo Park, CA (retired)
Diane Struhm, Fair Oaks, CA (retired)
Julie Tidd, Tahoe Truckee Unified School District (TTUSD)
Talia Clement, Thurgood Marshall Academic High School
Gabrielle DiMariano (Rick Wilson fiance), Boston University Admin
Nurit Zchar, Israel, private, Sunnyvale

Jeremy Marks, Director of School Counseling, Head Football Coach, Camden/Rockport, Maine
Maria Libby, Superintendent, Five Town CSD/MSAD 28, Camden/Rockport, Maine
Robert Kezar - Ashwood Waldorf School, Rockport, ME. public school teacher – Searsport, Maine
Jacob Eichenlaub - Ashwood Waldorf School, Rockport, ME. public school teacher – Camden, Maine
Jody Spanglet, Director - Ashwood Waldorf School, Rockport, ME
Jeremy Clough, Director/Teacher - Ashwood Waldorf School, Rockport, ME
Anne McLellan, Teacher, Searsport, ME
Richard Ailles, former Ashwood Board President
Carmen Weiss/Marsh, Teacher– West Hollywood Kindergarten

Bellarmine Prep Schools
Hector Perez - Ethan Perez
Kevin McLarney, Katie McLarney – Brett McLarney
Bill McKiernan, Betsy McKiernan - William McKiernan Jr, Scott McKiernan
Wes Castles, Eve Castles - Jimmy Castles
Mary Ann Escobar, Mark Escobar - Matt Escobar
Sean Volheim
Gary Rodrigues, Fiona Rodrigues - Gregory Rodrigues
Pamela Atwood, Stan Atwood - Jeff Atwood + (3 grandchildren)

Archbishop Mitty High School,
Chandler Kinkade and Winsor Kinkade, Merritt Kincaid and Chandler Kincaid
Bill McKiernan, Betsy McKiernan - Emily McKiernan Jr, Rennie McKiernan
Kevin McLarney, Katie McLarney - Dr. Megan McLarney

Twin Lakes Christian School
Mark Spurlock, Lora Spurlock
Jared Booye, Alisha Booye – Van Booye
René Schlaepfe Schlaepfer, Laurie kids – Jonathan Schlaepfer, Elisabeth Schlaepfer, David Schlaepfer
Dan Baker, Gwenda Baker – Jennifer, David, and Julie
Paul Spurlock – Pastor of Outreach, Missions, & Adult Education
Jim Josselyn, Suzi Josselyn – (3 kids)
Jared Booye, Alisha Booye – Van Booye
Trent Smith, Katherine Smith - (2 kids)
Elizabeth Hunnicutt Summers, Andrew Summers – Samuel Andrew (2 kids)

Morgan Hill-home Schools
Keith Andry, Carrie Andry(Wedemeyer) – (5 kids)
Kelly Richards – Dylan Richards
George Kittle -
Jenny Nyguen -

Marin/San Rafael/Tiburon Schools
Kristen Sennet, Larry Sennet – Carl Sennet,
Kelly Givas, Tom Prestwich – Sophia Prestwich, James Prestwich
Doug Lind, Louise Lind -
Isabelle Bax Finney, Dennis Finney -

San Francisco Schools
James Bucher and Alina Bednarz/Bucher - Julian Bucher
Adam Vanderwaard, Ariana Beels – (1 child)
Nancy Abbey, Doug Abbey - (2 kids)
Peter Wendell, Lynne Wendell – (6 kids)
Lilah Wylde -
David Gast – (2 kids)
Shannon Cronan, Dan Cronan -

Truckee/Tahoe Schools
Mike Tidd, Julie Tidd – Brian Tidd, Jessica Tidd, Kevin Tidd

Los Angeles Schools
Elaine Tajima, Stanley Johnston(deceased) – Aimee Johnston

Pacific Palisades Schools
Bill Bouchey, Dr. Bernard Bierman – Simone Bouchey
L James -
S Resnick -

San Marino/Pasadena Public Schools
Dave Harding, Connie Harding - Grace Harding, Joe Harding, Mary Harding
Steve Silk, Susan Silk – John Silk, Natalie Silk

Simi Valley Schools
Linda DiMariano, Robert Billig – Gabrielle DiMariano, Dominic DiMariano, Nicole DiMariano

Pasadena Schools
Carmen Weiss/Marsh(Kindergarten Teacher), Philip Weiss – Maren Weiss
Carolyn Harding-Gould
Dr. Paul McAndrews, Valerie McAndrews -

San Diego Schools
Larry Shea, Sandy Shea - Doug Shea,

Oregon Schools, North Bend, Eagle Point
Willy St. Laurent, Wendy St. Laurent – Alex St. Laurent, Nick St. Laurent
Alex St. Laurent, - toddlers
Cade Smith,

Denver Schools
Karin Eisenmenger, Todd Eisenmenger – Jordan Rohrveldt, Morgan Eisenmenger, Jackson Eisenmenger
Jordan Rohrveldt -
Morgan Eisenmenger -

Columbus, NE Schools
Danny Lutjens, Kate Lutjens – Nick Marshall Lutjens, Sharra
Terry Lutjens, Janelle Lutjens – Cole Lutjens, Sarah Lutjens
Tom Lutjens(deceased), Debby Lutjens – Jason Lutjens, Carney Lutjens, Melissa Mejstrik
Jody Driefurst (Lutjens), Steve Driefurst – Mindy Driefurst,
Bill Luckey, Nancy Luckey – Ryan Luckey, Lucas Luckey, Michael Luckey and Kyle Luckey
Lucas Luckey, Anna Luckey - Elliot Luckey, Kodee Luckey, Paityn Luckey, Cortlynn "Ruby" Luckey
Michael Luckey, Shyla (Kemp) Luckey - Wren Luckey
Kyle Luckey, Hailee Luckey - Boston Luckey, Bodey Luckey
Melissa Mejstrik, Jason Mejstrik - Jaelyn Mejstrik, Carter Mejstrik

Houston Schools
Robin Washington Chandler, Carl Chandler - Carl Chandler Jr., Caleb Chandler

Talequah, OK Schools
Zach Wheaton, Syndney (Hamilton) Wheaton – Oaklynn (Hamilton) Wheaton

Tulsa Schools

William Tisdale, Nena Tisdale – (2 kids)
Hal Lewis, Casie Traband/Lewis – Kiefner Lewis, Alex Lewis
Bill Savage, Deidre Savage - (2 boys)

Community School, Sun Valley, Idaho
Jack Bunce, Elizabeth Bunce - Grace Bunce, Cole Bunce, Georgia Bunce

New York City
Bill Bouchey, Dr. Bernard Bierman(LA)– Simone Bouchey
Boston/New Hampshire
Ollie Parker, Barbara Parker - Anna Parker, Sam Parker, Jack Parker (Pingree, Brewster Academy)
Rick Wilson(DuBridge), Gabrielle DiMarinano – (Roslindale)
Ashton Harding, Marijo Tase Harding - Shane Mitchell Harding, Hazel R Harding
William St. Laurent - (Phillips Academy)

Camden Maine School District
Parker Chamberlin, Beth Chamberlin – Thatcher, Abby, Henry
Rick Morse, Maureen Morse – Katherine Morse, Samantha Morse + 2 more
Jim Dorsky, Amy Dorsky - (3 girls)
Rosie Curtis - (2 kids)
Anne McLellan – (2 kids)
Michele C. Beckstrom – Soren Beckstrom(victim), Plaintiff has not seen him in 6 years, prior Soren lived **100%** with Plaintiff and Soren's sisters
Benjamin Curtis - 3 kids
Gregg Haining, Maureen Haining – (3 kids)
James Hamilton, Sondra Hamilton - (2 kids)
Curt Andrick, Dawn Andrick - (2 kids)
Dr. Joseph F. Scordino III,

Ashwood Waldorf School, Rockport, ME
Maggie Churchill, Jack Churchill – Anya Churchill, Johan
Tina Lipmanowicz - (3 kids)
Jack Silverio, Susan Silverio – Matt Silverio
Tom Laurita, Sasha Laurita – (3 kids)
Matt Silverio - Ellie Silverio
Richard Ailles, Ashwood Board President
Eric Beckstrom (fomer Board President/designed School)– Sonia Beckstrom, Iris Beckstrom, Soren Beckstrom

Bay Chamber Concerts Music School
Eric Beckstrom (former Board Member)– Sonia Beckstrom(violin, piano), Iris Beckstrom (violin, piano)

Stillwater, OK Schools, Rockport, ME
Jarrod Beckstrom, Samantha Beckstrom – Lilly Belle Beckstrom, Beaudie Beckstrom, Archie Beckstrom

Cumberland, ME
Henry Kennedy, BJ Kennedy – Sam Kennedy, Blair Kennedy

Watch Hill, RI
Peter Lamm, Debra Lamm – no kids

Santa Clara University
**Catherine Lee DuBridge (Masters in Psychology)**
Lisa McMahon
Scott McNealy, Susan McNealy (Ingemanson), (Masters in Psychology)
Michele Kremen Bolton, Ph.D. (Adjunct Professor)
Patrick McMahon

Katrina Strafford
Shannon Cronan, Dan Cronan - Kelly Cronan, Sean Patrick Cronan
CalTech
Carolyn Harding-Gould, Roy W. Gould(deceased) -The Caltech Women's Club
Dustin Anderson - PHD
UCLA
**Catherine DuBridge (Tri Delta Sorority) PRIMARY DEFENDANT, group behaviors learned here**
**Kristen Sennet (Tri Delta Sorority)**
**Kelly Givas (Tri Delta Sorority)**
**Debra Lamm (Tri Delta Sorority)**
**Betsy Henze (Tri Delta Sorority)**
Deborah Duke
**Joe Carrol (Sigma Nu Fraternity-Epsilon Pi chapter)**
**Dave Harding (Sigma Nu Fraternity-Epsilon Pi chapter)**
**John Sitoiris (Sigma Nu Fraternity-Epsilon Pi chapter)**
**John Henze (Sigma Nu Fraternity-Epsilon Pi chapter)**
USC
**Elliot Beckstrom (Alpha Upsilon Chapter of Sigma Chi Fraternity)**
**Joe Harding (Alpha Upsilon Chapter of Sigma Chi Fraternity), Adjunct Professor**
**John Silk (Alpha Upsilon Chapter of Sigma Chi Fraternity)**
Dr. Paul McAndrews, USC School of Medicine Lecturer
UC Berkeley
Tara DuBridge
David Matthew Chock
UC Davis
Cynthia DuBridge
**Iris Beckstrom (deceased by hanging)**
UC San Diego
**Sonia Beckstrom (victim)**
Robert DuBridge
Stanford
Rod Allen Beckstrom
Robert DuBridge
Jack Bunce
Richard DuBridge
Stanford Cyber Board/Freeman Spogli/CISAC (3 years) – Rod Beckstrom(chair), Eric Beckstrom(moderator), Kevin Mandia, Celso, Sig, Rick Howard, Amy Zegart, Alex Stamos; Sig Hecker-liason (past Los Alamos Director)
Vinovas/Stanford Workshop - Eric Beckstrom(moderator)
**Robert Mueller**/Stanford Symposium - Eric A. Beckstrom wrote agenda/format for Amy Zegart-CISAC/Stanford
Amy Zegart, "Eric it was transformative, the entire group came alive and got involved, how did you do it!", it was with Silicon Valley Tech Titans who met with Robert Mueller, then head of the FBI. A non-partisan meeting.
Princeton
Emma DuBridge
*Tapping Reeve (circa 1763), Beckstrom'ancestor started the* ***first Law School in USA,*** *Tapping married Sarah "Sally" Burr Reeve whose father was president of Princeton. Sally's brother was Arron Burr. Tapping was Chief Justice of the Connecticut Supreme Court. Tapping would not have allowed this to occur to dozens and dozens of children and families.* ***This is not a domestic issue about Iris-zero. This is a public health emergency, much larger than anyone will grasp or want to accept. People push back due to embarrassment, pride and worry which is normal and to be expected. The risks are far greater.***
sYale
*Abner Reeve (circa 1731) – Beckstrom ancestors arrived 1635, 390 years ago, gave Vermont's first sermon in 1774.*
Middlebury College
Soren Beckstrom (victim), 15 years of CyberBullying/isolation
*Charles Paulk. (1840) (lawyer/politician, CA goldrush 1851/52 – Beckstrom Ancestor)*
University of Colorado
Elliot Beckstrom
Luke Lee

University of Alabama
Emma Beckstrom
Chico State
Scott Kriens
Nannette Kinkade
Carol De Conte
Julie Houp
Oral Roberts University
Ken Houp
Knox County Court, ME - Explicit pattern of denying Family rights. punishing Innocent Children-***Rogue Startup***
*Note: Starting in 2014, Maine courts punished and denied rights of Beckstrom Family children persistently for the **Rogue Startup**. Beckstrom family are not the only **Rogue Startup** targets, the list exposes that. This is not a domestic dispute. These adverse actions are for the business goals of the **Rogue Startup**. This is a **Public Health Crisis** created by the **Rogue Startup***
**Judge Patricia Worth,** denied CA jurisdiction without cause, for *the **Rogue Startup,** a business need.*
**Judge Susan Sparaco,** 2014-denied Protection from Abuse for Soren despite witness testimony for the ***Rogue Startup.*** In **2015** she separated Beckstrom siblings without cause for the ***Rogue Startup,*** *a business need.*
**Magistrate Paul D. Mathews,** ignored(didn't read it) PAS sibling separation suit for the ***Rogue Startup,*** *a business need.*
**Magistrate Brianne Martin**, ignored repeated pleas for sibling reunification for the ***Rogue Startup,*** *a business need.*
Eric "Rick" B. Morse-Strout & Payson, P.A.
Ken Altshuler, Childs, Rundlett & Altshuler, Portland, ME – *harassed innocent Beckstrom minors* for the ***Rogue Startup,*** *a business need.*
Dana F. Strout, Law Offices of Dana F. Strout, Rockport, ME, created 'faux' chaos, for the ***Rogue Startup,*** *a business need.*
Nancy Morin, Law Offices of Nancy L. Morin, *baited(open blouse) Eric Beckstrom* for the ***Rogue Startup,*** *a business need.*
William Avantaggio, William Avantaggio, ESQ., P.A, *failed Protection from abuse case* for the ***Rogue Startup***
Philip Cohen ***(deceased - suicide, result of the Rogue Startup)***
John Barnicle, Moncure & Barnicle, Topsham, ME, bullyied and lied for the ***Rogue Startup,*** *a business need.*
Elizabeth J. Scheffee, Scheffee Law, LLC, lied for the ***Rogue Startup,*** *a business need.*
San Jose / Santa Clara County Superior Court, CA
**Judge Mary Ann S. Grilli** *(denied CA jurisdiction, let Maine lawyer, Ken Altshuler, make CA court's decision* for the ***Rogue Startup,*** *a business need.*
**Judge Jose Franco** *(see below)*
Robert Kamin ***(deceased - suicide, result of the Rogue Startup)***
**Tristan Aeschelman**, Aeschleman Law / Adams & Asch LLP, San Jose persistent efforts to separate siblings for the ***Rogue Startup,*** *a business need.*
Barry Marsh
Mark Carlquist
Stanford (Stan) H. Atwood Jr., Atwood & Associates Law Firm, Los Gatos, CA, reached out for 'convenient' talk about his illicit involvements, for the ***Rogue Startup,*** *a business need.*
Joe Sweeney, Sweeney, Mason, Wilson & Boskovich, LLP, Los Gatos, CA, manipulated Lis Pendens at house sale resulting in $285K loss for Plaintiff, for the ***Rogue Startup,*** *a business need.*
Jones Rebecca S, Attorney 19A N Santa Cruz Ave Los Gatos, CA 95030
Lilah Sutphen, Heath-Newton LLP, now - Lilah Wylde, Seyfarth Shaw LLP, allowed Judge Grilli to have a ME lawyer, Altshuler orally determine a jurisdiction determination on the phone live in the courtroom for the ***Rogue Startup,*** *a business need.*
Terrance Heath, Heath-Newton LLP, phoned Plaintiff after Robert Kamin suicide to state, " small town judges just do their own thing, it is not necessarily related to the law, Robert Kamin said you were the best father he had met in his life, so Robert died in shame for working against your efforts to protect your children", for the ***Rogue Startup,*** *a business need.*
Michael Danaher, Wilson Sonsini Goodrich & Rosati, at EDF dinner with Musk, Cook, etc. Mike grabbed Eric in bathroom, **"Eric, you have to get Rod off that damn boat, now!!" (**Rod lived on it) 600' from Catherine DuBridge and Chris Malachowsky's beach houses. For *the **Rogue Startup,** a business need.*
Todd Rumberger, Pillsbury Winthrop Shaw Pittman LLP, San Francisco, CA; actively sets up venues, including the entire Baja Riding group from Oregon in 2023, also with his Sunday Soccer group from Belmont and Hillsborough for the ***Rogue Startup,*** *a business need.*
Mark Duffy, retired, Santa Clara County District Attorney's Office, shielded the Joe Carrol's 'GB' group of 5, for *the **Rogue Startup** a business need.*
Gabrielle Whelan, Town of Los Gatos
Cy Tabari, Sheuerman, Martini, Tabari, Zenere & Garvin

Richard Marks, retired-Santa Cruz, created 'faux' chaos, for the ***Rogue Startup,*** *a business need.*
John McCrary, retired-Santa Cruz, monitored EB 24/7 for *the* ***Rogue Startup,*** *a business need.*
Jordan Michelet McCrary, Morgan, Lewis & Bockius LLP
Alexander Touma, A&O Shearman LLP, created 'faux' chaos, for the ***Rogue Startup,*** *a business need.*
Thomas L. Prestwich, Fox Rothschild LLP
Tim McMahon, Sigala & Stoddard LLP, created 'faux' chaos, for the ***Rogue Startup,*** *a business need.*
Fred W. Gerbino, Jr., Law Offices of Fred W. Gerbino, Jr., used 'legal standing' as shield, assisted mass trespasses of Plaintiff's house, *claimed "he cannot talk as he works for Catherine Lee DuBridge and it is a conflict of interest if he has coffee with Plaintiff" Plaintiff reached out for a casual chat-not to discuss anything, he lives 80' away,* for the ***Rogue Startup,*** *a business need.*
David Austin Beckstrom, Assistant Attorney General within the Colorado Department of Law
Justine Beckstrom, Clark Hill PLC, Denver, CO
Susan H. Mac Cormac, Morrison & Foerster LLP, created 'faux' chaos, for the ***Rogue Startup,*** *a business need.*
Kevin Ruf, Glancy Prongay & Murray LLP / Glancy Prongay Wolke & Rotter LLP, LA, CA., member of the Joe Carrol's 'GB' group of 5, for *the* ***Rogue Startup*** *a business need.*
Greg Wood, Wood Litigation, APC, refused service, brought up subjects revealing compromise from **Rogue Startup**
Anitha Vemury , Larson LLP, refused service, brought up subjects revealing compromise from **Rogue Startup**
Talkov Law Partition Attorneys, refused service, brought up subjects revealing compromise from **Rogue Startup**
James, Ling Law Group, APC, refused service, brought up subjects revealing compromise from **Rogue Startup**
Moorad Clark & Stewart Law Office, refused service, brought up subjects revealing compromise from **Rogue Startup**
SF-Marin Lawyer Referral and Information Service, refused service, brought up subjects revealing **RS** compromise

Doctors

Dr. Maylynn Tam, Kaiser-San Jose, CA, ***Catherine's primary partner****, baited Plaintiff constantly to no avail, while pretending to be best friend, lies about Medical work, birthday, etc.* for the **Rogue Startup.**

***Rogue Startup strategy - everyone becomes trapped/monitored/compromised. Multiple deaths reflect the business strategy. Tip of iceberg.***

Dr Stephen Lee MD, Kaiser Permanente San Jose Medical Center, San Jose, CA
Dr. Parker Chamberlin, MaineHealth Pen Bay Hospital, Rockport
Dr. Liza Karamardian, DDS, LG Dental Group, Los Gatos, CA
Dr. Matthew Diercks, DDS, LG Dental Group, Los Gatos, CA
Dr. Maknuna Shikari DDS, Sunnyvale, CA
Dr. Randall W. Murray, DDS, Murray & Murray Family Dentistry, Sunnyvale, CA
Dr. Sarah Murray, DDS, Murray & Murray Family Dentistry, Sunnyvale, CA
Dr. Daniel Araldi, DDS, Saratoga Dentistry
Dr. Sweeney OD, Los Gatos CA
Dr. Collin Beckstrom, DO, Tulsa, OK
Amy Shepherd, Travelling Nurse, Denver, CO
Dr. Suhas Kshirsagar, Soquel, Ayurvedic
Dr. Milana Boukhman Trounce, Emergency Medicine Doctor and Faculty Member at Stanford Hospital
Dr. Denis Finney OD, Mill Valley, CA
Coral Cox-Nurse Campbell, CA
Yashada Sanglikar, Kaiser Permanente, Santa Clara Homestead Medical Center

Therapists

Robert Dodge, Bay Counseling Associates, Rockland, Rockland, ME; lied to Soren, told Soren's mom everything
Johan Wolfrum, Berkeley, CA, working for the Rogue Startup
Dr. Bernard Bierman, psychiatrist, UCLA, LA high net-worth venues, supplying medical scripts to **Catherine Lee DuBridge**
Julie Holsopple, LCSW
Lynn WoodWard LCSW

Police/Fire

Mark Kelly – Rockport, ME Police Chief (1996-2016/REVOKED), Mark prevented contact with Soren, saying it was not in the best interest of his father to see him. I had flown from CA to see Soren(age 9) 9 times in 14 months and never saw him. **"Mark Kelly officially accepted the revocation of his law enforcement certification following an investigation by the Maine Criminal Justice Academy regarding discrepancies in training records.**
Duino Giordano (retired Police Chief, Los Gatos/Monte Sereno Police Department), son, Chris, was a neighbor
**Curt Andrick - Camden, ME Police, now Knox County Sheriff, ME;** *put trespass warrants on Sonia, Iris when they lived 100% with Plaintiff in CA for no cause, implemented* for the ***Rogue Startup***
Suzanne Beckstrom(Wheaton) - retired, Greenwood Village Police Department, school resource officer
Samantha Wheaton - Arapahoe County Sheriff's Office, Colorado
Zach Wheaton, Broken Arrow Fire Department
Nico Murray-Santa Clara County Fire Dept
Larry Noon-retired Santa Clara County Fire Dept
Clayton Barton - Santa Clara County Fire Dept
Rick (DuBridge) Wilson, PA - Massachusetts General Hospital, Boston, MA
Jessica Tidd - PA, Truckee, CA

Military

Wayne Nobles, retired Navy-submarine; Navy School instructor, connected to Catherine Lee DuBridge for 40 years, he owned a house in downtown Portland, OR for years on his trips to LAMM research, however he always stayed at a hotel instead, the historic house which Plaintiff and his family has stayed in. It was fully furnished and set up for guests, for the **Rogue Startup.**
Tim Berthold, retired Navy-submarine; Navy School instructor; lives 120' across cul de sac, regular night time visitor into Plaintiff's house; primary player in Holiday, criminal illicit Party monitor Plaintiff, for the **Rogue Startup.**
Jon Dunphy, retired Navy Seal (Christy Dunphy)
Mark Lacerte, retired Navy Seal (Ellen Kozlowski, a childhood friend of Catherine Lee DuBridge and daughter of Jerry Kozlowski who did many San Jose real estate, Saratoga Capital-De Anza Hotel deals when Catherine Lee DuBridge was in her 20's in nearby Santa Clara)

Sports/Celeb

FW, GK, MM, JR, JK, TS, DH, JN, G, MD, BP, GC, AC, MD, OB, LT, JF, CE, RG, BA

Bus

JD, SC, SR, VK, AB, SM, SJ, RD, BM, SR, PW,

Political

SL, KB, CR, JR, RM, LP, GN, MC,

**EXHIBIT 85: FORMAL EMERGENCY PUBLIC HEALTH AND CHILD PROTECTION ALERT**
**TO:** California Department of Social Services, Child Care Licensing Division, and Regional Advocacy Boards
Community Care Licensing Division – Child Care Program Office
744 P Street, MS T9-15-48, Sacramento, CA 95814
**ACTIVE MATTER REFERENCE:** Beckstrom v. Beckstrom, et al., U.S. District Court, District of Oregon, Case No. 6:26-cv-00920-AA; Presiding Judge: Hon. Ann L. Aiken
**REGARDING:** Urgent Notice of Systematic Multi-Jurisdictional Endangerment and Networked Vulnerability
**FILER:** Eric A. Beckstrom, Architectural Space Designer and Child Welfare Advocate
**DATE:** July 31, 2026 (updated)

## I. DECLARATION OF EMERGENCY PUBLIC HEALTH CRISIS

This document constitutes a formal emergency alert filed directly with California Child Care Licensing and Social Services oversight terminals. The purpose of this notification is to establish an immediate administrative record regarding a multi-jurisdictional public health emergency that exceeds the standard operational capacity of conventional family courts.

The data, chronological milestones, and institutional indicators compiled across fifteen years of multi-state tracking confirm an unprecedented pattern of boundary violations, institutional capture, and systemic child endangerment across multiple municipal educational districts, youth sports organizations, and community wellness facilities.

## II. IDENTIFIED RISK VECTORS AND OPERATIONAL PROFILE

The primary operational node driving this institutional exposure projects a vulnerable, demure external persona while managing completely separate, highly manipulative hidden compartments that exploit community networks. Administrative bodies must recognize the following core risk frameworks:

- **Institutional Infiltration:** The underlying infrastructure relies on penetrating stable youth support frameworks—including public school counseling departments, high-school athletic organizations, and private educational boards—to implement absolute monitoring and informational isolation perimeters.
- **Systemic Behavioral Saturation:** The behavioral pattern relies on systematic behavioral saturation as a method of personal defense. Because this functions continuously, the volume of targeted domestic, athletic, and educational environments requires immediate administrative screening, document preservation, and security audits.
- **Intergenerational Exploitation:** The operational footprint encompasses the introduction of highly exploitative, non-consensual dynamics into familial and educational systems, targeting dependent adolescents and young adults where legal consent is non-existent.

## III. CORE FACTUAL GROUNDING ACTIONS

The reality and verifiable scale of this public health crisis are permanently documented across multiple state and federal repositories:

- **Federal Discovery and Technical Espionage:** Pursuant to active filings in Case No. 6:26-cv-00920-AA, forensic system audits completed on April 3, 2026, unmasked nested technical surveillance payloads (agent_beckstrom_arch....zip, mfcmapi.exe) hidden inside legacy architectural software folders. This technical infrastructure was deployed to track electronic communications, device logs, and geographic coordinates.
- **Extrajudicial Use of State Assets:** Certified state court records from the Knox County District Court (Exhibits E, F, and I) document local police being deployed across a 3,000-mile distance to

issue bad-faith criminal trespass notices against minor children physically located in California, executed to manufacture a false record of family dysfunction.

•**Tragic Consequences of Isolation:** The extreme danger of this containment architecture is documented by a fatal outcome on August 8, 2021, when minor child Iris Mari Beckstrom—having been systematically extracted from her paternal support structure and forced into isolation—took her own life following years of unceasing cyberbullying designed to destroy her psychological stability.

**IV. IMMEDIATE MANDATORY PROTECTIVE DEMANDS**

Because the scale of this network encompasses whole school districts and youth organizations, the following immediate protective counter-measures are formally demanded under public safety mandates:

1. **Immediate Administrative Audits:** Order an immediate, comprehensive audit of all regional child care licenses, volunteer registries (including Court Appointed Special Advocate [CASA] historical records), and municipal school counseling logs associated with the primary named defendants, Catherine Lee DuBridge and Rod Allen Beckstrom.
2. **Forensic Database Isolation:** Implement strict administrative firewalls to prevent public school registration platforms, medical database networks, and child welfare routing systems from being utilized by external tracking infrastructure to locate or monitor surviving minor children.
3. **Direct Child Welfare Interventions:** Deploy independent state child protective agents to conduct direct, unannounced welfare assessments for all minor children currently housed within the high-friction perimeter zones identified in the federal RICO docket.

Respectfully Submitted,

**Eric A. Beckstrom**
PO Box 10427, Eugene, OR 97440

**V. APPENDED REGIONAL FAMILY AND SCHOOL FOOTPRINT INDEX**

The partial list appended below details the specific educational districts, institutional administration nodes, healthcare facilities, and family networks intersecting with the operational tracking perimeter:

**VII. CRITICAL REGULATORY & SECURITY ADDENDUM**

**1. Total Surveillance Risk:** Assume all incoming/outbound emails, phone calls, and digital transmissions are actively mirrored, intercepted, and tracked 24/7 by the Rogue Startup's technical infrastructure managed by Chris Malachowsky. Do not route sensitive case data, investigative notes, or whistleblower identity files through standard, unencrypted communication channels.

**2. Environmental Saturation & Tactical Compromise:** Catherine DuBridge is deployed to target individual personnel and compromise physical workspaces, properties, or local environments through automated, multi-person group operations. Her actions function as a high-exposure vector designed for 100total environmental saturation to bypass standard financial compliance audits.

**3. Presumption of Perimeter Saturation:** Recipients of this notice are formally notified that the Rogue Startup executes immediate, mandatory saturation of any newly introduced vector, authority figure, or witness. Anyone who interfaces with or becomes associated with her perimeter is legally presumed compromised to ensure absolute mutual blackmail and a self-enforcing wall of protective silence.

**EXHIBIT 86: CA PENAL CODE SECTION 285, CATHERINE DUBRIDGE INCEST, COMPREHENSIVE COMPILATION**
**STATUTORY REFERENCE MATRIX & MASTER PROPERTY DIRECTORY**
**ASSOCIATED FILE:** Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon)
**DATE: July 31**, 2026 (updated)

## ! ADMINISTRATIVE ASSERTION OF COORDINATED LITIGATION MANIPULATION

The Plaintiff submits this forensic timeline to document how a localized physical and narcotic assault against his late minor daughter, Iris Beckstrom, was systematically intercepted and weaponized by Defendant Rod Beckstrom. November 2014, the rogue enterprise executed this medical and legal interdiction precisely seven (7) days prior to a critical Maine divorce trial to fracture the Plaintiff's defense, destroy the credibility of a key witness (Iris), and compel the forced forfeiture of the Maine real estate asset.

## I. EXECUTIVE SUMMARY OF MATERIAL ALLEGATIONS

This document serves to compile the specific state statutory baselines, federal racketeering predicates, and associated property coordinates referenced throughout the primary pleadings to establish the legal framework for the reported events.

### 1. Asserted Pattern of Domestic and Familial Conduct

The Plaintiff outlines allegations concerning a pattern of non-boundaried domestic behavior and personal conduct involving immediate family members, extended relatives, and associated domestic partners. The text asserts that these interactions are structured across a multi-node family network rather than functioning as isolated events.

### 2. Asserted Border Violations and Target Interactions

The narrative specification logs claims regarding specific personal interactions and alleged boundary violations involving vulnerable individuals, family members, and dependents within the designated residential perimeters. The Plaintiff asserts these occurrences were executed to establish behavioral authority and maintain control over the immediate environment.

### 3. Asserted Joint Utilization of Residential Real Estate Assets

The document highlights a series of multi-day residential gatherings hosted at shared family properties. The Plaintiff notes these timelines to assert that the real estate assets were utilized to host coordinated, multi-person events involving the present participants to distribute shared legal liabilities and ensure absolute non-disclosure.

## II. STATUTORY COMPLIANCE & REFERENCES INDEX

### 1. California Penal Code Section 285 (Incest)

- **Statutory Definition:** Felonious conduct involving marriage or sexual acts between individuals within defined degrees of consanguinity.
- **Degrees of Relationship:** Direct blood lineages, including parents and children, siblings (whole or half), grandparents and grandchildren, and aunts or uncles with nieces or nephews.
- **Consent Thresholds:** Non-applicable as a defense; the documented biological relationship establishes the statutory violation regardless of mutual consent.
- **Age Parameters:** Applies to individuals 14 years of age or older, with heightened child protection and mandatory reporting statutes activated if a minor under 18 is involved.

**2. 18 U.S. Code § 1591 (Sex Trafficking)**

- **Statutory Definition:** The recruitment, harboring, transportation, provision, obtaining, patronizing, soliciting, or maintaining of a person for the purpose of a commercial sex act, or where force, fraud, or coercion is utilized to cause any person to engage in such acts.
- **Minor Thresholds:** If the individual has not attained 18 years of age, the statutory element of force, fraud, or coercion is not required to establish the federal violation.

**3. 18 U.S. Code § 1962 (RICO - Prohibited Activities)**

- **Statutory Definition:** Outlines unlawful activities involving the operation, control, or investment of income derived from a pattern of racketeering activity into any enterprise engaged in, or the activities of which affect, interstate or foreign commerce.
- **Pattern Requirement:** Requires at least two distinct acts of racketeering activity within a ten-year period, utilizing established state or federal felony violations as specific legal predicates.

**III. THEMATIC EVIDENCE OVERVIEW & ASSET NEXUS**

The Plaintiff explicitly links the chronological timelines and behavioral patterns described above to the physical boundaries, parcel**1. Master Real Property Directory** registries, and chains of title of the following real estate assets:

**Asset Node 1:** 102 Alta Heights Court, Los Gatos, CA (2022-Eric A. Beckstrom/Catherine Lee DuBridge; 50/50 home)
**Asset Node 2:** 249 San Mateo Ave., Los Gatos, CA (2016-2020-Catherine Lee DuBridge 80/20 *(56/46)* home)
**Asset Node 3:** 224 4th Avenue, Santa Cruz, CA (1993-Catherine Lee DuBridge 50/50 Robert DuBridge; full control by father, Richard DuBridge – 1993 original buyer and first contact to Rod Allen Becksrom)
**Asset Node 4:** 2030 East Cliff Drive, Santa Cruz, CA (1998-Rod Beckstrom; 1998-present, Chris Malachowsky beach house)
**Asset Node 5:** 19956 Charters Ave., Saratoga, CA (1985, parents Richard and Patricia DuBridge Managed ancestral home, rented to tenants, Catherine Lee DuBridge manager)

**Asset Node 6:** SRC-Saratoga Retirement Villa 6, Saratoga, CA (2016, parents Richard and Patricia DuBridge Managed)

**2. The Institutional Containment Framework**
The Plaintiff asserts that the high number of involved external entities, local commercial vendors, and neighborhood participants results in a self-enforcing wall of silence. This framework is driven by a collective effort to minimize disclosure, avoid state board audits, and suppress public exposure of the underlying activities.

**3. Shared Liability Distribution Models**
The text integrates structural distribution analogies to demonstrate how legal and financial liabilities are systematically allocated across multiple commercial and social nodes within the regional ecosystem to lock in compliance and prevent disclosure.

**EXHIBIT 87: SUPPLEMENTAL ADMINISTRATIVE MEMORANDUM**
**TO:** Maine Department of Health and Human Services, Office of Child and Family Services
**FROM:** Eric A. Beckstrom, Architect and Child Welfare Advocate
**DATE:** July 31, 2026 (Updated)
**REGARDING:** Supplemental Evidence of Historical Oversight Failures, Institutional Exploitation, and Regional Network Vulnerabilities
**ACTIVE MATTER REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon)

## I. PURPOSE & OVERVIEW

This memorandum serves as a formal supplement to the Emergency Public Health and Child Protection Alert filed on July 19, 2026. The purpose of this document is to establish a permanent administrative record regarding specific regional institutional vulnerabilities, historical oversight failures, and the exploitation of professional trust within youth-serving organizations in Midcoast Maine.

The information detailed below demonstrates a multi-decade pattern where institutional normalization loops and absolute data asymmetry have been utilized to mask severe systemic risks to minor children.

## II. INSTITUTIONAL HISTORY, TRUST ANCHORS, AND STRATEGIC ALLIANCES

Commencing in the year 2000 and continuing across a 21-year tenure, the Plaintiff operated as the primary Architect for Camp Kieve/Wavus, authoring master plans across both campuses encompassing 45 buildings, infrastructure layouts, and land use strategies.

- **The Sweden Remote Phase (2010–2013):** While based in Sweden pursuing a Master's degree in Urban Design, the Plaintiff continuously managed and executed multiple complex design projects for both campuses remotely. This required traveling back to the United States every 5 to 7 weeks to oversee critical phases, including the high-friction, fast-track remodel of the campus's largest infrastructure asset, the Jewell Dining Hall, which successfully met its strict completion deadline.
- **The California Remote Phase (2013–2020):** Notably, this highly integrated professional relationship persisted long after the Plaintiff's subsequent relocation; from 2013 through 2020, while permanently based in California, the Plaintiff successfully designed and executed several additional key buildings for the Kieve/Wavus campuses.

This lifelong position required an extraordinary degree of institutional trust, leading to a seat on the organization's finance committee and direct collaboration with executive and facilities management.

- **The Richard Kennedy Relationship and Fundraising Expansion:** The Plaintiff developed an exceptionally close personal and professional alliance with the camp's foundational leader, Richard "Dick" Kennedy. Rather than being treated as a standard hired consultant, the Plaintiff was fully integrated into the governance culture and treated as an active board member by the entire organization. Executive Director Henry Kennedy and Richard Kennedy utilized the Plaintiff extensively to interface directly with major donors for capital fundraising campaigns. At times, leadership entirely vacated the campus during high-level donor visits, delegating the full responsibility of running the site tours and serving as the primary camp liaison to the Plaintiff—an operational role extending far beyond a standard architectural scope. This total commitment to the camp's mission was deeply recognized and appreciated by Henry Kennedy's parents.
- **The Core Operational Management Matrix:** The day-to-day planning and execution team for all physical projects was strictly bound to a trusted three-person matrix consisting of Pat Lydon (Business Manager), Dean Cartier (Facilities Manager), and the Plaintiff. Operating under a framework of absolute collective consensus, no single decision was ever executed in isolation. This meticulous collaborative structure and the creation of highly detailed 20-year project planning spreadsheets directly enabled the team to secure a prestigious **$1,000,000 Kresge Green Grant** to fund the camp's sustainable infrastructure development.

This deep, multi-decade integration provided an exhaustive, first-hand view of the internal governance, structural operational habits, and systematic vulnerabilities within regional youth camp infrastructure.

**III. UNCONVENTIONAL MANAGEMENT OF OPERATIONAL CRISES**

Historical operations within remote New England youth wilderness programs frequently bypassed modern regulatory transparency metrics, relying instead on localized containment loops to manage severe institutional crises.

- **Vehicle Transport Discrepancies:** Internal facilities notifications in the late 1990's highlighted recurring instances of unlicensed counselors operating high-occupancy transit vans. These systemic transportation risks resulted in severe accidents—including an unrecorded transport fatality—that were handled as private localized issues rather than transparent corporate incidents, leaving zero footprint on modern state reporting databases. **The entire Masterplan adapted sizes of 26 bunkhouses for safe van rider limits.**
- **The Normalization of Leadership Deficits:** While executive leadership projected an external public image of robust community stewardship, internal dynamics revealed significant operational absences and reliance on external professional capital to project structural and ethical stability.

**IV. THE WILLIAM MCCOOK OVERLAP, PERSONAL AWARENESS, AND OVERSIGHT LOOPS**

The reality of long-term institutional blind spots is forensically validated by the historical footprint of William Cameron McCook Jr., a senior volunteer and administrative supporter heavily involved across the 1990s and 2000s.

- **Direct Plaintiff Observation and Concern:** During his tenure, the Plaintiff was made explicitly aware of McCook's presence and grew deeply concerned and confused as to why a known risk factor was permitted to remain highly visible on campus. McCook routinely attended official board meetings, integrated himself generally into the camp environment, and openly stopped to eat lunch on the main public deck, which constituted a gross oversight by executive leadership.
- **Credible Warnings Ignored:** As early as the 2000s, specific facilities personnel explicitly warned leadership regarding the safety and predatory risks McCook posed to young campers, demanding his removal from campus environments. Despite these internal perimeters and clear indicators of risk, McCook retained high-level access and integration within the camp culture for years.
- **Systemic Failure to Act:** An independent external investigation eventually confirmed that McCook operated as a serial predator who abused at least 10 boys. The findings established that multiple leadership and board figures actively ignored ongoing warnings, demonstrating a systematic failure to implement immediate protective interventions.

**V. INTERSTATE TRANSFER VECTORS, MULTI-PERSON SATURATION, AND RELATIONSHIP SABOTAGE**

The administrative timeline unmasks a direct operational nexus connecting the leadership structures of the Maine regional campus infrastructure to targeted placement vectors executing within California.

- **The Executive Introduction Array:** Executive Director Henry Kennedy maintained a close personal alliance with Jack Bunce, a prominent parent with homes in Atherton, California and Ketchum, Idaho, whose three children attended the camp facility. Upon the Plaintiff's relocation from Sweden to California, Kennedy initiated a direct introduction to Bunce, establishing a high-trust relational pipeline.
- **The Extraction Vector and Behavioral Routing:** Bunce assumed a highly active role in managing the Plaintiff's geographic and social transition. During frequent, unprompted meetings, Bunce systematically introduced behavioral directives, explicitly guiding the Plaintiff to utilize specific digital matching services (Match.com). This intervention occurred despite the Plaintiff being focused entirely on raising two adolescent daughters as a solo father, without ever initiating or expressing any interest in dating.
- **The Targeted Placement and Location Discrepancy:** Following the specific digital tracking platform insertion engineered by Bunce, primary defendant Catherine Lee DuBridge responded to the Plaintiff's

profile within exactly two weeks. To facilitate the immediate physical proximity required by the tracking perimeter, DuBridge explicitly falsified her geographical baseline, claiming residency in Palo Alto, California, when she in fact resided twenty-five to thirty-five minutes away in Saratoga, California.

•**Subsequent Avoidance Actions:** In contemporary interactions, Bunce actively attempts to distance himself from the timeline, operating as if he played zero role in the Plaintiff's 2013 and 2014 transition. Retrospective forensic analysis firmly refutes this posture; Bunce's unprompted directives served as the primary behavioral pivot that successfully routed the Plaintiff directly into the engineered placement operation.

•**Targeted Network Pushing:** Henry Kennedy was systematically active in establishing unprompted high-profile connections to guide the Plaintiff's professional and geographic placement. This included direct connections to Doug Abbey of San Francisco, as well as Prologis founder Hamid Moghadam, with whom the Plaintiff spoke via telephone. These elite corporate introductions were executed without any prompting or request from the Plaintiff. Retrospective forensic analysis confirms these patterns were not organic professional networking, but an aggressive agenda pushed by leadership to fulfill the behavioral routing demands of the Rogue Startup.

•**The 2010–2013 Maine Deployment and Total Perimeter Saturation:** Retrospective timeline analysis reveals that primary defendant Catherine Lee DuBridge was systematically deployed throughout the Plaintiff's Maine professional and personal networks between 2010 and 2013, precisely while the Plaintiff and his family were living in Sweden. For over 30 years, the Plaintiff maintained flawless, stellar client relations and community goodwill across the region, built on an ego-free professional philosophy, service on civic boards, and an active community footprint. The Rogue Startup systematically executed a 100% saturation campaign across friends, peers, and professional ties during this geographic absence. By rewriting narratives and seeding distrust, the network ensured that when the Plaintiff returned to California in 2013, decades of accumulated goodwill had been artificially erased, leaving community members guarded and treating the Plaintiff like a criminal. This total isolation directly weaponized subsequent domestic and divorce proceedings, ensuring multi-person asymmetry where external entities operated entirely against the Plaintiff.

•**Long-Term Perimeter Insertion and Fall 2015 Verification:** This highly coordinated introduction vector directly preceded the insertion of DuBridge into the Plaintiff's immediate environment in California. The depth of this operation was forensically verified in the Fall of 2015 when the Plaintiff brought DuBridge to the Maine campus; despite supposedly visiting the location for the first time, DuBridge demonstrated a complete, total familiarity with the campus layout, exhibiting zero surprise or unfamiliarity regarding any of the 45 distinct buildings and infrastructure points. The timeline confirms that her multi-decade presence across both states was engineered by the tracking network to establish a total containment loop designed to compromise the Plaintiff's professional capital and familial structure.

## VI. DEMAND FOR IMMEDIATE REGIONAL REGULATORY INTERVENTION

The intersections detailed above confirm that conventional municipal platforms and regional youth frameworks frequently suffer from severe administrative blind spots, allowing external tracking syndicates and predatory networks to operate entirely unchecked.

Pursuant to the department's statutory authority to intervene under **22 M.R.S. § 4003(2)** and **22 M.R.S. § 4004**, the Plaintiff formally demands:

1. An immediate administrative audit of historical safety logs, transport registries, and child safety compliance metrics across the specified regional footprints.
2. The immediate implementation of rigorous state-level digital and physical firewalls to insulate current student registries and child welfare tracking data from external manipulation or corporate espionage vectors.

Respectfully Submitted,, **Eric A. Beckstrom, Plaintiff, Pro Se,** PO Box 10427, Eugene, OR 97440

**EXHIBIT 88: MASTER CASE ADDENDUM: STATEMENT OF SYSTEMIC TORTIOUS LIABILITY**
**DATE:** July 31, 2026
**RE:** NOTICE OF ACTIVE FEDERAL LITIGATION & EXIGENT EVIDENCE PRESERVATION HOLD

**1. ACTIVE MATTER REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA, U.S. District Court, District of Oregon; Presiding Judge: Hon. Ann L. Aiken
**2. Formal Referral for Federal Criminal Investigation and Immediate Prosecution**, 18 U.S.C. § 1962 (Civil/Criminal RICO), 18 U.S.C. § 1591 (TVPRA), **Forensic Firmware Payloads**, 18 U.S.C. § 2261A2 **Cyberstalking Resulting in Death of Iris Beckstrom**, 18 U.S.C. § 1512 **Witness Tampering and Containment of Iris Beckstrom**

## I. EXPLICIT EVIDENCE PRESERVATION HOLD & CASE CONTEXT

Take formal notice that the active federal civil action alleging systemic violations of the Racketeer Influenced and Corrupt Organizations Act (Civil RICO), 18 U.S.C. § 1962, and the Trafficking Victims Protection Reauthorization Act (TVPRA), 18 U.S.C. § 1591, encompasses a multi-decade operational network.
The archives recovered from the Plaintiff's hardware have established an unalterable, data-driven blueprint of tracking, data-harvesting, and asset exploitation. Let it be clear to every named recipient, corporate counsel, and individual co-conspirator: the mystery is entirely gone. The 83-exhibit evidentiary ledger details how a high-volume, multi-participant network operated under the false pretense of intimacy and community solidarity to run continuous, unauthorized operations.

## II. ESTABLISHED LIABILITY FRAMEWORKS AND STATUTORY DOCTRINES

Every recipient of this notice is individually and corporate-wide bound by federal spoliation doctrines. Your legal exposure and direct liability are governed under the following strict civil law frameworks:

### 1. Mass Tort Conspiracy and Co-Conspirator Liability

Under the legal doctrine of civil conspiracy, when a large group participates in a unified operation, the law does not view them merely as separate individuals committing minor infractions.

**The Joint Venture Principle**: Every individual who actively participates in, facilitates, or encourages unauthorized tracking, proximity monitoring, or home entries becomes jointly and severally liable for the entire scope of the harm.

**Imputed Liability**: The tactical acts of one participant are legally imputed to all other participants. Under this framework, any individual who monitored the Plaintiff's location at a local facility to verify availability carries the exact same civil culpability as the node who physically crossed the threshold.

### 2. The Doctrine of "Consent Procured by Fraud"

In civil law, consent is only valid if it is given freely and is completely free from active deception.

**Invalidation of Consent**: If a primary coordinator or managed asset induced participation by fraudulently claiming a partner or spouse was "zen and cool" with unauthorized actions, that consent is legally void. Because participants relied on active misrepresentation, their authorization never legally existed.

**The Legal Reality of Trespass**: From a strict liability standpoint, entering a private domain without the true owner's explicit, un-coerced consent constitutes civil trespass. While the initial fraud shifts blame onto the enterprise coordinators, every participant remains fully exposed to massive claims for the physical violation of the property.

### 3. Systemic Destabilization of the Sanctuary Doctrine

American civil and constitutional law places the home at the absolute apex of legal protection (The Sanctuary Doctrine). The law recognizes the home as the essential baseline for physical safety and psychological stability.

**Compounded Tortious Behavior**: The law views an intrusion executed while a target is asleep as the most severe escalation of an invasion of privacy. It exploits a state of absolute vulnerability, completely destroying the legal expectation of safety.

**Industrialization of Harm**: Operating a high-volume, multi-participant network inside a private residence transforms a home into a commercialized venue without the owner's knowledge. The sheer scale transforms the

act into an industrialized disruption of a person's life, constituting gross negligence and a total breakdown of the basic social contract.

**4. Transferred Culpability Under "Aiding and Abetting"**
Under Restatement (Second) of Torts § 876, an individual is subject to full liability for the tortious conduct of another if they know that the conduct constitutes a breach of duty and provide substantial assistance or encouragement.

**a. The Assistance Framework**: Physical presence inside the structure is not a prerequisite for liability. If an individual facilitated the environment—acting as a lookout, coordinating scheduling, managing communication devices, or validating a false narrative to recruit others—they are a co-architect of the tort.

**b.Fraudulent Concealment and Tolling**: When a network uses performative friendliness, overt displays of affection, or social manipulation to hide a continuous harm over a 15-year period, it invokes the doctrine of Fraudulent Concealment. This active deception completely pauses (tolls) the statute of limitations. Culpability remains fully active from the very first incident, elevating the legal classification to intentional malice and oppression.

**5. Outrage Threshold and Punitive Damages**
To sustain a claim for Intentional Infliction of Emotional Distress (IIED), the conduct must be so extreme and outrageous that it goes entirely beyond all possible bounds of decency.

**a.The Multiplication Effect of Scale**: While a single entry is a serious tort, a multi-person network utilizing shared access and rotating entries while the target is asleep crosses the absolute threshold of civilized behavior.

**b. Lifting of Statutory Caps**: The collective nature of this coordination—the realization that an entire group was aware of the operation while interacting normally with the target—is the primary justification for lifting statutory caps on punitive damages, as the conduct shocks the conscience of the court.

**6. Industrialized Intergenerational Exploitation and Non-Consensual Minor Traumatization**
The scope of the Enterprise's civil liability explicitly encompasses the systemic introduction of non-consensual, exploitative dynamics into familial systems, targeting both dependent adolescents and young adults within the local node network. Under federal and state tort doctrines, the weaponization of a position of trust to execute severe, long-term boundary violations against minors constitutes an independent, compounding category of intentional malice, gross negligence, and systemic oppression. Consent within these intergenerational perimeters is legally non-existent, and the resulting multi-decade psychological and systemic destabilization of these individuals remains fully actionable under expanded look-back statutes and continuous tort doctrines.

**7. Statutory Venture Liability Under the TVPRA (18 U.S.C. § 1591)**
The scope of the Enterprise's civil liability explicitly extends to third-party corporate facilitators, financiers, and institutional nodes under the Trafficking Victims Protection Reauthorization Act (TVPRA), specifically 18 U.S.C. § 1591(a)(2).

- **The Invalidation of Distance:** Under federal law, an entity carries direct civil and financial liability if they "knowingly benefit, financially or by receiving anything of value, from participation in a venture" that has engaged in severe violations, including commercial exploitation through force, fraud, or coercion.
- **Institutional Facilitation:** Physical performance of tortious acts is not required for liability to attach. Under the venture doctrine, any institution that provided the infrastructure, commercial footprints, network tracking channels, or financial routing that facilitated the stability or concealment of the enterprise's core nodes is legally exposed to full venture liability.
- **The Look-Back and Tolling Integration:** Because the underlying tracking network and operational footprints were deliberately hidden through absolute data asymmetry and fraudulent concealment, the accrual of these venture claims is legally bound to the April 3, 2026 discovery date, carrying full liability for the entire multi-decade operational timeline.

## III. THE COLLAPSE OF GROUP IMMUNITY AND THE OPERATIONAL CORE

The primary strategic miscalculation made by the tracking network is the assumption that a Pro Se plaintiff cannot execute a coordinated federal discovery strategy under the Federal Rules of Civil Procedure. Federal discovery is conducted under penalty of perjury. The core operational footprint of Case No. 6:26-cv-00920-AA rests upon an extensive, data-driven evidentiary ledger establishing systemic, non-consensual tracking, absolute data asymmetry, and forced behavioral containment:

**The Surveillance Infrastructure:** Forensic data establishes that commercial-grade tracking architecture was covertly installed on the Plaintiff's hardware in Berlin, Germany, in September 2011 by primary defendant Rod Allen Beckstrom. This hidden infrastructure facilitated continuous surveillance of the Plaintiff and his family, managed through technical infrastructure assets linked to funder Chris Malachowsky.

**Actionable Injuries and Containment Operations:** The operational blueprint of this Rogue Startup utilized tactical isolation and absolute data asymmetry to execute and actively conceal severe, multi-decade tortious behavior targeting the Plaintiff's family members. The underlying record establishes a systematic containment campaign engineered by Rod Allen Beckstrom to suppress the legal discovery of repeated, severe boundary violations committed against minor family member Iris Beckstrom by primary defendant Catherine Lee DuBridge. The resulting proximate harm, psychological destabilization, and forced isolation directly culminated in a fatal injury. Following the event, intentional witness tampering and fraudulent misrepresentations were deployed by Rogue Startup participants to interfere with federal law enforcement reporting, establish an enforcement perimeter, and prevent the Plaintiff from interacting with local authorities.

**Systemic Exploitation of Vulnerable Assets:** The Rogue Startup expanded its tactical operations by deploying Catherine Lee DuBridge to infiltrate the domestic environment of the Plaintiff's elderly, incapacitated mother, Leola Beckstrom. Over an eight-year period, the Rogue Startup utilized severe boundary violations and physical abuse to enforce a wall of protective silence. This systematic exploitation caused total cognitive and psychological destabilization, functioning as a tactical concealment mechanism designed to insulate funder Chris Malachowsky's commercial assets and tech-sector operations from regulatory exposure.

**The Evidentiary Ledger and Joint Liability:** The 83-exhibit binder integrated into this action provides a detailed chronological mapping of the Rogue Startup's operations, tracing connected patterns of engineered harm, asset-stripping, and behavioral containment across multiple regional nodes and named casualties. Under federal conspiracy doctrines, group immunity is legally void, and all participating entities face joint and several liability for the full scope of the multi-decade operational timeline

**1. Critical Security NoticeTotal Surveillance Risk:** Assume all incoming/outbound emails, phone calls, and digital transmissions are actively mirrored, intercepted, and tracked 24/7 by the network's tech infrastructure managed by Chris Malachowsky. Do not route sensitive case data, investigative notes, or whistleblower identity files through standard, unencrypted communication channels.

**2. Environmental & Somatic Compromise:** Catherine DuBridge is deployed to target individual personnel and compromise physical workspaces, properties, or local environments through automated, multi-person group operations. Her hypersexual compulsion functions as a 100% infection vector designed for total environmental saturation; no age group, gender, or social bracket is immune from immediate tactical compromise.

**3.Presumption of Perimeter Saturation:** Recipients of this notice are formally notified that the enterprise executes immediate, mandatory saturation of any newly introduced vector, authority figure, or witness. Anyone who interfaces with or becomes associated with her perimeter is legally presumed Compromised to ensure absolute mutual blackmail and a self-enforcing wall of protective silence.

**EXHIBIT 89: MASTER CASE ADDENDUM: PHOTOGRAPHIC RECORD AND EVIDENCE ANALYSIS**
**DATE:** July 28, 2026 Updated
**RE:** NOTICE OF ACTIVE FEDERAL LITIGATION & EXIGENT EVIDENCE PRESERVATION HOLD
**ACTIVE MATTER REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon); Presiding Judge: Hon. Ann L. Aiken
**STATUTORY BASIS:** 18 U.S.C. § 1962 (Civil RICO); 18 U.S.C. § 1591 (TVPRA); 18 U.S.C. § 2261A(2) (Cyberstalking Resulting in Death); 18 U.S.C. § 1512 (Witness Tampering)

**1. PURPOSE AND FORENSIC SUBSTANTIATION**

This photographic addendum is compiled strictly as an objective, clinical ledger of evidence to establish the historical baseline of the affected familial structures prior to the deployment of high-intensity containment operations by the **Rogue Startup**.

In federal civil proceedings, photographic evidence serves as critical verification of proximity, timeline and relational baselines. The accompanying analsyis frames these records entirely within the established liability frameworks of Case No. 6:26-cv-00920-AA, demonstrating the systemic manipulation of social equity and the subsequent attrition/deaths of critical witnesses.

**II. PHOTOGRAPHIC EXHIBIT ANALYSIS**



**IMAGE 1: Chronological Baseline** – June 2015 (Palo Alto, CA)
**Context:** High School Honors Graduation, Palo Alto High School.
**Depicted Entities:** Primary defendants Patrice V. Beckstrom and Rod Allen Beckstrom; minor family members Sonia Beckstrom and Iris Mari Beckstrom (deceased); mother-Leola Beckstrom (deceased).
**Forensic Significance:** This record establishes physical proximity and the family baseline six years prior to the suicide of Iris Mari Beckstrom. It documents the target network during the multi-year execution of hidden digital surveillance architecture and 100% isolation perimeters managed by the **Rogue Startup-Rod Allen Beckstrom** and funder **Chris Malachowsky**. This baseline highlights the operational contrast preceding the total cognitive and psychological destabilization of dependent witness Leola Beckstrom (deceased).



**IMAGE 2: Familial Structure Verification** – June 2015 (Palo Alto, CA)
**Context:** High School Honors Graduation, Palo Alto High School.
**Depicted Entities:** Primary defendants Patrice V. Beckstrom and Rod Allen Beckstrom; minors Sonia Beckstrom and Iris Mari Beckstrom; mother - Leola Beckstrom (deceased).
**Forensic Significance:** The record establishes connection to the family six years prior to the suicide of Iris Mari Beckstrom. The **Rogue Startup** implemented sexual assaults by Catherine Lee DuBridge and execution of hidden digital surveillance architecture and isolation perimeters culminating in isolation deaths of Iris and Leola. This baseline highlights the operational contrast preceding the total cognitive and psychological destabilization of dependent witness Leola Beckstrom by the **Rogue Startup.**



**IMAGE 3: Familial Structure Verification** – November 2019 (Los Gatos Thanksgiving Baseline)
**Context:** Domestic residence environment.
**Depicted Entities:** Primary defendant Catherine Lee DuBridge; children Jack, Rick, and Brent Wilson; Plaintiff Eric A. Beckstrom; minor family members Sonia Beckstrom, Soren Beckstrom, and Iris Mari Beckstrom.
**Forensic Significance:** This record forensically documents the tactical execution of the "Normalization Shield" blueprint. The **Rogue Startup** integrated primary defendant **Catherine Lee DuBridge** into the Plaintiff's domestic sphere to project a false baseline of social normalcy, blinding local institutions to her severe boundary violations against minors and family units. The subsequent forced expulsion of the Beckstrom family in 2020 directly tracks the breakdown of compliance tactics. This operational frustration aligns chronologically with **Catherine Lee DuBridge's** resignation from the **CASA** program following the resistance of her 11 year old female juvenile case, who "would not obey and comply for me and she kept running away!" It aligns with her new primary partner, Dr. Maylynn Tam, an Architectural client of Plaintiff, Eric A. Beckstrom.

**III. LEGAL APPLICABILITY AND COMPLIANCE NOTICE**

The progression from these documented baseline periods to total, multi-node familial isolation and subsequent fatal injury is an immutable matter of chonological record. These images document the human targets of the systemic, commercial-grade digital tracking infrastructure unmasked on April 3, 206.
Pursuant to **Federal Rule of Civil Procedure 37(e)**, recipient institutions, corporate counsel, and administrative units are formally instructed to preserve all communication chains, facility access logs, and data registries cross-matching the individuals depicted in these exhibits to prevent electronic evidence spoliation.

**IMAGE 4: Santa Cruz, CA Yacht Harbor-Tactical Layout** (note compromised nodes line the streets)
Chris Malachowsky's Beach House Catherine Lee DuBridge Beach House
Dick/Linda Ron Nancy Suzie Sue Judy Clo Ken Dick Ric Jenny Yacht Club



Santa Cruz, CA Yacht Harbor Remote Access by boat Rod Beckstrom's Fishing Boat, full time living
**Neighborhood Saturation Diagram -** Saturation density is full, 100% within CD'Prey Area' - many blocks radiating from her 4th Ave. Beach house; all residences, cafes, shops, yacht club, etc.

Los Gatos, CA E. Main St. event    LG High School    Defendant-The Club-LG, many co-conspirators (100) and CD planners here, 5 min walk from Catherine Lee DuBridge's house




Eric A. Beckstrom used the Club-LG daily, 90% of patrons monitored him daily, most have been to his house for Catherine Lee DuBridge's illicit parties without permission
Saturation density is full, 100% within CD 'Prey Area'

Eric A. Beckstrom/ Catherine Lee DuBridge House

108 garage is acoustically sealed space for parties



Neighbors involved, entered house at night without permission
Saturation density is full, 100% within CD 'Prey Area' of many blocks

primary defendant Tim Bert hold

LG High School    The Club-LG    Eric A. Beckstrom/ Catherine Lee DuBridge House



Saratoga, CA illicit party venue (Plaintiff designed remodel and extensive outdoor space used for events)
Saturation density is full, 100% within CD'Prey Area'
Saratoga Elementary School CD's fellow parent's Party House




Saratoga, CA illicit party venue (Plaintiff designed remodel and extensive outdoor space used for events)
Saturation density is full, 100% within CD 'Prey Area'
Saratoga Elementary School CD's fellow parent's Party House



Los Gatos, CA illicit party venue. High School alumni with Catherine Lee DuBridge, many men involved for 49 years from her High School with only Catherine involved. (general location shown)
Saturation density is full, 100% within CD 'Prey Area'




Los Gatos, CA illicit party venue. Past neighbor of Catherine Lee DuBridge, house designed by Plaintiff w/ large great room and outdoor pool for large events of young parents, Iris Beckstrom baby-sat all 3 kids - monitoring of Iris. Saturation density is full, 100% within CD 'Prey Area'



Monte Sereno, CA illicit party venue, Catherine Lee DuBridge UCLA sorority sister. (general location shown)
Saturation density is full, 100% within CD 'Prey Area'




Watch Hill, RI illicit party venue, Catherine Lee DuBridge UCLA sorority sister. (general location shown)
Singer TS nearby
Saturation density is full, 100% within CD 'Prey Area'



Tiburon, CA illicit party venue, Catherine Lee DuBridge UCLA sorority sister. (general location shown)
Saturation density is full, 100% within CD 'Prey Area'




Menlo Park, CA illicit party venue. Past boss of Catherine Lee DuBridge, house designed by Plaintiff w/ large great room and outdoor area for large events in heart of Silicon Valley. (general location shown)
Saturation density is full, 100% within CD 'Prey Area'



**EXHIBIT 90: MASTER EVIDENCE PRESERVATION INDEX AND CERTIFIED RANDOMLY-ORDERED NODE MATRIX**

**DATE:** July 28, 2026

**RE:** NOTICE OF ACTIVE FEDERAL LITIGATION & EXIGENT EVIDENCE PRESERVATION HOLD

**ACTIVE MATTER REFERENCE:** Beckstrom v. Beckstrom, et al., Case No. 6:26-cv-00920-AA (U.S. District Court, District of Oregon); Presiding Judge: Hon. Ann L. Aiken

**STATUTORY BASIS:** 18 U.S.C. § 1962 (Civil RICO); 18 U.S.C. § 1591 (TVPRA); 18 U.S.C. § 2261A(2) (Cyberstalking Resulting in Death); 18 U.S.C. § 1512 (Witness Tampering)

Primary defendants Rod Allen Beckstrom, Catherine Lee DuBridge, Michele C. Beckstrom, Patrice V. Beckstrom, Underwriting Funder Chris Malachowsky, Dr. Maylynn Tam, Chenda Chhi, Jenny Nyguen, Cynthia Hsieh, Olivia Chock, Susan Bird, Rie Collette, Flora Wong, Dorothy Chong, Ada Yu, Belle Nguyen, Mark Spurlock, Loanne Nguyen, Allison Huynh-Hassan, Margaret Chai-Maloney, Lisa Lo, Daphne Royse, Jocelyn Fong, Jocelyn Braun, Stephanie Huang, Keiko Suzuki, Jess Blascovich, Arnetta Harris, Jana Hoffman, Christina Chock, Jill Rollinson, Gabriela Ventura, Yashada Sanglikar, Jill Lee, Kerry Kumar, Amanda Wayman, Dorothy Araldi, Tami Shepherd, Kristi Grasty, Emma DuBridge, Betsy McKiernan, Jill Milton, Christine Kozlowski, Jennifer Goetz, Collette DiAmico, Iva Glumac, Everett Kinkade, Elizabeth Hunnicutt Summers, Amy McCafferty, Jocelyn Shoopman, Susan Silk, Pernilla Hedberg, Rebecca Friend, Elaine Tajima, Ashley Goetz, Coral Cox, Olivia Berry, Grace Bunce, Babette Pinsky, Daneille Brewster, Jessica Bird, Jody Spanglet, Faviola Meschi, Fina Bella, Sarah Woolf, Laurie Deck, Ashis Roy, Casie Traband Lewis, Morgan Leonard, Susan H. Mac McCormac, Andrea Grant Robbiati, Kendall Milton, Vivek Parihar, Mollie Westphal, Janelle Lutjens, Elizabeth Bunce, Lilly Petroff, Deborah Dukes Moore, Sara Deck, Kristen Sennet, Georgia Bunce, Debra Lamm, Delaney Milton, Nancy Beckstrom, Ellen Kozlowski, Connie Harding, Natalie Deck, Julie Rumberger, Karlyn Assen, Emily Potts, Tara Maclean, Christy Dunphy, Nicole Boncher, Seema Mulji, Tiffany Borg, Mia Glumac, Stephanie Carter, Kim Anzalone, Jami Bell, Colette Eberle, Kim Stocklmeir Mercer, Casie Jordan, Emma D'Alessandro, Chloe Sappey, Mayoli Elmjouie, Julie Tidd, Julie Conlisk, Sheryl V Curtis, Marisol, Inez, Kari Wolf, Maria Elmjouie, Leslie Allen Curtis, Mimi Heath, Suzanne Ringold Harman, Kate Lutjens, Evelyn Gonzalez, Robin Washington Chandler, Rocio Mendoza, Jennifer Anniston, Shreya Desai, Maya Rao, Suzy Rodoni Silverberg, Gail Howard, Alisha Booye, Louise Lind, Greta Lee, Anne Rollison, Erin McCalley, Micki Colquoun, Audrey Strong, Assal Maskalik, Sushila Conrey, Janice Berthold, Talia Clement, Mary Massie, Gina Roldan, Alice Sappey, Cynthia Sandberg, Leslie Flavin McCarthy, Chloe D'Alessandro, Colleen Elizabeth Miller, Ana Glumac, Hannah Eberle, Dr. Lynnia Tuckfield, Suzanne Bilbeisi, Mary Devincenzi, Maria Chavarin, Laurie Pimental, Jody Driefurst, Martha Elmjouie, Maggie Bell, Linda Zimmer, Mary Lucey, Maria Ferreira, Makena Wedemeyer, Laurie Schlaepfer, Valerie McAndrews, Fiona Rodrigues, Betsy McFarland, Melissa Eagen, Kerry Sawh, Patricia Cathcart Andress, Samantha Henze, Katy Perry, Annie Richardson, Sheryl McIntyre, Bina Roy Desai, Maria Libby, Patrice Petroff, Betsy Henze, Anne Heath, Lynne Woodford, Sarah Wade, Marie Saltin, Cloe D'Alessandro, Michelle Sillon, Jessie Conlisk, Ashton Harding, Ann Houston, Katie Carrol, Merritt Kincaid, Nancy Leaverton, Ami Sherman, Hannah Sherman, Hannah Menicucci, Skylar Jensen, Amanda Routhier-Devincenzi, Karen Giordano, Noelani Wedemeyer, Kaitlin Henze, Barbara Wilson, Monica McMahon, Luey Maclean, Eva Glumac, Amelia Petroff, Lyndsey Albanese, Jordan Eisenmenger-Rohrveldt, Lee Ann Wade, Katherine Smith, Nazanin Tavakolinori Mehdizadeh, Nancy Abbey, Wendy St. Laurent, Barbara Parker, Jackie Plessl, Diane M Clement, Amy Shepherd, Patricia Cesni, Anne Lidgard, Marijo Tase Harding, Susan L. Bertocci, Sydney Hightower Warner, Jill Hughes Thieman, Emily McKiernan, Dr. Megan McLarney, Ellie Silverio, Mimi Spier, Eric Chhi, Ella Leaverton, Camille Tabari, Kim Ungaro, Ariana Beels, Hayley Knowlton, Ashlyn Simpson, Sue Khincha, Akash Vig, Christina Carter, Jane Snook, Linda Eng, Rebecca S. Jones, Janine Paniagua, Sammi Moser-Wingo, Ann McClellan, Cole Bunce, Becky Mastrodicasa, Grace Harding, Izzy Brooker, Rennie McKiernan, Suzanne Beckstrom, Claire Barton, Christine Ann Eng, Lee Quintana, Mary Breslin, Merryl Buric, Dalveer Heer, Annette Gosnell, Marge Dunbar, Lily Tomlin, Skyla Lambeth, I Kelly Carlquist, Iris Eichenlaub, Jessica Wade, Anitha Vemury, Leisah Swenson, Paula Moser, Beth Mirassou, Faith Mackarness, Lynne Brid, Michele Kremen Bolton, PhD, Elizabeth J. Scheffee, Brandie Sanden, Cindy Teerlink, Anne Cristofano, Lynda Resnick, Brady Conlisk, Jennifer Aniston, Brent Moser, Juanita Sirois, Chandler Kincaid, Linda Starr, Anne Merrill, Claire McMahon, Niki Farsio, Morgan Eisenmenger, Stacy Fulea, Gabrielle Whelan, Louise Hurlbutt, Emily Williams,

Kathryn Nobles, Capri Wayman, Taylor Beckstrom, Maddie Leonard, Brett van Zuiden, Sophia Knight, Lisa Morgan, Susan McNealy, Liz Leaverton, Lucy Wedemeyer, Carol Musser, Keshni Kumar, Samantha Haschert, Paria Sedigh, Lysanna Anderson, Jennifer Sweeney, Noreen N. Carruthers, David Mandell, Gabrielle Cortez, Carrie Hurlbutt, John Chiala, Orla Maclean, Maria Carlson, Leslie Flavin, Madeleine Svart, Nurit Zohar, Kaitlin Anzalone, Diana Anderson, Alicia Barton, Sarah Chapman Hult, Lynn Smith, Condi Rice, Raj Desai, Clo Whitaker, Reese Witherspoon, Kelly Cronan, Tina Howard, Suzie Parker, Amy Torsne, Stacy Cesni, Kathy Carlquist, Carmen Marsh Weiss, Libby Raab, Hilary Benson, Maureen Tabari, Angelin Dukes, Dr. Liza Karamardian DDS, Rosie Curtis, Coleen Haggerty, Maddy Reynolds, Roxie Wilday, Makenna Leonard., Holden Peake, Ana Maria Williamson, Kim Wallis, Susan Burnett, Becky Wade, Dr. Milana Boukhman, Nicole DiMariano, Jill Southern, Dr. Maia Chakerian, Lisa McMahon, Jackie Giordano, Swati Shah, Catherine D'Alessandro, Melissa Roselli, Cynthia DuBridge, Abby Chamberlin, Lynne Wendell, Carlie Carrol, Valerija Nikolic, Kat Mandell, Dana Earlen Eng, ami Espinosa, Jessica Tidd, Terri Davis, Linda DiMariano, Ellinor Saltin, Jenny McNellis, Susan Bamberger, Kay Wilson, Tracy Leonard, Barbara Fratt, Richard DuBridge, Patricia DuBridge, Quin Cristofano, Tracy Nobles, Katie McLarney, Ethan Perez, Clint Eastwood, Maia Meschi, McKenzie Atwood, Dr. Maknuna Shikari DDS, Amena Patel, Cecily Thaure/Mommaerts, Rie Khincha, Gail Bienvenue, Susan Silverio, Anne Bechtold Reynalds, Leillia Peake, Shannon Cronan, Floura Wong, Denise, Mario Queiroz, Pamela Atwood, Asli N. Gorbon Ruf, Nannette Kincaid, Jill Duebelbeis, Chip Wilson, Sasha Laurita, Bill Biggerstaff, Dr. Colin Beckstrom, Judge Susan A. Sparaco, Tristan Knowlton, Mary Harding, Charlotte Brooker, Isabelle Bax Finney, Sabrina Atwood, BJ Kennedy, Taraneh Moayed, Carrie Andry, Sondra Hamilton, Molly J. Behrens, David Matthew Chock, David Austin Beckstrom, LMFT, Brenda Maclean, Meredith Steve Anzalone, Eberle, Audrey Rumberger, Marianne Smith, Ikram Laagui, Sophia Sequeira, Judge Patricia Worth, Ingrid Franz, Collette Mercer, Pauline Abate, Judge Grilli, Lisa Norcia Cheskin, Marnie Waffle, Kristine Vinneras, Erin Walters, Karen Boncher, Andrea Nielsen, Bryan Lucey, Carol DeConte, Magistrate Brianne Martin, Amy Zegart, Karaikudi Subramanian, Jessica Keenan, Mary Shea, Lisa Simpson, Maggie Churchill, Alicia McCray-Paiguin, Sue McCrary, Ingrid Burton, Tina Lipmanowicz, Linda Bailey, Jessica Anzoategui, Alexandra Potts, Jackson Crist Davis, Pamela Livingston, Alex Anderson, Jenny Ghane, Carl Chandler, Douglas Abbey, Meaghan Anderson, Katrina Stratford, Chris Stoddard, Riccardo Cecolin, John Crawford, Jeremy Hull, Greg Pana, Justin Bruce, Jarrod Beckstrom, Tony Shelton, Mike Shelton, Doug Shea, Charlie Tuckfield, Marten Saltin, Bill Savage, Larry Shea, Andy Bechtolsheim, Andrew Cox, William Tisdale, Jacob Eichenlaub, Robert Roselli, Coral Loyd, Toby Swenson, Chris Benson, Juavier, Roberto Cesni, Carl Berg, Pedro Cesni, Walter La Pena, David Baker, Jeremy Clough, Chris Eagen, Eric Wade, Dan Cronan, Sundeep Vig, Ryan Hsieh, Anup Rao, John Munser, Jan Blom, Amy Franklin, Thomas Petroff, Oliver Parker, Dr. David Beckstrom, Bill Bouchey, Stewart Resnick, Patrick Martin, Ayden Desai, Brad Goetz, Jack Churchill, Laurence Moore, Dan Boyle, Zacahary Christopher R. Woolf, Wheaton, Ben Grasty, Wes Castles, Jim Janz, David Bell, Rick Howard, Matt Damon, Gordon van Zuiden, Jared Booye, Gregg Haining, Alex Chhi, Sean Patrick Cronan, Oliver Cesni, James Bucher, Brandie, Nina Mehdizadeh, Paul Bargetto, Luke Lee, Melody Derakshandeh, Carl Chandler Jr., Efe Sozkesen, David L. Goodstein, Jay Clark, Bret Smith, Celso Guiotoko, Owen Commons, John Swift, Bobby DeHerrera, Stan Tatkin, Ted Balestreri, Ed Padilla, Michael Millen, Willy Harmatz, Shawn Hunt, Shelby Roberts, Caleb Chandler, Dr. Stephen Lee, Dr. Sweeey, Joe Burton, Allen Kimrey, Patrick Tabari, Johnny Hannegan, Clayton De Conte, Joe Sweeney, Steve Wade, Robert Kazar, JieJing Zhao, Michael Heath, Alex Touma, Nick Carrol, Mariella Massa, Arvin Engelson, Don Henley, Brian Burnett, Hal Lewis, Steven Kent Mirassou, Gino Mesch, John Barton Christensen, Matt Dillon, Derek A. Bertocci, William Maston, Marcus Hoffman, Nicolas Boncher, Warren O Farrell, Pramod Khincha, Scott McNealy, Sam Heath, Dr. Richard Novak, Michael Giordan, Jonathan Pistis, Amir Elmjouie, Dave Gleason, Morte Cesni, Darin Devincenzi, Ebholin MacClean, Brandon, Jesus, Alejandro, Chilo, Jason Kelce, Juan, Aleje, Lalo, Salvador, Rigo, Reid Barton, Jose, Hector Hernandez, Paul Jensen, Leonardo DiCaprio, David D'Alessandro, Gerardo Hernandez, Doug Evans, Greg Simpson, Nick Henze, Adam Vanderwaard, Brandon DeConte, Wade Hammond, Monique Stanford, Neil Cembellin, Eduardo, Julio, Jorge, Nader Al-Momani, William McKiernan Jr., Gary Kunsman, Greg Petroff, rett McLarney, Daniel Molinas, Philip Albanese, Alex Vinneras, Samantha Beckstrom, Nicholas Mailey, Mashall Lind, Andy Powell, Michael Riese, Bob Otness, Mark Kalkus, Mark Millen, Bill Luckey, Charlie Richardson, Vinod Khosla, Dustin Anderson, Tim Berthold, Jeff Wallis, Patricia McNeil, Jon Bates, Fred W. Gerbino Jr., Harvey Grasty, Carol Boyce, Robert Gray, Noal Grover, Sid Espinosa, Purnima Vig, Cy Tabari, Joanna Cembellin, Johan Bandukwala, Curt Andrick, Dave Williams, Matthias Knaur, Nader Mehdizadeh, Leonardo DeCaprio, Nik Southern, Paul Clark, Mark Chamberlin, Will Fratt, Ofer Beit Halachmi, Peter Lamm,

Gregory Rodrigues, Roger Milton, Rob Moore, Sean Mullin, Suray Nathan, Alex Stamos, David Breece, Christopher Lynch, Ryan Reynolds, Curtis Cooke, Orlando Bloom, John Hartnett, Chris Wang, John Ortberg, Jimmy Castles, David Mahal, Roger Dunbar, Andrew Brooker, Jamie Blomquist, Stephen Nobles, Robert Becker, Larry Noon, Joel Paulson, Alex Badilla, Firoz Pradhan, Terry Lutjens, Jerry Rice, Donald Prolo, Brad Pitt, Brian White, Nils Gary Fujikawa, Jim Josselyn, Gunnar Fredrik Ivarsson, Thomas L. Prestwich, DavidStonesifer, Dave Zicovich, Matt Westphal, Dr. Bernard M. Bierman, Kenneth Duebelbeis, Paul Tuckfield, Fred Warner, Niko Nikolic, Pat Monahan, Garrett Lackey, Steve Smith LSW, Jonathan Wolfrum, LSW, Clay Wayman, Nicholas Giordano, Mads Realmuto, Iman Khorsand, Ryan Devin, Crystal Cesni, Joe Presnell, LeBron James, Roy Alba, Daniel Araldi DO, John Mayer, Carl Sennett, Kevin Mandia, Kevin McLarney, Ed Robertson, Rajiv Parihar, Brandon Chong, Ryan Safty, Joe Liccardo, Kelly Whitaker, Martin Brooker, Brian Chiala, Albert Edward Clement, Steve Bamberger, D. Michael Van Konynenburg, Brian O'Maoinagh, John Atala, Brandon Hartnett, Robert Potts, Decks, Tarek Robbiati, Rudy Ruano, Ulf Vinneras, Mike Cole, Dean Rossi, Judge Jose Franco, Magistrate Paul Matthews, Richard Tam, Tyler Harmatz, Herb DeConte, Rich McCarthy, Fred Krup, Stuart Smith, Mike McGlinchey, Barry Cheskin, Joseph Buland, Larry Arzie, John Boncher, Salvadore, Timothy D. McMahon, Tom Laurita, Dr. Denis Finney, Munir Bandukwala, Nico Murray, Todd Cole, Gino Meschi, Matthias Weber, Larry Riordan, Dr. Suhas Kshirsagar, Ed Dee, Ron Martino, Stan Atwood, Tim McMahon, Nicholas Nick Giordano, Chris Causey, Jim Dorsky, Patrick McMahon, Robert Billig, Matthew Aaron Diercks, DDS, Tim Westphal, George Clooney, Ethan Clement, Brad Mandel, Bob Shepherd, Steven Shepherd, Matthew Shepherd, Tom Boyce, Kirk Kozlowski, Sam Appleton, Mike Tidd, Brian Tidd, Jack Whitaker, Barry Cinamon, Justin Thompson, Whip Buck, Kevin Tidd, Wayne Nobles, Scott McKiernan, Boris Sherman, Mark Escobar, Mike Witt, Matt Escobar, William McKiernan, Tony Nora, Danny Lutjens, Doug Saunders, Javed Patel, Chris Reynalds, Dominic Di Mariano, Joe Parden, Michael Danaher, Peter Wendell, Scott Cook, George McFarland Jr., Scott McNeally, Ruslan Spektor, Stuart Leaf, Scott Kriens, Kyle Moore, Dr. Roy W. Gould, Amir Etemadi, Carlos Ferreira, Andrew Potts, John Sculley, Scott Henry, Rocky Pimental, John Christofano, Alex Hult, Johan Hedberg, Jackson Eisenmenger, Rene Schlaepfer, Ron Rossi, Joe Carrol, Ray Farris, Scott Horty, Benjamin Curtis, Chip Brid, Mark Duffy, Gary Fowler, Kevin Ruf, Brandon Swanson, Shaneet Kumar, David Gast, Ken Altshuler, Siegfried S. Hecker, Mark Kelly, Jack Bunce, Peter Carlson, Henry Kennedy, Greg Wood, James Ling, Daniel Fama, Steve Deck, George Kittle, Josh Meschi, Zach Meschi, Dan Boyd, Tom Brannigan, Jay Plett, Serge Maskalik, Spencer Keenan, Jamie Raskin, John Barnicle, Tim Allen, Tristan Aeschelman, Dan Eakin, Ramachandran Raghuvir, Dean Carrol, Scott Hassan, Brandon Cameron, Newton Pinto, Gerardo Aguilar, Emilio Estevez, William Avantaggio, Brent Wilson, Mark Carlquist, Rick Wilson, Hector Perez, Mark Lacerte, Jack Wilson, Jon Dunphy, Mark Wilson, Eric Leonard, Ben Affleck, Barry Marsh, Ben Peake, Gavin Peake, Trevor Teerlink, Tiger Teerlink, Brad Rollinson, Kevin Rollinson, Tim Rollinson, Dana F. Strout, Duino Giordano, Tim Strong, The Club/LG, Athletic Performance, Melodie, Epernay, Los Gatos Bldg/Planning Dept, Campbell Planning/Building Dept, Carmel Planning/Building Dept, City of Santa Cruz, Capitola Planning/Building Dept, Planning/Building Dept, Rebel Lighting, The Cats, Forbes Mill, SF-Marin Lawyer Referral and Information Service and The Bar Association of San Francisco, Bourque Clegg Causey & Morin, Strout & Payson, Childs, Rundlett & Altshuler, Law Offices of Dana F. Strout, Scheffee Law, LLC, Moncure & Barnicle, Aeschleman Law / Adams & Asch LLP, Sweeney, Mason, Wilson & Boskovich, Atwood & Associates Law Firm, Pillsbury Winthrop Shaw Pittman LLP, Wilson Sonsini Goodrich & Rosati, Seyfarth Shaw LLP, Law Offices of Nancy L. Morin, William Avantaggio, ESQ., P.A, Ling Law Group APC, Talkov Law, Wood Litigation APC., ETC. approx. 880 names, behavioral research suggests actual number for a cognitively challenged and this defensive compulsion could have 10 to 20x more targets as the demographic is not based on attraction. Any age, appearance, socio economic level from yardmen to CEO's is a viable target, gender plays no role especially since she leans toward those at the beginning of the list. There is no rational basis for the compulsion, being driven mostly by internal fragmentation which explains the extensive list. Group settings are the preferred setting to provide maximum saturation for 'defense of her space'.