FILED 31 JUL '26 15:26 USDC-ORE

**DOCUMENT 3:**
**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

ERIC A. BECKSTROM, Plaintiff, v. ROD ALLEN BECKSTROM, CATHERINE LEE DUBRIDGE, CHRIS MALACHOWSKY, MICHELE C. BECKSTROM, PATRICE V. BECKSTROM, et al., Defendants.
Case No.: 6:26-cv-00920-AA
Dated: July 31, 2026

**LOCAL RULE 7-1 CERTIFICATE OF CONFERENCE**

Plaintiff Eric A. Beckstrom, proceeding pro se, hereby certifies to the Court pursuant to Local Rule 7-1 that he cannot and will not confer with opposing counsel regarding this emergency extension request. Extensive technical data discovered on April 3, 2026, unmasked active root-level surveillance utilities and cyber-espionage payloads illegally embedded within Plaintiff's computer systems and hardware networks in 2011. Because the underlying enterprise utilizes real-time communication interception, digital tracking, and active behavioral manipulation to shield systemic public safety liabilities, any attempt to confer with opposing counsel introduces immediate and severe security, surveillance, and personal safety risks. Accordingly, to protect the integrity of the ongoing nationwide data preservation process and ensure individual safety, this Emergency Motion is submitted to the Court entirely un-conferred.

Respectfully submitted,
Dated: July 31, 2026

By: ______________________

Eric A. Beckstrom, Plaintiff, Pro Se
PO Box 10427, Eugene, OR 97440