FILED 31 JUL '26 15:27 USDC-ORE

**DOCUMENT 5: CERTIFICATE OF SERVICE**
**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

ERIC A. BECKSTROM,
Plaintiff,
v.
ROD ALLEN BECKSTROM, CATHERINE LEE DUBRIDGE, CHRIS MALACHOWSKY, MICHELE C. BECKSTROM, PATRICE V. BECKSTROM, et al.,
Defendants.
Case No.: 6:26-cv-00920-AA
Dated: July 31, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, I served the foregoing Emergency Motion to Extend the Discovery Deadline, Local Rule 7-1 Certificate of Conference, Master Exhibit Index (Including Exhibits 6, 31, 45, 48, 84, 85, 86, 87, 88, 89), and [Proposed] Order upon the individuals listed below by placing true and correct copies in the United States Mail, first-class postage prepaid, addressed as follows:

**Defendant Rod Allen Beckstrom**
911 Capitola Avenue, Capitola, CA 95010

**Defendant Chris Malachowsky**
2030 East Cliff Drive, Santa Cruz, CA 95062

**Defendant Catherine Lee DuBridge**
224 4th Avenue, Santa Cruz, CA 95062

**Defendant Michele C. Beckstrom**
88 Washington Street, Camden, ME 04843

**Defendant Patrice V. Beckstrom**
2671 Placer St, Santa Cruz, CA 95062

Respectfully submitted,
Dated: July 31, 2026

By: ______________________
Eric A. Beckstrom, Plaintiff, Pro Se
PO Box 10427, Eugene, OR 97440