**DOCUMENT 4: THE PROPOSED ORDER**
**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

ERIC A. BECKSTROM,
Plaintiff,
v.
ROD ALLEN BECKSTROM, CATHERINE LEE DUBRIDGE, CHRIS MALACHOWSKY, MICHELE C. BECKSTROM, PATRICE V. BECKSTROM, et al.,
Defendants.
Case No. 6:26-cv-00920-AA
Dated: July 31, 2026

**[PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR EXTENSION OF TIME**

Before the Court is Plaintiff Eric A. Beckstrom's Emergency Motion for Extension of Time to Complete Discovery. Having reviewed the motion and finding that good cause has been established pursuant to Federal Rule of Civil Procedure 16(b)(4),

IT IS HEREBY ORDERED that the motion is GRANTED.

The deadline for completion of all depositions, physical evidence integrations, and third-party institutional discovery is extended by 28 days, up to and including August 28, 2026.

IT IS SO ORDERED.

Dated: ______________, 2026

______________________________

HON. ANN L. AIKEN
United States District Judge