**Lorianne Hanson, OSB #101074**
lorianne.hanson@wilsonelser.com
**Fatima S. Al-Rikabi, OSB #254251**
fatima.al-rikabi@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5900 (main)
(206) 709-5901 (fax)

***Attorneys for Defendant Cascadia Health***

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ERIC A. BECKSTROM,<br><br>Plaintiff,<br><br>v.<br><br>ROD ALLEN BECKSTROM; CATHERINE LEE DUBRIDGE; MICHELE C. BECKSTROM; PATRICE V. BECKSTROM; DEAN ROSSI; RONALD ROSSI; BRUCE WESTPHAL; TIM BERTHOLD; TWIN LAKES CHURCH; THE CLUB AT LOS GATOS; COLDWELL BANKER-LOS GATOS; CHRISTIES'S INTERNATIONAL REALTY SERENO-LOS GATOS; CHRIS MALACHOWSKY; CASCADIA HEALTH,<br><br>Defendants. | Civil No.: 6:26-cv-00920-A<br><br>**DECLARATION OF LORIANNE HANSON IN SUPPORT OF DEFENDANT CASCADIA HEALTH'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) AND, ALTERNATIVELY, 12(B)(5)** |

I, Lorianne Hanson, declare as follows:

1. I am over the age of 18 and am otherwise competent to testify based on personal knowledge and/or information and belief. I am an attorney at Wilson, Elser, Moskowitz, Edelman & Dicker LLP representing Defendant Cascadia Health in this action.

2. The undersigned was assigned this file on July 28, 2026.

3. For the Court's convenience, attached as **Exhibit 1** are true and correct copies of the cited pages from Plaintiff's filings relevant to this motion.

4. Attached as **Exhibit 2** is a true and correct copy of the envelope containing the attempted service of process of the Second Amended Complaint on Cascadia Health.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 5th day of August, 2026, at Seattle, Washington.

By *<u>/s/ Lorianne Hanson</u>*
Lorianne Hanson, OSB #101074

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States that on the date below, I served the above document to the following parties via the method provided below:

| | |
|---|---|
| Eric A. Beckstrom<br>P. O. Box 10427<br>Eugene, OR 97440<br><br>***Pro Se Plaintiff*** | ☒ U.S. Postal Service, first-class mail<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☐ CM/ECF if applicable |
| John T. Kaempf, OSB #<br>KAEMPF LAW FIRM, PC<br>2021 SW Main St., Ste. 64<br>Portland, OR 97205<br>john@kaempflawfirm.com<br><br>***Attorneys for Defendant Twin Lakes Church*** | ☐ U.S. Postal Service, first-class mail<br>☐ E-Filing<br>☒ E-Service<br>☐ Hand Delivery<br>☐ CM/ECF if applicable |
| Alexander Newgard, OSB #<br>Thomas A. Ped, OSB #<br>WILLIAMS KASTNER<br>805 SW Broadway, Ste. 2440<br>Portland, OR 97205<br>anewgard@williamskastner.com<br>tped@williamskastner.com<br><br>***Attorneys for Defendant Coldwell Banker-Los Gatos*** | ☐ U.S. Postal Service, first-class mail<br>☐ E-Filing<br>☒ E-Service<br>☐ Hand Delivery<br>☐ CM/ECF if applicable |

| | |
|---|---|
| Meliha Jusupovic<br>MURPHY, PEARSON, BRADLEY & FEENEY, P.C.<br>520 Pike St., Ste. 1205<br>Seattle, WA 98101<br>mjusupovic@mpbf.com<br><br>***Attorneys for Defendant Christie's International Realty Sereno-Los Gatos*** | ☐ U.S. Postal Service, first-class mail<br>☐ E-Filing<br>☒ E-Service<br>☐ Hand Delivery<br>☒ CM/ECF if applicable |

DATED at Seattle, Washington this 5th day of August, 2026.

By *<u>/s/ Kathy Peters</u>*
Kathy Peters, Legal Assistant