# EXHIBIT 2

CERTIFIED MAIL

9589 0710 5270 3744 6973 11


Eric A. Beckstrom
PO Box 10427
Eugene, OR 97440


Retail

UNITED STATES POSTAL SERVICE

RDC 99

97232

U.S. POSTAGE PAID
FCM LG ENV
SPRINGFIELD, OR 97475
JUL 08, 2026

$8.58

S2324A502892-5

JUL 10 2026

**Cascadia Health — Administrative Office**
Office of Chief Legal Counsel
**Lloyd Corporate Plaza Building**
847 NE 19th Ave., Suite 100
Portland, OR 97232

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®