**Lorianne Hanson, OSB #101074**
lorianne.hanson@wilsonelser.com
**Fatima S. Al-Rikabi, OSB #254251**
fatima.al-rikabi@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5900 (main)
(206) 709-5901 (fax)

***Attorneys for Defendant Cascadia Health***

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ERIC A. BECKSTROM,<br><br>Plaintiff,<br><br>v.<br><br>ROD ALLEN BECKSTROM; CATHERINE LEE DUBRIDGE; MICHELE C. BECKSTROM; PATRICE V. BECKSTROM; DEAN ROSSI; RONALD ROSSI; BRUCE WESTPHAL; TIM BERTHOLD; TWIN LAKES CHURCH; THE CLUB AT LOS GATOS; COLDWELL BANKER-LOS GATOS; CHRISTIES'S INTERNATIONAL REALTY SERENO-LOS GATOS; CASCADIA HEALTH,<br><br>Defendants. | Civil No.: 6:26-cv-00920-A<br><br>**DEFENDANT CASCADIA HEALTH'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cascadia Health ("Cascadia") makes this corporate disclosure statement.

Cascadia Health is a domestic nonprofit corporation organized under the laws of the State of Oregon. No corporation owns 10% or more of its stock.

DATED: August 5, 2026

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: */s/ Lorianne Hanson*
Lorianne Hanson, OSB #101074
lorianne.hanson@wilsonelser.com
*/s/ Fatima S. Al-Rikabi*
Fatima S. Al-Rikabi, OSB #254251
fatima.al-rikabi@wilsonelser.com
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5900 (main)
(206) 709-5901 (fax)
***Attorneys for Defendant Cascadia Health***

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States that on the date below, I served the above document to the following parties via the method provided below:

| | |
|---|---|
| Eric A. Beckstrom<br>P. O. Box 10427<br>Eugene, OR 97440<br><br>***Pro Se Plaintiff*** | ☒ U.S. Postal Service, first-class mail<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☐ CM/ECF if applicable |
| John T. Kaempf, OSB #<br>KAEMPF LAW FIRM, PC<br>2021 SW Main St., Ste. 64<br>Portland, OR 97205<br>john@kaempflawfirm.com<br><br>***Attorneys for Defendant Twin Lakes Church*** | ☐ U.S. Postal Service, first-class mail<br>☐ E-Filing<br>☒ E-Service<br>☐ Hand Delivery<br>☐ CM/ECF if applicable |
| Alexander Newgard, OSB #<br>Thomas A. Ped, OSB #<br>WILLIAMS KASTNER<br>805 SW Broadway, Ste. 2440<br>Portland, OR 97205<br>anewgard@williamskastner.com<br>tped@williamskastner.com<br><br>***Attorneys for Defendant Coldwell Banker-Los Gatos*** | ☐ U.S. Postal Service, first-class mail<br>☐ E-Filing<br>☒ E-Service<br>☐ Hand Delivery<br>☐ CM/ECF if applicable |

Meliha Jusupovic
MURPHY, PEARSON, BRADLEY & FEENEY, P.C.
520 Pike St., Ste. 1205
Seattle, WA 98101
mjusupovic@mpbf.com

***Attorneys for Defendant Christie's International Realty Sereno-Los Gatos***

☐ U.S. Postal Service, first-class mail
☐ E-Filing
☒ E-Service
☐ Hand Delivery
☐ CM/ECF if applicable

DATED at Seattle, Washington this 5th day of August, 2026.

By *<u>/s/ Kathy Peters</u>*
Kathy Peters, Legal Assistant