John Kaempf, OSB #925391
KAEMPF LAW FIRM, PC
2021 SW Main Street, Suite 64
Portland, Oregon 97205
Telephone: (503) 224-5006
Email: john@kaempflawfirm.com

Attorney for Defendant Twin Lakes Church

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ERIC A. BECKSTROM,<br>Plaintiff,<br>v.<br>ROD ALLEN BECKSTROM, et al.,<br>Defendants. | No. 6:26-cv-00920-AA<br>**DEFENDANT TWIN LAKES CHURCH'S JOINDER IN ALL MOTIONS TO DISMISS** |

Defendant Twin Lakes Church joins in all motions to dismiss filed by all other Defendants to the extent applicable to it.

DATED: August 6, 2026.

KAEMPF LAW FIRM, PC

/s/ John Kaempf
John Kaempf, OSB #925391
john@kaempflawfirm.com

Attorney for Defendant Twin Lakes Church

## CERTIFICATE OF SERVICE

I certify that on August 6, 2026, I served a true copy of the foregoing on the parties by email.

Eric A. Beckstrom
Lind36ram@proton.me
*Pro Se Plaintiff*

Jamie Daigle
jamie@daigle.law
*Attorney for Defendant Rod Beckstrom*

Lorraine Hanson
lorianne.hanson@wilsonelser.com
*Attorney for Defendant Cascadia Health*

Alexander Newgard
Thomas A. Ped
anewgard@williamskastner.com
tped@williamskastner.com
*Attorneys for Defendant Coldwell Banker Los Gatos*

Meliha Jusupovic
mjusupovic@mpbf.com
*Attorney for Defendant Christie's International Realty Sereno-Los Gatos*

KAEMPF LAW FIRM, PC

/s/ John Kaempf
John Kaempf, OSB #925391
john@kaempflawfirm.com
Attorney for Defendant Twin Lakes Church



**KAEMPF LAW FIRM PC**
2021 SW Main Street, Suite 64
Portland, Oregon 97205
Telephone: (503) 224-5006