**Alex Newgard, OSB No. 135562**
anewgard@williamskastner.com
**Thomas A. Ped, OSB No. 953767**
tped@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
805 SW Broadway, Suite 2440
Portland, OR 97205-3317
Phone: 503-546-1411
Fax: 503-222-7261
*Attorneys for NRT West, Inc. dba Coldwell Banker erroneously sued herein as "Coldwell Banker – Los Gatos"*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ERIC A. BECKSTROM, PRO SE,<br><br>Plaintiff,<br><br>v.<br><br>ROD ALLEN BECKSTROM; CATHERINE LEE DUBRIDGE; MICHELE C. BECKSTROM; PATRICE V. BECKSTROM; DEAN ROSSI; RONALD ROSSI; BRUCE WESTPHAL; TIM BERTHOLD; TWIN LAKES CHURCH; THE CLUB AT LOS GATOS; COLDWELL BANKER-LOS GATOS; CHRISTIE'S INTERNATIONAL REALTY SERENO-LOS GATOS,<br><br>Defendants. | **Case No. 6:26-CV-00920-AA**<br><br>DEFENDANT NRT WEST, INC., DBA COLDWELL BANKER, ERRONEOUSLY SUED HEREIN AS "COLDWELL BANKER – LOS GATOS" JOINDER TO TWIN LAKES CHURCH'S MOTION TO DISMISS |

PLEASE TAKE NOTICE that Defendant NRT West, Inc., dba Coldwell Banker, erroneously sued herein as "Coldwell Banker – Los Gatos" ("Coldwell Banker") hereby joins, in

the entirety, in defendant *Twin Lakes Church's Motion to Dismiss and Supporting Memorandum of Law* (ECF No. 25).

## I. CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7-1(a), counsel for Coldwell Banker attempted to confer with Plaintiff Eric Beckstrom via email, but no answer has been received and Plaintiff has not provided a phone number.

## II. JOINDER

Defendant Coldwell Banker hereby joins *Defendant Twin Lakes Church's Motion to Dismiss and Supporting Memorandum of Law* (ECF No. 25) in its entirety and incorporates by reference all arguments, authorities, and requests for relief set forth therein as though fully stated herein. The *Complaint* asserts substantially identical allegations against Coldwell Banker and fails, for the same reasons articulated in Twin Lakes Church's Motion, to establish personal jurisdiction over Christie's or to state any claim upon which relief can be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



**Williams, Kastner & Gibbs PLLC**
805 SW Broadway, Suite 2440
Portland, OR 97205-3317
Telephone: 503-546-1411 • Fax 503-222-7261

Accordingly, Defendant Coldwell Banker adopts all arguments raised in the Motion, including dismissal under Rules 12(b)(2) and 12(b)(6), Plaintiff's lack of standing or real-party-in-interest status where applicable, and the additional grounds demonstrating that amendment would be futile.

DATED this 10th day of August, 2026.

WILLIAMS, KASTNER & GIBBS PLLC

**s/ *Alex Newgard***

Alex Newgard, OSB No. 135562
anewgard@williamskastner.com
Thomas A. Ped, OSB No. 953767
tped@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
805 SW Broadway, Suite 2440
Portland, OR 97205-3317
Phone: 503-546-1411
Fax: 503-222-7261
*Attorneys for NRT West, Inc. dba Coldwell Banker erroneously sued herein as "Coldwell Banker – Los Gatos"*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2026**,** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all current counsel of record.

s/ *Alex Newgard*
Alex Newgard, OSB #135562
*Attorneys for NRT West, Inc. dba Coldwell Banker erroneously sued herein as "Coldwell Banker – Los Gatos"*



**Williams, Kastner & Gibbs PLLC**
805 SW Broadway, Suite 2440
Portland, OR 97205-3317
Telephone: 503-546-1411 • Fax 503-222-7261