UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
WAYNE L. MORSE U.S. COURTHOUSE
405 EAST EIGHTH AVENUE, SUITE 2100
EUGENE, OR 97401

OFFICIAL BUSINESS

PORTLAND OR RPDC 972
8 JUN 2026 PM 2 L

FILED 21 AUG '26 09:49 USDC-ORE

PITNEY BOWES
$0.740
US POSTAGE
FIRST-CLASS
028W0002311084
9052394893
ZIP 97401

Eric A Beckstrom
P. O. Box 1317
Los Gatos, CA 95030

NIXIE 957 DE 1700 0008/17/26
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 97401271225 *0449-03943-08-34

97401

**U.S. District ( .t**

**District of Oregon**

## Notice of Electronic Filing

The following transaction was entered on 6/4/2026 at 12:51 PM PDT and filed on 6/4/2026

**Case Name:** Beckstrom v. Beckstrom et al

**Case Number:** 6:26-cv-00920-AA

**Filer:**

**Document Number:** 17(No document attached)

**Docket Text:**

Order for Administrative Correction of the Record pursuant to Fed. R. Civ. P. 60(a) regarding Motion for Leave to File a First Amended Complaint [16]. A Clerical error has been discovered in the case record: The proposed document was not attached. The following corrections were made to the record: The proposed document was attached to the entry. The Notice of Electronic Filing (NEF) will be regenerated to all parties. *(Deposited in outgoing mail to pro se party on 6/4/2026.)* (jk)