John Kaempf, OSB #925391
KAEMPF LAW FIRM, PC
2021 SW Main Street, Suite 64
Portland, Oregon 97205
Telephone: (971) 246-8733
Email: john@kaempflawfirm.com

Attorney for Defendant Twin Lakes Church

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ERIC A. BECKSTROM,<br><br>Plaintiff,<br><br>v.<br><br>ROD ALLEN BECKSTROM, et al.,<br><br>Defendants. | No. 6:26-cv-00920-AA<br><br>**DEFENDANT TWIN LAKES CHURCH'S CORPORATE DISCLOSURE STATEMENT** |

TO: CLERK OF THE COURT:

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Twin Lakes Baptist Church (dba Twin Lakes Church) states:

1. Twin Lakes Church is a is a California non-profit religious corporation with its principal address in Aptos, California.



**KAEMPF LAW FIRM PC**
2021 SW Main Street, Suite 64
Portland, Oregon 97205
Telephone: (971) 246-8733

2. Twin Lakes Church is not a publicly traded corporation, nor does any corporation own any interests, of any nature or of any type, of Twin Lakes Church.

DATED: September 14, 2026.

KAEMPF LAW FIRM, PC

/s/ John Kaempf
John Kaempf, OSB #925391
john@kaempflawfirm.com
Attorney for Defendant Twin Lakes Church



**KAEMPF LAW FIRM PC**
2021 SW Main Street, Suite 64
Portland, Oregon 97205
Telephone: (971) 246-8733

# CERTIFICATE OF SERVICE

I certify that on September 14, 2026, I caused to be served a true copy of the foregoing on the parties by email.

Eric A. Beckstrom
Lind36ram@proton.me
*Pro Se* Plaintiff

Jamie Daigle
jamie@daigle.law
Attorney for Defendant Rod Beckstrom

Lorraine Hanson
lorianne.hanson@wilsonelser.com
Attorney for Defendant Cascadia Health

Alexander Newgard
Thomas A. Ped
anewgard@williamskastner.com
tped@williamskastner.com
Attorneys for Defendant Coldwell Banker Los Gatos

Meliha Jusupovic
mjusupovic@mpbf.com
Attorney for Defendant Christie's International Realty Sereno-Los Gatos

KAEMPF LAW FIRM, PC

/s/ John Kaempf
John Kaempf, OSB #925391
john@kaempflawfirm.com
Attorney for Defendant Twin Lakes Church



**KAEMPF LAW FIRM PC**
2021 SW Main Street, Suite 64
Portland, Oregon 97205
Telephone: (503) 224-5006