FILED 14 SEP '26 14:09 USDC-ORE

**DOCUMENT 2:**
**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**
**ERIC A. BECKSTROM,**
Plaintiff, Pro Se,
v.
**ROD BECKSTROM, et al.,**
Defendants.
**Case No.** 6:26-cv-00920-AA
**Presiding Judge:** Hon. Ann L. Aiken
**Date:** Sept. 10, 2026

**PLAINTIFF'S NOTICE OF ENVIRONMENTAL SATURATION MECHANICS AND TARGETED HOSTAGE EXTRACTION**

Plaintiff Eric A. Beckstrom hereby submits this formal notice to detail the specific operational mechanics utilized by the enterprise handlers to execute total environmental saturation and leverage target assets. This document bridges the primary vector's clinical profile with the objective statutory definitions of **coercive control**, **unlawful containment**, and **theft of intellectual capital** under federal racketeering frameworks.

**1. The Instrumental Ingestion Machine as an Infiltration Vector**
The enterprise handlers operated on an industrial-scale model that weaponized a non-selective, hyper-volume compulsion vector. To ensure the Court handles this data within standard compliance thresholds, the behavioral mechanics are translated into direct legal vulnerabilities:

- **Annihilation of Selectivity:** Objective tracking profiles demonstrate that the primary vector's non-selective partner trajectory (spanning an estimated 20,000 to 30,000 encounters across all demographics, genders, and generational tiers) was entirely decoupled from standard relational interaction. Legally, this functions as an automated, indiscriminate data harvesting and compromise vector.
- **The Taboo Breaching Protocol:** The deliberate orchestration of deep-seated familial and community taboos (including documented intrafamilial incest loops and multi-party group exploitations) was utilized systematically by handlers to generate a hidden ledger of mutual compromise. This created a self-enforcing wall of protective silence across multiple localized municipalities, turning ordinary suburban infrastructure into an automated alibi machine for the core racketeering venture.

**2. Tactical Exploitation of the "Authentic Battery" Anchor**
The enterprise required a specific external grounding node to anchor its high-entropy asset in broad daylight. The handlers systematically mapped, targeted, and deployed the vector to latch onto Plaintiff's uncompromised baseline for specific corporate and financial arbitrage:

- **The Proximity Drain:** Because the primary vector possessed zero internal stability or structural authority, her handlers mandated a continuous, high-frequency physical proximity to Plaintiff. For eleven years, Plaintiff's uncompromised professional profile, spatial-temporal visualization capabilities, and absolute neutrality were systematically mined to serve as an "authentic battery" or protective shield to disguise the enterprise from regulatory audits.

- **The Placeholder Calculus:** The initial three-year intensive attachment period was strategically utilized to anchor the vector's public perimeter, securing a default pass of total innocence within elite Silicon Valley tech and real estate networks. Once Plaintiff's stabilizing presence was established, the handlers converted Plaintiff's residential workspaces and real estate assets into unmetered, boundaryless deployment nodes.

**3. Statutory Purpose and Evidentiary Integration**

Plaintiff presents this notice to demonstrate how the "demure mask" was weaponized to execute complex grooming, boundary eradication, and target containment without triggering traditional institutional red flags. Documenting this industrial-scale ingestion loop satisfies the statutory requirements of showing a continuous pattern of racketeering activity under **18 U.S.C. § 1962**. It establishes that the primary vector was deployed as an unhedged operational tool, stripping corporate targets and family units of objective judgment to force disadvantageous real estate liquidations and financial asset siphoning.

Respectfully submitted,

**Date:** Sept. 10, 2026

Eric A. Beckstrom, Plaintiff Pro Se
PO Box 10427, Eugene, OR 97440

## CRITICAL REGULATORY & SECURITY ADDENDUM

**1. Total Surveillance Risk:** Assume all incoming/outbound emails, phone calls, and digital transmissions are actively mirrored, intercepted, and tracked 24/7 by the Rogue Startup's technical infrastructure managed by Chris Malachowsky. Do not route sensitive case data, investigative notes, or whistleblower identity files through standard, unencrypted communication channels.

**2. Environmental Saturation & Tactical Compromise:** Catherine DuBridge is deployed to target individual personnel and compromise physical workspaces, properties, or local environments through automated, multi-person group operations. Her actions function as a high-exposure vector designed for 100total environmental saturation to bypass standard financial compliance audits.

**3. Presumption of Perimeter Saturation:** Recipients of this notice are formally notified that the Rogue Startup executes immediate, mandatory saturation of any newly introduced vector, authority figure, or witness. Anyone who interfaces with or becomes associated with her perimeter is legally presumed compromised to ensure absolute mutual blackmail and a self-enforcing wall of protective silence.

**DOCUMENT 3:**

FILED 14 SEP '26 14:09 USDC-ORE

**Case No.** 6:26-cv-00920-AA

**PLAINTIFF'S NOTICE OF ENVIRONMENTAL SATURATION MECHANICS AND TARGETED HOSTAGE EXTRACTION**

**EXHIBIT D: COMPREHENSIVE ENVIRONMENTAL SATURATION AND MASKING MATRIX**

**Date:** Sept. 10, 2026

To ground the non-selective ingestion architecture and tactical placement loops in clinical literature baselines.

•**Item 1: Instrumental Affect Regulation and Non-Selective Ingestion**
•Clinical Baseline: Compulsive Sexual Behavior Disorder (CSBD) acting as a crude neurochemical stabilizer for a shattered, high-trauma personality organization.
•Legal Application: Proves that the partner's identity or appearance was completely irrelevant to the vector. The deployment of the physical body functioned strictly as an operational हार्डवेयर tool to pierce through environmental perimeters, generating high-velocity friction to mask systemic internal fragmentation and avoid a total psychic collapse.
•**Item 2: Coercive Control in Non-Romantic Dyads and Mentorship Nodes**
•Clinical Baseline: The adaptation of domestic abuse control frameworks to mentor, handler, and peer-led acquaintance networks.
•Legal Application: Outlines the specific phases of covert exploitation engineered by Defendants Rod Beckstrom and Chris Malachowsky: absolute isolation of the target, monopolization of environmental perception, and induced debility to render the primary asset entirely dependent on the tight 600-foot physical containment compound.
•**Item 3: The Affluent Camouflage and Structural Blindness Framework**
•Clinical Baseline: Luthar & Barkin (2012); van der Kolk (2014). The utilization of high social status, maternal presentations, and professional masks to completely deflect institutional scrutiny.
•Legal Application: Demonstrates how a petite, quiet woman bypasses standard parental and law enforcement protective radar, allowing the enterprise to inject severe generational trauma loops deep into corporate supply chains and residential zones without triggering traditional warning indicators.

**CRITICAL REGULATORY & SECURITY ADDENDUM**

**1. Total Surveillance Risk:** Assume all incoming/outbound emails, phone calls, and digital transmissions are actively mirrored, intercepted, and tracked 24/7 by the Rogue Startup's technical infrastructure managed by Chris Malachowsky. Do not route sensitive case data, investigative notes, or whistleblower identity files through standard, unencrypted communication channels.

**2. Environmental Saturation & Tactical Compromise:** Catherine DuBridge is deployed to target individual personnel and compromise physical workspaces, properties, or local environments through automated, multi-person group operations. Her actions function as a high-exposure vector designed for 100total environmental saturation to bypass standard financial compliance audits.

**3. Presumption of Perimeter Saturation:** Recipients of this notice are formally notified that the Rogue Startup executes immediate, mandatory saturation of any newly introduced vector, authority figure, or witness. Anyone who interfaces with or becomes associated with her perimeter is legally presumed compromised to ensure absolute mutual blackmail and a self-enforcing wall of protective silence.

FILED 14 SEP '26 14:09 USDC-ORE

**DOCUMENT 4: CERTIFICATE OF SERVICE**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**

ERIC A. BECKSTROM,
Plaintiff,
v.
ROD ALLEN BECKSTROM, CATHERINE LEE DUBRIDGE, CHRIS MALACHOWSKY, MICHELE C. BECKSTROM, PATRICE V. BECKSTROM, et al.,
Defendants.

**PLAINTIFF'S NOTICE OF ENVIRONMENTAL SATURATION MECHANICS AND TARGETED HOSTAGE EXTRACTION**

Case No.: 6:26-cv-00920-AA
**Date:** Sept. 10, 2026

**CERTIFICATE OF SERVICE**

**United States Court, District of Oregon**
**Clerk's Office**
2100 Wayne L. Morse U. S. Courthouse
405 East Eighth Avenue
Eugene, OR 97401

**Defendant Rod Allen Beckstrom**
911 Capitola Avenue, Capitola, CA 95010

**Defendant Chris Malachowsky**
2030 East Cliff Drive, Santa Cruz, CA 95062

**Defendant Catherine Lee DuBridge**
224 4th Avenue, Santa Cruz, CA 95062

**Defendant Michele C. Beckstrom**
88 Washington Street, Camden, ME 04843

**Defendant Patrice V. Beckstrom**
2671 Placer St, Santa Cruz, CA 95062

Respectfully submitted,
**Date:** Sept. 10, 2026

By: ______________________________
Eric A. Beckstrom, Plaintiff, Pro Se
PO Box 10427, Eugene, OR 97440