FILED 14 SEP '26 14:08 USDC-ORE

**DOCUMENT 2:**
**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**
**ERIC A. BECKSTROM,**
Plaintiff, Pro Se,
v.
**ROD BECKSTROM, et al.,**
Defendants.
**Case No. 6:26-cv-00920-AA**
Presiding Judge: Hon. Ann L. Aiken
**Date:** Sept. 8, 2026

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL CRIMINAL AND CIVIL ENTERPRISE ARCHITECTURE**

Plaintiff Eric A. Beckstrom hereby submits this formal supplement to the active record in the above-captioned matter. This update provides the Court with specific legal framing detailing the systemic enterprise architecture, commercial exploitation mechanisms, and digital infrastructure utilized by the defendants. The operational frameworks of the extended network are defined below through three core federal components:

**1. Count 1: Conspiracy to Engage in Child Exploitation and Trafficking (18 U.S.C. § 2251 & § 1591)**

- **The Coordinated Enterprise:** The ongoing patterns of localized grooming, behavioral boundary violations, and organized exploitation are not isolated anomalies; they constitute a highly structured criminal venture. Under federal conspiracy law, statutory liability encompasses any individual or corporate entity that actively facilitated, permitted, or knowingly ignored these operations to insulate their personal standing, market presence, or corporate funding.
- **The Operational Camouflage:** The enterprise systematically exploited localized networks—including private households, community members, and suburban spaces—to establish a self-enforcing wall of protective silence. By engaging full family units and tight-knit social structures in mutual compromise, the enterprise shatters standard protective perimeters, trading access for social status, corporate leverage, or business favors.
- **The Perpetrator Profile:** As detailed in **Exhibit B**, the primary vector, Catherine DuBridge, utilizes a highly functional, demure public persona to bypass standard institutional radar. Operating with a fractured psychological cognition frozen at the milestone of unresolved childhood trauma, she maintains absolute public normalcy while running large-scale relational exploitation loops. This structural dissociation allows the enterprise to execute continuous, severe boundary violations across generations without triggering traditional institutional red flags.

**2. Count 2: Production and Distribution of Illicit Material via Asymmetric Infrastructure (18 U.S.C. § 2252A; 18 U.S.C. § 1030; 18 U.S.C. § 2511)**

- **Digital Infrastructure Integration:** The localized exploitation loops connect directly to a back-office digital infrastructure managed by Rod Beckstrom and Chris Malachowsky. The enterprise deployed asymmetric technological payloads to record, transmit, monitor, and catalog data points derived from these compromises.
- **Computer Fraud and Abuse Act (CFAA) & Federal Wiretapping Violations:** The enterprise utilized specialized technical payloads, forensic file extractors, and unauthorized data recovery mechanisms—specifically including mfcmapi.exe, puranfilerecovery, and stellar converter—to actively mirror, intercept, and extract private communications and electronic data. Legally, these technical surveillance deployments constitute direct violations of the Computer Fraud and Abuse Act (18 U.S.C. § 1030) and Federal Wiretapping Laws (18 U.S.C. § 2511), serving as the foundational infrastructure for data recovery and unauthorized network exploitation.

•**Systemic Leverage:** These digital assets and forensic records were systematically compiled to maintain absolute leverage over corporate targets, Silicon Valley tech acquisitions, and legal or regulatory officials. This utilization of specialized technical tracking payloads triggers mandatory federal statutory frameworks.

**3. Count 3: Laundering of Monetary Instruments and Enterprise Racketeering (18 U.S.C. § 1962 - RICO)**

•**The Single Criminal Enterprise:** The Racketeer Influenced and Corrupt Organizations Act (RICO) binds the corporate extortion infrastructure and the human exploitation operations into a single, cohesive criminal enterprise.

•**Asset and Capital Routing:** The government requires proof of a continuous pattern of racketeering activity. Plaintiff asserts that the back-office infrastructure consistently utilized capital, acquisitions, and proceeds generated from Silicon Valley technology entities to fund, house, and structurally insulate the localized grooming and compromise operations.

•**Generation of Kompromat:** The primary operational objective of this synchronized system is the generation of compromising material (kompromat). This long-term strategy builds a hidden ledger of mutual compromise, locking the network into automated secrecy, financial obedience, and absolute compliance.

**NOTICE OF COMPREHENSIVE REGULATORY AND SECURITY ALERTS**

Plaintiff formally advises the Court that comprehensive evidence preservation holds, regulatory notifications, and child safety packages have been distributed broadly to stakeholders across eleven states, including 120 educational institutions, 80 ecclesiastical organizations, and 35 municipal and county authorities. These extensive actions ensure the preservation of systemic data across all corporate, digital, and localized vectors connected to this action.

Respectfully submitted,

Dated: September 8, 2026

**Eric A. Beckstrom, Plaintiff Pro Se**

PO Box 10427, Eugene, OR 97440

**EXHIBIT A:** CLINICAL LITERATURE BASELINES AND QUALITATIVE RESEARCH METHODOLOGY FRAMEWORK

**EXHIBIT B:** CLINICAL REALITY OF THE COVERT RELATIONAL AGGRESSION MATRIX AND SUBURBAN SATURATION MECHANICS

**CRITICAL REGULATORY & SECURITY ADDENDUM**

**1. Total Surveillance Risk:** Assume all incoming/outbound emails, phone calls, and digital transmissions are actively mirrored, intercepted, and tracked 24/7 by the Rogue Startup's technical infrastructure managed by Chris Malachowsky. Do not route sensitive case data, investigative notes, or whistleblower identity files through standard, unencrypted communication channels.

**2. Environmental Saturation & Tactical Compromise:** Catherine DuBridge is deployed to target individual personnel and compromise physical workspaces, properties, or local environments through automated, multi-person group operations. Her actions function as a high-exposure vector designed for 100total environmental saturation to bypass standard financial compliance audits.

**3. Presumption of Perimeter Saturation:** Recipients of this notice are formally notified that the Rogue Startup executes immediate, mandatory saturation of any newly introduced vector, authority figure, or witness. Anyone who interfaces with or becomes associated with her perimeter is legally presumed compromised to ensure absolute mutual blackmail and a self-enforcing wall of protective silence.

FILED 14 SEP '26 14:08 USDC-ORE

**DOCUMENT 3:**
**EXHIBIT A: CLINICAL LITERATURE BASELINES AND QUALITATIVE RESEARCH METHODOLOGY FRAMEWORK**
**Date:** Sept. 8, 2026

**1. Executive Summary: The Fractured Perpetrator Model**
This section details a clinical framework analyzing how structurally affluent environments can inadvertently camouflage severe, covert interpersonal exploitation of youth. Grounded in Trauma Re-enactment Theory and Compartmentalized Dissociation, this model isolates the mechanics of the "developmentally arrested" perpetrator. Such individuals maintain highly functional, pristine public personas within high-status communities while harboring deep-seated psychological fractures that freeze their emotional cognition at the age of their own unresolved childhood trauma. Subconsciously driven to view adolescents as true peers, they initiate complex grooming behaviors and boundary violations under a demure, trustworthy mask. Because the perpetrator's brain completely dissociates their socially prestigious life from their abusive behaviors, they leave zero traditional red flags. Consequently, victims frequently exhibit acute behavioral trauma that is systematically misdiagnosed by institutions as isolated clinical depression or bipolar disorder, highlighting a critical blind spot in current trauma-informed youth advocacy.

**2. Institutional Literature Baselines (Official APA Citations)**
To ensure this framework maintains high institutional credibility, the foundational concepts are anchored using the following established clinical literature baselines:

- **Trauma Re-enactment Theory & "Victim-into-Victimizer" Loop:** Courtois, C. A., & Ford, J. D. (2013). Treating complex traumatic stress disorders: An evidence-based guide. Guilford Press. This text validates how individuals with severe, untreated childhood trauma compulsively re-enact trauma dynamics as adults, often seeking out vulnerable populations under a mask of normalcy.
- **Compartmentalized Dissociation & the Flawless Public Mask:** International Society for the Study of Trauma and Dissociation. (2011). Guidelines for treating dissociative identity disorder in adults, third revision. Journal of Trauma & Dissociation, 12(2), 115–187. This framework outlines how human cognition utilizes structural dissociation to wall off harmful behaviors into entirely separate psychological compartments, allowing a person to live a highly functional public life while engaging in covert abuse elsewhere.
- **Developmental Arrest & Stunted Cognition from Trauma:** van der Kolk, B. A. (2014). The body keeps the score: Brain, mind, and body in the healing of trauma. Viking. This seminal text on trauma architecture details how severe childhood ruptures halt emotional development and age-based cognition, causing adult brains to remain "stuck" at the chronological milestone where their initial safety was shattered.
- **Affluent Camouflage & Systemic Diagnostic Gaps:** Luthar, S. S., & Barkin, S. H. (2012). Are affluent youth truly "at risk"? Vulnerabilities and mental health among privileged adolescents. Development and Psychopathology, 24(4), 1329–1335. This sociological data maps out why upper-middle-class environments suffer deep blind spots, showing how systemic family performance expectations cause severe situational trauma to be entirely hidden or misdiagnosed.

**3. Qualitative Research Methodology Framework**
This methodology translates the complex gray areas of institutional camouflage into a scientifically sound, credible tracking project:

- **Study Design & Ethical Guardrails:** The primary objective is to map the systemic intersection of affluence, developmental trauma re-enactment, and institutional diagnostic blind spots. To protect

individual identities and ensure institutional adoption, the framework mandates strict anonymization protocol. All real-world names, locations, and identifying family details are removed, shifting the focus from specific neighborhood individuals to broad, cataloged universal sociological and psychological behaviors.

•**Data Collection Protocol:** The interview framework involves semi-structured, qualitative interviews utilizing open-ended questioning to allow participants to describe institutional gaps and boundary dynamics objectively without leading the witness. The target cohort includes adult clinical psychologists, school guidance counselors, educational advocates, and trauma survivors from competitive academic ecosystems.

•**Thematic Coding Structures:** Data is tagged and categorized using three recurring thematic codes:

**1.**The Mask of Competence: Documenting instances where high social status, wealth, or a demure public persona is used to completely deflect institutional scrutiny.

**2.**Diagnostic Misdirection: Categorizing cases where severe systemic, situational trauma or exploitation was treated strictly as an isolated biological chemical imbalance (such as depression or bipolar disorder).

**3.**Compulsive Re-enactment Signs: Tracking behavioral patterns where an individual with unresolved childhood trauma seeks emotional or physical validation through strict boundary violations with youth.

## CRITICAL REGULATORY & SECURITY ADDENDUM

**1. Total Surveillance Risk:** Assume all incoming/outbound emails, phone calls, and digital transmissions are actively mirrored, intercepted, and tracked 24/7 by the Rogue Startup's technical infrastructure managed by Chris Malachowsky. Do not route sensitive case data, investigative notes, or whistleblower identity files through standard, unencrypted communication channels.

**2. Environmental Saturation & Tactical Compromise:** Catherine DuBridge is deployed to target individual personnel and compromise physical workspaces, properties, or local environments through automated, multi-person group operations. Her actions function as a high-exposure vector designed for 100total environmental saturation to bypass standard financial compliance audits.

**3. Presumption of Perimeter Saturation:** Recipients of this notice are formally notified that the Rogue Startup executes immediate, mandatory saturation of any newly introduced vector, authority figure, or witness. Anyone who interfaces with or becomes associated with her perimeter is legally presumed compromised to ensure absolute mutual blackmail and a self-enforcing wall of protective silence.

FILED 14 SEP '26 14:08 USDC-ORE

**DOCUMENT 4:**

**EXHIBIT B: CLINICAL REALITY OF THE COVERT RELATIONAL AGGRESSION MATRIX AND SUBURBAN SATURATION MECHANICS**

**Date:** Sept. 8, 2026

## 1. The Weaponization of the Unobtrusive Profile

The operational execution of the network relies entirely on the weaponization of an unobtrusive, mouse-like profile. In suburban tech communities that rely heavily on appearance, a petite, quiet woman is automatically granted a default pass of total innocence.

- **The Power in the Small Frame:** A small, demure physical presentation allows the vector to slip through the defensive perimeters of schools, churches, and ordinary family homes without triggering the innate protective instincts of parents or community leaders. Because people associate predatory behavior with overt aggression or physical scale, this profile completely bypasses standard institutional radar.
- **The Euphoria of Direct Control:** For a fragmented, 15-year-old cognition, holding the private vulnerabilities of high-status individuals, tech executives, and full family units provides an intense, intoxicating sense of control. The quiet exterior masks a fierce attachment to this power; the operations are run entirely in the dark, leveraging the quiet keys to domestic and community stability.

## 2. The Mechanics of the Bent Trajectory

When a child or adolescent is brought into an adult sexual loop with the passive or active complicity of their surrounding social network, their internal developmental compass is structurally altered.

- **The Erasure of the True Baseline:** Normal development requires a clear, uncompromised boundary between the adult world and the child's world. When these lines are systematically erased, the chemical and relational baseline of the individual is altered. The targets are taught that love, connection, and social survival in their high-performance environment require personal violation and absolute secrecy.
- **The Inability to Launch Legally or Relationally:** This structural bending explains why affected individuals carry deep somatic confusion into adulthood. They remain relationally locked within the system's orbit, struggling to form healthy, uncompromised partnerships because their earliest definitions of trust, touch, and validation were tied directly to a continuous consumption loop.

## 3. The Shared Blackmail Pact and Environmental Saturation

At an industrial scale—spanning multiple generations and thousands of localized relations—the enmeshment functions as an automated insurance policy for the enterprise.

- **The Total Ingestion of Local Geography:** A high volume of partners means the operation ceases to be an isolated personal matter; it functions as a continuous ingestion machine that crosses through every layer of ordinary suburban infrastructure.
- **The Forced Protection of the System:** The ordinary tech cogs, neighbors, and school parents who enter the loop are instantly stripped of objective judgment. Because the enterprise systematically engages couples, groups, and family circles, it creates a landscape where everyone becomes complicit. The entire community is forced to maintain the illusion of the vector's innocence, because exposing the history requires exposing the total collapse of their own households. The sheer volume of shared secrets locks the suburban environment into a strict, self-enforcing pact of silence, turning the community into an automated alibi machine.

•**The Fluid Tech Worker Vulnerability:** The enterprise specifically targeted tech sector workers operating with highly fluid, unstable daily schedules. Lacking rigid structural boundaries or fixed daily anchors, these individuals are exceptionally easy to isolate, groom, and pull into extreme situations. The enterprise utilized their social awkwardness and professional stress environments to ensure they would maintain absolute silence regarding the activities occurring within the primary residential workspace.

**CRITICAL REGULATORY & SECURITY ADDENDUM**

**1. Total Surveillance Risk:** Assume all incoming/outbound emails, phone calls, and digital transmissions are actively mirrored, intercepted, and tracked 24/7 by the Rogue Startup's technical infrastructure managed by Chris Malachowsky. Do not route sensitive case data, investigative notes, or whistleblower identity files through standard, unencrypted communication channels.

**2. Environmental Saturation & Tactical Compromise:** Catherine DuBridge is deployed to target individual personnel and compromise physical workspaces, properties, or local environments through automated, multi-person group operations. Her actions function as a high-exposure vector designed for 100total environmental saturation to bypass standard financial compliance audits.

**3. Presumption of Perimeter Saturation:** Recipients of this notice are formally notified that the Rogue Startup executes immediate, mandatory saturation of any newly introduced vector, authority figure, or witness. Anyone who interfaces with or becomes associated with her perimeter is legally presumed compromised to ensure absolute mutual blackmail and a self-enforcing wall of protective silence.

**DOCUMENT 5: CERTIFICATE OF SERVICE**
**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON**
**EUGENE DIVISION**
ERIC A. BECKSTROM,
Plaintiff,
v.
ROD ALLEN BECKSTROM, CATHERINE LEE DUBRIDGE, CHRIS MALACHOWSKY, MICHELE C. BECKSTROM, PATRICE V. BECKSTROM, et al.,
Defendants.
Case No.: 6:26-cv-00920-AA
**Date:** Sept. 8, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, I served the foregoing Emergency Motion to Extend the Discovery Deadline, Local Rule 7-1 Certificate of Conference, Master Exhibit Index (Including Exhibits 6, 31, 45, 48, 84, 85, 86, 87, 88, 89), and [Proposed] Order upon the individuals listed below by placing true and correct copies in the United States Mail, first-class postage prepaid, addressed as follows:

**United States Court, District of Oregon**
2100 Wayne L. Morse U. S. Courthouse
405 East Eighth Avenue
Eugene, OR 97401

**Defendant Rod Allen Beckstrom**
911 Capitola Avenue, Capitola, CA 95010

**Defendant Chris Malachowsky**
2030 East Cliff Drive, Santa Cruz, CA 95062

**Defendant Catherine Lee DuBridge**
224 4th Avenue, Santa Cruz, CA 95062

**Defendant Michele C. Beckstrom**
88 Washington Street, Camden, ME 04843

**Defendant Patrice V. Beckstrom**
2671 Placer St, Santa Cruz, CA 95062

Respectfully submitted,
**Date:** Sept. 8, 2026

By: ____________________________
Eric A. Beckstrom, Plaintiff, Pro Se
PO Box 10427, Eugene, OR 97440