IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

ERIC A. BECKSTROM,

Plaintiff,

v.

ROD ALLEN BECKSTROM et al;

Defendants.

Civ. No. 6:26-cv-00920-AA

**ORDER TO SHOW CAUSE**

---

AIKEN, District Judge.

Under Federal Rule of Civil Procedure 4(c), service of a summons must be done in person by "any person who is at least 18 years old and not a party" to the case. Fed R. Civ. P. 4(c). Under Rule 4(l), "proof of service must be made to the court" and "proof must be by servicer's affidavit." Fed. R. Civ. P. 4(l). Under Rule 4(m),

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P 4(m).

Plaintiff Eric A. Beckstrom commenced this action on May 7, 2026, ECF No. 1, and the Court issued him summonses for eleven defendants that same day, ECF No. 10. On May 11, 2026, Plaintiff filed a document titled *Certified Mail Receipts of Primary Defendants*, which shows that Plaintiff mailed documents to 12 defendants. ECF No. 6. The Court noted in a minute order on June 30, 2026, that "it does not appear that any Defendant has yet been properly served." ECF No. 24. No waiver of service has been filed by any defendant and no servicer's affidavits have been filed by Plaintiff.

The 90-day limit has passed, and Plaintiff is ordered to produce the required servicer's affidavits within 21 days of this order, or to show good cause as to why service has not been made within the 90-day limit. Failure to comply with this order, including failure to either prove service or demonstrate good cause for failure to serve, will result in the dismissal of this case, as required under Rule 4(m), without further notice.

It is so ORDERED and DATED this 17th day of September 2026.

/s/Ann Aiken
ANN AIKEN
United States District Judge