IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

ERIC A. BECKSTROM,

Plaintiff,

v.

ROD ALLEN BECKSTROM, et al,

Defendants.

6:26-cv-00920-AA

**ORDER**

AIKEN, District Judge:

On September 17, 2026, Plaintiff was ordered to show cause why this case should not be dismissed for failure to timely serve Defendants. ECF No. 49. Plaintiff has not complied with the Court's order to show cause, nor has Plaintiff proved service by servicer's affidavit. The deadline has passed, and per Fed. R. Civ. P. 4(m), this action is DISMISSED. All pending motions are DENIED as MOOT. Final judgment shall be entered accordingly.

It is so ORDERED and DATED this 13th day of October 2026.

/s/Ann Aiken
ANN AIKEN
United States District Judge