IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

ERIC A. BECKSTROM,

Plaintiff,

v.

ROD ALLEN BECKSTROM, et al,

Defendants.

6:26-cv-00920-AA

**JUDGMENT**

AIKEN, District Judge:

Consistent with the Court's Order, this case is DISMISSED for failure to serve Defendants.

It is so ORDERED and DATED this 13th day of October 2026.

/s/Ann Aiken
ANN AIKEN
United States District Judge